# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1-196-126**

EFFECTIVE DATE OF REGISTRATION

| OCT | 15 | 2004 |
|-----|-----|------|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**    **TITLE OF THIS WORK ▼**

Harvard Connection Code

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**   **a**   **NAME OF AUTHOR ▼**

Joseph G. Jackson

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1983    Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country — Citizen of ▶ USA / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Source Code

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

Victor Gao

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country — Citizen of ▶ USA / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Source Code

**c**   **NAME OF AUTHOR ▼**

Sanjay Mavinkurve

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1980    Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country — Citizen of ▶ USA / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Source Code

**3**   **a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

**4**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ConnectU LLC
500 West Putnam Avenue
Greenwich, CT 06830

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment

APPLICATION RECEIVED
OCT 15 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 15 2004
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

C004842

Dockets.Justia.com

EXAMINED BY _____    FORM TX
MB
CHECKED BY _____

☒ CORRESPONDENCE                   FOR
  Yes                              COPYRIGHT
                                   OFFICE
                                   USE
                                   ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶                 **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼                                                                          **a**  **6**

                                                                                                                                                                    See instructions
                                                                                                                                                                    before completing
**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼          **b**   this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.    **a**  **7**
**Name** ▼                                                                 **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name / Address / Apt / City / State / ZIP ▼    **b**

Margaret A. Esquenet, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
1300 I Street, N.W., Washington, D.C. 20005-3315

Area code and daytime telephone number ▶ (202) 408-4007          Fax number ▶ (202) 408-4400

Email ▶ margaret.esquenet@finnegan.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the    ☐ author
                                                                       ☐ other copyright claimant
                                Check only one ▶                       ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made    ☒ authorized agent of _ConnectU LLC_
by me in this application are correct to the best of my knowledge.         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Margaret A. Esquenet _____                    Date▶ October 15, 2004 _____

Handwritten signature (X) ▼

X _Margaret A Esquenet_

Certificate    Name ▼                                                              YOU MUST:
will be        Margaret A. Esquenet, Esq. @ Finnegan et. al.                        • Complete all necessary spaces
mailed in                                                                           • Sign your application in space 8    **9**
window         Number/Street/Apt ▼                                                  SEND ALL 3 ELEMENTS
envelope       1300 I Street, N.W.                                                  IN THE SAME PACKAGE
to this                                                                             1. Application form
address:       City/State/ZIP ▼                                                     2. Nonrefundable filing fee in check or money
               Washington, D.C. 20005-3315                                          order payable to Register of Copyrights
                                                                                    3. Deposit material
                                                                                    MAIL TO
                                                                                    Library of Congress
                                                                                    Copyright Office - TX
                                                                                    101 Independence Avenue, S.E.
                                                                                    Washington, D.C. 20559-6222

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2003—xxx  Web Rev: July 2003    ♻ Printed on recycled paper                                  U.S. Government Printing Office: 2000-461-113/20,021

C004843

# CONTINUATION SHEET
# FOR APPLICATION FORMS



**Form _TX_/CON**

TXu 1 ‒ 196 ‒ 126

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|---|---|---|---|---|---|---|---|---|---|---|

**EFFECTIVE DATE OF REGISTRATION**

OLT        15        2004
(Month)      (Day)     (Year)

**CONTINUATION SHEET RECEIVED**

Page  3  of  4  pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Harvard Connection Code

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

ConnectU LLC, 500 West Putnam Avenue, Greenwich, CT 06830

---

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born▼        Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born▼        Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born▼        Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

C004844

CONTINUATION OF (Check which):    ☐ Space 1    ☑ Space 4    ☐ Space 6

Sanjay Mavinkurve
916 Oakes Street
East Palo Alto, CA 94303

**C**
Continuation
of other
Spaces

---

Certificate will be mailed in window envelope to this address:

Name ▼
Margaret A. Esquenet, Esq. @ Finnegan et. al.

Number/Street/Apt ▼
1300 I Street, N.W.

City/State/ZIP ▼
Washington, D.C. 20005-3315

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

September 2003 — 20,000    Web Rev: September 2003    ⊛ Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,034

C004845