AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

2007 MAR 28 A 8:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

CONNECTU, INC.

**SUMMONS IN A CIVIL ACTION**

V.

FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC

CASE NUMBER:

**07 CA 10593 DPW**

TO: (Name and address of Defendant)

THEFACEBOOK LLC
c/o Registered Agent: Corporation Service Co.
1201 Hays Street
Tallahassee, FL 32301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel P. Tighe
Scott McConchie
Griesinger, Tighe & Maffei, LLP
155 Federal Street, Suite 1700
Boston, MA 02110
Telephone: 617-542-9900

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON   MAR 2 8 2007
CLERK                DATE
(By) DEPUTY CLERK

| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS** |

CONNECTU, INC.
          Plaintiff / Petitioner

VS.
FACEBOOK, INC., ET AL.,
          Defendant / Respondent

Cause #:   07 CA 10593 DPW

Affidavit of Service of:
SUMMONS AND COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET; EXHIBITS

Hearing Date:
Witness Fee Tendered:

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of __4-2-07  2:33 Pm__ at the address of __1201 Hays ST__ _____ city of __Tallahassee__ county of __Leon__, state of __FL__, this affiant served the above described documents upon:

**THEFACEBOOK LLC**

☐ **Personal Service**
by then and there personally delivering _____ true and correct copy(ies) thereof.

☒ **Corporate Service** __THE CORPORORATION SERVICE COMPANY__
by then and there personally delivering __1__ true and correct copy(ies) thereof, by then presenting to and leaving the same with __Kim Glover  Accepting Agent__.
                                                     Person Receiving Documents and Their Title

☐ **Substituted/Residential Service**
by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____,
a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

__Jake Lord #067__
Typed or Printed Name of Process Server

_____
Server Signature

Subscribed and Sworn to before me this __4-2-07__
_____
a Notary Public in the State of __FL__
Residing at __Tallahassee FL__

WILMA T. WOOTEN
Notary Public - State of Florida
My Commission Expires Mar 2, 2008
Commission # DD 292743
Bonded By National Notary Assn.

Tracking #: 8205644

**ORIGINAL PROOF OF SERVICE**

FINNEGAN HENDERSON FARABOW GARRETT & DUNNER

Page 1 of 1

OR_FWPRN

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4-2-07  2:33 pm |
| NAME OF SERVER (PRINT) Jake Lord | TITLE Certified Process Server #067 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CORPORATION SERVICE COMPANY 1201 Hays St Tallahassee FL 32301
Served Kim Glover Accepting Agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-2-07
Date

Signature of Server

3603 Monmouth CT
Tallahassee FL 32308
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.