AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

CONNECTU, INC.

V.

**SUMMONS IN A CIVIL ACTION**

FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER
HUGHES, AND THEFACEBOOK LLC

CASE NUMBER:

**07 CA 10593 DPW**

TO: (Name and address of Defendant)

DUSTIN MOSKOVITZ
220 Palo Alto Avenue, Apt. 105
Palo Alto, CA 94301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel P. Tighe
Scott McConchie
Griesinger, Tighe & Maffei, LLP
155 Federal Street, Suite 1700
Boston, MA 02110
Telephone: 617-542-9900

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  MAR 28 2007

| Attorney or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DANIEL P. TIGHE, ESQ.<br>FINNEGAN HENDERSON FARABOW GARRETT AND DUNNER, L.L.P.<br>3300 Hillview Avenue<br>Palo Alto, California 94304-1203 | (650) 849-6600 | |
| Attorneys for: CONNECTU, INC. | Ref. No. Or File No.<br>W2475036 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

Plaintiff:
CONNECTU, INC.

Defendant:
FACEBOOK, INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>07 CA 10593 DPW |
|---|---|---|---|---|

I, Richard W. Barrett, under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT

In this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : DUSTIN MOSKOVITZ

By Serving           : DUSTIN MOSKOVITZ

Address              : 220 Palo Alto Avenue, Apt. 105, Palo Alto, California 94301
Date & Time          : Saturday, April 7, 2007 @ 5:00 p.m.
Witness fees were    : Not applicable.

Person serving:                         a. Fee for service:
Richard W. Barrett                      d. Registered California Process Server
Wheels of Justice, Inc.                    (1) Employee or Independent contractor
657 Mission Street, Suite 502              (2) Registration No.: 949
San Francisco, California 94105            (3) County: Santa Clara
Phone: (415) 546-6000                      (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 9, 2007                     Signature: _Richard W. Barrett_
                                                   Richard W. Barrett

