AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

CONNECTU, INC.

V.

FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER
HUGHES, AND THEFACEBOOK LLC

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

07 CA 10593 DPW

TO: (Name and address of Defendant)

CHRISTOPHER HUGHES
c/o Barack Obama Campaign Headquarters
233 N. Michigan Avenue
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel P. Tighe
Scott McConchie
Griesinger, Tighe & Maffei, LLP
155 Federal Street, Suite 1700
Boston, MA 02110
Telephone: 617-542-9900

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    MAR 2 8 2007

_____                    _____
CLERK                                                                      DATE

_____
(By) DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC. | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO:<br>07 CA 10593 DFW |
| vs.<br>FACEBOOK, INC., ET AL., | |
| Defendant/Respondent | AFFIDAVIT OF SERVICE OF:<br>SUMMONS; CIVIL COVER SHEET; COMPLAINT AND<br>JURY TRIAL DEMANDED; EXHIBITS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **9th day of April, 2007**, at **2:25 PM**, at the address of **BARACK OBAMA CAMPAIGN HEADQUARTERS, 233 N MICHIGAN Avenue, CHICAGO, Cook County, IL 60601**; this affiant served the above described documents upon **CHRISTOPHER HUGHES**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CHRISTOPHER HUGHES, NAMED DEFENDANT, A white male approx. 21-25 years of age 5'6"-5'8" in height weighing 160-180 lbs with blonde hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **9th day of April, 2007**.

**Steven A Stosur, Reg. # 117-001119, IL**

SUBSCRIBED AND SWORN to before me this 9th day of April, 2007

NOTARY PUBLIC in and for the State of Illinois
Residing at: _____
My Commission Expires: _____

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

ABC's Client Name
**LexisNexis File & Serve SOP**
**14408081**

ORIGINAL PROOF OF
SERVICE

ABC Tracking #: **8205887**