AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

CONNECTU, INC.

**SUMMONS IN A CIVIL ACTION**

V.

FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER
HUGHES, AND THEFACEBOOK LLC

CASE NUMBER:

**07 CA 10593 DPW**

TO: (Name and address of Defendant)

    MARK ZUCKERBERG
    259 Ramona Street
    Palo Alto, CA 94301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Daniel P. Tighe
    Scott McConchie
    Griesinger, Tighe & Maffei, LLP
    155 Federal Street, Suite 1700
    Boston, MA 02110
    Telephone: 617-542-9900

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON      MAR 2 8 2007

CLERK      DATE

(By) DEPUTY CLERK

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DANIEL P. TIGHE, ESQ.<br>FINNEGAN HENDERSON FARABOW GARRETT AND DUNNER, L.LP.<br>3300 Hillview Avenue<br>Palo Alto, California 94304-1203 | (650) 849-6600 | |
| | Ref. No. Or File No.<br>W2474929 | |
| Attorneys for: CONNECTU, INC. | | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSSETTS | | |
| Plaintiff:<br>CONNECTU, INC. | | |
| Defendant:<br>FACEBOOK, INC. | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>07 CA 10593 DPW |
|---|---|---|---|---|

I, Joel Kincaide, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : MARK ZUCKERBERG

By Serving           : ANIKKA FRAGODT, Administrative Assistant

Address              : 156 University Ave , Palo Alto, Ca 94301-1631
Date & Time          : Monday, April 2, 2007 @ 11:38 a.m.
Witness fees were    : Not applicable.

Person serving:
Joel Kincaide
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 376
   (3) County: San Mateo
   (4) Expires: 7/12/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 2, 2007                              Signature: _____
                                                                Joel Kincaide


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone | FOR COURT USE ONLY |
|---|---|---|
| DANIEL P. TIGHE, ESQ.<br>FINNEGAN HENDERSON FARABOW GARRETT AND DUNNER, L.LP.<br>3300 Hillview Avenue<br>Palo Alto, California 94304-1203 | (650) 849-6600 | |
| Attorneys for: CONNECTU, INC. | Ref. No. Or File No.<br>W2474929 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

Plaintiff:
CONNECTU, INC.

Defendant:
FACEBOOK, INC.

| POS BY MAIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07 CA 10593 DPW |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On April 2, 2007, I served the within :

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

MARK ZUCKERBERG
156 University Ave
Palo Alto, Ca 94301-1631

Person serving:
Edwina Galvan
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 406
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 2, 2007

Signature: _____
Edwina Galvan



Judicial Council form, rule 982(a) (23)