## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:07-cv-10593 (DPW) |
| ) | |
| v. ) | Related Action 1:04-cv-11923 (DPW) |
| ) | |
| FACEBOOK, INC., MARK ZUCKERBERG, ) | |
| EDUARDO SAVERIN, DUSTIN ) | |
| MOSKOVITZ, ANDREW MCCOLLUM, ) | |
| CHRISTOPHER HUGHES, AND ) | |
| THEFACEBOOK LLC, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTIONS FILED BY PLAINTIFF CONNECTU REQUIRING RESOLUTION

I, Meredith H. Schoenfeld, declare as follows:

I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff ConnectU, Inc. I make this Declaration in support of Plaintiff's Notice of Motions Filed by Plaintiff ConnectU Requiring Resolution. I am an active member in good standing of the Bars of the State of California and the District of Columbia and I am admitted *pro hac vice* in the related action. I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

1.  Attached hereto as Exhibit A is a chart compiled by counsel for Plaintiff, which upon information and belief, lists all the motions filed by ConnectU, Inc.'s predecessor (ConnectU LLC) that are ripe for resolution.

2

2. Attached hereto as Exhibit B is a true and correct copy of an article entitled "ME MEDIA: How Hanging Out on the Internet Became Big Business" that appeared in THE NEW YORKER on May 15, 2006.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.  This Declaration is executed on the 11th day of April 2007.

/s/ Meredith H. Schoenfeld
Meredith H. Schoenfeld

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 11, 2007.

/s/ Daniel P. Tighe
Daniel P. Tighe (BBO# 556583)