## ConnectU, Inc. v. Facebook et al.
## Civ. 04-11923 (DPW)

### Status of ConnectU Motions

| Docket # | Name of Motion | Date Filed | Order Docket # | Disposition | Order Date |
|---|---|---|---|---|---|
| 37 | Motion To Compel the Production of Mirror Images of Defendants' Hard Drives and Other Electronic Memory Devices and Documents Created After May 21, 2004 | 07/28/05 | -- | 1) As to Mirror Images: "Court will not at this time require the production of mirror images of hard drives within the custody, control and/or possession of defendants but permit plaintiff to take discovery as to the steps the defendants have taken to obtain and produce the codes. If defendants' counsel's representations turn out to be inaccurate, the Court may allow the plaintiff to make mirror images of defendants' hard drives." *Granted in part and pretermitted in part.*<br><br>2) As to Post May 21, 2004 Documents: *Court has not ruled.* | 11/18/05 |
| 68 | Motion To Compel the Production of Documents In Response To Production Request Nos. 42, 44-46,70-71, 85-96, 98-105, 107-110, 113, and 169. | 09/09/05 | -- | *Denied for administrative purposes without prejudice pending resolution of the jurisdictional dispute.* | 9/25/06 |

*ConnectU, Inc. v. Facebook et al.*
Civ. 04-11923 (DPW)

**Status of ConnectU Motions**

| Docket # | Name of Motion | Date Filed | Order Docket # | Disposition | Order Date |
|---|---|---|---|---|---|
| 121 | Motion To Compel Facebook Defendants' Answers to Interrogatory Nos. 19-23. | 01/05/06 | -- | *Denied for administrative purposes without prejudice pending resolution of the jurisdictional dispute.* | 09/25/06 |
| 126 | Motion To Compel Facebook Defendants' Production Of Documents in Response to Request for Production Nos. 171, 174-182, 184-187 | 01/05/06 | -- | *Denied for administrative purposes without prejudice pending resolution of the jurisdictional dispute.* | 09/25/06 |
| 175 | Motion For Contempt | 06/09/06 | -- | *Terminated Administratively* | 03/02/07 |