# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK LLC, <br><br> Defendants. | Case No. 07-10593-DPW |

## NOTICE OF APPEARANCE OF JEREMY P. OCZEK

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Jeremy P. Oczek, of the law firm Proskauer Rose LLP, as counsel for defendants 1) Facebook, Inc., 2) Mark Zuckerberg, 3) Dustin Moskovitz, 4) Andrew McCollum, 5) Christopher Hughes, and 6) TheFacebook LLC (collectively the "Facebook Defendants").[1]

Dated:  April 17, 2007                    Respectfully submitted,

*/s/ Jeremy P. Oczek*
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Telephone: (617) 526-9600
Facsimile: (617) 526-9899
joczek@proskauer.com

ATTORNEY FOR FACEBOOK, INC., MARK
ZUCKERBERG, DUSTIN MOSKOVITZ,
ANDREW MCCOLLUM, CHRISTOPHER
HUGHES, and THEFACEBOOK LLC

---

[1] Defendant Eduardo Saverin ("Saverin"), the only other defendant, is separately represented.

Dockets.Justia.com

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 17, 2007.

                                              */s/ Jeremy P. Oczek*
                                              Jeremy P. Oczek