# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>          Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC,<br><br>          Defendants. | CIVIL ACTION NO. 1:07-cv-10593 |

### ASSENTED-TO MOTION TO ADMIT COUNSEL PRO HAC VICE
### ON BEHALF OF PLAINTIFF CONNECTU, INC.

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Daniel P. Tighe, a member of the bar of this Court and counsel of record for Plaintiff ConnectU, Inc. ("ConnectU"), hereby moves for the admission *pro hac vice* of John F. Hornick, Margaret A. Esquenet, and Meredith H. Schoenfeld, all of whom are attorneys with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, N.W., Washington, D.C., 20001, as counsel for ConnectU.

In support of this motion, ConnectU hereby submits the accompanying declarations which state that (1) the above mentioned individuals are members of the bar in good standing in every jurisdiction where they have been admitted to practice; (2) there are no disciplinary proceedings pending against either of them as a member of the bar in any jurisdiction; and (3) they are familiar with the Local Rules of this District.

A check for the fees associated with this motion is being hand delivered to the court on this same day, April 18, 2007, with the Notices of Electronic Filing, pursuant to ECF Administrative Procedure F.

WHEREFORE, ConnectU respectfully requests that this Court grant this assented-to motion to admit counsel *pro hac vice* for the purposes of participating in this lawsuit.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties conferred regarding the issues presented by this motion and that Defendants' counsel consents to this motion.

Dated:  April 18, 2007

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel P. Tighe
Daniel P. Tighe (BBO# 556583)
  Email: dtighe@gtmllp.com
Scott McConchie (BBO# 634127)
  Email:  smcconchie@gtmllp.com
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA  02110
Telephone:  (617) 542-9900
Facsimile:   (617) 542-0900

Of Counsel:
John F. Hornick
  Email:  john.hornick@finnegan.com
Margaret A. Esquenet
  Email:  margaret.esquenet@finnegan.com
Meredith H. Schoenfeld
  Email:  meredith.schoenfeld@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:    (202) 408-4000
Facsimile:     (202) 408-4400

Attorneys for Plaintiff
ConnectU, Inc.

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 18, 2007.

/s/ Daniel P. Tighe_____