## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU, INC.,

                    Plaintiff,          CIVIL ACTION NO. 1:07-cv-10593

        v.

FACEBOOK, INC., MARK ZUCKERBERG,
EDUARDO SAVERIN, DUSTIN MOSKOVITZ,
ANDREW MCCOLLUM, CHRISTOPHER
HUGHES, AND THEFACEBOOK LLC,

                  Defendants.

### DECLARATION OF MARGARET A. ESQUENET IN SUPPORT OF CONNECTU, INC.'S MOTION TO ADMIT COUNSEL PRO HAC VICE

I, Margaret A. Esquenet, declare that the following are true and correct under penalty of

perjury, pursuant to 28 U.S.C. § 1746:

1.      I am a member in good standing of the bars of the District of Columbia,

the United States District Court for the District of Columbia and the State

of Maryland.

2.      There are no disciplinary proceedings pending against me in any court or

jurisdiction.

3.      I am familiar with the Local Rules for the U.S. District Court for the District

of Massachusetts.

Dated:  April 18, 2007                    /s/ Margaret A. Esquenet _____
                                          Margaret A. Esquenet

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants on April 18, 2007.


/s/ Daniel P. Tighe_____