# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC, <br><br> Defendants. | CIVIL ACTION NO. 1:07-cv-10593 |

## DECLARATION OF JOHN F. HORNICK IN SUPPORT OF CONNECTU, INC.'S MOTION TO ADMIT COUNSEL PRO HAC VICE

I, John F. Hornick, declare that the following are true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.     I am a member of the bar of the District of Columbia and of the United States District Court for the District of Columbia.

2.     There are no disciplinary proceedings pending against me in any court or jurisdiction.

3.     I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.


Dated: April 18, 2007                                     /s/ John F. Hornick_____
                                                          John F. Hornick

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 18, 2007.

      /s/ Daniel P. Tighe_____