AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

CONNECTU, INC.

V.

FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CA 10593 DPW

TO: (Name and address of Defendant)

ANDREW MCCOLLUM

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel P. Tighe
Scott McConchie
Griesinger, Tighe & Maffei, LLP
155 Federal Street, Suite 1700
Boston, MA 02110
Telephone: 617-542-9900

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

MAR 28 2007
DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

**COMMONWEALTH OF MASSACHUSETTS**
**United States District Court, District of Massachusetts**
**Docket/Case No: 07 CA 10593 DPW**

I hereby certify and return that today, April 11, 2007, at 2:30 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Andrew Karem McCollum, by giving in hand to Andrew Karem McCollum. Said service was effected at: Harvard University, Leverett House F100, 10th floor, Cambridge, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 11, 2007.

Joseph Marino, Constable
& Disinterested Person over Age 18. Total Fees: $100.00
Roscoe, BeDugnis & Associates
15 Court Square, Suite 450
Boston , MA, 02108-2519
(617) 523-1036 , (617) 723-4247 Fax