# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,                )<br>                                         )<br>                Plaintiff,         )<br>                                         )<br>        v.                              )<br>                                         )<br>FACEBOOK, INC., MARK ZUCKERBERG, )<br>EDUARDO SAVERIN, DUSTIN          )<br>MOSKOVITZ, ANDREW MCCOLLUM, )<br>CHRISTOPHER HUGHES, AND        )<br>THEFACEBOOK LLC,                 )<br>                                         )<br>                Defendants.       ) | CIVIL ACTION NO. 1:07-cv-10593 (DPW)<br><br>Related Action 1:04-cv-11923 (DPW) |

### ADDENDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

On April 17, Plaintiff ConnectU filed an opposition (Dkt. 12) to Defendants' Request for an Extension of Time (Dkt. 11). In that opposition, ConnectU stated that "Defendant McCollum still has not been found" (Dkt. 12 at 2). At the time, ConnectU believed this statement to be true, as did Defendants (Dkt. 11 at 1-2, stating that as of April 17, 2007, "upon information and belief, plaintiff still has not effected service on defendant Andrew McCollum."). However, on April 19, 2007, ConnectU learned from its process server that Andrew McCollum had in fact been served on April 11, 2007 (Dkt. 14). Therefore, his Answer or other response is due on May 1, 2007.

Dated: April 19, 2007                                    Respectfully submitted,

                                             /s/ Scott McConchie
                                             Daniel P. Tighe (BBO# 556583)
                                             Scott McConchie (BBO# 634127)
                                             GRIESINGER, TIGHE, & MAFFEI, L.L.P.
                                             Boston, MA  02110
                                             Telephone:  (617) 603-0918
                                             Facsimile:   (617) 542-0900
                                             dtighe@gtmllp.com
                                             smcconchie@gtmllp.com

                                             Of Counsel:
                                             John F. Hornick
                                             Margaret A. Esquenet
                                             Meredith H. Schoenfeld
                                             FINNEGAN, HENDERSON, FARABOW,
                                                  GARRETT & DUNNER, L.L.P.
                                             901 New York Avenue, N.W.
                                             Washington, D.C.  20001
                                             Tel: (202) 408-4000
                                             Fax: (202) 408-4400

                                             Attorneys for Plaintiff
                                             ConnectU, Inc.

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 19, 2007.

                                             /s/ Scott McConchie
                                             Scott McConchie (BBO# 634127)