IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC, <br><br> Plaintiff, <br><br> v. <br><br> THE FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, LLC, <br><br> Defendants. | CIVIL ACTION NO. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING MOSKOVITZ, MCCOLLUM AND HUGHES' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(B)(6)**

For the reasons set forth in Moskovitz, McCollum, and Hughes' Motion to Dismiss pursuant to Fed. R.Civ.P. 12(b)(6) on grounds that Plaintiff has failed to state a claim on which relief can be granted,

IT IS HEREBY ORDERED:

The Facebook Defendants' Motion is **GRANTED** and the case is **DISMISSED**.

IT IS SO ORDERED

Dated: _____, 2007

                                                                             Hon. Douglas P. Woodlock