IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK LLC<br><br>        Defendants. | CIVIL ACTION NO. 1:07-CV-10593 (DPW) |

### ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* FOR THERESA A. SUTTON TO APPEAR ON BEHALF OF FACEBOOK DEFENDANTS

      Pursuant to Local Rule 83.5.3(b), the undersigned counsel moves for the admission *pro hac vice* of Theresa A. Sutton, of the law firm Orrick, Herrington & Sutcliffe LLP, to appear on behalf of Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes and TheFacebook, LLC. in the above case.

      As set forth in the attached declaration, Attorney Theresa A. Sutton is a member in good standing in every jurisdiction where she has been admitted to practice; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and she is familiar with the Local Rules of the U.S. District Court, District of Massachusetts.

      WHEREFORE, it is respectfully requested that Attorney Sutton be admitted *pro hac vice* to appear on behalf of Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes and TheFacebook, LLC. in the above-captioned case.

Dated: April 24, 2007    Respectfully submitted,

/s/ Jeremy P. Oczek
Steven M. Bauer
Jeremy P. Oczek
Proskauer Rose LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:    (617) 526-9899

ATTORNEYS FOR FACEBOOK, INC. MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, LLC.

**Certificate Pursuant to Rule 7.1**

I hereby certify that counsel for the parties have conferred regarding this motion, and that counsel for plaintiff ConnectU LLC, Margaret Esquenet, has assented to the relief requested by this motion.

/s/ Jeremy P. Oczek
Jeremy P. Oczek

**Certificate of Service**

The undersigned hereby certifies that this document was filed through the ECF system on April 24, 2007 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>*/s/ Jeremy P. Oczek*
>Jeremy P. Oczek