IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK LLC<br><br>       Defendants. | CIVIL ACTION NO. 1:07-CV-10593 (DPW) |

**ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* FOR
I. NEEL CHATTERJEE TO APPEAR ON BEHALF OF FACEBOOK DEFENDANTS**

Pursuant to Local Rule 83.5.3(b), the undersigned counsel moves for the admission *pro hac vice* of I. Neel Chatterjee, of the law firm Orrick, Herrington & Sutcliffe LLP, to appear on behalf of Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes and TheFacebook, LLC. in the above case.

As set forth in the attached declaration, Attorney I. Neel Chatterjee is a member in good standing in every jurisdiction where she has been admitted to practice; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and she is familiar with the Local Rules of the U.S. District Court, District of Massachusetts.

WHEREFORE, it is respectfully requested that Attorney I. Neel Chatterjee be admitted *pro hac vice* to appear on behalf of Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes and TheFacebook, LLC. in the above-captioned case.

Dated: April 24, 2007                                    Respectfully submitted,

                                              /s/ Jeremy P. Oczek
                                              Steven M. Bauer
                                              Jeremy P. Oczek
                                              Proskauer Rose LLP
                                              One International Place, 22nd Floor
                                              Boston, MA 02110-2600
                                              Telephone:   (617) 526-9600
                                              Facsimile:   (617) 526-9899

                                              ATTORNEYS FOR FACEBOOK, INC. MARK
                                              ZUCKERBERG, DUSTIN MOSKOVITZ,
                                              ANDREW MCCOLLUM, CHRISTOPHER
                                              HUGHES AND THEFACEBOOK, LLC.

### Certificate Pursuant to Rule 7.1

I hereby certify that counsel for the parties have conferred regarding this motion, and that counsel for plaintiff ConnectU LLC, Margaret Esquenet, has assented to the relief requested by this motion.

                                              /s/ Jeremy P. Oczek
                                              Jeremy P. Oczek

-3-

## Certificate of Service

The undersigned hereby certifies that this document was filed through the ECF system on April 24, 2007 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jeremy P. Oczek*
Jeremy P. Oczek