IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU LLC, | |
|           Plaintiffs, | |
| v. | |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK LLC | CIVIL ACTION NO. 1:07-CV-10593 (DPW) |
|           Defendants. | |

## ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* FOR MONTE M. F. COOPER TO APPEAR ON BEHALF OF FACEBOOK DEFENDANTS

Pursuant to Local Rule 83.5.3(b), the undersigned counsel moves for the admission *pro hac vice* of Monte M. F. Cooper, of the law firm Orrick, Herrington & Sutcliffe LLP, to appear on behalf of Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes and TheFacebook, LLC. in the above case.

As set forth in the attached declaration, Attorney Monte M. F. Cooper is a member in good standing in every jurisdiction where she has been admitted to practice; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and she is familiar with the Local Rules of the U.S. District Court, District of Massachusetts.

WHEREFORE, it is respectfully requested that Attorney Cooper be admitted *pro hac vice* to appear on behalf of Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes and TheFacebook, LLC. in the above-captioned case.

Dockets.Justia.com

Dated:  April 24, 2007                    Respectfully submitted,


                                          */s/ Jeremy P. Oczek*
                                          Steven M. Bauer
                                          Jeremy P. Oczek
                                          Proskauer Rose LLP
                                          One International Place, 22nd Floor
                                          Boston, MA 02110-2600
                                          Telephone:    (617) 526-9600
                                          Facsimile:     (617) 526-9899

                                      ATTORNEYS FOR FACEBOOK, INC. MARK
                                      ZUCKERBERG, DUSTIN MOSKOVITZ,
                                      ANDREW MCCOLLUM, CHRISTOPHER
                                      HUGHES AND THEFACEBOOK, LLC.



### Certificate Pursuant to Rule 7.1


I hereby certify that counsel for the parties have conferred regarding this motion, and that counsel for plaintiff ConnectU LLC, Margaret Esquenet, has assented to the relief requested by this motion.

                                          */s/ Jeremy P. Oczek*
                                          Jeremy P. Oczek

## <u>Certificate of Service</u>

The undersigned hereby certifies that this document was filed through the ECF system on April 24, 2007 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jeremy P. Oczek*
Jeremy P. Oczek
