- 1 -

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, LLC, <br><br> Defendants. | Civil Action No. 1:07-CV-10593 -DPW |

**COMBINED CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A) FOR THE MOTIONS TO DISMISS FILED (1) BY FACEBOOK, INC. AND THEFACEBOOK, LLC; (2) BY DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND CHRISTOPHER HUGHES; AND (3) BY MARK ZUCKERBERG**

- 1 -

OHS West:260220363.1

I hereby certify that counsel for the parties have conferred regarding the issues presented by the following Motions to Dismiss, filed April 23, 2007, and that Plaintiff's counsel does not consent to these motions.

- The Facebook LLC And Facebook, Inc.'s Motion To Dismiss. Docket No. 16;

- Moskovitz, Mccollum And Hughes' Motion To Dismiss For Failure To State A Claim Pursuant To Fed. R. Civ. P. 12(b)(6). Docket No. 17;

- Mark Zuckerberg's Motion to Dismiss for Failure to State a Claim Pursuant to Fed.R.Civ.P. 12(b)(6). Docket No. 18.

Dated: April 24, 2007

/s/ Steven M. Bauer /s/
Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:    (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

Of Counsel:
G. Hopkins Guy, III
I. Neel Chatterjee
Monte Cooper
Theresa A. Sutton
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

ATTORNEYS FOR DEFENDANTS FACEBOOK, INC., MARK ZUCKERBERG, DUSTIN MOSKOVITZ, CHRISTOPHER HUGHES, ANDREW MCCOLLUM, AND THEFACEBOOK, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 23, 2006.

Dated:  April 24, 2007.                             Respectfully submitted,

                                                                /s/ Steve M. Bauer /s/
                                                                Steve M. Bauer

OHS West:260220363.1