# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., THEFACEBOOK, LLC, MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND CHRISTOPHER HUGHES,<br><br>                Defendants. | Civil Action No. 1:07-CV-10593 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## CONNECTU INC.'S MOTION FOR LEAVE TO FILE ONE CONSOLIDATED OPPOSITION TO FACEBOOK DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO EXCEED PAGE LIMITATION

Plaintiff ConnectU, Inc. ("ConnectU") hereby moves for leave to file one consolidated opposition to Facebook Defendants' three Motions to Dismiss. ConnectU, also moves for leave to exceed the page limitation, pursuant to L.R. 7.1(b)(4).

On April 23, 2007, Defendants Facebook, Inc., TheFacebook, LLC, Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, and Christopher Hughes ("Facebook Defendants"), filed three separate Motions to Dismiss.[1] In an effort to save the Court's time and resources, ConnectU respectfully requests that it be granted leave to file one consolidated opposition to the Motions to Dismiss. Should the Court grant this request, ConnectU further moves to file a brief in excess of the 20-page limit, not to exceed 40 pages.

A Proposed Order granting this Motion is being filed concurrently herewith as Exhibit A.

---

[1] See Docket Item # 16 (Motion to Dismiss by Facebook, Inc. and TheFacebook, LLC); # 17 (Motion to Dismiss by Dustin Moskovitz, Andrew McCollum, and Christopher Hughes); and # 18 (Motion to Dismiss by Mark Zuckerberg).

## CERTIFICATION PURSUANT TO L.R. 7.1

Plaintiff's counsel hereby certifies under L.R. 7.1 that counsel for Plaintiff attempted to confer with counsel for the Facebook Defendants, and that they did not respond.

Respectfully submitted,

Dated:  April 25, 2007

/s/ Scott McConchie
Daniel P. Tighe (BBO# 556583)
  Email: dtighe@gtmllp.com
Scott McConchie (BBO# 634127)
  Email:  smcconchie@gtmllp.com
GRIESINGER, TIGHE, &  MAFFEI, L.L.P.
Boston, MA  02110
Telephone:  (617) 603-0918
Facsimile:   (617) 542-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Of Counsel:
John F. Hornick
Margaret A. Esquenet
Meredith H. Schoenfeld
FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Tel: (202) 408-4000
Fax: (202) 408-4400


Attorneys for Plaintiff
ConnectU LLC

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 25, 2007.

                /s/ Scott McConchie
                Scott McConchie