# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., THEFACEBOOK, LLC, MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND CHRISTOPHER HUGHES, <br><br> Defendants. | Civil Action No. 1:07-CV-10593 (DPW) <br><br> District Judge Douglas P. Woodlock <br><br> Magistrate Judge Robert B. Collings |

### [PROPOSED] ORDER GRANTING CONNECTU, INC.'S MOTION FOR LEAVE TO FILE ONE CONSOLIDATED OPPOSITION TO FACEBOOK DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO EXCEED PAGE LIMITATION

Having Considered Plaintiff ConnectU, Inc.'s Motion for Leave to File One Consolidated Opposition to Facebook Defendants' Motions to Dismiss and ConnectU's Motion to Exceed Page Limitation, this Court orders as follows:

ConnectU is granted leave to file one consolidated opposition to Facebook Defendants' Motions to Dismiss, not in excess of 40 pages.

**SO ORDERED**

DATED: _____                         _____
                                           District Judge Douglas P. Woodlock
                                           Magistrate Judge Robert B. Collings