# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>              Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., THEFACEBOOK, LLC, MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND CHRISTOPHER HUGHES,<br><br>              Defendants. | Civil Action No. 1:07-CV-10593 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

### NOTICE OF CONSENT BY THE FACEBOOK DEFENDANTS TO CONNECTU, INC.'S MOTION FOR LEAVE TO FILE CONSOLIDATED OPPOSITION AND TO EXCEED PAGE LIMITATION

Plaintiff ConnectU, Inc. ("ConnectU") hereby notifies this Court that after it filed its Motion for Leave to File One Consolidated Opposition to Facebook Defendants' Motions to Dismiss; and Motion to Exceed Page Limitation, counsel for Facebook Defendants' consented to the relief sought in that motion.

### CERTIFICATION PURSUANT TO L.R. 7.1

Plaintiff's counsel hereby certifies under L.R. 7.1 that counsel for Plaintiff conferred with counsel for the Facebook Defendants, and they consent to the relief sought in ConnectU's Motion for Leave to File One Consolidated Brief; and Motion to Exceed Page Limitation.

                                      Respectfully submitted,

Dated:  April 26, 2007                  /s/ Scott McConchie
                                          Daniel P. Tighe (BBO# 556583)
                                            Email: dtighe@gtmllp.com
                                          Scott McConchie (BBO# 634127)
                                            Email:  smcconchie@gtmllp.com
                                          GRIESINGER, TIGHE, &  MAFFEI, L.L.P.
                                          Boston, MA  02110
                                          Telephone:  (617) 603-0918
                                          Facsimile:   (617) 542-0900
                                          dtighe@gtmllp.com
                                          smcconchie@gtmllp.com

                                          Of Counsel:
                                          John F. Hornick
                                          Margaret A. Esquenet
                                          Meredith H. Schoenfeld
                                          FINNEGAN, HENDERSON, FARABOW,
                                                GARRETT & DUNNER, L.L.P.
                                          901 New York Avenue, N.W.
                                          Washington, D.C.  20001
                                          Tel: (202) 408-4000
                                          Fax: (202) 408-4400


                                          Attorneys for Plaintiff
                                          ConnectU LLC

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 26, 2007.

/s/ Scott McConchie<br>Scott McConchie