```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| CONNECTU INC,<br><br>        Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK.COM a/k/a THEFACEBOOK, LLC<br><br>        Defendants. | CIVIL ACTION NO. 07-10593 DPW |

**<u>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT EDUARDO SAVERIN</u>**

      Please note the appearance of Daniel K. Hampton of the law firm of Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts 02116, representing defendant Eduardo Saverin in the above-named action.

Respectfully submitted,

EDUARDO SAVERIN,

By his attorneys,

HOLLAND & KNIGHT LLP

/s/ Daniel K. Hampton
Daniel K. Hampton (BBO No. 634195)
Gordon P. Katz (BBO No. 261080)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

and

Robert B. Hawk (of counsel, seeking
    *pro hac vice* admission)
Bhanu K. Sadasivan (of counsel,
    seeking *pro hac vice admission*)
HELLER EHRMAN LLP
275 Sand Hill Road
Menlo Park, CA 94025-7019
(650) 324-7165

Annette L. Hurst (of counsel,
    seeking *pro hac vice admission*)
Nathan Shafroth (of counsel, seeking
    *pro hac vice admission*)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000

Dated:  April 26, 2007

**CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 26, 2007.

Respectfully submitted,

/s/ Daniel K. Hampton
Name of Attorney

# 4500212_v1