UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU INC,<br><br>        Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK.COM a/k/a THEFACEBOOK, LLC,<br><br>        Defendants. | CIVIL ACTION NO. 07-10593 DPW |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT EDUARDO SAVERIN**

    Please note the appearance of Gordon P. Katz of the law firm of Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts 02116, representing defendant Eduardo Saverin in the above-named action.

# 4500195_v1

>Respectfully submitted,
>
>EDUARDO SAVERIN,
>
>By his attorneys,
>
>HOLLAND & KNIGHT LLP
>
>/s/ Gordon P. Katz
>Gordon P. Katz (BBO No. 261080)
>Daniel K. Hampton (BBO No. 634195)
>10 St. James Avenue
>Boston, MA 02116
>(617) 523-2700
>
>and
>
>Robert B. Hawk (of counsel, seeking
>   *pro hac vice* admission)
>Bhanu K. Sadasivan (of counsel,
>   seeking *pro hac vice* admission)
>HELLER EHRMAN, LLP
>275 Sand Hill Road
>Menlo Park, CA 94025-7019
>(650) 324-7165
>
>Annette L. Hurst (of counsel,
>   seeking *pro hac vice* admission)
>Nathan Shafroth (of counsel, seeking
>   *pro hac vice* admission)
>HELLER EHRMAN LLP
>333 Bush Street
>San Francisco, CA 94104
>Telephone: (415) 772-6000

Dated:  April 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 26, 2007.

>/s/ Gordon P. Katz
>Name of Attorney

# 4500195_v1