# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU, INC.,

                    Plaintiff,

              v.

FACEBOOK, INC., MARK ZUCKERBERG,
EDUARDO SAVERIN, DUSTIN MOSKOVITZ,
ANDREW MCCOLLUM, CHRISTOPHER
HUGHES, AND THEFACEBOOK LLC,

                    Defendants.

CIVIL ACTION NO. 1:07-cv-10593 (DPW)

Related Action 1:04-cv-11923 (DPW)

## DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO FACEBOOK DEFENDANTS' RESPONSE TO NOTICE OF MOTIONS FILED BY PLAINTIFF CONNECTU REQUIRING RESOLUTION

I, Meredith H. Schoenfeld, declare as follows:

I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff ConnectU, Inc. I make this Declaration in support of Plaintiff's Notice of Motions Filed by Plaintiff ConnectU Requiring Resolution. I am an active member in good standing of the Bars of the State of California and the District of Columbia and I am admitted *pro hac vice* in this action. I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

1.    Attached as Exhibit 1 to this declaration is a true and correct copy of an Opposition to a Motion to Quash filed by Facebook, Inc. in the District of Washington on November 6, 2006. I received a copy of the Opposition to the Motion to Quash because the discovery being sought was for the pending litigation in the District of Massachusetts.

2

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.  This Declaration is executed on the 3rd day of May 2007.


/s/ Meredith H. Schoenfeld
Meredith H. Schoenfeld




**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 3, 2007.

/s/ John F. Hornick
John F. Hornick