UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CONNECTU, INC.,

                                        Plaintiff,

        v.                                              Civil Action No.: 1:07-CV-10593-DPW

FACEBOOK, INC., MARK ZUCKERBERG,                        Related Action No. 1:04-CV-11923-DPW
EDUARDO SAVERIN, DUSTIN MOSKOVITZ,
ANDREW MCCOLLUM, CRISTOPHER
HUGHES, and THEFACEBOOK, LLC,

                                        Defendants.

## DEFENDANT EDUARDO SAVERIN'S
## MOTION TO DISMISS CONNECTU, INC'S COMPLAINT
## PURSUANT TO FED. R. CIV. P. 12(B)(6)

        Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Eduardo Saverin moves

to dismiss each of the claims for relief asserted against him by ConnectU Inc. ("ConnectU"):  the

first (copyright infringement), second (trade secret misappropriation), fifth (unfair trade

practices), seventh (unjust enrichment), and eighth (intentional interference with prospective

contractual and advantageous business relations) claims.  As set forth in the memorandum

submitted herewith, ConnectU's complaint should be dismissed as against Mr. Saverin because it

fails to meet even the liberal notice requirements of Federal Rule of Procedure 8(a).  Despite its

assertion of five claims against Mr. Saverin, ConnectU's complaint contains *no factual

allegations* identifying what role Mr. Saverin is alleged to have played in *any wrongdoing*.

Accordingly, all of ConnectU's claims against Mr. Saverin should be dismissed.

Dockets.Justia.com

## REQUEST FOR ORAL ARGUMENT

Because Defendant Saverin wishes to be heard and believes that oral argument may assist the Court, pursuant to D. Mass. L.R. 7.1(D), he hereby requests that the Court grant oral argument on this motion.

## RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that counsel for Saverin has conferred with counsel for ConnectU, Inc. in a good faith effort to resolve or narrow the issue presented by this motion.

DATED: May 3, 2007

/s Daniel K. Hampton
Daniel K. Hampton
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA  02116
Telephone:  (617) 523-2700
Facsimile:  (617) 523-6850
Attorney for EDUARDO SAVERIN

*Of Counsel*:

Annette L. Hurst (CA Bar No. 148738)
Nathan E. Shafroth (CA Bar No. 232505)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94110
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268

Robert B. Hawk (CA Bar No. 118054)
Bhanu K. Sadasivan (CA Bar No. 233429)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
Telephone:  (650) 324-7000
Facsimile:  (650) 324-0638

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 3, 2007.

/s Daniel K. Hampton

Daniel K. Hampton

# 4523492_v1