# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., <br><br>       Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, LLC, <br><br>       Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**DEFENDANTS' NOTICE OF JOINING EDUARDO SAVERIN'S
MOTION TO DISMISS CONNECTU, INC.'S COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(B)(6)**

DEFENDANTS' NOTICE OF JOINING EDUARDO SAVERIN'S MOTION TO DISMISS CONNECTU, INC.'S COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(B)(6)

OHS West:260227248.1

Dockets.Justia.com

On May 3, 2007, Defendant Eduardo Saverin ("Saverin") filed a Motion to Dismiss ConnectU, Inc.'s ("ConnectU") Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).  Docket No. 31.  Defendants Christopher Hughes, Andrew McCollum, Dustin Moskovitz, Facebook, Inc., and TheFacebook, LLC (the "Facebook Defendants") also filed Motions to Dismiss on April 23, 2007.  Docket Nos. 16 and 17.  The Facebook Defendants hereby provide notice that they join in Saverin's Motion to Dismiss.  As Mr. Saverin points out, the complaint contains no factual allegations identifying what role Mr. Saverin or the other defendants are alleged to have played in any wrongdoing.  Thus, the Facebook Defendants adopt by reference his briefing and argument in support of said motion, and request that the relief requested run to the benefit of the Facebook Defendants as well as Mr. Saverin.

Dated:  May 7, 2007                          Respectfully submitted,


 /s/ Theresa A. Sutton /s/
_____
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401


Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:    (617) 526-9600
Facsimile:    (617) 526-9899


* Admitted Pro Hac Vice

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on Mat 7, 2007.

Dated:  May 7, 2007.                          Respectfully submitted,

                                    /s/ Theresa S. Sutton /s/
                              _____
                                    Theresa A. Sutton

OHS West:260227248.1