# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK, LLC,<br><br>      Defendants. | Civil Action No. 1:07-CV-10593 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Daniel P. Kaufman, enters his appearance in this matter as counsel for Plaintiff, ConnectU, Inc., for the purpose of receiving notices and orders from the Court.

Dated: May 8, 2007      Respectfully submitted,

              /s/Daniel P. Kaufman_____
              John F. Hornick (admitted *pro hac vice*)
               Email: john.hornick@finnegan.com
              Margaret A. Esquenet (admitted *pro hac vice*)
               Email: margaret.esquenet@finnegan.com
              Meredith H. Schoenfeld (admitted *pro hac vice*)
               Email: meredith.schoenfeld@finnegan.com
              Daniel P. Kaufman (BBO# 663535)
               Email: daniel.kaufman@finnegan.com
              FINNEGAN, HENDERSON, FARABOW,
               GARRETT & DUNNER, L.L.P.
              901 New York Avenue, N.W.
              Washington, D.C. 20001
              Tel: (202) 408-4000
              Fax: (202) 408-4400

        Daniel P. Tighe (BBO# 556583)
          Email:  dtighe@gtmllp.com
        Scott McConchie (BBO# 634127)
          Email:  smcconchie@gtmllp.com
        GRIESINGER, TIGHE, &  MAFFEI, L.L.P.
        Boston, MA  02110
        Telephone:  (617) 452-9900
        Facsimile:   (617) 452-090

        Attorneys for Plaintiff
        ConnectU, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2007.

        /s/ Daniel P. Kaufman_____
        Daniel P. Kaufman