## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG,<br>EDUARDO SAVERIN, DUSTIN<br>MOSKOVITZ, ANDREW MCCOLLUM,<br>CHRISTOPHER HUGHES, and FACEBOOK,<br>LLC,<br><br>                    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**ASSENTED-TO MOTION**
**FOR LEAVE TO FILE FACEBOOK, INC. AND THEFACEBOOK, LLC'S REPLY TO**
**CONNECTU INC.'S CONSOLIDATED OPPOSITION TO FACEBOOK DEFENDANTS'**
**MOTIONS TO DISMISS**

OHS West:260232224.1

Dockets.Justia.com

Defendants Facebook, Inc. and Thefacebook, LLC hereby move for leave to file a Reply To ConnectU Inc.'s Consolidated Opposition to Facebook Defendants' Motions to Dismiss (attached hereto as Exhibit A).

As grounds for this motion, a reply brief is necessary to address new issues raised in ConnectU's Consolidated Opposition and to clarify the record for the Court.  Defendants' Reply will clarify these issues and will assist the Court in deciding whether or not to dismiss any or all of ConnectU's claims. The Proposed Order granting this assented-to motion is attached as Exhibit B.

## <u>CERTIFICATION UNDER L.R. 7.1</u>

Defendants' counsel hereby certifies under L.R. 7.1 that counsel for the Facebook Defendants conferred with counsel for the Plaintiff, and that they consent to this motion.

Dated:  May 14, 2007                          Respectfully submitted,


                                              /s/ I. Neel Chatterjee /s/
                                       _____
                                       G. Hopkins Guy, III (of counsel)
                                       I. Neel Chatterjee (*admitted pro hac vice*)
                                       Monte Cooper (*admitted pro hac vice*)
                                       Theresa A. Sutton (*admitted pro hac vice*)
                                       ORRICK, HERRINGTON & SUTCLIFFE LLP
                                       1000 Marsh Road
                                       Menlo Park, California  94025
                                       Telephone:   (650) 614-7400
                                       Facsimile:   (650) 614-7401

                                       Steven M. Bauer
                                       Jeremy P. Oczek
                                       PROSKAUER ROSE, LLP
                                       One International Plaza, 14th Floor
                                       Boston, MA 02110-2600
                                       Telephone:   (617) 526-9600
                                       Facsimile:   (617) 526-9899

                                       ATTORNEYS FOR DEFENDANTS
                                       FACEBOOK, INC., MARK ZUCKERBERG,
                                       DUSTIN MOSKOVITZ, ANDREW
                                       MCCOLLUM, CHRISTOPHER HUGHES, AND
                                       THEFACEBOOK, LLC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 14, 2007.

Dated: May 14, 2007.                    Respectfully submitted,

                                    /s/ I. Neel Chatterjee /s/
                                    I. Neel Chatterjee

-4-