IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, LLC,<br><br>        Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING FACEBOOK DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE FACEBOOK, INC. AND THEFACEBOOK, LLC'S REPLY TO CONNECTU INC.'S CONSOLIDATED OPPOSITION TO FACEBOOK DEFENDANTS' MOTIONS TO DISMISS**

OHS West:260232612.1

-2-

Having considered Facebook Defendants' Assented-to Motion for Leave to File Facebook Defendants' Reply To ConnectU Inc.'s Consolidated Opposition To Facebook Defendants' Motions To Dismiss, this Court orders as follows:

Facebook Defendants are granted leave to file the Reply, attached as Exhibit A to its Motion for Leave.

**IT IS SO ORDERED**

Dated: _____, 2007

Hon. Douglas P. Woodlock