-1-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**ASSENTED-TO MOTION
FOR LEAVE TO FILE DEFENDANT MARK ZUCKERBERG'S REPLY TO
CONNECTU INC.'S CONSOLIDATED OPPOSITION TO FACEBOOK DEFENDANTS'
MOTIONS TO DISMISS**

-1-

-2-

Defendant Mark Zuckerberg hereby moves for leave to file a Reply To ConnectU Inc.'s Consolidated Opposition to Facebook Defendants' Motions to Dismiss (attached hereto as Exhibit A).

As grounds for this motion, a reply brief is necessary to address new issues raised in ConnectU's Consolidated Opposition and to clarify the record for the Court. Mr. Zuckerberg's Reply will clarify these issues and will assist the Court in deciding whether or not to dismiss any or all of ConnectU's claims. The Proposed Order granting this assented-to motion is attached as Exhibit B.

## CERTIFICATION UNDER L.R. 7.1

Defendants' counsel hereby certifies under L.R. 7.1 that counsel for the Facebook Defendants conferred with counsel for the Plaintiff, and that they consent to this motion.

OHS West:260232225.1

Dated:  May 14, 2007                            Respectfully submitted,


                /s/ I. Neel Chatterjee /s/
G. Hopkins Guy, III, (Of Counsel)
I. Neel Chatterjee (*admitted pro hac vice*)
Monte Cooper (*admitted pro hac vice*)
Theresa A. Sutton (*admitted pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:    (617) 526-9899

ATTORNEYS FOR DEFENDANTS
FACEBOOK, INC., MARK ZUCKERBERG,
DUSTIN MOSKOVITZ, ANDREW
MCCOLLUM, CHRISTOPHER HUGHES, AND
THEFACEBOOK, LLC.

-3-

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 14, 2007.

Dated: May 14, 2007.          Respectfully submitted,

                                                   /s/ I. Neel Chatterjee /s/
                                                      I. Neel Chatterjee