IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**ASSENTED-TO MOTION
FOR LEAVE TO FILE DEFENDANTS MOSKOVITZ, MCCOLLUM AND HUGHES'
REPLY TO CONNECTU INC.'S CONSOLIDATED OPPOSITION TO FACEBOOK
DEFENDANTS' MOTIONS TO DISMISS**

-1-

OHS West:260232223.1

-2-

Defendants Moskovitz, McCollum, and Hughes hereby move for leave to file a Reply To ConnectU Inc.'s Consolidated Opposition to Facebook Defendants' Motions to Dismiss (attached hereto as Exhibit A).

As grounds for this motion, a reply brief is necessary to address new issues raised in ConnectU's Consolidated Opposition and to clarify the record for the Court. Defendants' Reply will clarify these issues and will assist the Court in deciding whether or not to dismiss any or all of ConnectU's claims. The Proposed Order granting this assented-to motion is attached as Exhibit B.

## CERTIFICATION UNDER L.R. 7.1

Defendants' counsel hereby certifies under L.R. 7.1 that counsel for the Facebook Defendants conferred with counsel for the Plaintiff, and that they consent to this motion.

OHS West:260232223.1

Dated: May 14, 2007                                             Respectfully submitted,


                                                              /s/ I. Neel Chatterjee /s/
                                                    G. Hopkins Guy, III, (Of Counsel)
                                                    I. Neel Chatterjee (*admitted pro hac vice*)
                                                    Monte Cooper (*admitted pro hac vice*)
                                                    Theresa A. Sutton (*admitted pro hac vice*)
                                                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                    1000 Marsh Road
                                                    Menlo Park, California  94025
                                                    Telephone:    (650) 614-7400
                                                    Facsimile:    (650) 614-7401

                                                    Steven M. Bauer
                                                    Jeremy P. Oczek
                                                    PROSKAUER ROSE, LLP
                                                    One International Plaza, 14th Floor
                                                    Boston, MA 02110-2600
                                                    Telephone:    (617) 526-9600
                                                    Facsimile:    (617) 526-9899

                                                    ATTORNEYS FOR DEFENDANTS
                                                    FACEBOOK, INC., MARK ZUCKERBERG,
                                                    DUSTIN MOSKOVITZ, ANDREW
                                                    MCCOLLUM, CHRISTOPHER HUGHES, AND
                                                    THEFACEBOOK, LLC.

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 14, 2007.

Dated: May 14, 2007.                                Respectfully submitted,

                                                            /s/ I. Neel Chatterjee /s/
                                                                 I. Neel Chatterjee