IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, LLC,<br><br>        Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING FACEBOOK DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING CONNECTU, LLC'S APPEAL TO THE FIRST CIRCUIT OF JUDGE WOODLOCK'S ORDER OF DISMISSAL IN RELATED CASE NO. 1:04-cv-11923-DPW**

-2-

Having considered Facebook Defendants' Motion To Stay Proceedings Pending ConnectU, LLC's Appeal To The First Circuit Of Judge Woodlock's Order Of Dismissal In Related Case No. 1:04-Cv-11923-DPW, this Court orders as follows:

Facebook Defendants' Motion To Stay Proceedings Pending ConnectU, LLC's Appeal To The First Circuit Of Judge Woodlock's Order Of Dismissal In Related Case No. 1:04-Cv-11923-DPW is hereby GRANTED.

**IT IS SO ORDERED**

Dated: _____, 2007

_____
Hon. Douglas P. Woodlock

OHS West:260234133.1
16069-2001 A3D/A3D