UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC, MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, LLC,<br><br>        Defendants. | CIVIL ACTION NO. 1:07-CV-10593-DPW |

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (a)(2)**

Counsel for the Facebook Defendants certifies that pursuant to Local Rule 7.1(a)(2), they met and conferred with counsel for ConnectU, Inc. regarding Facebook Defendants' Motion to Stay Proceedings Pending ConnectU, LLC's Appeal to the First Circuit of Judge Wooklock's Order of Dismissal in Related Case No. 1:04-Cv-11923-DP. On May 10, 2007, a teleconference occurred between counsel for Facebook Defendants and ConnectU Inc. to discuss, among other things, the issues addressed in Facebook Defendants' Motion to Stay. Despite the conference, the parties were unable to resolve or narrow the issue.

- 1 -

OHS West:260234297.1
16069-2001 YG2/YG2

Respectfully submitted,

Dated: May 16, 2007

/s/ I. Neel Chatterjee /s/
---
G. Hopkins Guy,  III*
I. Neel Chatterjee*
Monte M.F. Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steve M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:     (617) 526-9600
Facsimile:      (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com


* Admitted *Pro Hac Vice*

ATTORNEYS FOR FACEBOOK, INC., MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 16, 2007.

Dated:  May 16, 2007                    Respectfully submitted,

                                              /s/ I. Neel Chatterjee /s/
                                                   I. Neel Chatterjee

OHS West:260234297.1
16069-2001 YG2/YG2