UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br>                        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CRISTOPHER HUGHES, and THEFACEBOOK, LLC,<br>                        Defendants. | Civil Action No.:<br>1:07-CV-10593-DPW<br><br>Related Action No.<br>1:04-CV-11923-DPW |

**ASSENTED-TO MOTION FOR ADMISSION**
***PRO HAC VICE* OF NATHAN E. SHAFROTH**

     Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Daniel K. Hampton, a member of the bar of this Court and counsel of record for Defendant, Eduardo Saverin, hereby moves for the admission *pro hac vice* of Nathan E. Shafroth with the law firm of HELLER EHRMAN LLP, 333 Bush Street, San Francisco, CA 94101, as counsel for Defendant Saverin.

     In support of this Motion, Defendant Saverin hereby submits the accompanying declaration of Nathan E. Shafroth, attached hereto as Exhibit A, which states that (1) the above-mentioned individual is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the District of Massachusetts.  A proposed order granting the Motion is attached hereto as Exhibit B.

     WHEREFORE, Defendant Saverin respectfully requests that this Court grant the motion to admit counsel *pro hac vice* for the purposes of participating in this lawsuit.

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel have conferred regarding the filing of this motion, and that counsel for all parties assent to the motion.

                                    Respectfully submitted,

                                    EDUARDO SAVERIN

                                    By his attorneys,

                                    HOLLAND & KNIGHT LLP

                                    /s/ Daniel K. Hampton
                                    Gordon P. Katz (BBO No. 261080)
                                    Daniel K. Hampton (BBO No. 634195)
                                    HOLLAND & KNIGHT, LLP
                                    10 St. James Avenue
                                    Boston, MA 02116
                                    (617) 523-2700

Dated:  May 18, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 18, 2007.

                                    /s/ Daniel K. Hampton
                                    Daniel K. Hampton

# 4501386_v1