UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CRISTOPHER HUGHES, and THEFACEBOOK, LLC, <br><br> Defendants. | Civil Action No.: <br> 1:07-CV-10593-DPW <br><br> Related Action No. <br> 1:04-CV-11923-DPW |

**DECLARATION OF NATHAN E. SHAFROTH, ESQ. IN SUPPORT OF ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*.**

I, Nathan E. Shafroth, Esq., declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. §1746:

1. I am a member in good standing of the bar of the State of California.

2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

                                                 NATHAN E. SHAFROTH

Dated: May 14, 2007