UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., <br>                 Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CRISTOPHER HUGHES, and THEFACEBOOK, LLC, <br>                 Defendants. | Civil Action No.: <br> 1:07-CV-10593-DPW <br><br> Related Action No. <br> 1:04-CV-11923-DPW |

**PROPOSED ORDER ON
ASSENTED-TO MOTION FOR ADMISSION
*PRO HAC VICE* OF NATHAN E. SHAFROTH**

This matter having come before the Court on Defendant Eduardo Saverin's Assented-To Motion for Admission *Pro Hac Vice* of Nathan E. Shafroth with the law firm of Heller Ehrman, LLP, 333 Bush Street, San Francisco, California 94104-2878, as counsel of record for Defendant Saverin, and the Court having considered the within Motion, and for good cause shown,

It is, on this ____ day of _____, 2007,

**ORDERED** that Nathan E. Shafroth be admitted *pro hac* vice for the purposes of participating in this lawsuit.

 

_____
DOUGLAS P. WOODLOCK
United States District Judge

# 4555646_v1