UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br>     Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CRISTOPHER HUGHES, and THEFACEBOOK, LLC,<br>     Defendants. | Civil Action No.:<br>1:07-CV-10593-DPW<br><br>Related Action No.<br>1:04-CV-11923-DPW |

**DECLARATION OF ANNETTE L. HURST, ESQ. IN SUPPORT OF ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*.**

I, Annette L. Hurst, Esq., declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. §1746:

1. I am a member in good standing of the bar of the State of California.

2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

             _____
             Annette L. Hurst

Dated: May 4, 2007

# 4500682_v1