UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br>    Plaintiff,<br><br> v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CRISTOPHER HUGHES, and THEFACEBOOK, LLC,<br>    Defendants. | Civil Action No.:<br>1:07-CV-10593-DPW<br><br>Related Action No.<br>1:04-CV-11923-DPW |

**PROPOSED ORDER ON
ASSENTED-TO MOTION FOR ADMISSION
PRO HAC VICE OF ANNETTE L. HURST**

This matter having come before the Court on Defendant Eduardo Saverin's Assented-To Motion for Admission *Pro Hac Vice* of Annette L. Hurst with the law firm of Heller Ehrman, LLP, 333 Bush Street, San Francisco, California 94104-2878, as counsel of record for Defendant Saverin, and the Court having considered the within Motion, and for good cause shown,

It is, on this ____ day of _____, 2007,

**ORDERED** that Annette L. Hurst be admitted *pro hac* vice for the purposes of participating in this lawsuit.

                _____
                DOUGLAS P. WOODLOCK
                United States District Judge

# 4500607_v1