```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| CONNECTU, INC., <br><br>                        Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CRISTOPHER HUGHES, and THEFACEBOOK, LLC, <br><br>                        Defendants. | Civil Action No.: <br> 1:07-CV-10593-DPW <br><br> Related Action No. <br> 1:04-CV-11923-DPW |

**DECLARATION OF ROBERT B. HAWK, ESQ. IN SUPPORT OF ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*.**

I, Robert B. Hawk, Esq., declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. §1746:

1. I am a member in good standing of the bar of the State of California and the State of Texas, and the United States District Court for the Northern District of California.

2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

_____
Robert B. Hawk

Dated: May 9, 2007