UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br>      Plaintiff,<br><br> v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CRISTOPHER HUGHES, and THEFACEBOOK, LLC,<br>      Defendants. | Civil Action No.:<br>1:07-CV-10593-DPW<br><br>Related Action No.<br>1:04-CV-11923-DPW |

**PROPOSED ORDER ON
ASSENTED-TO MOTION FOR ADMISSION
*PRO HAC VICE* OF ROBERT B. HAWK**

This matter having come before the Court on Defendant Eduardo Saverin's Assented-To Motion for Admission *Pro Hac Vice* of Robert B. Hawk with the law firm of Heller Ehrman, LLP, 275 Middlefield Road, Menlo Park, California 94025, as counsel of record for Defendant Saverin, and the Court having considered the within Motion, and for good cause shown,

It is, on this ____ day of _____, 2007,

**ORDERED** that Robert B. Hawk be admitted *pro hac* vice for the purposes of participating in this lawsuit.

             _____
             DOUGLAS P. WOODLOCK
             United States District Judge

# 4555685_v1