IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK, LLC, <br><br> Defendants. | Civil Action No. 1:07-CV-10593 (DPW) <br><br> Related Action: Civil Action No. 04-CV-11923 (DPW) <br><br> District Judge Douglas P. Woodlock <br><br> Magistrate Judge Robert B. Collings |

### LOCAL RULE 16.1(D)(3) CERTIFICATION OF PLAINTIFF CONNECTU, INC.

The undersigned counsel and representative of ConnectU, Inc. certify that they have conferred regarding establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation. The undersigned further certify that they have conferred regarding resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By: _____

Cameron Winklevoss
President
ConnectU, Inc.
500 West Putnam Avenue
Greenwich, CT 06830
Telephone: (203) 912-3880
Facsimile: (203) 661-9345

DATED: May 22, 2007

By: _____

John F. Hornick (*pro hac vice*)
Margaret A. Esquenet, (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
Daniel P. Kaufman (BBO# 663535)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 408-4000
Fax: (202) 408-4400

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GRIESINGER, TIGHE, & MAFFEI, L.L.P.
Boston, MA 02110
Telephone: (617) 603-0918
Facsimile: (617) 542-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Attorneys for Plaintiff ConnectU, Inc.

DATED: May 23, 2007