UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>                                      Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CRISTOPHER HUGHES, and THEFACEBOOK, LLC,<br><br>                                    Defendants. | Civil Action No.: 1:07-CV-10593-DPW<br><br>Related Action No. 1:04-CV-11923-DPW |

**ASSENTED-TO MOTION**
**FOR LEAVE TO FILE REPLY DEFENDANT EDUARDO SAVERIN'S**
**REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant Eduardo Saverin hereby moves for leave to file a Reply to ConnectU Inc.'s Opposition to Saverin's Motion to Dismiss. This Reply is attached hereto as Exhibit A.

As grounds for this motion, a reply brief is necessary to address a clarification of pertinent law made by the United States Supreme Court since the time Mr. Saverin filed his motion to dismiss, and to clarify the record for the Court. Mr. Saverin's reply will assist the Court in deciding whether or not to dismiss any or all of ConnectU's claims. The Proposed Order granting this assented-to motion is attached hereto as Exhibit B.

### CERTIFICATION UNDER LOCAL RULE 7.1

Defendant Saverin's counsel hereby certifies under Local Rule 7.1 that counsel for Defendant Saverin conferred with counsel for Plaintiff, and that Plaintiff's counsel consents to this motion.

DATED: May 24, 2007

/s/ Daniel K. Hampton
Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA  02116
Telephone:  (617) 523-2700
gordon.katz@hklaw.com
dan.hampton@hklaw.com

Annette L. Hurst (pro hac vice)
Nathan E. Shafroth (pro hac vice)
HELLER & EHRMAN, LLP
333 Bush Street
San Francisco, CA  94101
Telephone:  (415) 772-6000
annette.hurst@hellerehrman.com
nathan.shafroth@hellerehrman.com

Robert B. Hawk (*pro hac vice*)
Bhanu K. Sadasivan (*pro hac vice*)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
Telephone:  (650) 324-7197
robert.hawk@hellereehrman.com
bhanu.sadasivan@hellerehrman.com

Attorneys for EDUARDO SAVERIN

2

1

## CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 24, 2007.

Dated: May 24, 2007.

                                        Respectfully submitted,

                                        /s/ Daniel K. Hampton
                                        Daniel K. Hampton