UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CRISTOPHER HUGHES, and THEFACEBOOK, LLC,<br><br>          Defendants. | Civil Action No.: 1:07-CV-10593-DPW<br><br>Related Action No. 1:04-CV-11923-DPW |

## [PROPOSED] ORDER GRANTING DEFENDANT EDUARDO SAVERIN'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Having considered Defendant Saverin's Assented-to Motion for Leave to File Reply in Support of Motion to Dismiss, that motion is GRANTED.

DATED: May 24, 2007

/s/ Daniel K. Hampton
Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA  02116
Telephone:  (617) 523-2700
gordon.katz@hklaw.com
dan.hampton@hklaw.com

Annette L. Hurst (pro hac vice)
Nathan E. Shafroth (pro hac vice)
HELLER & EHRMAN, LLP
333 Bush Street
San Francisco, CA  94101
Telephone:  (415) 772-6000
annette.hurst@hellerehrman.com
nathan.shafroth@hellerehrman.com

Robert B. Hawk (*pro hac vice*)
Bhanu K. Sadasivan (*pro hac vice*)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
Telephone:  (650) 324-7197
robert.hawk@hellereehrman.com
bhanu.sadasivan@hellerehrman.com

Attorneys for EDUARDO SAVERIN