UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU. INC.,<br><br>                        Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>                        Defendants. | CIVIL ACTION NO. 1:07-CV-10593-DPW |

## CERTIFICATION OF CONFERENCE UNDER LOCAL RULE 16.1(D)(3)

The undersigned hereby certify, in accordance with Local Rule 16.1(D)(3), that they have conferred about establishing a budget for the cost of conducting the full course, and various alternative courses, of this litigation, and to discuss the use of alternative dispute resolution programs (as outlined in Local Rule 16.4) as a means of resolving this action.

/ / /

- 1 -

|  |  |
|---|---|
| *[signature]*<br>Mark Zuckerberg<br>Dated: May 16, 2007 | Respectfully submitted,<br><br>Dated: May 29, 2007<br><br>/s/ I. Neel Chatterjee /s/<br>G. Hopkins Guy, III*<br>I. Neel Chatterjee*<br>Monte M.F. Cooper*<br>Theresa A. Sutton*<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br>hopguy@orrick.com<br>nchatterjee@orrick.com<br>mcooper@orrick.com<br>tsutton@orrick.com<br><br>Steve M. Bauer<br>Jeremy P. Oczek<br>PROSKAUER ROSE, LLP<br>One International Plaza, 14th Floor<br>Boston, MA 02110-2600<br>Telephone: (617) 526-9600<br>Facsimile: (617) 526-9899<br>sbauer@proskauer.com<br>joczek@proskauer.com<br><br>* Admitted *Pro Hac Vice*<br><br>ATTORNEYS FOR FACEBOOK, INC., MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, LLC |

*[signature]*
Andrew McCollum
Dated: May 26, 2007

*[signature]*
Dustin Moskovitz
Dated: May 16, 2007

*[signature]*
Christopher Hughes
Dated: May 23, 2007

*[signature]*
Facebook, Inc.
By: Mark Zuckerberg
Dated: May 16, 2007

*[signature]*
Facebook, LLC
By: Mark Zuckerberg
Dated: May 16, 2007