-1-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, LLC,<br><br>        Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**ASSENTED-TO MOTION FOR LEAVE TO FILE
THE FACEBOOK DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF
MOTION TO STAY PROCEEDINGS PENDING CONNECTU, LLC'S APPEAL TO
THE FIRST CIRCUIT OF JUDGE WOODLOCK'S ORDER OF DISMISSAL IN
RELATED CASE NO. 1:04-cv-11923-DPW**

The Facebook Defendants hereby move for leave to file a Reply To ConnectU Inc.'s Opposition to Facebook Defendants' Motions to Stay (attached hereto as Exhibit A).

As grounds for this motion, a reply brief is necessary to address new issues raised in ConnectU's Opposition and to clarify the record for the Court. Defendants' Reply will clarify these issues and will assist the Court in deciding whether or not to grant the requested stay. The Proposed Order granting this assented-to motion is attached as Exhibit B.

### CERTIFICATION UNDER L.R. 7.1

Defendants' counsel hereby certifies under L.R. 7.1 that counsel for the Facebook Defendants conferred with counsel for the Plaintiff, and that they consent to this motion.

Dated: June 6, 2007                          Respectfully submitted,


  /s/ I. Neel Chatterjee /s/
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
Yvonne P. Greer*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com
ygreer@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:   (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

* Admitted Pro Hac Vice

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 6, 2007.

Dated: June 6, 2007.                                  Respectfully submitted,

                                                                        /s/ I. Neel Chatterjee /s/
                                                                        I. Neel Chatterjee