# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING FACEBOOK DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE THE FACEBOOK DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING CONNECTU, LLC'S APPEAL TO THE FIRST CIRCUIT OF JUDGE WOODLOCK'S ORDER OF DISMISSAL IN RELATED CASE NO. 1:04-cv-11923-DPW**

OHS West:260247146.1

-2-

Having considered Facebook Defendants' Assented-to Motion for Leave to File their Reply To ConnectU Inc.'s Opposition To Facebook Defendants' Motion To Stay, this Court orders as follows:

Facebook Defendants are granted leave to file the Reply, attached as Exhibit A to its Motion for Leave.

**IT IS SO ORDERED**

Dated: _____, 2007

                                                Hon. Douglas P. Woodlock