UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:07-cv-10593 (DPW) |
| ) | |
| v. ) | |
| ) | |
| FACEBOOK, INC., MARK ZUCKERBERG, ) | Related Action 1:04-cv-11923 (DPW) |
| EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ) | |
| ANDREW MCCOLLUM, CHRISTOPHER ) | |
| HUGHES, AND THEFACEBOOK LLC, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATION OF CONFERENCE UNDER LOCAL RULE 16.1(D)(3)

The undersigned hereby certify, in accordance with Local Rule 16.1(D)(3), that they have conferred about establishing a budget for the cost of conducting the full course, and various alternative courses, of this litigation, and to discuss the use of alternative dispute resolution programs as a means of resolving this action.

DATED: May 30, 2007

*/s/ Eduardo Saverin*
_____
EDUARDO SAVERIN

*/s/ Daniel K. Hampton*
_____
Robert B. Hawk (*pro hac vice*)
Bhanu K. Sadasivan (*pro hac vice*)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7197
robert.hawk@hellerehrman.com
bhanu.sadasivan@hellerehrman.com

Annette L. Hurst (*pro hac vice*)
Nathan E. Shafroth (*pro hac vice*)
HELLER & EHRMAN, LLP
333 Bush Street
San Francisco, CA 94101
Telephone: (415) 772-6000
annette.hurst@hellerehrman.com
nathan.shafroth@hellerehrman.com

Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
gordon.katz@hklaw.com
dan.hampton@hklaw.com

    Attorneys for Defendant Eduardo Saverin

# 4572693_v1