## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, LLC <br><br> Defendants. | Civil Action No. 1:07-CV-10593-DPW |

### NOTICE OF *PRO HAC VICE* ADMISSION

At the Court's status conference today, the Court queried whether Facebook's lead counsel, G. Hopkins Guy, III, had been admitted *pro hac vice* in this case, noting that no asterisk appeared next to his name in the signature block on a pleading recently filed by Facebook Defendants. (Facebook Defendants' Motion to Stay, filed May 16, 2007, Docket 43, at 10). Counsel for Facebook Defendants respectfully notify the Court that Mr. Guy had, earlier that same day (May 16, 2007), been admitted *pro hac vice*, and counsel for Facebook Defendants merely failed to note that by an asterisk. Counsel for Facebook Defendants apologize to the Court for this typographical error.

Dated: June 8, 2007                                    Respectfully submitted,

                                                       */s/ Steven M. Bauer*
                                                       Steven M. Bauer (BBO #542531)
                                                       Jeremy P. Oczek (BBO #647509)
                                                       PROSKAUER ROSE LLP
                                                       One International Plaza, 22nd Floor
                                                       Boston, MA 02110-2600
                                                       Telephone:    (617) 526-9600
                                                       Facsimile:    (617) 526-9899
                                                       sbauer@proskauer.com
                                                       joczek@proskauer.com

                                                       Of Counsel:
                                                       G. Hopkins Guy, III *(admitted pro hac vice)*
                                                       I. Neel Chatterjee *(admitted pro hac vice)*
                                                       Monte M.F. Cooper *(admitted pro hac vice)*
                                                       Theresa A. Sutton *(admitted pro hac vice)*
                                                       Yvonne P. Greer *(admitted pro hac vice)*
                                                       ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                       1000 Marsh Road
                                                       Menlo Park, CA  94025
                                                       Telephone:  (650) 614-7400
                                                       Facsimile:   (650) 614-7401
                                                       hopguy@orrick.com
                                                       nchatterjee@orrick.com
                                                       mcooper@orrick.com
                                                       tsutton@orrick.com
                                                       ygreer@orrick.com

                                                       ATTORNEYS FOR FACEBOOK, INC., MARK
                                                       ZUCKERBERG, DUSTIN MOSKOVITZ,
                                                       ANDREW MCCOLLUM, CHRISTOPHER
                                                       HUGHES, and THEFACEBOOK, LLC


## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 8, 2007                                    */s/ Steven M. Bauer*
                                                       Steven M. Bauer