# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:07-cv-10593 (DPW) |
| ) | |
| v. ) | Related Action 1:04-cv-11923 (DPW) |
| ) | |
| FACEBOOK, INC., MARK ZUCKERBERG, ) | |
| EDUARDO SAVERIN, DUSTIN ) | |
| MOSKOVITZ, ANDREW MCCOLLUM, ) | |
| CHRISTOPHER HUGHES, AND ) | |
| THEFACEBOOK LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF CONNECTU'S MOTION FOR CONTEMPT

Based on Facebook Defendants' representations, in response to ConnectU's request, that they will produce some documents sought by the Motion for Contempt and underlying production requests, ConnectU hereby withdraws its Motion for Contempt filed in the related action (Dkt. 175), without prejudice. ConnectU reserves the right to refile the motion if necessary at a later time, or to file the motion in a different form.

1

DATED:  June 15, 2007               By:  /s/John F. Hornick_____
                                    John F. Hornick (*pro hac vice*)
                                    Margaret A. Esquenet (*pro hac vice*)
                                    Meredith H. Schoenfeld (*pro hac vice*)
                                    Daniel P. Kaufman (BBO# 663535)
                                    FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, L.L.P.
                                    901 New York Avenue, N.W.
                                    Washington, D.C.  20001
                                    Tel: (202) 408-4000
                                    Fax: (202) 408-4400

                                    Daniel P. Tighe (BBO# 556583)
                                    Scott McConchie (BBO# 634127)
                                    GRIESINGER, TIGHE, &  MAFFEI, L.L.P.
                                    Boston, MA  02110
                                    Telephone:  (617) 603-0918
                                    Facsimile:   (617) 542-0900
                                    dtighe@gtmllp.com
                                    smcconchie@gtmllp.com

                                    Attorneys for Plaintiff
                                    ConnectU, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 15, 2007.

                                    /s/ John F. Hornick_____
                                    John F. Hornick