# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, <br><br> Defendants. | CIVIL ACTION NO. 1:07-CV-10593-DPW <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION TO SEAL DOCUMENTS

Having considered Plaintiffs' Assented-to Motion to File under Seal its First Amended Complaint and Exhibits to the Declaration of Meredith H. Schoenfeld in support of First Amended Complaint, this Court orders as follows:

ConnectU, Inc., et al. are granted leave to file the following documents under seal pursuant to the parties' Stipulated Protective Order:

- PLAINTIFFS' FIRST AMENDED COMPLAINT; and

- EXHIBITS 5, 6, 8, 11, 13, 23, 28, 29, 37-39, 41, 44, 45, 48-55, 56A, 57, 59-64, 67-71, 78, 80, 81 TO THE DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF PLAINTIFFS' FIRST AMENDED COMPLAINT

SO ORDERED.

DATED: _____        _____
                              District Judge Douglas P. Woodlock

                              Magistrate Judge Robert B. Collings