# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:07-CV-10593-DPW<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits, or attachments listed below have been manually filed with the Court and are available in paper form only:

- First Amended Complaint; and

- Exhibits 5, 6, 8, 11, 13, 23, 28, 29, 37-39, 41, 44, 45, 48-55, 56A, 57, 59-64, 67-71, 78, 80, 81 to the Declaration of Meredith Schoenfeld in support of First Amended Complaint.

The original documents are maintained in the case file in the Clerk's office.

Dated: August 8, 2007               Respectfully submitted,


   /s/ John. F. Hornick
John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
Daniel P. Kaufman (BBO# 663535)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Tel: (202) 408-4000
Fax: (202) 408-4400

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GRIESINGER, TIGHE, & MAFFEI, L.L.P.
176 Federal Street
Boston, MA  02110
Telephone:  (617) 542-9900
Facsimile:   (617) 542-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Attorneys for Plaintiffs
ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 8, 2007.

/s/ John F. Hornick
John F. Hornick