# EXHIBIT 9

**REDACTED**

**REDACTED**

ng

-----Original Message-----
From:    Divya Narendra [mailto:dknyc82@yahoo.com]
Sent:    Sat 2/5/2005 7:20 PM
To:      Cameron Winklevoss
Cc:
Subject:         emails to mark zuckerberg

Vic,

   Below is the guy I've gotten in touch with. Apparently he knows his
shit. So give him a call. His cell is the 914 number below and work out a
time to meet so you can let him know what needs to be done. He mentioned
he's free to talk tomorrow.

c,

Divya

---------- Forwarded message ----------
Date: Mon, 3 Nov 2003 13:59:45 -0500 (EST)
From: Mark Elliot Zuckerberg
<mzuckerb@fas.harvard.edu>
To: Divya Kumar Narendra <narendra@fas.harvard.edu>
Subject: Re: web developer wanted

I'm down to chat, but I need to deal with the
aftermath of the facemash
stuff today, so maybe tomorrow? My cell is
914.646.8593; please give me a
call sometime. I'm definitely interested in hearing
about your project.

Mark

On Mon, 3 Nov 2003, Divya Kumar Narendra wrote:

> Hey Mark,
>
> I got your email from my friend Aditya. In any
case, me and my team
> need a web developer with php, sql, and hopefully

C004632
C004632

**REDACTED**

```
java skills. We're very
> deep into developing a site, which we'd like you to
be a part of and a
> site which we know will make some waves on campus.
Please call my cell or
> write me an email letting me know when you'd be free
to chat on the phone
> and meet with our current developer. This should be
a really rewarding
> experience, especially if you have an
entreprenuerial personality. We'll
> let you know the details when you respond.
>
> cheers,
>
>
> Divya
>
> cell: 617 851 6790
```

---

Do you Yahoo!?
Yahoo! Mail - 250MB free storage. Do more. Manage less.
http://info.mail.yahoo.com/mail_250

**REDACTED**

handling of the information.