# EXHIBIT 10

# REDACTED

-----Original Message-----
From: Divya Narendra [mailto:dknyc82@yahoo.com]
Sent: Sat 2/5/2005 7:23 PM
To: Cameron Winklevoss
Cc:
Subject:         zberg emails part 2
From narendra@fas.harvard.edu Tue Nov  4 23:47:12 2003
-0500
Date: Tue, 4 Nov 2003 23:47:11 -0500 (EST)
From: Divya Kumar Narendra <narendra@fas.harvard.edu>
To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu>
Subject: Re: web developer wanted
In-Reply-To:
<Pine.LNX.4.44.0311031358130.2391-100000@ws09.fas.harvard.edu>
Message-ID:
<Pine.OSF.4.58.0311042344520.5619@is04.fas.harvard.edu>
References:
<Pine.LNX.4.44.0311031358130.2391-100000@ws09.fas.harvard.edu>
MIME-Version: 1.0
Content-Type: TEXT/PLAIN; charset=US-ASCII
Status: O
X-Status:
X-Keywords:
X-UID: 32

Hey Mark,

   Vic's cell is : 631 889 2339 . You can email him
at:
vgao@fas.harvard.edu

His full name is Victor Gao.

  So just call him and set up a time to get together
so he can show you
how he's been coding the site. I think you'll dig it.
It's actually been a
big point of conversation with a lot of recruiters at
companies who I've
interviewed with, and they are all very intrigued. Let
me know how things
go with Vic.

Cheers,

Divya

cell: 617 851 6790

C004634