# EXHIBIT 12

```
From narendra@fas.harvard.edu Wed Nov 12 23:10:02 2003 -0500
Date: Wed, 12 Nov 2003 23:10:02 -0500 (EST)
From: Divya Kumar Narendra <narendra@fas.harvard.edu>
To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu>
cc: Tyler Howard Winklevoss <twinklev@fas.harvard.edu>,
    Cameron Howard Winklevoss <winklev@fas.harvard.edu>
Subject: Re: web developer wanted
In-Reply-To: <Pine.LNX.4.44.0311031358130.2391-100000@ws09.fas.harvard.edu>
Message-ID: <Pine.OSF.4.58.0311122307590.26488@is02.fas.harvard.edu>
References: <Pine.LNX.4.44.0311031358130.2391-100000@ws09.fas.harvard.edu>
MIME-Version: 1.0
Content-Type: TEXT/PLAIN; charset=US-ASCII
Status: O
X-Status:
X-Keywords:
X-UID: 117
```

Hey Mark,

   I heard things went well with Vic. He said you'd be working on the site tomorrow and Friday. Let me know how it goes. We're hoping to get rolling as soon as possible and hope the ad board's treating you well.

Cheers,

Divya

cell: 617 851 6790

CONFIDENTIAL
INFORMATION

C004837