# EXHIBIT 14

# REDACTED

-----Original Message-----
From: Divya Narendra [mailto:dknyc82@yahoo.com]
Sent: Sat 2/5/2005 7:26 PM
To: Cameron Winklevoss
Cc:
Subject: zberg emails part 5
---------- Forwarded message ----------
Date: Sat, 22 Nov 2003 21:43:53 -0500 (EST)
From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu>
To: Divya Kumar Narendra <narendra@fas.harvard.edu>
Subject: update

Hey man,

I have most of the coding done, and I think that once I get the graphics
we'll be able to launch this thing. You should probably look over the
searches and everything just to make sure I'm asking about the right
criteria, but other than that it seems like everything is working. I
still have some last minute stuff to do but I'll send you a link later
tonight when it's really in good shape and you can check it out tomorrow
morning.

Mark

# REDACTED