# EXHIBIT 15

Dockets.Justia.com

From narendra@fas.harvard.edu Sat Nov 22 23:12:48 2003 -0500
Status:
X-Status:
X-Keywords:
Date: Sat, 22 Nov 2003 23:12:47 -0500 (EST)
From: Divya Kumar Narendra <narendra@fas.harvard.edu>
To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu>
Subject: Re: update
In-Reply-To: <Pine.OSF.4.58.0311222142020.9146@is01.fas.harvard.edu>
Message-ID: <Pine.LNX.4.44.0311222306420.3731-100000@ls03.fas.harvard.edu>
MIME-Version: 1.0
Content-Type: TEXT/PLAIN; charset=US-ASCII

Mark,

   Awesome man, listen I was hoping you had some thoughts on design. Check
out www.thecarlylegroup.com  . I think this is the hottest front-end i've
ever seen. If you're into design then let's talk about it at some point.
Unfortunately , i'm in nyc for interviews and next week is Thanksgiving so
we'll have to hold off till next Sunday but i'll catch you on the phone
till then.

Yeah i mean once all the functionality is set, teh rest is testing and
design. The site looks fine right now but i was thinking we could go all
out and put up something truly beautiful. Let me know what you think.

Cheers,

Divya

ps. me you and the other guys also have to sit down and discuss strategy
in terms of roll out and marketing , etc. Should be fun.

CONFIDENTIAL
INFORMATION

C004839