# EXHIBIT 16

Dockets.Justia.com

**From:** Cameron Winklevoss
**Sent:** Sunday, November 23, 2003 6:55 PM
**To:** twinklev@fas.harvard.edu; Divya Narendra; mzuckerb@fas.harvard.edu
**Subject:** HC Meeting

Hey guys,
I have compiled a brief list of issues that I thought need to be resolved/discussed. I think its imperative that we meet before thanksgiving, so that we can mete out the tasks and aim to have them completed after the holiday. The week after the holiday is an ideal time to launch this site, cause people will be rested and won't have a lot of school work. Tyler, myself, and Divya will be taking care of most all of the miscellaneous, and marketing parts of the list. Tyler and I are pretty free/flexible for the next couple of days (aside from crew practice) and I think we will leave no earlier than tues night. Mark, you mentioned that you may be free monday night, so let's aim for that unless something else comes up. Lets meet in the kirkland house dinning hall around 7pm.
Talk to you later
-Cameron


Harvard Connection
Date
    -test page for errors
    -create page for nightclub guest lists
Connect
    -create front end pages
    -test page for errors
    -create top graphic
Front Page
    -take picture for left and right side
Layout
    -discuss current layout
    -improve the right border
    -improve links on left border
Miscellaneous
    -terms of service
    -privacy statement
Marketing
    -create t-shirts
    -flyers
    -business cards
    -discuss overall plan of action
    -launch party
    -press release

CONFIDENTIAL
INFORMATION

C009578