# EXHIBIT 17

Dockets.Justia.com

**From:**      Mark Elliot Zuckerberg
**Sent:**      Thursday, February 12, 2004 5:43 PM
**To:**        Cameron Howard Winklevoss
**Subject:**   Re: Important Notice (2)

Cameron,

In response to your email, I would like to let you know that I have no
intention of disclosing your work product, any of your ideas, or your demands.

>From the initiation of this project, I perceived it as a non-business
oriented venture, with its primary purpose of developing an interesting
product to aid the Harvard community.  You asserted this yourself when I asked
about the business model around the site.  Originally, I was intrigued by the
project and was asked to finish the Connect side of the web site.  I did this,
and in doing so, I realized over time that my concept of the web site was not
as it had initially been portrayed by yourself and Divya.

When we met in January, I expressed my doubts about the site (where it stood
with graphics, how much programming was left that I had not anticipated, the
lack of hardware we had to deal with site use, the lack of promotion that
would go on to successfully launch the web site, etc) and suggested that you
have Victor or someone else work on it if you wanted it to be launched as
quickly as possible.  Further, I told you that I had other projects I was
working on, and that those were higher priorities than finishing the
HarvardConnection site.  Based on this meeting, your claims of material
detriment are not applicable.

After this meeting, and not before, I began working on Thefacebook, using none
of the same code nor functionality that is present in HarvardConnection.  This
was a separate venture, and did not draw on any of the ideas discussed in our
meetings.  The only common aspects of the site are that users can upload
information about and images of themselves, and that information is
searchable.  The idea of an online directory is not protectable, so any
coincidental similarity between our sites is not a misappropriation of your
work product.

Finally, I think I have as much of a reason to be disappointed with this
arrangement as you do, since I worked with the expectation that I would be
included in the overall development and control of the project but found that
I was being subjected to demands on my time without truly being made a part of
the development team and without receiving any other compensation.


If you would like to meet to discuss any of this, I am willing to meet with
you alone.  Let me know...

Mark

C008971
C008971