# EXHIBIT 19

**REDACTED**

From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: "Cameron Howard Winklevoss" <winklev@fas.harvard.edu>
Date: 12/1/03 6:20AM
Subject: meeting

Cameron,

I put together one of the two registration pages so I have everything working on my system now. I tried to upload everything to the main server and some things weren't working perfectly so I'll take a look at them tomorrow. Do you want to meet up on Tuesday to go over everything we have? I could probably meet for an hour or two that evening if you want.

I'll keep you posted as I patch stuff up and it starts to become completely functional.

Mark