**EXHIBIT 20**

# REDACTED

ge 1

**From:** "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:** "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:** 12/6/03 5:52PM
**Subject:** HC Ideas

Hey Mark,
I was thinking about ideas that might possibly help the site.

1.)
One idea I came up with is an "incest rating". This number would be calculated everytime you look at a person's profile. Essentially it is a measure of how close your interests and the person's interests you are looking at are. This should be calculated as follows:
   House: First determine if they are in the same house. If not, then determine river vs. quad
   Major: First determine if they are in the same major. If not, then determine science vs. humanities
   Atheletics: First determine if they are in the same sport. If not, then determine athlete vs. non-athelete
   Smoking: Smoker vs. Non-smoker
   etc.....

For each a value should be assigned, and then calculated. I think you get the idea. In any event it would be funny to see how closely related and how "incestuous" it would be to request a date with a give person.

2.)
As we talked before, we should definitely have a recommendation function. I think this should be something on the left bar when a person logs in (as opposed to when they search). If the person wants recommendations, they press the button, and an algorithm gives them several people. I think this should be calculated based on their usage and what that the person searches for/who they choose to look at. Divya thought there should be some random element in it, so that they could get recommeneded people from all ranges of the spectrum. I'm not sure what I think about this, but perhaps there could be some random element incorporated into it (obviously people viewing the site shouldn't know this, for all they know its a thoughtfully calculated recommendation).

3.)
How about a "matchmaker" function on the leftbar. This would allow a user to set up a date between two people (presumable friends) on the site they think would work well together. This would eliminate any embarasement an individual might have about directly contacting another person to go on a date. Some quality control measures, however, would have to be taken so that silly or prank matches aren't made. in order to prevent for example a person from setting up two straight guys with each other, we should only allow matches that concur with the sex that a given user is looking for (i.e. straight guys can only be set up with straight girls, gays with gays, etc.). We could also limit the number of matches a person can make per week.

4.)
I don't think we set down guildines for people who have not yet registered. I think that we should allow them to do searches on both date/connect, but only see the thumbnales and a few lines of their description field. When they click a thumbnail to view the profile, they should be directed to the registration page.


Im not sure how revolutionary these ideas are, but I think they are on the track to setting our site apart from other dating sites. Let me know what you think, and if you've thought of anything else. In the meantime, I'm continuing to think up stuff.
-Cameron

**CC:** <twinklev@fas.harvard.edu>, "Divya Narendra" <narendra@fas.harvard.edu>

C004595