# EXHIBIT 21

# REDACTED

age 1

From:     "Cameron Winklevoss" <winklev@fas.harvard.edu>
To:       "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>, <twinklev@fas.harvard.edu>, "Divya Narendra" <narendra@fas.harvard.edu>
Date:     12/9/03 10:34PM
Subject:  HC

Hey Mark,
let's meet tommorow. When are you available?
-Cameorn

C004596