# EXHIBIT 22

# REDACTED

ge 1

**From:** "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:** "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:** 12/10/03 9:27AM
**Subject:** Re: HC

mark,
okay. Let's just make sure to meet before we head off for break.
-Cameron


----- Original Message -----
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: "Cameron Winklevoss" <winklev@fas.harvard.edu>
Sent: Wednesday, December 10, 2003 4:22 AM
Subject: Re: HC


> Cameron,
>
> The week has been pretty busy thus far, so I haven't gotten a chance to do
> much work on the site or even think about it really, so I think it's
> probably best to postpone meeting until we have more to discuss. I'm also
> really busy tomorrow so I don't think I'd be able to meet then anyway.
> I'll keep you posted on what I'm working on though so you can see the
> latest versions of everything on the site.
>
> Mark
>
> On Tue, 9 Dec 2003, Cameron Winklevoss wrote:
>
> > Hey Mark,
> > let's meet tommorow. When are you available?
> > -Cameorn
>

C004598