# EXHIBIT 25

Dockets.Justia.com

**From:**   Cameron Winklevoss
**Sent:**   Thursday, December 25, 2003 4:21 PM
**To:**   Mark Elliot Zuckerberg
**Subject:** HC website

Mark,
Good talking to you. So as we discussed before, this site is more of a utility, so we don't necessarily need a revolutionary idea to generate a lot of quick temporary traffic. That being said, **it is imperative** that we have it done before the 5th of January so we can get it off the ground. If its not done by then, then we it won't get out till Feb. I know you have a lot of stuff to do, but please make a good effort to get it done so we can start promoting it. Tyler, Divya, and myself want to leave a mark on Harvard with this site while we are here.

Here is the basic functionality that needs to be done by the 5th:

1.) **incest rating**-This number would be calculated every time you look at a person's profile. It is a measure of how close your interests and the person's interests you are looking at are. This should be calculated as follows:
House: First determine if they are in the same house. If not, then determine river vs. quad
Major: First determine if they are in the same major. If not, then determine science vs. humanities
Atheletics: First determine if they are in the same sport. If not, then determine athlete vs. non-athelete
Smoking: Smoker vs. Non-smoker
etc.....

For each a value should be assigned, and then calculated. I think you get the idea. In any event it would be funny to see how closely related and how "incestuous" it would be to request a date with a given person.

2.) **Daily Recommendation**-each time a member logs in, we recommend a match for them. I'm not sure what type of algorithm should be used, but I'm sure you can make up a pretty standard one like data match....or perhaps use an algorithm half the time, and the rest of time make it completely random (it doesn't matter as long as people don't know).

3.) **Matchmaker function**-This allows a third party user to set up a date between two users. This is a good way to break the ice between people, and eliminate an embarrassment an individual might have about directly contacting another person on the site. We would, however, have to implement some quality control measures so that there aren't silly prank matches being made (straight guy being set up by straight guy, etc.). Therefore, only allow matches that concur with the sex that a given user is looking for (I e straight guys can only be set up with straight girls, etc.) and limit number of matches a person can make each week.

4.) **Non-registered users**-I don't think we set down guidelines for people who have not yet registered. I think that we should allow them to do searches on both date/connect, but only see the thumbnails and a few lines of their description field. When they click a thumbnail to view the profile, they should be directed to the registration page.

5.) **Connect Home**-we need to update the quick search for the connect home. I think we decided on a job search, major search, and school search. I think we were going to separate it into 2 searches. 1 for employers (major select menu and school drop down menu) and 1 for students looking for an employer (job select menu).

5.) **Nightclub Page**-Lets try to set up this page with the info I sent you. I'm not sure we will be able to launch with it yet though, since it will take time to set up the contacts at the clubs. Also, make it so we can update/edit the info of the page via a web page.

6.) **Finish Loose-ends**-tie up the remaining stuff on connect and date, make sure links work, etc.

I hope all of this makes sense. I think the functionality is pretty straightforward, and won't be too taxing to implement. Any new links of the left bar just put in as text (we'll get the graphcis figured out later). As I said before, we really need this thing up so we can spend the second semester promoting it. Let me know if you have any questions, and send me back an email letting me know what's up. Thanks
-Cameron

C004276
C004276