# EXHIBIT 26

# REDACTED

ge 1

**From:**    "Cameron Winklevoss" <winklev@fas.harvard.edu>
**To:**      "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**Date:**    1/2/04 1:05PM
**Subject:** menu graphics

http://www.eecs.harvard.edu/~sanjay/hc/

**REDACTED**

age 1

From: "Cameron Winklevoss" <winklev@fas.harvard.edu>
To: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
Date: 1/4/04 4:22PM
Subject: connect homepage

hey mark,
use this image for the top left of the connecthompage.

C004614