# EXHIBIT 33

# REDACTED

ge 1

| | |
|---|---|
| From: | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| To: | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| Date: | 12/15/03 4:38PM |
| Subject: | Re: hey |

When are you going to be around until? I have a cs problem set that I'm just getting started with and it should be about 15 hours of coding, so I'm hoping to be done by tomorrow evening. I'm busy tomorrow night though so unless I finish really early, I won't really be free to meet until Wednesday afternoon. Let me know if this works for you, and I'll let you know if I get this set finished earlier...

Mark

On Mon, 15 Dec 2003, Cameron Winklevoss wrote:

> hey dude,
> what's the good word?  when are you free to meet?
> -Cameron

C004601