# EXHIBIT 35

Dockets.Justia.com

# REDACTED

| | |
|---|---|
| **From:** | "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> |
| **To:** | "Cameron Winklevoss" <winklev@fas.harvard.edu> |
| **Date:** | 12/17/03 9:24PM |
| **Subject:** | Re: your mail |

I'm actually still not done with the problem set yet.  I'll email you if I finish it up before midnight.

Mark

On Wed, 17 Dec 2003, Cameron Winklevoss wrote:

> hey,
> Im going to be doing some stuff for the next hour or so, so I'll try and stop by your room after ten for a bit.
>

C004607
C004607