Connectu, Inc. v. Facebook, Inc. et al                                                                                          Doc. 68 Att. 40

# EXHIBIT 36

| | |
|---|---|
| From: | Cameron Winklevoss |
| Sent: | Saturday, December 20, 2003 11:03 AM |
| To: | Mark Elliot Zuckerberg |
| Subject: | hey |

hey mark,
Hope your problem set went okay. I wanted to touch base with you about the site. We really want to have it up and running when we get back so we can start promoting the site. Its a great launch time, because i will be free to focus on the site, and students will be looking for diversions from studying. Do you think this it is possible to implement the things we talked about, and have an operational website by then? Sanjay is doing graphics work and he should have something for us very shortly. Let me know where you stand, and if you have any other ideas. Also, let me know a good time I can call you and talk to over the phone about the website. Thanks
-Cameron