# EXHIBIT 40

---------- Forwarded message ----------
Date: Sun, 11 Jan 2004 12:52:32 -0500
From: Register.com <receipt@register.com>
To: thefacebook <mzuckerb@fas.harvard.edu>
Subject: Your Register.com Order Receipt

Subject: Your Register.com Order Receipt
Date:   11-Jan-2004
From:   Register.com <receipt@register.com>
Reply-To: Register.com <receipt@register.com>

Date:   11-Jan-2004


Mark Zuckerberg
2 Russell Place
Dobbs Ferry, NY 10522
US

Customer Order Code: 15825056

**REDACTED**

Thank you for your recent order with Register.com.

The following services are now active in your account and can be
accessed through Domain Manager (http://mydomain.register.com).
For your convenience, we have listed your user name above.

thefacebook.com
--------------------------------------------------------------------------------


Domain Name:      thefacebook.com
Subscription Length:   1 year(s)
Period From:      11-Jan-2004
Period To:        10-Jan-2005
Order ID:         28981465
Amount Charged (US$):   $35.00

CONFIDENTIAL

*Order Total: $35.00

Questions?
http://www.register.com/faq

Thank you for using Register.com, the First Step on the Web(TM)

*This fee is non-refundable unless otherwise stated in our
Services Agreement (http://www.register.com/service-agreement.cgi)

Customer Support
Register.com, Inc.
http://www.register.com
------------------------------------------------------------
Billing Inquiries:

Phone:  Toll free in the U.S. and Canada: (800) 899-9723
        Outside the U.S. and Canada: +1 (902) 742-1466

Online: http://http://www.register.com/create_ticket.cgi?1||CO1
------------------------------------------------------------
All services are subject to the terms and conditions of our
current Services Agreement found at http://www.register.com/service-agreement.cgi?1||
------------------------------------------------------------
Your services may already be enrolled in SafeRenew(TM),
our Automatic Renewal Service. To check your account's status,
please visit:
http://mydomain.register.com/product_saferenew_login.cgi

2

CONFIDENTIAL

FACE002493

FACE002493

**Whois Infromation**

Domain Name: THEFACEBOOK.COM
Organization:
  Mark Zuckerberg
  Mark Zuckerberg
  2 Russell Place
  Dobbs Ferry, NY 10522
  US
  Phone: 9146936633
  Email: mzuckerb@fas.harvard.edu

Registrar Name....: Register.com
Registrar Whois...: whois.register.com
Registrar Homepage: http://www.register.com

  Created on.............: Sun, Jan 11, 2004
  Expires on.............: Tue, Jan 11, 2005
  Record last updated on..: Wed, Feb 18, 2004

Administrative Contact:
  Mark Zuckerberg
  Mark Zuckerberg
  2 Russell Place
  Dobbs Ferry, NY 10522
  US
  Phone: 9146936633
  Email: mzuckerb@fas.harvard.edu

Technical Contact, Zone Contact:
  Register.Com
  Domain Registrar
  575 8th Avenue - 11th Floor
  New York, NY 10018
  US
  Phone: 902-749-2701
  Fax..: 902-749-5429
  Email: domain-registrar@register.com

Domain servers in listed order:

DNS13.REGISTER.COM           216.21.234.77
DNS14.REGISTER.COM           216.21.226.77

CONFIDENTIAL
INFORMATION

C002813