# EXHIBIT 42

**From:** "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
**To:** "Cameron Winklevoss" <winklev@fas.harvard.edu>
**Date:** 1/12/04 2:36PM
**Subject:** Re: hey

Can we do wednesday instead? I am free in the afternoon then.

On Mon, 12 Jan 2004, Cameron Winklevoss wrote:

> what time do you want to meet tommorow?
> -CW

C004619
C004619