# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | ) ) ) ) CIVIL ACTION NO. 1:07-CV-10593-DPW |
| Plaintiffs, | ) ) |
| v. | ) **JURY TRIAL DEMANDED** |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

## EXHIBIT 45 TO THE DECLARATION OF MEREDITH H. SCHOENFELD
## IN SUPPORT OF FIRST AMENDED COMPLAINT

**FILED UNDER SEAL PURSUANT TO
PARTIES' STIPULATED PROTECTIVE ORDER**