# EXHIBIT 46

**From:** Cameron Winklevoss
**Sent:** Monday, January 19, 2004 11:06 PM
**To:** Mark Elliot Zuckerberg
**Subject:** frontpage

Hey mark,
The front page should be model after www.ysl.com. We are going to take the (guy and girl) images off and leave the title and the left and right boxes. It was would neat if they could be programmed to appear and move to their respective sides when you move the cursor over the "harvardconnection" logo. Is this possible? If you don't know how to do it I'll try and figure it out.
-Cameron

C004265