# EXHIBIT 47

Dockets.Justia.com

**From:** Cameron Winklevoss
**Sent:** Thursday, January 22, 2004 1:38 PM
**To:** Mark Elliot Zuckerberg
**Subject:** hey

hey mark,
just checking to see how things are going. Lemme know what's up
-Cameron

C004264
C004264