**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, <br><br>　　　　　　Defendants. | CIVIL ACTION NO. 1:07-CV-10593-DPW <br><br><br><br>**JURY TRIAL DEMANDED** |

**EXHIBIT 50 TO THE DECLARATION OF MEREDITH H. SCHOENFELD
IN SUPPORT OF FIRST AMENDED COMPLAINT**

---

**FILED UNDER SEAL PURSUANT TO
PARTIES' STIPULATED PROTECTIVE ORDER**

---