## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, ) ) ) ) | CIVIL ACTION NO. 1:07-CV-10593-DPW |
| Plaintiffs, ) ) | |
| v. ) ) | **JURY TRIAL DEMANDED** |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, ) ) ) ) ) | |
| Defendants. ) ) | |

**EXHIBIT 54 TO THE DECLARATION OF MEREDITH H. SCHOENFELD
IN SUPPORT OF FIRST AMENDED COMPLAINT**

**FILED UNDER SEAL PURSUANT TO
PARTIES' STIPULATED PROTECTIVE ORDER**

Dockets.Justia.com