# EXHIBIT 56

**STANFORD DAILY - March 5, 2004**    Print Article   Close Window

## All the cool kids are doing it
*Thousands of Stanford students join facebook Web site*

BY SHIRIN SHARIF
Staff Writer
Friday, March 5, 2004

Classes are being skipped. Work is being ignored. Students are spending hours in front of their computers in utter fascination. Thefacebook.com craze has swept through campus.

As of publishing time, there were over 2,981 Stanford students registered on the newly launched http://www.thefacebook.com.

Modeled after social networking Web sites like Friendster.com, this site provides Stanford students with a network of their peers. Students post and browse pictures of themselves along with brief descriptions of anything from gender and year in school to music, movie tastes and relationship status.

"The online facebook is just what Stanford needs. It's a brilliant idea because it connects names to photos and provides a way to find out about someone without even approaching them," said sophomore Mike Rothenberg, who has over 115 friends on the site.

Students have the ability to add and confirm others as their friends. Friends of friends become part of an extended social network that can be visualized on the site. The more friends one adds, the larger his or her extended network becomes. A student with just over 100 friends can have a network of over 1,500 people.

"I signed up on Tuesday morning and I was immediately addicted," Rothenberg said. "Nothing validates your social existence like the knowledge that someone else has approved you or is asking for your permission to list them as a friend. It's bonding and flattering at the same time."

The site was created by Harvard University sophomore Mark Zuckerberg. A double major in computer science and psychology, Zuckerberg wrote all of the code for the site by himself in one week.

"There has been a bunch of hype at Harvard for the last few months about the administration putting together an online facebook for everyone in the school," Zuckerberg said. "I got tired of waiting for them to finally put it up, so I just threw this site together myself."

He launched the site on Feb. 6 at Harvard, Feb. 25 at Columbia University, Feb. 26 at Stanford and Feb. 29 at Yale University. Zuckerberg picked schools where the site would generate a good response. He told a few of his friends at each of these schools to tell their friends about it, and the rest is history.

More than 7,000 people have signed up in less than a month at Harvard,

C005743

including 85 percent of the school's undergraduates. There have been over 1.5 million profile views. In less than a week at Stanford, users have viewed profiles almost 267,000 times. There are over 10,000 users registered at the four schools combined.

Zuckerberg wants to build a huge network throughout many schools. The next schools on his list are Cornell and Dartmouth, whose sites should be up by tomorrow.

"I know it sounds corny, but I'd love to improve people's lives, especially socially," Zuckerberg said.

The site seems to be expanding students' romantic options. According to one account, an anonymous Stanford male, a sophomore, invited an attractive girl that he didn't know to be his friend. She "confirmed" the friendship (the standard procedure when an e-mail of friendship is sent) and proceeded to ask the male out. They are set to go out on their first date tonight.

Zuckerberg has also received e-mails from people telling him about new relationships they're in as a result of the site.

"I'm not exactly sure how they come about, but the site does have a strange way of bringing people together," Zuckerberg said. "I think that the site also gives people a better sense of those in the communities around them, and as one Stanford student wrote in an e-mail, 'it brings classes to life' since he now knows more about the students in them."

The site can also be used to connect with other students in your classes or who share your interests. Students can add the classes that they are taking to their profiles. Sophomore Greg Laughlin used the site to find a ride to the Coachella Valley Music Festival, as he guessed that there would be other Radiohead music fans that would want to go. He ended up receiving several e-mails from students offering and requesting rides to the concert.

"One person replied to the whole list to say that she thought we should start some sort of club based around this kind of music," Laughlin said. "Another girl wrote to say that there were a few concerts coming up at a place she likes and asked if some people wanted to join her. In my opinion, this is the point of the facebook concept. Sure, its fun to look at a bunch of pictures and interesting connections, but what really matters is the facilitation of social interaction like this."

It is costing Zuckerberg $85 per month to rent the server, with the money coming out of his own pocket. He initially developed the site just for Harvard students, but it ran so efficiently that Zuckerberg realized he could run other colleges off of the same server for no additional cost. There are no immediate plans for recuperating the start-up costs.

"In the future we may sell ads to get the money back, but since providing the service is so cheap, we may choose to not do that for a while," Zuckerberg said.

C005744

There are many features unique to thefacebook.com that appeal specifically to college students. When viewing someone's profile, there are also links to Stanford Daily articles that the person has appeared in. If someone posts their Instant Messenger screenname, then the person's most recent away message also appears next to his or her profile. The site also allows students to send messages to one another.

This Web site is the latest addition to Zuckerberg's repertoire of Web creations. He was accused of breaching security, violating copyrights and violating individual privacy and faced school expulsion with his last site conception, www.facemash.com, which used photos from Harvard dorms' online facebooks without permission and placed pictures of two random Harvard undergraduates next to each other, asking users to choose the "hotter" person.

This time, Zuckerberg has taken care to ensure that he does not violate anyone's privacy. Users can pick which parts of their profile will be displayed to other users and friends. In addition, only people with stanford.edu or stanfordalumni.org emails can sign up for the Stanford Web site.

"I really went out of my way to build robust privacy settings so users have control over who gets to see every part of their information," Zuckerberg said. "People haven't really complained much about privacy at all."

Zuckerberg faced some scaling issues when the Harvard site first went up, as he hadn't expected more than a couple hundred people to be using it at once. On some nights, 10 percent of the university's students were online at the same time. After receiving the overwhelming response, Zuckerberg has worked to make things run faster. So far, there haven't been any serious technical problems.

"The server hasn't crashed — we've been pretty good about that," Zuckerberg said. "Sometimes we take the site down for a few minutes to update parts of it, but that's really the only time it's ever offline."

Zuckerberg's roommate, Harvard sophomore Dustin Moskovitz, is in charge of expanding the site to other universities. He was vague about what the duo hopes to achieve from the sites.

"I don't want to elaborate too much on our end goal / purpose, but I will say we are not without a plan," Moskovitz said.

Some students are resisting thefacebook.com craze, calling it a waste of time.

"It's a system designed for people who feel insecure and need to numerically quantify their friends," said senior Alejandro Foung.

For users intrigued by the ambiguity of the "poking" function, the site's frequently asked questions section offers little explanation.

"We have about as much of an idea [of what poking is] as you do," the site says.

C005745

"We thought it would be fun to make a feature that has no specific purpose and to see what happens from there. So mess around with it, because you're not getting an explanation from us."

Rothenberg thinks that the creators should add a feature that would allow someone to pick where they poke people, like poking them in the eye or in the butt, as this "would add a whole new dimension to the site."

Article URL: http://www.stanforddaily.com/tempo?page=content&repository=0001_article&id=13442

C005746