# EXHIBIT 56 B

# Software Only

"It's the Software, Stupid"

*Musings, rants and thoughts of Jeff Clavier, a venture consultant and angel investor*



« Microsoft launches its Intellectual Property Ventures | Main | That one is for posterity: Thursday May 5, 05 at 5:05PM »

May 04, 2005

## Thefacebook: stunning numbers

Siliconbeat reports on Thefacebook's $12 million raise. This in itself is big news, since the company is only 14 months old and that amount of money could seem disproportionate for its stage of maturity. But that's just the tip of the iceberg.

I just happened to have lunch with Matt Cohler, the VP of Corporate Development of Thefacebook. He was kind enough to share with me some numbers that I could blog, and to be honest, they are quite stunning. Ready ? Here they are:

- Out of 1400 universities in the US, 640 have been launched.
- In those universities, they have a 50 to 90 percent penetration
- Total number of registered users: 2.6 million
- Frequency of visits: 65% of the user base visits the site every day, 95% every month (!!!!)
- Average number of visits per day: 6

### ABOUT
Email Me
Add me to your TypePad People list

### SYNDICATION
Powered by FeedBurner

[XML]
[+ MY YAHOO!]
[+ newsgator]
[+ Rojo]
[XML: Blog+Pics+Links]

ITConversations
www.itconversations.com

MY OTHER

- Traffic: 3 billion page views from US registered users

The business model is advertising and sponsorships, and their focus is to provide a very useful directory and related features to the college kids demographics. Current advertisers of the site are Apple, Victoria Secrets, Paramount Pictures,... and there is more to come.

Oh yeah, and they are already making gazillions of dollars and are profitable.

So that $12M investment of Accel was not really necessary, but it helps stabilizing the company, gets Jim Breyer involved and makes everybody wonder about the valuation. Matt did not say anything but using the 20-30 rule (which says that a firm wants to own 20 to 30% of a company when investing alone), you get $40 to $60M. After 14 months.

Update: AlwaysOn had hinted at $81M pre-, and from what I have heard since I wrote this post, it is either that or higher. Sheesh.

As I said, tip of the iceberg.

Another update: The NY Times has a long article about Accel's investment, also covering the history of the company.

Posted on May 04, 2005 at 06:00 PM | Permalink

TrackBack

BLOGS

1- Glendor.com Blog
The Glenbrook Networks jobs showcase

2- My Buzzlog
My Photoblog: conferences, day to day, people, places

3- My Wine Moblog
Wine pictures and reviews

4- CEO Bloggers' Club

5- BlogoVino
Tout le vin au quotidien - Wine related blog in French

WONDIR

Click on a question to answer:
ave a plan to introduce a
Type in your question and click Ask:
[Ask]
Live Q&A by wondir

SEARCH
[Search]

Powered by: [TypePad]

RECENT POSTS

# Software Only: Thefacebook: stunning numbers

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/2397960

Listed below are links to weblogs that reference Thefacebook: stunning numbers:

» Venture Capital Matters from Strategic Board Blog

Thefacebook: stunning numbersblog.softtechvc.com Microsoft to Lease Some Ideas to Start-Upsnytimessofttechvc Benchmark Israel Closes Fund - The early-stage Silicon Valley VC firm raises a second fund targeted at Israeli companiesredherring VCs Sell ... [Read More]

Tracked on May 5, 2005 02:00 AM

» Thefacebook raises $12 million from SiliconBeat

Thefacebook, the Palo Alto online social network that connects college students, has finished raising a $12 million first round of financing, VentureWire confirms (reg req). The piece quotes Accel Partners' Jim Breyer, so this time it's official. Breye... [Read More]

Tracked on May 5, 2005 05:32 PM

» TheFacebook numbers from analystblog

I haven't blogged about this until now, but theFacebook raised $12 million dollars from Accel at what seems like an outrageous valuation. Jeff Clavier's blog has some numbers from their VP of corp dev, Matt Cohler. The user numbers aside... [Read More]

Tracked on May 18, 2005 08:10 PM

### RECENT COMMENTS

Murdoch: Yeah, I get this Internet thing - and here is a $580M check to buy a place for my friends

Tools: my holiday wishlist

Weblog posting tool: I chose BlogJet

French startup CEOs have been busy over the past couple of weeks

Jobster acquires Workzoo - an example of early stage consolidation

Entrepreneurs Dinner in Paris - July 21st

London Tragedy

Introducing the Glendor Jobs Search Showcase

Webshots' Shoebox: If you can't beat'em, box'em

Skype's non-service model

Software Only: Thefacebook: stunning numbers

Tris Hussey on Weblog posting tool: I chose BlogJet

Michael Arrington on Weblog posting tool: I chose BlogJet

Zoli Erdos on Weblog posting tool: I chose BlogJet

Gary Potter on Weblog posting tool: I chose BlogJet

Otis on Tools: my holiday wishlist

Brad Feld on Weblog posting tool: I chose BlogJet

Zoli Erdos on Skype's non-service model

Zoli Erdos on Weblog posting tool: I chose BlogJet

READING LIST

## Comments

### Post a comment

Comments are moderated, and will not appear on this weblog until the author has approved them.

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address:

URL:

☐ Remember personal info?

Comments:

[Preview] [Post]



USERPLANE

Type in your Name and click on Login, and see who's in the chat room

Your name... [Login]

Webchat by Userplane

BUZZNET GALLERIES