# EXHIBIT 56 D



**Sponsored Links**

**Mortgage Rates at 3.0%**
$150,000 loan for $391/month - refinance, home equity and purchase.
Refinance.LeadSteps.com

**Understanding Hedge Funds**
Free Book:" Guide to Understanding Hedge Funds"
Hedge-Fund-Investing.com

**Chase Free Checking**
Get $75 When You Open A Checking Account with Direct Deposit - Apply Now
www.chase.com

Buy a link here

- VIDEO: Republican Debate Wrap-Up
- PHOTOS: Britney Bares All
- PHOTOS: Geri 'Spices' It Up on the Water