# EXHIBIT 56 E


**Thirty Million on Facebook.**
by Carolyn Abram 12:01pm Tuesday, Jul 10

Share +

Early this morning, Facebook hit a new milestone—we now have thirty million active members on the site. Welcome to Facebook, everyone!

To post a comment, you must be logged in. To register for Facebook, click here.

**Archived Posts by Date:**
**2007**
July (4)
June (2)
May (5)
April (9)
March (8)
February (7)
January (4)
**2006**
December (3)
November (6)
October (5)
September (7)
August (4)

**Archived Posts by Blogger:**
Aditya Agarwal (2)
Andrew 'Boz' Bosworth (1)
Ari Steinberg (2)
Blair Heuer (1)
Bob Trahan (2)
Brian Shire (1)
Carolyn Abram (8)
Chris Hughes (2)
Chris Putnam (1)
Christopher Cox (1)
Dave Fetterman (1)
Doug Beaver (1)
Dustin Moskovitz (1)
Ezra Callahan (7)
James Wang (2)
Jared Morgenstern (2)
Joel Seligstein (1)
Jon Warman (2)
Josh Wiseman (1)
Kate Losse (1)
Katie Geminder (6)
Kevin Der (1)
Leah Pearlman (2)
Mark Slee (3)
Mark Zuckerberg (3)
Matt Cahill (1)
Nico Vera (2)
Paul Janzer (1)
Philip Fung (1)
Randi Zuckerberg (1)
Ruchi Sanghvi (1)
Steven Grimm (1)
Wayne Chang (1)

**New on Facebook:**

Add **video** to groups and events.
July 26

We've made the Wall better.
July 25

Too many links under your profile picture?
July 25

See More New Features »