# EXHIBIT 56 F

**ADXDirect.com, Ad Network**
Leading Online Advertising Network, Reaching a Billion Consumers Daily

**GET YOUR MESSAGE OUT !**
CHBN.com is the # 1 video-sharing social network for Politcs

**Commonwealth Carpet**
Major Brands. Up To 25% Off. Limited Time Offer Only. Hurry

**Colloidal Silver Facts**
High Quality Colloidal Silver at Low Bio-Alternatives Prices

YOUR AD HERE

**Category:** Top > Reference > Education > Colleges and Universities > College Life

**Facebook**
facebook.com
A social utility that connects people with friends and others



Alexa traffic rank based on a combined measure of page views and users (reach)

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|---|---|---|---|
| 11 | 10 | 12 | ▲ 7 |

### Page Views per user for Facebook.com:
The number of unique pages viewed per user per day for this site

| Yesterday | 1 wk. Avg. | 3 mos. Avg. | 3 mos. Change |
|---|---|---|---|
| 30.8 | 33.0 | 33.1 | ▼ 4% |

### Facebook.com users come from these countries:

| | | |
|---|---|---|
| United States | 32.6% | |
| Canada | 12.3% | |
| United Kingdom | 10.8% | |
| Puerto Rico | 3.5% | |
| Egypt | 2.9% | |

More...

### Facebook.com traffic rank in other countries:

| | |
|---|---|
| Canada | 1 |
| Puerto Rico | 5 |
| United Kingdom | 6 |
| Egypt | 6 |
| United States | 7 |

More...

### Where people go on Facebook.com:

- facebook.com - 58%
- hs.facebook.com - 13%
- apps.facebook.com - 4%
- Other websites - 25%



**Get a custom tee with your stats!**
2.071% say my site rocks!
www.facebook.com
▶ More Tees

Take the Alexa Toolbar with you for 1-Click access to search, site reviews & more!



| Traffic Rankings | Developer's Corner | Company Info | Help | Download the Alexa Toolbar! |
|---|---|---|---|---|
| Top 500 Sites | Web Search | History | FAQ's | Privacy Policy \| Terms of Use |
| Movers & Shakers | Alexa Data | Technology | Support | © 1996-2007, Alexa Internet, Inc. |
| About Rankings | Thumbnails | Management Team | Webmasters | An amazon.com company |
| Alexa Tees | Widgets | Job Opportunities | | |
| | Custom Toolbar | News & Press Releases | | |