Connectu, Inc. v. Facebook, Inc. et al                                                                                                              Doc. 68 Att. 66

# EXHIBIT 56 H



| Search | Traffic Rankings | Directory | Alexa Toolbar | Developer's Corner | Blog |

**Alexa** — The Web Information Company

[ Get Traffic Details » ] Top 500 - Movers & Shakers

**ADXDirect.com, Ad Network**
Leading Online Advertising Network, Reaching a Billion Consumers Daily

**GET YOUR MESSAGE OUT!**
CHBN.com is the #1 video-sharing social network for Politcs

**Bathroom Laminate**
Carpet One Has The Right Selection To Meet Your Needs.

**Colloidal Silver Facts**
High Quality Colloidal Silver at Low Bio-Alternatives Prices

YOUR AD HERE

## Top Sites United States

Browse the most popular sites on the web. Learn more.

1.  **Yahoo!**
   Personalized content and search options. Chatrooms, free e-mail, clubs, and pager.
   yahoo.com - Site Info

2.  **Google**
   Enables users to search the Web, Usenet, and images. Features include PageRank, caching and translation of results, and an option to find similar pages. The company's focus is developing search technology.
   google.com - Site Info

3.  **Myspace**
   Social Networking Site.
   myspace.com - Site Info

4. **YouTube**
   YouTube is a way to get your videos to the people who matter to you. Upload, tag and share your videos worldwide!
   youtube.com - Site Info

5. **Microsoft Network (MSN)**
   Dialup access and content provider.
   msn.com - Site Info

 **Interested in more top sites?** Buy a List of 10,000 or 100,000!

6. **EBay**
   International person to person auction site, with products sorted into categories.
   ebay.com - Site Info

7. **Facebook**
   A social utility that connects people with friends and others who work, study, and live around them.
   facebook.com - Site Info

8. **Windows Live**
   Search engine from Microsoft.
   live.com - Site Info