Connectu, Inc. v. Facebook, Inc. et al
Case 1:07-cv-10593-DPW    Document 68-68    Filed 08/08/2007    Page 1 of 2
Doc. 68 Att. 67

# EXHIBIT 56 I

Dockets.Justia.com

# Internet Outsider

Analyzing the Internet Business: companies, trends, research, and more...

**ABOUT**

Email Me

**SUBSCRIBE**

Email subscription:



Subscribe in a reader

**CATEGORIES**

« What Nielsen's Metric Shift Means - And What It Doesn't Mean | Main | Dear WSJ Bancrofts: Time to #@%$ or Get Off The Pot »

July 10, 2007

## Rumor of the Day: Microsoft for Facebook for $6 Billion

No, of course we can't confirm it. But it makes sense, don't you think? Steve Ballmer, desperate and furious, sick of sucking wind in the Internet game, sick of losing every Internet in-play company and much of the future to You Know Who, sick of feeling like a has-been also-ran, raiding the bank account and snapping up the hottest company on earth.

The fly in the ointment: $6 billion's a nice fat number, but it's only 1/25th of Google's valuation, and the Facebook folks clearly think they're worth more than that. So maybe Steve will have to throw in another $5 or $10. Or $20. Or maybe Mark Zuckerberg will just tell him to go...home.

Posted by Henry Blodget on July 10, 2007 at 05:13 PM | Permalink

**TrackBack**

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/417987/19947772

Listed below are links to weblogs that reference Rumor of the Day: Microsoft for Facebook for $6 Billion:

**Comments**

I write a blog daily about Wall Street. Would you like to exchange info?

My site is provocative, to say the least. (I am more of the Alan Combes type of Hannity & Combs)

Any interest?

www.sselaw.com - blog

See the "Wall Street Wars" posts, the "Race to the Bottom" on regulations and the "Noose tightens on Class Action Lawyers"

Posted by: Bill Shepherd | July 10, 2007 at 06:22 PM