EXHIBIT 56 J

```
facebook.txt                                                          5/13/2005

From saverin@fas.harvard.edu  Tue Apr  6 05:36:50 2004
Return-Path: <saverin@fas.harvard.edu>
Received: from localhost.localdomainlocalhost ([65.75.144.160])
        by us17.unix.fas.harvard.edu (8.11.7p2/8.11.7) with ESMTP id
        i369amZ19549;
        Tue, 6 Apr 2004 05:36:48 -0400
Received: from us17.unix.fas.harvard.edu (us17.unix.fas.harvard.edu
[140.247.35.197],)
        by localhost.localdomainlocalhost (8.12.11/8.12.8) with ESMTP id
        i369gwvQ016231
        for <team@thefacebook.com>; Tue, 6 Apr 2004 02:42:59 -0700
Received: from F01223355020926 (roam169-126.student.harvard.edu
[140.247.169.126])
        by us17.unix.fas.harvard.edu (8.11.7p2/8.11.7) with SMTP id
        i369akZ19490
        for <team@thefacebook.com>; Tue, 6 Apr 2004 05:36:46 -0400
Message-ID: <012b01c41bba$922b6140$7ea9f78c@student.harvard.edu>
Reply-To: "Eduardo Saverin" <saverin@fas.harvard.edu>
From: "Eduardo Saverin" <saverin@fas.harvard.edu>
To: <team@thefacebook.com>
Subject: Fw: Advertising Information Request
Date: Tue, 6 Apr 2004 05:36:00 -0400
Organization: Eduardo Saverin
MIME-Version: 1.0
Content-Type: text/plain;
        charset="iso-8859-1"
Content-Transfer-Encoding: 7bit
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2800.1158
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1165
Status: RO
X-Status:
X-Keywords:
X-UID: 1457

Hey guys,

This is the first solicitation. It sounds good.

Peace,

Eduardo
----- Original Message -----
From: "Patrick Gerard Mauro, II" <mauro@fas.harvard.edu>
To: <advertise@thefacebook.com>
Sent: Tuesday, April 06, 2004 1:21 AM
Subject: Advertising Information Request


> Dear Sir or Madame:
>
> My company is interested in using your site to advertise our services.
Next
> year my company will offer recruiting services for jobs and internships
for
> all Ivy League students.  We believe your website would be the perfect
venue
> through which we can get our name out and publicize our service.  Will you
> be offering advertising by the beginning of next year's fall term, and if
> so, about how much will this advertising cost?  I realize that you cannot
> pin down exact numbers this far in advance, but by being as accurate as
> possible on the last question, I can ensure that my company will have the
> advertising budget necessary to support advertisements on thefacebook.com.
>
> Best Regards,
>
```

**CONFIDENTIAL**

**FACE000130**

FACE000130

```
facebook.txt                                          5/13/2005

> Pat Mauro
>
```

FACE000131                    CONFIDENTIAL

FACE000131