# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU, INC., CAMERON              )
WINKLEVOSS, TYLER WINKLEVOSS,        )
AND DIVYA NARENDRA,                  )      CIVIL ACTION NO. 1:07-CV-
                                     )      10593-DPW
     Plaintiffs,                   )
                                     )
     v.                            )      **JURY TRIAL DEMANDED**
                                     )
FACEBOOK, INC., MARK                 )
ZUCKERBERG, EDUARDO SAVERIN,         )
DUSTIN MOSKOVITZ, ANDREW             )
MCCOLLUM, AND THEFACEBOOK LLC,       )
                                     )
     Defendants.                   )
_____)


## EXHIBIT 59 TO THE DECLARATION OF MEREDITH H. SCHOENFELD
## IN SUPPORT OF FIRST AMENDED COMPLAINT


**FILED UNDER SEAL PURSUANT TO
PARTIES' STIPULATED PROTECTIVE ORDER**

Dockets.Justia.com