**EXHIBIT 65**



**Dustin Moskovitz**
**Co-founder and VP of Product Engineering**
**Facebook**

Dustin Moskovitz is Co-founder and Vice President of Product Engineering at Facebook, where he manages the resource allocation for engineering and oversees the architecture of the site. He is also responsible for the company's mobile strategy and development. Starting Facebook with founder Mark Zuckerberg from their dorm room, Dustin has been instrumental in the company's growth and development since its inception. Dustin attended Harvard University as an economics major for two years before moving to Palo Alto, Calif., in 2004 to work full-time at Facebook.