## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | ) ) ) ) | CIVIL ACTION NO. 1:07-CV-10593-DPW |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### EXHIBIT 69 TO THE DECLARATION OF MEREDITH H. SCHOENFELD
### IN SUPPORT OF FIRST AMENDED COMPLAINT

---

### FILED UNDER SEAL PURSUANT TO
### PARTIES' STIPULATED PROTECTIVE ORDER

---

Dockets.Justia.com