# EXHIBIT 73

Connectu, Inc. v. Facebook, Inc. et al — Doc. 68 Att. 84

Dockets.Justia.com

## ASSIGNMENT

THIS ASSIGNMENT is entered into as of this 4 day of August, 2004 by and between Joseph G. Jackson, an individual with a principal place of residence at 12 Ridge Road, Hopkinton, Massachusetts 01748 ("Jackson") and ConnectU LLC f/k/a Harvard Connection, a limited liability corporation of the State of Delaware with a principal place of business at 500 West Putnam Avenue, Greenwich, Connecticut 06830 ("ConnectU").

WHEREAS, Jackson created source code for use in connection with the Harvard Connection website, including without limitation back-end scripting for user registration and profile searching, at the direction of ConnectU (the "Work"). The Work includes all versions, updates, changes, revisions, derivative works, and/or alterations.

WHEREAS, Jackson desires to assign the Work to ConnectU, and ConnectU desires to receive such assignment.

NOW, THEREFORE, in consideration for the payment of good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged,

1. Jackson does hereby assign and quitclaim to ConnectU, and its successors and assigns, all of Jackson's rights, title, and interest, including copyright, in and to the Work, together with all claims for damages and profits arising or resulting from any past infringement of the Work, such rights, title, and interest to be held by ConnectU for the full term of the Work, including any reissues, renewals, or extensions thereof as are or may be granted.

2. Jackson hereby releases ConnectU, its predecessors, employees, officers, directors, and affiliates from any and all claims it may have against ConnectU relating to any use by ConnectU of the Work prior to the date hereof.

3. Jackson hereby waives all moral rights he may have in the Work.

4. Jackson agrees, at ConnectU's cost, to promptly sign, execute, make, and do all such deeds, documents, acts, and things as ConnectU may reasonably request to protect, apply for, obtain, register, and vest the in the name of ConnectU any and all trademarks, copyrights, or other form of protection for the Work in any country of the world, and to renew and maintain the same, to the full extent permitted by applicable law. Jackson further agrees that if ConnectU is unable, because of Jackson's unavailability or any other reason, to secure the signature of Jackson or his authorized agent for any such purposes, then Jackson hereby irrevocably designates and appoints ConnectU (and its duly authorized officers and agents) as Jackson's agent and attorney in fact, to act for and on Jackson's behalf to execute and file any such documents for such purposes with the same legal force and effect as if executed by Jackson.

ASSIGNOR

JOSEPH G. JACKSON

Signature: *[signed]*

Date: Aug. 4, 2004

ASSIGNEE

CONNECTU LLC

Signature: *[signed]*

Name: CAMERON WINKLEVOSS

Date: 8-2-04

TOTAL P.02

Sent By: home;   12154563653;   Oct-6-04 11:42PM;   Page 2/3

CONFIDENTIAL
INFORMATION

C011336