**From:** Christopher H. Lentz
**Sent:** Wednesday, January 07, 2004 2:31 PM
**To:** Cameron Winklevoss
**Subject:** Re: wireless network

Friday at 12 sounds great. I'll call you then at 203-912-3880.

Chris

On Tuesday, January 6, 2004, at 10:23 PM, Cameron Winklevoss wrote:

> Chris,
> Let's try and get a call in on Friday between 12 and 1. Talk to you then
> -Cameron
>
> ----- Original Message -----
> **From:** Christopher H. Lentz
> **To:** Cameron Winklevoss
> **Sent:** Tuesday, January 06, 2004 8:17 PM
> **Subject:** Re: wireless network
>
> My laptop died three days into break, and I had your number on it. No big deal though... I made it down to Miami only one night, and was gone first thing in the morning (my friend drove). How was your break? I had the most relaxing time down there. I'm kinda glad I couldn't do any work, It let me focus on the beach and golf. It's a little tough dealing with the snow again.
>
> Why don't I call you later this week? Tell me a day and time that works for you. Enclosed is a powerpoint to give you an idea of what we're doing. The presentation was for Lightship Telecom, a CLEC we are considering partnering with. I also enclosed brochure we send out as part of a marketing package to property managers. We have been focusing on residential networks up through this point, but we are starting to see real value in implementing corporate/commercial networks, where we can recoup installation costs up front, and charge a management/access fee. We will be developing a product (and presentations) for this market in the next two months. We can discuss this more during our call.

<image.tiff>

CONFIDENTIAL
INFORMATION

C006955
dockets.Justia.com

&lt;image.tiff&gt;

Happy new years... talk to you soon,

Chris

On Sunday, December 28, 2003, at 01:08 PM, Cameron Winklevoss wrote:

Hey Chris,
how is your vacation going? I'm in miami right now and I'm assuming you are in palm beach. I was wondering if you wanted to try and get together sometime next week. I leave the 1st, so mon and tues are probably the only days that work for me. Talk to you later
-Cameron


----- Original Message -----
**From:** Christopher H. Lentz
**To:** Cameron Winklevoss
**Sent:** Monday, December 15, 2003 4:35 PM
**Subject:** Re: wireless network

Sounds good. good luck with your work... I can't wait to get down to Florida.

On Monday, December 15, 2003, at 04:23 PM, Cameron Winklevoss wrote:

Sounds good chris. The front graphic is from a Gucci campaign. We are going to try to re-create it with a girl and a guy at some point. The site design was done by a friend of ours who graduated last year and now works for google. He did about 50% of the site and then got senior itus, so we got another guy to work on it but he entered a frat and lost interest, so now we are on our third developer. The guy we have right now is pretty nasty at coding and recently did a site up here called facemash.com. He took all the facebook pictures from harvard and put them on the website where you rate how hot the person is. In the first 4 hours he got 22,000 hits, and was in front of the ad-board a couple days later (but he's okay). He also worked on buddyzoo. I think we host our site on hurricane electric right now. The "team" working on the site is myself, tyler, mark (developer), and my friend divya.

Anyway, let's def meet up in floriday for lunch. My cell is 203-912-3880. Lets call each other after the 23rd. Later
-Cameron

CONFIDENTIAL
INFORMATION

C006956

----- Original Message -----
**From:** Christopher H. Lentz
**To:** Cameron Winklevoss
**Sent:** Monday, December 15, 2003 3:58 PM
**Subject:** Re: wireless network

Good Good. Your site looks very cool - I like the graphics - Who did them for you? Do you write your own php? Where do you host the site? Who are you working with? You and your brother? others?

The synergy (sorry to use a taboo word from the dot-bomb set) I see with our portal is that we can offer advertising/direct connections to your site. We drive customers at any given hotspot (in most cases, their homes) to a particular website at least once a day. That is, we "force" them to view whatever webpage we desire, and given the pictures on your frontpage, I think they'll bite. Is that you by the way? who's the girl?

In my mind, that's the hardest part about building any sort of web-based company... driving the users to actually view your site. I am in the process of developing a student-services based portal for our subscribers - Weather, Goods Exchange, Event Info, etc.- We should definitely talk more. I'm sure you know about Daily Jolt... also check out http://basement.dartmouth.edu/. Dartmouth is a very "Wired" community, and these portals still haven't caught on... I think you're tackling the right angle first though... sex and money always grabs students attention.

I'll have a copy of our marketing materials and product lit. with me at our place in Florida - I'm in palm beach from the 23rd through the 3rd... Send me your cell phone #, and we'll coordinate... The next week is crazy for me, so I'd rather do a call with you when I'm down there. Why don't you come up for lunch one day? I'll also be down in miami at points... we'll work it out. My cell # is 917 679 2824.

Chris

On Monday, December 15, 2003, at 03:28 PM, Cameron Winklevoss wrote:

Hey Chris,
yes I did get your email. Sorry I haven't gotten back to you (lot of stuff going on). In any event, I leave the 18th for Miami and return on the 1st. It might be hard to meet up before then, but how about we talk via the phone sometime over the next week or so. I'll hopefully have a lot of time when I'm down there and I can brainstorm a bit, and think of companies/places to hit up. We can also meet in January. We have finals, but I should be able to find some time. The most important thing right now, is for me to talk to you on the phone about your product so I can start selling to places.

The website I am working on is a dating/alumni website for the harvard community. If it goes over well, we may look to bring the same model to other schools. I'm not exactly sure if/how our two projects relate, but they both seem to target a similiar age audience. We want to eventually have a portal system whereby, we control all of the content on each schools site. That way we can have a dating/alumni site for u-michigan, harvard, penn state, etc. and have control over all of the traffic. So our traffic base could potentially be into the hundreds of thousands, which is great for advertising revenue and directing people to other sites, etc.

A lot of it is still not functional, but you can take a look at the frontpage

CONFIDENTIAL
INFORMATION

C006957

www.harvardconnection.com
and the datehome page
www.harvardconnection.com/datehome.php

-Cameron


----- Original Message -----
**From:** Christopher H. Lentz
**To:** Cameron Winklevoss
**Sent:** Monday, December 15, 2003 2:56 PM
**Subject:** Re: wireless network

Hey Cameron

Did you receive my last email? Any interest in meeting when I'm down in NYC this weekend? - I understand you're probably very busy right now.

Hope you're doing well.

Chris

On Thursday, December 4, 2003, at 08:11 PM, Cameron Winklevoss wrote:

Hey Chris,
It was nice talking to you about your business last weekend. Tyler and I would be interested in trying to sell your wireless network down here around Cambridge. I was also thinking that there are a lot of office buildings in Greenwich that we could sell to. I know the president of Mack-Cali real estate, and presumably I could get a meeting with him and try to convince him to wire all of his buildings with your network. In any event, if you are interested, lets talk some more.
-Cameron


Chris Lentz
Greenwave Wireless
work 603 653 8120
cell 917 679 2824
www.greenwavewireless.com


<image.tiff>

CONFIDENTIAL
INFORMATION

C006958

Chris Lentz
Greenwave Wireless
work 603 653 8120
cell 917 679 2824
www.greenwavewireless.com

\<image.tiff\>

CONFIDENTIAL
INFORMATION

C006959