## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | ) ) ) ) | CIVIL ACTION NO. 1:07-CV-10593-DPW |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION TO SEAL DOCUMENT

Having considered Plaintiffs' Assented-to Motion to File under Seal Exhibit 83 to the Declaration of Meredith H. Schoenfeld in support of First Amended Complaint, this Court orders as follows:

ConnectU, Inc., et al. are granted leave to file the following document under seal pursuant to the parties' Stipulated Protective Order:

- EXHIBIT 83 TO THE DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF PLAINTIFFS' FIRST AMENDED COMPLAINT

SO ORDERED.

DATED: _____          _____

District Judge Douglas P. Woodlock

Magistrate Judge Robert B. Collings