## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC, <br><br> Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Having considered Defendants' Motion To Enlarge Time to Respond to First Amended Complaint, this Court orders as follows:

Defendants' Motion To Enlarge Time is hereby GRANTED.

**IT IS SO ORDERED**

Dated: _____, 2007

_____
Hon. Douglas P. Woodlock