**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, <br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>CIVIL ACTION NO. 1:07-CV-10593-DPW <br><br>**JURY TRIAL DEMANDED** |

## ASSENTED-TO MOTION TO SEAL PLAINTIFFS' EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF MEREDITH H. SCHOENFELD

Plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra hereby moves to file under seal, pursuant to Parties' Stipulated Protective Order entered by the Court in this case, the following documents:

- EXHIBITS 67, 84-85 TO THE SUPPLEMENTAL DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF PLAINTIFFS' FIRST AMENDED COMPLAINT.

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties have conferred regarding the issues presented by this motion and that Defendants' counsel consents to this motion.

Dated: August 17, 2007    Respectfully submitted,

/s/ John F. Hornick
John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
Daniel P. Kaufman (BBO# 663535)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 408-4000
Fax: (202) 408-4400

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GRIESINGER, TIGHE, & MAFFEI, L.L.P.
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
Facsimile: (617) 542-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Attorneys for Plaintiffs
ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 17, 2007.

                                              /s/ John F. Hornick  
                                              John F. Hornick