# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | ) ) ) ) CIVIL ACTION NO. 1:07-CV-10593-DPW |
| Plaintiffs, | ) ) |
| v. | ) **JURY TRIAL DEMANDED** |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION TO SEAL DOCUMENTS

Having considered Plaintiffs' Assented-to Motion to File under Seal its Exhibits 67, 84-85 to the Supplemental Declaration of Meredith H. Schoenfield in support of its First Amended Complaint, this Court orders as follows:

ConnectU, Inc., et al. are granted leave to file the following documents under seal pursuant to the parties' Stipulated Protective Order:

- EXHIBITS 67, 84-85 TO THE SUPPLEMENTAL DECLARATION OF MEREDITH H. SCHOENFIELD IN SUPPORT OF PLAINTIFFS' FIRST AMENDED COMPLAINT

SO ORDERED.

DATED: _____                         _____
                                                 District Judge Douglas P. Woodlock

                                                 Magistrate Judge Robert B. Collings