# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:07-CV-10593-DPW<br><br>**JURY TRIAL DEMANDED** |

## ERRATA TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra (collectively "Plaintiffs") submit the following Errata to Plaintiffs' First Amended Complaint filed August 8, 2007. In the time crunch of finalizing the First Amended Complaint, an unexplained paragraph numbering change occurred after cross-references had been inserted. This change caused many of the cross-references to be incorrect by one number. The chart below ("Corrections to Cross References/Citations") identifies and corrects all previously incorrect cross-references. Plaintiffs have also identified additional citation errors, and other errors, which are also corrected in the charts below ("Typographical Corrections" and "Corrections to Citations to Exhibits"). In addition, Plaintiffs provided the incorrect documents for the following Exhibits: Ex. 67, Ex. 76, and Ex. 81 and failed to provide two Exhibits. Attached to this Errata are the correct documents for Ex. 76 and Ex. 81. Ex. 67 is confidential and, therefore, Plaintiffs will deliver separately by hand to the court the correct documents for

Ex. 67 along with new Ex. 84 and new Ex. 85, which are also confidential.  Ex. 84 is a true and correct copy of Facebook Defendants' Supplemental Response to Plaintiff's First Set of Interrogatories, Interrogatory No. 18 and Ex. 85 is a true and correct copy of an email dated December 1, 2003 from HARVARDconnection to Mark Zuckerberg, bearing bates number FACE002497.  Attached to this Errata are the correct documents for filing.  Plaintiffs apologize for these errors and respectfully request that the Court accept this Errata.

At the Court's request, Plaintiffs will file a corrected First Amended Complaint incorporating the following changes.  Plaintiffs could do so in redline form so that such changes would be clearly visible.

### Corrections to Cross-References/Citations

| Paragraph | Line | Add to citation: | Replace cross-reference/citation with: |
|---|---|---|---|
| 20 | 5 | | "*Id.* at ¶ 16" |
| 46 | 5 | | ¶¶ 49-66. |
| 46 | 7 | | ¶¶ 66, 142 |
| 84 | 5 | | ¶¶ 61-77 |
| 92 | 1 | | ¶¶ 57-58, 62, 65-68, 70, 72, 74, 77-78 |
| 101 | 1 | | ¶¶ 104-107, 111, 113-115, 117, 119, 121-122, 124, 126, 128-134 |
| 102 | 4 | | ¶¶ 74, 106-107, 111, 113-115, 117, 119, 121-122, 128, 131-133 |
| 102 | 6 | | ¶¶ 106-107, 113-115, 117, 119, 121, 128, 131-132 |
| 102 | 7 | Add "November 24, 2003" among the dates listed on which Zuckerberg made "material oral statements" | ¶¶ 74, 111, 122, 133 |

| Paragraph | Line | Add to citation: | Replace cross-reference/citation with: |
|---|---|---|---|
| 102 | 10 | | ¶¶ 42-87 |
| 104 | 1 | | ¶¶ 53-66 |
| 105 | 3 | ¶ 36 | |
| 105 | 6 | ¶¶ 65, 72, 74, 78 | |
| 126 | 2 | | ¶ 282 |
| 142 | 12 | | ¶¶ 131-133 |
| 142 | 15 | | ¶¶ 118, 124, 126, 129-130, 218, 282 |
| 145 | 6 | | ¶¶ 118, 124, 126, 129-130, 218, 282 |
| 145 | 10 | | ¶¶ 106-107, 113-115, 117, 121, 128 |
| 145 | 11 | | ¶¶ 74, 111, 122, 133 |
| 146 | 9 | | ¶ 250 |
| 146 | 17 | | ¶¶ 74, 106-107, 111, 113-114, 117, 122, 128, 133 |
| 147 | 1 | | ¶¶ 74, 101-146 |
| 147 | 3 | | ¶¶ 43-87 |
| 152 | 8 | | ¶¶ 55-79 |
| 153 | 1 | | ¶¶ 101-147 |
| 165 | 1 | | ¶¶ 45-87, 101-147 |
| 173 | 1 | | ¶¶ 45-87, 101-147 |
| 177 | 2 | | ¶¶ 36, 53-59, 61, 63-65, 67, 69, 72-76, 78, 136 |
| 178 | 3 | | ¶¶ 61-62, 67-68, 70, 77 |
| 184 | 4 | | ¶ 36 |
| 192 | 6 | | ¶¶ 53-79 |
| 195 | 4 | | ¶¶ 25, 36, 40, 186-193 |
| 200 | 14 | | ¶¶ 101-147 |
| 201 | 2 | | ¶¶ 174-200 |
| 204 | 2 | | ¶¶ 174-200 |
| 218 | 2 | | ¶ 124 |
| 219 | 4 | | ¶¶ 35, 71, 118, 124, 126 |
| 234 | 4 | ¶¶ 180, 207-233 | |
| 239 | 3 | | ¶¶ 36, 180-200, 207-233 |
| 248 | 2 | | ¶ 57 |
| 250 | 2 | | ¶ 81 |

