# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC,<br><br>Defendants. | Civil Action No. 1:07-cv-10593 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## SUPPLEMENTAL DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF FIRST AMENDED COMPLAINT

I, Meredith H. Schoenfeld, declare as follows:

I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff ConnectU, Inc. and Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra ("collectively ConnectU"). I make this Declaration in support of the First Amended Complaint. I am an active member in good standing of the Bars of the State of California and the District of Columbia. I have personal knowledge of the facts stated therein and if called as a witness, could and would competently testify thereto.

1. Exhibits 67, 76 and 81 are replacing exhibits 67, 76 and 81 to the Declaration of Meredith H. Schoenfeld in support of First Amended Complaint filed August 8, 2007.

2. Exhibit 67 to the First Amended Complaint is a true and correct copy of the Facebook Inc.'s 2004 and 2005 Stockholders bearing bates number TFB002346.

2

3. Exhibit 76 to the First Amended Complaint is a true and correct copy of a May 28, 2004 article from the Harvard *Crimson* entitled "Online Facebooks Duel Over Tangled Web of Authorship."

4. Exhibit 81 to the First Amended Complaint is a true and correct copy of an email dated January 31, 2003 from Cameron Winklevoss to Divya Narendra bearing bates number CO04792-93

5. Exhibit 84 to the First Amended Complaint is a true and correct copy of Facebook Defendants' Supplemental Response to Plaintiff's First Set of Interrogatories, Interrogatory No. 18.

6. Exhibit 85 to the First Amended Complaint is a true and correct copy of an email dated December 1, 2003 from HARVARDconnection to Mark Zuckerberg, bearing bates number FACE002497.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on the 17th day of August 2007.

/s/ Meredith H. Schoenfeld
Meredith H. Schoenfeld

3

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 17, 2007.

/s/ John F. Hornick  
John F. Hornick