# EXHIBIT 81

**From:** "Cameron Howard Winklevoss" <winklev@fas.harvard.edu>
**To:** "Divya Kumar Narendra" <narendra@fas.harvard.edu>
**Date:** 1/31/03 9:46PM
**Subject:** Fw: Match Making

----- Original Message -----
From: "Howard Winklevoss" <HWinklevoss@winklevoss.com>
To: <winklev@fas.harvard.edu>
Sent: Friday, January 31, 2003 8:11 PM
Subject: Match Making


> FYI
>
> Dad
>

CONFIDENTIAL
INFORMATION

C004792

I had a little chat with Divia about your proposed web project. Here's some thoughts.

Call it the "Harvard Connection"

Charge $20 to the Harvard people that want to be listed. I know you are only thinking of the guys, but get a grip; the girls need it more than the guys. So take $20 from a couple thousand Harvard women.

Charge $50 to join the site and see all of the wonderful Harvard guys and girls who are looking for a "sincere" relationship. Provide a little bio on each person (they need to write it, but you give them the questions to answer: How old are you? How much do you make? What occupation do you have? Where do you live? What are your hopes and dreams? Ad infinitum.

You make up a little "interview" or Q and A that they need to answer. Pictures are a must.

All current undergraduates are free (to prime the pump). All graduates must pay the $20.

Any one interested in entering the site pays $50 and must communicate to the Harvard person by e-mail and include a picture.

Might be interesting if you can get the proper promotion.

CONFIDENTIAL
INFORMATION

C004793