# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:07-CV-10593-DPW<br><br>**JURY TRIAL DEMANDED** |

### EXHIBIT 84 TO THE DECLARATION OF MEREDITH H. SCHOENFELD IN SUPPORT OF FIRST AMENDED COMPLAINT

**FILED UNDER SEAL PURSUANT TO PARTIES' STIPULATED PROTECTIVE ORDER**