# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU, INC., CAMERON
WINKLEVOSS, TYLER WINKLEVOSS,
AND DIVYA NARENDRA,

          Plaintiff,

v.

FACEBOOK, INC., MARK ZUCKERBERG,
EDUARDO SAVERIN, DUSTIN
MOSKOVITZ, ANDREW MCCOLLUM, and
FACEBOOK, LLC,

          Defendants.

Civil Action No. 1:07-CV-10593-DPW

**[PROPOSED] ORDER GRANTING ASSENTED-MOTION TO SEAL THE
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MARK ZUCKERBERG'S MOTION TO DISMISS**

Having considered Defendant Mark Zuckerberg's Assented-Motion to Seal the

Memorandum of Points and Authorities in Support of Mark Zuckerberg's Motion to Dismiss,

this Court orders as follows:

Defendant's Motion to Seal is hereby GRANTED.

**IT IS SO ORDERED**

Dated: _____, 2007

                              _____
                                    Hon. Douglas P. Woodlock

[PROPOSED] ORDER GRANTING ZUCKERBERG'S MOTION TO SEAL

OHS West:260293372.1

Dockets.Justia.com