IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING ASSENTED-MOTION TO SEAL THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS MARK ZUCKERBERG, FACEBOOK, INC., AND THEFACEBOOK LLC'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS FOR BREACH OF CONTRACT, BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, AND PROMISSORY ESTOPPEL AND EXHIBIT 5 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF**

Having considered Defendants' Assented-Motion to Seal Defendants' Motion for Summary Judgment on Plaintiffs' Claims for Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing, and Promissory Estoppel, this Court orders as follows:

Defendants' Motion to Seal is hereby GRANTED.

**IT IS SO ORDERED**

Dated: _____, 2007

_____<br>Hon. Douglas P. Woodlock