IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**ASSENTED-MOTION TO SEAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE DEMANDS IN PRAYER FOR RELIEF**

Defendants hereby move to file under seal pursuant to the Stipulated Protective Order entered between the parties in the previous related case, *ConnectU v. Zuckerberg et al.*, Case No. 1:04-cv-11923-DPW, the following documents, exhibits and attachments:

1. **MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE DEMANDS IN PRAYER FOR RELIEF**

This motion is necessary to comply with the provisions of the Stipulated Protective Order.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Counsel for the Facebook Defendants certifies that pursuant to Local Rule 7.1, the parties have conferred regarding motions to seal, and counsel for the Plaintiffs ConnectU, Cameron Winklevoss, Tyler Winklevoss, and Divya Narendara and Eduardo Saverin consent to the motion.

Dated: August 29, 2007.                    Respectfully submitted,


  /s/ I. Neel Chatterjee /s/
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    (650) 614-7400
Facsimile:     (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:    (617) 526-9600
Facsimile:     (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

* Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 29, 2007.

Dated: August 29, 2007.					Respectfully submitted,

						/s/ I. Neel Chatterjee /s/
						I. Neel Chatterjee