IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING ASSENTED-MOTION TO SEAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE DEMANDS IN PRAYER FOR RELIEF**

Having considered the Assented-Motion to Seal Defendants' Memorandum in Support of Defendants' Motion to Strike Demands in Prayer for Relief, this Court orders as follows:

Defendants' Motion To Seal is hereby GRANTED.

**IT IS SO ORDERED**

Dated: _____, 2007

_____
Hon. Douglas P. Woodlock