IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**DEFENDANTS MOTION TO STRIKE DEMANDS IN PRAYER FOR RELIEF**

Defendants' Motion to Strike

Defendants' move pursuant to Fed. R. Civ. P. 12(f) for the Court to strike inappropriate requests for relief from the First Amended Complaint ("FAC"). The relief requested is overly broad and not available under the law. The pleadings fail to allege facts to demonstrate that Plaintiffs are entitled to the requested relief. Defendants request an order dismissing with prejudice and striking (i) the allegations that Plaintiffs' "damages at least equal the value of the website facebook.com" in paragraphs 87, 94, 95, 102, 147, 159, 169, 261, 293, 324 of the FAC; (ii) the demand for constructive trust in paragraph H of the Request for Relief (FAC, p 100), and (iii) the demand for an injunction shutting down the facebook.com website or any variation thereof in paragraph I(1) of the Request for Relief.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Counsel for the Individual Defendants certifies that pursuant to Local Rule 7.1(a)(2) they met and conferred with counsel for Plaintiffs and Defendant Eduardo Saverin regarding this motion on August 27, 2007, via telephone conference.

-2-

Dated:  August 29, 2007.                    Respectfully submitted,


  /s/ I. Neel Chatterjee /s/
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    (650) 614-7400
Facsimile:     (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:    (617) 526-9600
Facsimile:     (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

* Admitted Pro Hac Vice

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 29, 2007.

Dated: August 29, 2007.           Respectfully submitted,

                                             /s/ I. Neel Chatterjee /s/
                                                   I. Neel Chatterjee