IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>          Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>          Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**DEFENDANTS MARK ZUCKERBERG, FACEBOOK, INC., AND THEFACEBOOK LLC'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS FOR BREACH OF CONTRACT, BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, AND PROMISSORY ESTOPPEL**

Defendants' Motion for Summary Judgment

OHS West:260294320.1

Pursuant to Rule 56 of the Federal Rules of Civil Procedure Defendants Mark Zuckerberg, Facebook, Inc. and Facebook LLC move to for summary judgment as to ConnectU Inc.'s first (breach of contract), second (breach of the implied covenant of good faith and fair dealing), and fourth (promissory estoppel) claims for relief.

This motion is based on the accompanying Memorandum of Points and Authorities, which demonstrates that there is no material issue of disputed fact with regard to these claims and, as a result, summary judgment is appropriate.

## REQUEST FOR ORAL ARGUMENT

Because Defendants wish to be heard and believe that oral argument may assist the Court, pursuant to D. Mass. L.R. 7.1(D), they hereby request that the Court grant oral argument on this motion.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Counsel for the Individual Defendants certifies that pursuant to Local Rule 7.1(a)(2) they met and conferred with counsel for Plaintiffs and Defendant Eduardo Saverin regarding this motion on August 27, 2007, via telephone conference.

-2-

Dated:  August 29, 2007.                    Respectfully submitted,

  /s/ I. Neel Chatterjee /s/
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    (650) 614-7400
Facsimile:     (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:    (617) 526-9600
Facsimile:     (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

* Admitted Pro Hac Vice

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 29, 2007.

Dated: August 29, 2007.           Respectfully submitted,

                                               /s/ I. Neel Chatterjee /s/
                                                    I. Neel Chatterjee