IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING DEFENDANTS MARK ZUCKERBERG, FACEBOOK, INC., AND THEFACEBOOK LLC'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS FOR BREACH OF CONTRACT, BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, AND PROMISSORY ESTOPPEL**

For the reasons set forth in the Memorandum of Points and Authorities in Support of Defendants Mark Zuckerberg, Facebook, Inc., and TheFacebook LLC's Motion for Summary Judgment on Plaintiffs' Claims for Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing, and Promissory Estoppel,

IT IS HEREBY ORDERED:

The Motion for Summary Judgment is **GRANTED**.

-2-

IT IS SO ORDERED

Dated: _____, 2007

                                                Hon. Douglas P. Woodlock