UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CRISTOPHER HUGHES, and THEFACEBOOK, LLC,<br><br>          Defendants. | Civil Action No.: 1:07-CV-10593-DPW<br><br>Related Action No. 1:04-CV-11923-DPW |

## DEFENDANT EDUARDO SAVERIN'S MOTION TO DISMISS CONNECTU, INC'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Eduardo Saverin moves to dismiss each of the claims asserted against him by ConnectU Inc. ("ConnectU"): the sixth (unjust enrichment), eighth (trade secret misappropriation), and ninth (unfair trade practices) claims of ConnectU's First Amended Complaint. As set forth in the memorandum submitted herewith, the few new *factual* allegations ConnectU has made against Mr. Saverin in the First Amended

1

Complaint remain utterly insufficient to state any claim against Mr. Saverin on which relief could plausibly be granted.

## REQUEST FOR ORAL ARGUMENT

Because Defendant Saverin wishes to be heard and believes that oral argument may assist the Court, pursuant to D. Mass. L.R. 7.1(D), he hereby requests that the Court grant oral argument on this motion.

## RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that counsel for Saverin has conferred with counsel for ConnectU, Inc. in a good faith effort to resolve or narrow the issue presented by this motion.

DATED: August 29, 2007

/s/ Annette L. Hurst
Annette L. Hurst (*admitted pro hac vice*)
Nathan E. Shafroth (*admitted pro hac vice*)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94110
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268
annette.hurst@hellerehrman.com
nathan.shafroth@hellerehrman.com

Robert B. Hawk (*admitted pro hac vice*)
Bhanu K. Sadasivan (*admitted pro hac vice*)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
Telephone:  (650) 324-7000
Facsimile:  (650) 324-0638
robert.hawk@hellerehrman.com
bhanu.sadasivan@hellerehrman.com

Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT LLP

10 St. James Avenue, 11th Floor
Boston, MA  02116
Telephone:  (617) 523-2700
Facsimile:  (617) 523-6850
gordon.katz@hklaw.com
dan.hampton@hklaw.com

Attorneys for EDUARDO SAVERIN

3