IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING DEFENDANTS MOSKOVITZ AND MCCOLLUM'S MOTION TO DISMISS**

For the reasons set forth in Defendants Moskovitz and McCollum's Motion to Dismiss,

IT IS HEREBY ORDERED:

The Defendants' Motion is **GRANTED** and the case is **DISMISSED**.

IT IS SO ORDERED

Dated: _____, 2007

                                                Hon. Douglas P. Woodlock