IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**APPENDIX TO MEMORANDA OF POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS TO DISMISS SUBMITTED BY ZUCKERBERG; MOSKOVITZ AND MCCOLLUM; AND FACEBOOK, INC. AND FACEBOOK, LLC; AND IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT SUBMITTED BY ZUCKERBERG AND FACEBOOK, INC. AND THEFACEBOOK LLC.**

OHS West:260294707.1

To assist the Court in evaluating the Facebook Defendants' Motions to Dismiss, the Defendants (other than Eduardo Saverin) submit this Appendix to provide a roadmap to arguments presented in the motion.

Attached hereto as **Exhibit A** is a chart entitled "HIERARCHY OF ARGUMENTS TO DISMISS CLAIMS." This chart outlines the theories asserted by Defendants for disposing of the entire First Amended Complaint, one or more claims and/or some parties. This Exhibit attempts to give a top-down approach from starting with legal issues resolving all of the claims down to specific legal issues as to particular claims.

Attached hereto as **Exhibit B** is a separate chart detailing, by claim, the arguments proffered by Defendants for disposing of those claims.