# Exhibit A

Dockets.Justia.com

**HIERARCHY OF ARGUMENTS TO DISMISS CLAIMS**

| Theory Under Which Claims or Parties Should Be Dismissed | Claims or Parties To Be Dismissed | Location of Argument |
|---|---|---|
| Failure to comply with Rule 8, FAC is overly prolix and obfuscates claims | All Claims | • Zuckerberg Mot. to Dismiss, III.A. |
| Claims are not assigned and/or are not assignable. | All Claims Except Trade Secret and Copyright Infringement | • Zuckerberg Mot. to Dismiss, III.B. |
| Copyright preempts state law claims | All Claims, Except Trade Secret | • Zuckerberg Mot. to Dismiss, III.C.2.<br>• Moskovitz & McCollum Mot. to Dismiss, III.B. |
| Indefinite Promise / Reliance Unreasonable constitutes failure to state a claim | All Claims, Except Trade Secret and Copyright Infringement | • Zuckerberg Mot. to Dismiss, III.C.1. and D., E., F.2., G.1.<br>• Defendants' Mot. for Summ. J. |
| Successor Liability insufficiently pled | Facebook, Inc. and TheFacebook LLC | • Facebook Entities Mot. to Dismiss, III.A. |
| Failure to State a Claim | Facebook, Inc., TheFacebook LLC, Moskovitz, McCollum, and Saverin | • Zuckerberg Mot. to Dismiss, III.E, F.1., G.1.<br>• Moskovitz & McCollum Mot. to Dismiss, III.A. |
| Statute of Limitations | All Claims Except Copyright Infringement | • Zuckerberg Mot. to Dismiss, III.G.2.<br>• Facebook Entities Mot. to Dismiss, III.B. |

# Exhibit B

**SUMMARY OF CLAIMS IN FIRST AMENDED COMPLAINT**
**AND DEFENSES ASSERTED BY DEFENDANTS**

| Claim Asserted | Asserted by | Asserted Against | Defense Asserted | By Whom | In What Motion |
|---|---|---|---|---|---|
| (1) Breach of Contract | ConnectU, Inc. | Zuckerberg (¶¶ 42-87) | (A) Breach of Contract claim should be dismissed on Rule 8 grounds. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.A. |
| | | | (B) Breach of Contract claim fails because it is not assignable. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.B.1., III.B.2.a. |
| | | | (C) Breach of Contract Claim fails as indefinite. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.C.1. |
| | | | (D) Breach of Contract Claim fails because it is preempted by the Copyright Act. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.C.2. |
| | | Facebook Entities (¶¶ 88, 89) | (E) Breach of Contract Claim fails for want of successor liability. | Facebook Entities | Facebook Entities Mot. to Dismiss, III.A. |
| | | | (F) Defendants are entitled to summary judgment on the Breach of Contract claim because the evidence fails to raise a genuine issue of material fact. | Zuckerberg & Facebook Entities | Defendants' Mot. for Summ. J., III.A. |

| Claim Asserted | Asserted by | Asserted Against | Defense Asserted | By Whom | In What Motion |
|---|---|---|---|---|---|
| (2) Breach of Covenant of Good Faith | ConnectU, Inc. | Zuckerberg (¶¶ 90-95) | (A) Breach of Covenant of Good Faith claim should be dismissed on Rule 8 grounds. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.A. |
| | | | (B) Breach of Covenant of Good Faith claim fails because there is no enforceable contract. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.D. |
| | | Facebook Entities (¶¶ 96, 97) | (C) Breach of Covenant of Good Faith claim fails for want of successor liability. | Facebook Entities | Facebook Entities Mot. to Dismiss, III.A. |
| | | | (D) Defendants are entitled to summary judgment on the Breach of Coveant of Good Faith claim because the evidence fails to raise a genuine issue of material fact. | Zuckerberg & Facebook Entities | Defendants Mot. for Summ. J., III.B. |
| (3) Fraud | ConnectU, Inc. *or* C. Winklevoss, T. Winklevoss, & Narendra (¶ 99) | Zuckerberg (¶¶ 100 -147) | (A) Fraud claim should be dismissed on Rule 8 grounds. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.A. |
| | | | (B) Fraud claim fails because it is not assignable. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.B.1., III.B.2.b., III.B.4. |
| | | | (C) Fraud claim on part of Individual Plaintiffs fails because no personal claims are alleged. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.B.4. |
| | | | (D) Fraud claim is insufficiently pled. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.F. |
| | | | (E) Fraud claim is barred by the Statute of Limitations. | Zuckerberg | Zuckerberg Mot. to Dismiss, III. G. 2. |
| | | Facebook Entities (¶¶ 148, 149) | (F) Fraud claim fails under for want of successor liability. | Facebook Entities | Facebook Entities Mot. to Dismiss, III.A. |

| Claim Asserted | Asserted by | Asserted Against | Defense Asserted | By Whom | In What Motion |
|---|---|---|---|---|---|
| (4) Promissory Estoppel | ConnectU, Inc. | Zuckerberg (¶¶ 151 -159) | (A) Promissory Estoppel claim should be dismissed on Rule 8 grounds. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.A. |
| | | | (B) Promissory Estoppel claim is insufficiently pled. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.E. |
| | | Facebook Entities (¶¶ 160, 161) | (C) Promissory Estoppel claim fails for want of successor liability. | Facebook Entities | Facebook Entities Mot. to Dismiss, III.A. |
| | | | (D) Defendants are entitled to summary judgment on the Promissory Estoppel claim because the evidence fails to raise a genuine issue of material fact. | Zuckerberg & Facebook Entities | Defendants Mot. for Summ. J., III.C. |

| Claim Asserted | Asserted by | Asserted Against | Defense Asserted | By Whom | In What Motion |
|---|---|---|---|---|---|
| (5) Breach of Fiduciary Duty | ConnectU, Inc. *or* C. Winklevoss, T. Winklevoss, & Narenda (¶ 163) | Zuckerberg (¶¶ 164-169) | (A) Breach of Fiduciary Duty claim should be dismissed on Rule 8 grounds. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.A. |
| | | | (B) Breach of Fiduciary Duty claim fails because it is not assignable. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.B.1., III.B.2(b). |
| | | | (C) Breach of Fiduciary Duty claim on part of Individual Defendants fails because no personal claims are alleged. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.B.4. |
| | | | (C) Breach of Fiduciary Duty claim is insufficiently pled. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.G.1. |
| | | | (D) Breach of Fiduciary Duty claim is barred by the Statute of Limitations. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.G.2. |
| | | Facebook Entities (¶¶ 170, 171) | (E) Breach of Fiduciary Duty claim fails for want of successor liability. | Facebook Entities | Facebook Entities Mot. to Dismiss, III.A. |

| Claim Asserted | Asserted by | Asserted Against | Defense Asserted | By Whom | In What Motion |
|---|---|---|---|---|---|
| (6) Unjust Enrichment | ConnectU, Inc. | Zuckerberg (¶¶ 173-199) | (A) Unjust Enrichment claim should be dismissed on Rule 8 grounds. | Zuckerberg | Zuckerberg  Mot. to Dismiss, III.A. |
| | | | (B) Unjust Enrichment claim fails because it is not assignable. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.B.1., 3. |
| | | Facebook Entities (¶¶ 201-206) | (C) Unjust Enrichment claim is insufficiently pled. | Facebook Entities | Facebook Entities Mot. to Dismiss, III.C.; Moskovitz & McCollum Mot. to Dismiss, III.A.2.a |
| | | McCollum (¶¶ 207-215 & 234-239) | (D) Unjust Enrichment claim fails because Plaintiff claims an adequate remedy at law. | Moskovitz, McCollum | Moskovitz & McCollum Mot. to Dismiss, III.A.2.b |
| | | Moskovitz (¶¶ 216-223 & 234-239) | (E) Unjust Enrichment claim fails because it is preempted by the Copyright Act. | Moskovitz, McCollum | Moskovitz & McCollum Mot. to Dismiss, III.B.2. |
| | | Saverin (¶¶ 224-233 & 234-239) | | | |

| Claim Asserted | Asserted by | Asserted Against | Defense Asserted | By Whom | In What Motion |
|---|---|---|---|---|---|
| (7) Copyright Infringement | ConnectU, Inc. | Zuckerberg (¶¶ 243-261)<br><br>Facebook Entities (¶¶ 262, 263)<br><br>McCollum (¶¶ 243-261)<br><br>Moskovitz (¶¶ 243-261) | (A) Copyright Infringement claim should be dismissed on Rule 8 grounds.<br><br>(B) Copyright Infringement claim fails for want of successor liability.<br><br>(C) Copyright Infringement claim is insufficiently pled. | Zuckerberg<br><br>Facebook Entities<br><br>Moskovitz, McCollum | Zuckerberg Mot. to Dismiss, III.A.<br><br>Facebook Entities Mot. to Dismiss, III.A.<br><br>Moskovitz & McCollum Mot. to Dismiss, III.A.1. |
| (8) Misappropriation of Trade Secrets | ConnectU, Inc. | Zuckerberg (¶¶ 265-293)<br><br>Facebook Entities (¶¶ 294, 295)<br><br>McCollum (¶¶ 287-293)<br><br>Moskovitz (¶¶ 287-293)<br><br>Saverin (¶¶ 287-293) | (A) Misappropriation of Trade Secrets claim should be dismissed on Rule 8 grounds.<br><br>(B) Misappropriation of Trade Secrets claim fails for want of successor liability.<br><br>(C.1) Misappropriation of Trade Secrets claim brought under M.G.L. c. 226 § 30 does not provide a private right of action.<br><br>(C.2) Misappropriation of Trade Secrets claim brought under M.G.L. c. 93A § 42 is insufficiently pled. | Zuckerberg<br><br>Facebook Entities<br><br>Moskovitz, McCollum<br><br>Moskovitz, McCollum | Zuckerberg Mot. to Dismiss, III.A.<br><br>Facebook Entities Mot. to Dismiss, III.A.<br><br>Moskovitz & McCollum Mot. to Dismiss, III.A.3.a.<br><br>Moskovitz & McCollum Mot. to Dismiss, III.A.3.b. |

| Claim Asserted | Asserted by | Asserted Against | Defense Asserted | By Whom | In What Motion |
|---|---|---|---|---|---|
| (9) Unfair Trade Practices | ConnectU, Inc. | Zuckerberg (¶¶ 297-326) | (A) Unfair Trade Practices claim should be dismissed on Rule 8 grounds. | Zuckerberg | Zuckerberg Mot. to Dismiss, III.A. |
| | | Facebook Entities (¶¶ 327, 328) | (B) Unfair Trade Practices claim fails for want of successor liability. | Facebook Entities | Facebook Entities Mot. to Dismiss, III.A. |
| | | McCollum (¶¶ 329-337) | (C) Unfair Trade Practices claim is insufficiently pled. | Moskovitz, McCollum | Moskovitz & McCollum Mot. to Dismiss, III.A.4. |
| | | Moskovitz (¶¶ 329-337) | (D) Unfair Trade Practices claim fails because it is preempted by the Copyright Act. | Moskovitz, McCollum | Moskovitz & McCollum Mot. to Dismiss, III.B.1. |
| | | Saverin (¶¶ 329-337) | | | |