IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**PROOF OF SERVICE VIA FEDERAL EXPRESS**

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **August 29, 2007**, I delivered to the below listed individuals the following document(s):

1.     [CONFIDENTIAL – UNDER SEAL] MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MARK ZUCKERBERG'S MOTION TO DISMISS;

2.     [CONFIDENTIAL – UNDER SEAL] MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE DEMANDS IN PRAYER FOR RELIEF;

3.     [CONFIDENTIAL – UNDER SEAL] MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MARK ZUCKERBERG, FACEBOOK, INC., AND THEFACEBOOK LLC'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS FOR BREACH OF CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING, AND PROMISSORY ESTOPPEL;

4.     [CONFIDENTIAL – UNDER SEAL] EXHIBIT 5 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

|   | |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on **August 29, 2007**. |
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on **August 29, 2007**. |
|   | By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

- 1 -
PROOF OF SERVICE VIA FEDERAL EXPRESS

OHS West:260294723.1

- 2 -

## ATTORNEYS FOR PLAINTIFF CONNECTU

**John F. Hornick, Esq.**
**Meredith H. Schoenfeld, Esq.**
**Margaret A. Esquenet, Esq.**
**Daniel P. Kaufman, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
**Facsimile: (202) 408-4400**

**Daniel P. Tighe, Esq.**
**Scott McConchie, Esq.**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
**Facsimile: (617) 542-0900**

## ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN

**Robert B. Hawk, Esq.**
**Annette Hurst, Esq.**
**Nathan E Shafroth, Esq.**
**Bhanu Sadasivan, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
**Facsimile: (650) 324-0638**

**Gordon P. Katz, Esq.**
**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
**Facsimile: (617) 523-6850**

Executed on **August 29, 2007**, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

_____
Hiroko Tsutsui

From : **Hiroko Tsutsui**
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025


FedEx Revenue Barcode



SHIP DATE : 29AUG2007

ACTUAL WEIGHT : 1

Bill Sender

To : **Finnegan Henderson
John F. Hornick, Esq.
901 New York Avenue, NW**
-
**Washington DC 20001
(202)408-4000**

REF: 016069-002001/008778

**RELEASE #17433385**

DELIVERY ADDRESS BARCODE (FEDEX-EDR)
'none'

DELIVERY DAY : THU

Deliver By:  30Aug07

CAD #665804   Fedex **Priority Overnight**
TRK# **7156 1810 2392**  Form 0201

IAD

A1

20001 - DC - US

## XC TSGA



---

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LAB FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.

From: Hiroko Tsutsui
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025



FedEx Revenue Barcode



SHIP DATE : 29AUG2007

To: **Griesinger, Tighe and Maffei, LLP**
**Daniel P. Tighe, Esq.**
**176 Federal Street**
-
**Boston MA 02110**
**(617)542-9900**

REF: 016069-002001/010690

ACTUAL WEIGHT : 1

Bill Sender



DELIVERY ADDRESS BARCODE (FEDEX-EDR)
'none'

**RELEASE #17433385**

DELIVERY DAY : THU

Deliver By:  30Aug07

CAD #665804  Fedex **Priority Overnight**
TRK# **7156 1810 2462**  Form 0201

BOS

# XH LWMA

A1

02110 - MA - US



----

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.

From : Hiroko Tsutsui
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025

FedEx Revenue Barcode



SHIP DATE : 29AUG2007

ACTUAL WEIGHT : 1

Bill Sender

To : **Heller Ehrman LLP**
**Bhanu Sadasivan, Esq.**
**275 Middlefield Road**
-
**Menlo Park CA 94025**
**(650)324-7169**

REF: 016069-002001/010690



DELIVERY ADDRESS BARCODE (FEDEX-EDR)
'none'

**RELEASE #17433385**

DELIVERY DAY : THU

Deliver By:  30Aug07

CAD #665804  Fedex **Priority Overnight**
TRK# **7156  1810  2418**  Form 0201

**SFO**

**82 HGTA**

94025 - CA - US

A2



-----

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.

From : Hiroko Tsutsui
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025



FedEx Revenue Barcode



SHIP DATE : 29AUG2007

To : Holland and Knight, LLP
Daniel K. Hampton, Esq.
10 St. James Avenue, 11th Floor
-
Boston MA 02116
(617)523-2700

ACTUAL WEIGHT : 1

Bill Sender

REF: 016069-002001/010690

RELEASE #17433385



DELIVERY ADDRESS BARCODE (FEDEX-EDR)
'none'

DELIVERY DAY : THU

Deliver By:    30Aug07

CAD #665804    Fedex **Priority Overnight**
TRK# 7156 1810 2430   Form 0201

BOS

**XH GBRA**

A1

02116 - MA - US



---

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.