# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:07-CV-10593-DPW<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR EXTENSION OF TIME

### I.   INTRODUCTION

The parties respectfully request that this Court grant an extension of time for Plaintiffs to oppose the motions to dismiss and motion to strike filed by Defendants on August 29, 2007 (Dkt. 83, 84, 87, 89, 91), and for Defendants to reply to Plaintiffs' oppositions. This motion therefore requests an extension of time to September 21, 2007 for Plaintiffs to oppose Defendants' motions to dismiss and motion to strike, and an extension of time to October 5, 2007 for Defendants to reply to Plaintiffs' oppositions. For the convenience of the Court, a Proposed Order was filed contemporaneously with this Joint Motion.

### II.   FACTUAL BACKGROUND

On July 25, 2007, this Court permitted Plaintiff ConnectU, Inc. to file an Amended Complaint by August 8, 2007, permitted Defendants to respond to the Amended Complaint by

August 22, 2007, permitted Plaintiff to oppose any motions to dismiss by September 12, 2007, and permitted Defendants' to reply to such opposition(s) by September 26, 2007.

On August 8, 2007, Plaintiffs filed their First Amended Complaint. This Court granted Defendants' motion for an extension of time to respond to the First Amended Complaint, to August 29, 2007. On August 29, 2007, Facebook Defendants filed three motions to dismiss, a motion to strike, and a motion for summary judgment, and Saverin filed a motion to dismiss.

The parties have agreed to extend Plaintiffs' time to oppose the three motions to dismiss and motion to strike filed by Facebook Defendants, and the motion to dismiss filed by Saverin, as set forth above. The parties have further agreed to extend Defendants' time to reply to such oppositions.

This Joint Motion only relates to Facebook Defendants' motions to dismiss and motion to strike, and Saverin's motions to dismiss. Plaintiffs will file a separate motion for extension of time relating to Facebook Defendants' motion for summary judgment (Dkt. 85).

### III. CONCLUSION

The parties respectfully urge this Court to grant the extensions of time requested herein.

Respectfully Submitted,

DATED: August 30, 2007

By: /s/ Theresa A. Sutton
G. Hopkins Guy, III (*pro hac vice*)
I. Neel Chatterjee (*pro hac vice*)
Monte M.F. Cooper (*pro hac vice*)
Theresa A. Sutton (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

By: /s/ John F. Hornick
John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
Daniel P. Kaufman (BBO# 663535)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

| | |
|---|---|
| Steven M. Bauer<br>Jeremy P. Oczek<br>PROSKAUER ROSE, LLP<br>One International Plaza, 14th Floor<br>Boston, MA 02110-2600<br>Telephone: (617) 526-9600<br>Facsimile: (617) 526-9899<br>sbauer@proskauer.com<br>joczek@proskauer.com<br><br>Attorneys for Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, and TheFacebook, LLC | Daniel P. Tighe (BBO# 556583)<br>Scott McConchie (BBO# 634127)<br>GREISINGER, TIGHE, and MAFFEI, L.L.P.<br>176 Federal St.<br>Boston, MA  02110<br>Telephone:  (617) 452-9900<br>Facsimile:   (617) 452-0900<br>dtighe@gtmllp.com<br>smcconchie@gtmllp.com<br><br>Attorneys for ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra |

By:  /s/ Daniel K. Hampton
Daniel K. Hampton (BBO# 634195)
Gordon Katz (BBO# 261080）
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
dan.hampton@hklaw.com
gordon.katz@hklaw.com

Robert P. Hawk (*pro hac vice*)
Annette L. Hurst (*pro hac vice*)
HELLER EHRMAN WHITE & MCAULIFF, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7165
Facsimile: (650) 324-0638

Attorneys for Eduardo Saverin

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 30, 2007.

                                                  /s/ John F. Hornick
                                                  John F. Hornick