# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 1:07-CV-10593-DPW <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF TIME

Having considered the Joint Motion for Extension of Time filed by the parties on August 30, 2007, this Court orders as follows:

This Court grants Plaintiffs an extension of time to September 21, 2007 to oppose Defendants' motions to dismiss and motion to strike filed on August 29, 2007 (Dkt. 83, 84, 87, 89, 91). This Court further grants Defendants an extension of time to October 5, 2007 to reply to Plaintiffs' oppositions.

**SO ORDERED**

DATED: _____                                 _____

District Judge Douglas P. Woodlock

Magistrate Judge Robert B. Collings