# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br> Plaintiffs, <br> v. <br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, <br> Defendants. | CIVIL ACTION NO. <br> 07-10593-DPW |

## ORDER RE: EXTENSION OF TIME

In accordance with the Court's allowance of the Joint Motion for Extension of Time (#96), and denial of Motion for Modification of Briefing Schedule regarding Summary Judgment Motions (#97), except that the summary judgment briefing shall be extended in accordance with the briefing schedule for the motions to dismiss, this Court orders as follows:

This Court grants Plaintiffs an extension of time to September 21, 2007 to oppose Defendants' motions to dismiss, motion to strike, and motion for summary judgment filed on August 29, 2007 (Dkt. 83, 84, 85, 87,89, 91). This Court further grants Defendants an extension of time to October 5, 2007 to reply to Plaintiffs' oppositions.

**SO ORDERED**

DATED:   9/5/2007                                      /s/ Douglas P. Woodlock
                                                       District Judge Douglas P. Woodlock