# United States District Court
# District of Massachusetts

CONNECTU, INC.,
    Plaintiff,

    V.                              CIVIL ACTION NO. 2007-10593-DPW

FACEBOOK, INC.,
MARK ZUCKERBERG,
EDUARDO SAVERIN,
DUSTIN MOSKOVITZ,
ANDREW MCCOLLUM,
CHRISTOPHER HUGHES,
THEFACEBOOK, LLC.,
    Defendants.

## ORDER ON
## REMAINING DISPUTED DISCOVERY
## ITEMS OUTLINED IN THE CORRECTED
## AMENDED JOINT REPORT, ETC. (#94)

COLLINGS, U.S.M.J.

    After hearing, the defendants are ORDERED to identify to counsel for the plaintiff in writing, *on or before the close of business on Monday, September 24, 2007,* where the "relevant code" (defined as (a) the Harvard Connection code

which Zuckerberg allegedly worked on, (b) the facebook.com code before launch, (c) the facebook.com code at the time of launch, (d) the facebook.com code through September 2004, (e) the coursematch code, and (f) the facemash code) is located on the CD ROMS and hard drives (or copies thereof) which the Facebook Defendants have produced (or will soon produce as agreed), or, if the Facebook Defendants do now know where any one or more of items (a) through (f) are located on the CD ROMS and hard drives (or copies thereof), the Facebook Defendants shall so state explicitly in writing as to each such item. A copy of the Facebook Defendants' response to this Order shall be filed in this Court electronically.

The Court shall issue an Order as to the Protocol for Imaging Defendants' Electronic Memory Devices as requested by the plaintiff and shall not include is said Order to the additions suggested by the Facebook Defendants.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 13, 2007.