IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Anastasia M. Fernands, enters her appearance in this matter as counsel for Plaintiff, ConnectU, Inc..

Dated: September 19, 2007

Respectfully submitted,

/s/Anastasia M. Fernands
Anastasia M. Fernands (BBO# 633131)
 Email: anastasiafernands@quinnemanuel.com
QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
51 Madison Avenue
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 19, 2007.

/s/Anastasia M. Fernands
Anastasia M. Fernands (BBO# 633131)