Connectu, Inc. v. Facebook, Inc. et al                                                                                                  Doc. 105

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:07-cv-10593 |

### ASSENTED-TO MOTION TO ADMIT COUNSEL PRO HAC VICE ON BEHALF OF PLAINTIFF CONNECTU, INC.

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Daniel P. Tighe, a member of the bar of this Court and counsel of record for Plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss and Divya Narendra ("ConnectU"), hereby moves for the admission *pro hac vice* of Renee Bea, Peter Calamari, Sarah Hartley, Rick Werder and Adam Wolfson, all of whom are attorneys with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, New York, NY, 10010, as counsel for ConnectU.

In support of this motion, ConnectU hereby submits the accompanying declarations which state that (1) the above mentioned individuals are members of the bar in good standing in every jurisdiction where they have been admitted to practice; (2) there are no disciplinary proceedings pending against any of them as a member of the bar in any jurisdiction; and (3) they are familiar with the Local Rules of this District.

Although this motion is being filed electronically, the $250 fee for admissions *pro hac vice* for Attorneys Bea, Calamari, Hartley, Werder and Wolfson is being delivered to the Court by hand this afternoon.

76259/2225455.1

WHEREFORE, ConnectU respectfully requests that this Court grant this assented-to motion to admit counsel *pro hac vice* for the purposes of participating in this lawsuit.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties conferred regarding the issues presented by this motion and that Defendants' counsel assents to this motion.

Respectfully submitted,

CONNECTU, INC.

By its attorneys,

/s/ Scott McConchie
Daniel P. Tighe (BBO# 556583)
  Email: dtighe@gtmllp.com
Scott McConchie (BBO# 634127)
  Email: smcconchie@gtmllp.com
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
Facsimile: (617) 542-0900

Dated: September 19, 2007

### Certificate of Service

The undersigned hereby certifies that this document was filed through the ECF system on September 19, 2007 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Scott McConchie
Scott McConchie