IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., *et al.*,<br><br>        Defendants. | Civil Action No. 1:07-cv-10593 |

## AFFIDAVIT OF RENEE BEA, ESQ.

Renee Bea, upon oath, deposes and says as follows:

1. I am an attorney licensed to practice law in the State of New York. I am an associate in the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP in New York, New York. I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*.

2. I am a member of the bar of the State of New York.

3. I am a member in good standing in all jurisdictions where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 19th day of September, 2007.

                                                              /s/ Renee Bea
                                                              Renee Bea

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:07-cv-10593 |

## AFFIDAVIT OF PETER E. CALAMARI, ESQ.

Peter E. Calamari, upon oath, deposes and says as follows:

1. I am an attorney licensed to practice law in the State of New York. I am a partner in the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP in New York, New York. I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*.

2. I am a member of the bars of the State of New York and the United States District Courts for the Eastern and Southern Districts of New York.

3. I am a member in good standing in all jurisdictions where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 19th day of September, 2007.

/s/ Peter E. Calamari
Peter E. Calamari

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:07-cv-10593 |

### AFFIDAVIT OF SARAH L. HARTLEY, ESQ.

Sarah L. Hartley, upon oath, deposes and says as follows:

1. I am an attorney licensed to practice law in the State of California. I am an associate in the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP in New York, New York. I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*.

2. I am a member of the bars of the State of California and the United States District Court for the Southern and Central Districts of California.

3. I am a member in good standing in all jurisdictions where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 19th day of September, 2007.

                                                            /s/ Sarah L. Hartley
                                                            Sarah L. Hartley

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., <br><br>     Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., *et al.*, <br><br>     Defendants. | Civil Action No. 1:07-cv-10593 |

### AFFIDAVIT OF RICHARD I. WERDER, JR. ESQ.

Richard I. Werder, Jr. upon oath, deposes and says as follows:

1. I am an attorney licensed to practice law in the State of New York and the State of Ohio. I am a partner in the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP in New York, New York. I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*.

2. I am a member of the bars of the State of New York and the State of Ohio, the Southern and Eastern Districts of New York, the Northern District of Ohio, and the Second, Third, Sixth, Seventh, and Tenth Circuits.

3. I am a member in good standing in all jurisdictions where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 19th day of September, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard I. Werder, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Richard I. Werder, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU, INC.,

    Plaintiff,

v.

FACEBOOK, INC., *et al.*,

    Defendants.

Civil Action No. 1:07-cv-10593

**AFFIDAVIT OF ADAM B. WOLFSON, ESQ.**

Adam B. Wolfson, upon oath, deposes and says as follows:

1. I am an attorney licensed to practice law in the State of New York. I am an associate in the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP in New York, New York. I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*.

2. I am a member of the bars of the State of New York and the United States District Court for the Southern District of New York.

3. I am a member in good standing in all jurisdictions where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 19th day of September, 2007.

                                                    /s/ Adam B. Wolfson
                                                  Adam B. Wolfson