IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, <br><br> Defendants. | CIVIL ACTION NO. 1:07-CV-10593-DPW <br><br> RELATED ACTION NO. 1:04-CV-11923-DPW <br><br> **JURY TRIAL DEMANDED** |

### DECLARATION OF MARGARET A. ESQUENET IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE COURT'S SEPTEMBER 5, 2007 ORDER TO SHOW CAUSE REGARDING MOTIONS TO SEAL

I, Margaret A. Esquenet, declare as follows:

1. I am an attorney with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff ConnectU, Inc. I make this Declaration in support of Plaintiffs' Response to the Court's September 5, 2007 Order to Show Cause Regarding Motions to Seal. I am an active member in good standing of the Bars of the State of Maryland and the District of Columbia and I am admitted to appear *pro hac vice* before this Court. I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

2. Exhibit A to this declaration is a true and correct copy of a letter I received on September, 20, 2007 from Bradley Abruzzi, an attorney from the Office of the General Counsel for Harvard University.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This Declaration is executed on the 21st day of September 2007.

/s/ Margaret A. Esquenet  
Margaret A. Esquenet

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 21, 2007.

/s/ Anastasia M. Fernands
Anastasia M. Ferrands (BBO# 633131)