## Certificate of Service

I hereby certify that the documents listed below have been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 21, 2007.

1. Plaintiffs' Consolidated Memorandum of Points and Authorities in Opposition to Defendants' Motions to Dismiss, Motion to Strike and Motion for Summary Judgment (Dkt. No. 112)

2. Declaration of Victor Gao (Dkt. No. 113)

3. Declaration of Divya Narendra (Dkt. No. 114)

4. Declaration of Cameron Winklevoss (Dkt. No. 115)

/s/ Anastasia M. Fernands
Anastasia M. Ferrands (BBO# 633131)

76685/2229864.1