# EXHIBIT D

# EXHIBIT 40

**REDACTED VERSION**
September 21, 2007

/

---------- Forwarded message ----------
Date: Sun, 11 Jan 2004 12:52:32 -0500
From: Register.com <receipt@register.com>
To: thefacebook <mzuckerb@fas.harvard.edu>
Subject: Your Register.com Order Receipt

Subject: Your Register.com Order Receipt
Date:   11-Jan-2004
From:   Register.com <receipt@register.com>
Reply-To: Register.com <receipt@register.com>

Date:   11-Jan-2004


Mark Zuckerberg
REDACTED
US

Customer Order Code: 15825056

REDACTED

Thank you for your recent order with Register.com.

The following services are now active in your account and can be
accessed through Domain Manager (http://mydomain.register.com).
For your convenience, we have listed your user name above.

thefacebook.com
------------------------------------------------------------------------


Domain Name:          thefacebook.com
Subscription Length:  1 year(s)
Period From:          11-Jan-2004
Period To:            10-Jan-2005
Order ID:             28981465
Amount Charged (US$): $35.00

CONFIDENTIAL

1

FACE002492

FACE002492

*Order Total: $35.00

Questions?
http://www.register.com/faq

Thank you for using Register.com, the First Step on the Web(TM)

*This fee is non-refundable unless otherwise stated in our
Services Agreement (http://www.register.com/service-agreement.cgi)

Customer Support
Register.com, Inc.
http://www.register.com
------------------------------------------------------------
Billing Inquiries:

Phone: Toll free in the U.S. and Canada: (800) 899-9723
       Outside the U.S. and Canada: +1 (902) 742-1466

Online: http://http://www.register.com/create_ticket.cgi?1||CO1
------------------------------------------------------------
All services are subject to the terms and conditions of our
current Services Agreement found at http://www.register.com/service-agreement.cgi?1||
------------------------------------------------------------
Your services may already be enrolled in SafeRenew(TM),
our Automatic Renewal Service. To check your account's status,
please visit:
http://mydomain.register.com/product_saferenew_login.cgi

CONFIDENTIAL            FACE002493

FACE002493

**Whois Infromation**

Domain Name: THEFACEBOOK.COM
Organization:
  Mark Zuckerberg
  Mark Zuckerberg
  REDACTED
  US
  Phone: REDACTED
  Email:

Registrar Name....: Register.com
Registrar Whois...: whois.register.com
Registrar Homepage: http://www.register.com

Created on.............: Sun, Jan 11, 2004
Expires on.............: Tue, Jan 11, 2005
Record last updated on..: Wed, Feb 18, 2004

Administrative Contact:
  Mark Zuckerberg
  Mark Zuckerberg
  REDACTED
  US
  Phone: REDACTED
  Email:

Technical Contact, Zone Contact:
  Register.Com
  Domain Registrar
  575 8th Avenue - 11th Floor
  New York, NY 10018
  US
  Phone: 902-749-2701
  Fax..: 902-749-5429
  Email: domain-registrar@register.com

Domain servers in listed order:

DNS13.REGISTER.COM          216.21.234.77
DNS14.REGISTER.COM          216.21.226.77

CONFIDENTIAL
INFORMATION

C002813