# EXHIBIT 1

| | |
|---|---|
| **From:** | Cooper, Monte |
| **Sent:** | Thursday, August 09, 2007 9:32 AM |
| **To:** | 'Schoenfeld, Meredith'; 'Hornick, John'; 'Hart, Pat'; 'Kaufman, Daniel'; 'Esquenet, Margaret' |
| **Cc:** | Dan Hampton; Robert Hawk; Annette Hurst; Gordon Katz; Sbauer; Joczek; Boutin, Anne; Chatterjee, I. Neel; Sutton, Theresa A.; Guy, Hopkins; Dalton, Amy; Trinh, Michael; Hanhan, Melinda; Mudurian, Karen; Hart, Stephanie; Sagmit, Magnolia "Mimi" |
| **Subject:** | Confidential Exhibit: ConnectU v. Facebook, Case No. 07-10593 DPW |

Meredith, et al.:

Exhibit 40 to the Amended Complaint is a document marked "Confidential" under the Protective Order by Defendants. However, Exhibit 40 was filed publicly, rather than under seal. It includes the addresses of Mark Zuckerberg's parents and Mark Zuckerberg's telephone number. Please take immediate remedial action to have the document included with the other under seal documents. Thank you,

Monte