# EXHIBIT 2

**From:** Hornick, John [mailto:John.Hornick@finnegan.com]
**Sent:** Thursday, September 06, 2007 12:04 PM
**To:** Chatterjee, I. Neel; Guy, Hopkins; Cooper, Monte; Annette Hurst; Dan Hampton; Sbauer; Joczek; Sutton, Theresa A.; Schoenfeld, Meredith; Esquenet, Margaret; Hart, Pat; Kaufman, Daniel
**Cc:** Mudurian, Karen; Dalton, Amy
**Subject:** RE: Confidential Documents

Dear Neel and Dan Hampton:

As Facebook Defendants requested, ConnectU hereby re-designates as nonconfidential under the Stipulated Protective Order ("SPO") "Plaintiff and Counterclaim Defendant ConnectU LLC's Responses to Defendant and Counterclaim Plaintiff Thefacebook, Inc.'s First Set of Interrogatories (Nos. 1-17)," served August 22, 2005. This appears to be the only ConnectU information or documents submitted as exhibits to any of Defendants' ten motions to dismiss, to strike, or for summary judgment that ConnectU has designated as confidential under the SPO. If any of Defendants' motions cite any other information or documents designated confidential by ConnectU, ConnectU will be happy to consider a request from Defendants to re-designate such information or documents as nonconfidential.

We have carefully reviewed the exhibits to the Amended Complaint designated by Defendants as confidential and can see no reason why any of them are designated confidential under the SPO. They consist of correspondence between the co-Defendants, between co-Defendants and third parties, or between Defendants and ConnectU; publicly available documents (Ex. 37, regarding courseparse and coursename, see the March 3, 2006 hearing transcript; Ex. 40, thefacebook.com domain name registration, available on WHOIS; Ex. 80, facemash online journal; Ex. 84, Defendants' supplemental response to Int. 18, which was re-designated as nonconfidential long ago); Zuckerberg deposition testimony (Ex. 49); and Defendants' interrogatory responses (Ex. 51, 63, 67). ConnectU renews its request that Defendants re-designate such exhibits as nonconfidential under the SPO.

Ex. 52 was produced by Harvard. It consists of ConnectU's submission to the Harvard Administrative Board, plus a Harvard cover letter. ConnectU does not object to Harvard's disclosure of the ConnectU submission and will so inform Harvard, along with a request to Harvard to re-designate the cover letter as nonconfidential.

Sincerely,

John


This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

9/21/2007