# EXHIBIT 3



# HARVARD UNIVERSITY
Office of the General Counsel

Bradley E. Abruzzi
*Associate Attorney*

babruzzi@camail.harvard.edu

Holyoke Center, Suite 980
1350 Massachusetts Avenue
Cambridge, Massachusetts 02138-3834

t.617.495.1281
f.617.495.5079

September 20, 2007

**By Email and Regular Mail**

Margaret A. Esquenet, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue, N.W.
Washington, D.C. 20012-4413

    Re:   <u>ConnectU LLC v. Mark Zuckerberg, 04-11923-DPW (D. Mass.)</u>

Dear Margaret:

    In response to your email of September 18, and pursuant to the Order To Show Cause in the above-captioned case, I write to state that President & Fellows of Harvard College does not object to de-designation of Exhibit 52 to the Declaration of Meredith H. Schoenfeld in Support of First Amended Complaint.

    Please call me with any questions.

Sincerely,

Bradley E. Abruzzi

Cc :   Theresa A. Sutton, Esq.