IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**DECLARATION OF JENNIFER S. MULLER IN SUPPORT OF**

**RESPONSE TO ORDER TO SHOW CAUSE WHY THE MOTIONS TO SEAL (DKT.**

**NOS. 66, 69, 73, 80, 81, 82) SHOULD BE ALLOWED**

I, Jennifer S. Muller, declare as follows:

1. I am a Director at Houlihan Lokey Howard & Zukin, Inc. ("Houlihan"). I make this declaration in support of "Facebook Defendants' Response to September 5, 2007 Order to Show Cause Re: Motions to Seal." I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Exhibit 56A of the Declaration of Meredith Schoenfeld in Support of ConnectU's First Amended Complaint is an excerpt of a confidential report regarding Facebook, Inc. I understand that paragraph 189 of the First Amended Complaint contains information directly derived from

-2-

Exhibit 56A. Houlihan prepared a financial report for Facebook, Inc. after in-person meetings with Facebook, Inc.'s senior management, review of confidential Facebook documents and review of highly confidential business discussions between Facebook, Inc. and various third parties. Exhibit 56A discusses the terms and conditions of those business discussions, including disclosure of historical investments and investors. Exhibit 56A also contains business and financial analysis of the financial history of Facebook, Inc. Because of the high level of detail in the report, the data in Exhibit 56A is all closely guarded confidential information to both Facebook, Inc. and Houlihan, and the entire report was marked "Confidential" by Houlihan. Disclosure of the information in Exhibit 56A would cause great competitive harm to Facebook. Inc., its investors, and Houlihan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 20th day of September 2007, in San Francisco California.

_____
Jennifer S. Muller

OHS West:260305549.1

-2-
Muller Decl. ISO Response to OSC