IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>  Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>  Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER SEALING CERTAIN PORTIONS OF CONNECTU'S FIRST AMENDED COMPLAINT, CERTAIN EXHIBITS OF THE DECLARATION OF MEREDITH SCHOENFELD IN SUPPORT THEREOF, AND DEENDANTS' MOTION TO STRIKE DEMANDS IN PRAYER FOR RELIEF**

Having considered the Facebook Defendants' Response to the September 5, 2007 Order to Show Cause, and good cause having been demonstrated for sealing certain private, financial business, and personal information, this Court orders as follows:

Paragraph 189, 215 and 223 of ConnectU's First Amended Complaint (Dkt. No. 71) be filed under seal;

Exhibits 37, 40, 56A, 63, 67, 78, 80, 81 and 83 of the Declaration of Meredith H. Schoenfeld In Support Of First Amended Complaint (Dkt. No. 68) be filed under seal; and

Defendants' Motion to Strike Demands in Prayer for Relief (Dkt. No. 84) be filed under seal.

**IT IS SO ORDERED**

Dated: _____, 2007

_____
Hon. Douglas P. Woodlock