| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC,<br><br>Defendants. | 1:07-CV-10593 (DPW)<br><br>Related Action: Civil Action No. 04-CV-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

**DECLARATION OF ANASTASIA M. FERNANDS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, ANASTASIA M. FERNANDS, being duly sworn, declare as follow:

1. I am an attorney at the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra.

2. I am submitting this declaration to provide the Court with certain documents and information that support Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. Attached as Exhibit 1 hereto is a true and correct copy of excerpts of the court reporter's transcript of the deposition of Cameron H. Winklevoss, taken on August 9, 2005, in this action.

I declare the foregoing is true and correct, under penalty of perjury. Executed in New York, New York on October 5, 2007.

Respectfully submitted,

/s/ Anastasia M. Fernands

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 5, 2007.

/s/ Anastasia M. Fernands
Anastasia M. Ferrands (BBO# 633131)

61120/2245192.13