| Paragraph | Line | Add to citation: | Replace cross-reference/citation with: |
|---|---|---|---|
| 252 | 2 | | ¶¶ 124, 218 |
| 253 | 2 | | ¶ 209 |
| 254 | 4 | | ¶¶ 13, 124, 207-223 |
| 257 | 4 | | ¶ 146 |
| 272 | 3 | | ¶¶ 74, 104-107, 111, 113-115, 117, 119, 121-122, 128, 131-133 |
| 273 | 3 | | ¶¶ 53-66 |
| 273 | 8 | | ¶¶ 36, 56-58, 63-69, 74-76 |
| 280 | 2 | | ¶¶ 124, 218 |
| 281 | 2 | | ¶¶ 124, 218 |
| 289 | 11 | | ¶¶ 13, 207-239, 280-281 |
| 290 | 1 | | ¶¶ 272-286 |
| 293 | 5 | | ¶¶ 25, 39-40, 186-193 |
| 300 | 2 | | Replace "email exchange described in ¶¶ 53, 65, 70, 74, 76-77" with "emails described in ¶¶ 53, 63, 77" |
| 307 | 2 | | ¶¶ 53-66 |
| 307 | 4 | | ¶¶ 71-85 |
| 308 | 4 | | ¶¶ 65-68, 70, 72, 74, 77-78 |
| 309 | 4 | | ¶¶ 74, 106-107, 110-111, 113-115, 117, 119, 121-122, 128, 132-133 |
| 317 | 6 | | ¶¶ 35, 118, 124, 126, 129-130, 218, 282 |
| 329 | 3 | | ¶¶ 13, 19-21, 35-36, 124, 180, 209-211, 217-220, 224-229 |
| 330 | 1 | | ¶¶ 13, 19-21, 35-36, 124, 139, 180, 184, 216-223, 234-239, 252, 254-261, 287-289, 292-293 |
| 331 | 1 | | ¶¶ 13, 35-36, 180, 184, 207-215, 234- |

| Paragraph | Line | Add to citation: | Replace cross-reference/citation with: |
|---|---|---|---|
| | | | 239, 253-261, 287-288, 292-293 |
| 332 | 1 | | ¶¶ 13, 35-36, 130, 180, 184, 234-239, 287-288, 292-293 |

**Typographical Corrections**

| Paragraph | Line | Correction |
|---|---|---|
| 25 | 3 | Replace: " . . . to join a social network specific to their institution that would be part . . ." with " . . . to join a social network specific to their institution**,** that would be part . . ." |
| 36 | 4 | Add: "and trade secret described in detail in Ex. 1a" after "Specifically, such Defendants incorporated the Harvard Connection ideas" and before ",which the Founders disclosed to Zuckerberg, into the facebook.com website." |
| 37 | 3 | Delete: "In fact, the Founders only learned about thefacebook.com by reading about it in the Harvard *Crimson*." |
| 75 | 4 | Replace: "viwed" with "viewed" |
| 81 | 1 | Delete: "the" before "Cameron Winklevoss" |
| 102 | 3 | Add: "18th and 24th after "17th " and before "in 2003," Delete: "19th, and 22nd" Add: "and" after "12th" and before "14th" |
| 105 | 1 | Replace: "inot" with "into" |
| 109 | 3 | Add: ")" after "C004579" and before the "." |
| 110 | 1 | Replace: "On the evening of |

| Paragraph | Line | Correction |
|---|---|---|
| | | November 24, 2003 . . ." with "On the morning of November 2**5**, 2003 . . ." |
| 145 | 9 | Delete: "19th, and 22nd"<br>Add: "and" after "8th" and before "12th" |
| 169 | 6 | Delete: "the" before "ConnectU" |
| 227 | 11 | Add: "," after "falsely" |

**Corrections to Citations to Exhibits**

| Paragraph | Line | Replace Exhibit citation with: |
|---|---|---|
| 5 | 10 | (Ex. 1, C011285-335) |
| 18 | 2 | (Ex. 84) |
| 124 | 3 | (Ex. 37, TFB000086) |
| 145 | 11 | (Ex. 53, HU00059-61) |
| 190 | 3 | (Ex. 57, FACE000130-31) |
| 271 | 8 | (Ex. 85, FACE002497) |
| 300 | 6 | (Ex. 9, C004632-33, Ex. 15 C004839) |
| 304 | 3 | (Ex. 53, HU000059) |
| 317 | 5 | (Ex. 17, FACE002243-44) |
| 317 | 9 | (Ex. 53) |

Dated: August 17, 2007                                   Respectfully submitted,

 

_____
John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
Daniel P. Kaufman (BBO# 663535)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Tel: (202) 408-4000
Fax: (202) 408-4400

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GRIESINGER, TIGHE, & MAFFEI, L.L.P.
176 Federal Street
Boston, MA  02110
Telephone:  (617) 542-9900
Facsimile:   (617) 542-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Attorneys for Plaintiffs
ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra