# EXHIBIT 1

TO DECLARATION OF ANASTASIA M. FERNANDS IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU LLC,

        Plaintiff,

v.                                C.A. No. 04-1923(DPW)

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW McCOLLUM,
CHRISTOPHER HUGHES and THE FACEBOOK,
INC.,

        Defendants.


CERTIFIED COPY

---

VOLUME 1

VIDEOTAPED DEPOSITION OF CONNECTU LLC

BY CAMERON H. WINKLEVOSS

Boston, Massachusetts

Tuesday, August 9, 2005

9:44 a.m. to 6:27 p.m.

Reported by:
Jessica L. Williamson, RMR, RPR, CRR
Notary Public, CSR No. 138795

JOB NO. 36599


SARNOFF
Court Reporters and
Legal Technologies

www.sarnoffcourtreporters.com
46 Corporate Park, Suite 100    445 South Figueroa St., Suite 2950
Irvine, CA 92606    Los Angeles, CA 90071

phone  877.955.3855
fax      949.955.3854

| | | |
|---|---|---|
| 11:01:42 | 1 | the partnership would be? |
| 11:01:43 | 2 | A. Other than the fact that he was an equal |
| 11:01:46 | 3 | partner on ConnectU and given full creative |
| 11:01:49 | 4 | control and full input into what the product |
| 11:01:52 | 5 | could and should be, there was not a |
| 11:01:55 | 6 | specific discussion about specific amounts |
| 11:01:57 | 7 | of equity at that time. |
| 11:01:59 | 8 | Q. Was there ever discussions stating that he |
| 11:02:01 | 9 | was an equal partner? |
| 11:02:02 | 10 | A. As I said, we invited him to be part of the |
| 11:02:07 | 11 | team.  We invited him to contribute.  He |
| 11:02:09 | 12 | agreed to contribute, end of story. |
| 11:02:12 | 13 | Q. And where I'm focusing now is the word |
| 11:02:15 | 14 | "equal." |
| 11:02:16 | 15 | A. Uh-huh. |
| 11:02:17 | 16 | Q. So did you ever tell Mr. Zuckerberg he would |
| 11:02:19 | 17 | be an equal partner? |
| 11:02:20 | 18 | A. Well, I think the fact that we gave him our |
| 11:02:24 | 19 | whole source code, gave him creative |
| 11:02:27 | 20 | control, gave him full, you know -- asked |
| 11:02:30 | 21 | him for multiple input would certainly lend |
| 11:02:33 | 22 | to the word "equal."  There was no one-way |
| 11:02:35 | 23 | dialogue.  In fact, if anything, it was |
| 11:02:37 | 24 | skewed in his favor.  And so he had more |
| 11:02:40 | 25 | than enough reason to believe that it was |

| | | |
|---|---|---|
| 01:06:14 | 1 | you know, the first sort of remuneration |
| 01:06:17 | 2 | that he would receive from that would be, as |
| 01:06:19 | 3 | I said, the benefit to his reputation. And |
| 01:06:23 | 4 | we also talked about the -- you know, the |
| 01:06:29 | 5 | potential of an advertising platform. And |
| 01:06:31 | 6 | certainly if there's money that would come |
| 01:06:33 | 7 | through with that, that it would be |
| 01:06:35 | 8 | distributed among the partnership. |
| 01:06:39 | 9 | Q. And so that specific point was discussed |
| 01:06:41 | 10 | with Mr. Zuckerberg in that second meeting? |
| 01:06:43 | 11 | A. At this -- this specific -- okay. I |
| 01:06:50 | 12 | think -- at that point, right, the website |
| 01:06:53 | 13 | was far from launched. So there's no actual |
| 01:06:56 | 14 | revenue model, like it's not generating |
| 01:06:58 | 15 | dollars on that day, okay? So he does work, |
| 01:07:02 | 16 | and the first sort of compensation, the |
| 01:07:05 | 17 | first light at the end of the tunnel is the |
| 01:07:06 | 18 | prestige, the quasi celebrity status of |
| 01:07:10 | 19 | being part of this great product all around |
| 01:07:14 | 20 | campus and everybody knowing who you are, |
| 01:07:15 | 21 | and then -- |
| 01:07:16 | 22 | Q. Hold on. And you discussed that issue with |
| 01:07:18 | 23 | him? |
| 01:07:18 | 24 | A. Right. |
| 01:07:19 | 25 | Q. Now, what other issues -- |

```
01:07:19   1      A.   Okay.
01:07:20   2      Q.   -- did you discuss about what he would get
01:07:23   3           out of it?
01:07:23   4      A.   And then we also discussed and Victor
01:07:25   5           discussed with him prior to this second
01:07:27   6           meeting that it was -- there's a very large
01:07:31   7           advertising potential.  And Mr. Zuckerberg
01:07:33   8           was fully aware of how sites work and hits
01:07:36   9           and how that correlates to money.  And we --
01:07:41  10           he was certainly aware of --
01:07:42  11      Q.   Hold on.  My question is, what did you tell
01:07:44  12           him, not what you think he understood.  What
01:07:48  13           did ConnectU or HarvardConnection tell Mr.
01:07:50  14           Zuckerberg about what he would get out of
01:07:52  15           the deal?
01:07:52  16      A.   That he --
01:07:53  17      Q.   I got the reputation thing.
01:07:53  18      A.   Yeah.
01:07:55  19      Q.   What else did you tell him?
01:07:56  20      A.   That he would reap any and all benefits that
01:07:59  21           would come along with being a part of the
01:08:01  22           HarvardConnection team, whether it be
01:08:04  23           monetary, money, prestige, fame, whatever it
01:08:08  24           is, he would get any and all.  It was
01:08:12  25           completely explicit there.
```

| | | | |
|---|---|---|---|
| 05:32:44 | 1 | | question. |
| 05:32:44 | 2 | | MR. HAWK: Well, thank you for your |
| 05:32:45 | 3 | | advice. Let me ask the question again |
| 05:32:47 | 4 | | because I don't think I got an answer to it, |
| 05:32:49 | 5 | | in all fairness. |
| 05:32:50 | 6 | | BY MR. HAWK: |
| 05:32:50 | 7 | Q. | Did you ever have a conversation with Mr. |
| 05:32:53 | 8 | | Zuckerberg in which you communicated to him |
| 05:32:56 | 9 | | that he would receive an equal partnership |
| 05:33:05 | 10 | | share in HarvardConnection and that his |
| 05:33:06 | 11 | | share would be equal to his contribution? |
| 05:33:10 | 12 | A. | I think it was clear in our second meeting |
| 05:33:13 | 13 | | that he would -- as I mentioned before |
| 05:33:16 | 14 | | earlier, I mean, we've gone over this |
| 05:33:17 | 15 | | question multiple times, and I'm starting to |
| 05:33:20 | 16 | | believe that it's not because my answer is |
| 05:33:22 | 17 | | not correct, but that the answer is -- you |
| 05:33:27 | 18 | | guys don't want to seem to take my answer. |
| 05:33:29 | 19 | | And the answer is simple. Mr. Zuckerberg |
| 05:33:35 | 20 | | was invited to become part of a team. He |
| 05:33:38 | 21 | | became -- he agreed to become part of that |
| 05:33:40 | 22 | | team. |
| 05:33:41 | 23 | | It was an equal opportunity |
| 05:33:43 | 24 | | partnership. Each person had respective |
| 05:33:46 | 25 | | contributions, and down the road as those |

351

| | | |
|---|---|---|
| 05:33:49 | 1 | contributions increased or decreased we |
| 05:33:53 | 2 | would certainly have attached what you call, |
| 05:33:55 | 3 | you know, more of a specific allocation, |
| 05:33:58 | 4 | okay?  At that time it was an equal |
| 05:34:00 | 5 | allocation, okay?  You're at the starting |
| 05:34:02 | 6 | gate of a race.  You can't predict who's |
| 05:34:04 | 7 | going to be the winner, who's going to pull |
| 05:34:06 | 8 | the most. |
| 05:34:09 | 9 |     So -- and I would go so far as to say |
| 05:34:11 | 10 | that actually his compensation was initially |
| 05:34:14 | 11 | perhaps larger than ours because we made it |
| 05:34:17 | 12 | very clear to him that we wanted him to be |
| 05:34:21 | 13 | the center point in the Crimson article at |
| 05:34:24 | 14 | the launch of the site and that he would be |
| 05:34:26 | 15 | sort of reinventing his character, which we |
| 05:34:28 | 16 | would not be a part of.  So from some |
| 05:34:31 | 17 | accounts you could say that it was skewed in |
| 05:34:34 | 18 | his favor. |
| 05:34:36 | 19 | Q.  Okay. |
| 05:34:36 | 20 | A.  But -- |
| 05:34:38 | 21 | Q.  Are you finished? |
| 05:34:39 | 22 | A.  -- to the extent, that, again, we're college |
| 05:34:42 | 23 | students and this is a team, a project, Mr. |
| 05:34:45 | 24 | Zuckerberg has reapportioned shares and |
| 05:34:48 | 25 | aspects of this company multiple times. |

| | | |
|---|---|---|
| 05:36:38 | 1 | A. Well, I think your question should be did |
| 05:36:45 | 2 | he -- did we have a discussion for Mr. |
| 05:36:49 | 3 | Zuckerberg to get a share of the |
| 05:36:51 | 4 | partnership, okay? |
| 05:36:52 | 5 | Q. Well, I wanted to ask my question, Mr. |
| 05:36:55 | 6 | Winklevoss. I ask you the question. |
| 05:36:55 | 7 | A. No, you asked me -- |
| 05:36:57 | 8 | Q. I don't want you -- |
| 05:36:57 | 9 | A. -- did he say -- |
| 05:36:57 | 10 | Q. -- to reformulate my question. |
| 05:36:58 | 11 | A. You know, equal partnership with respect to |
| 05:37:02 | 12 | a partnership based on equality, meaning |
| 05:37:05 | 13 | people's contributions would be weighed |
| 05:37:07 | 14 | accurately and you would divvy out equity |
| 05:37:11 | 15 | based on contribution in an equal manner, |
| 05:37:14 | 16 | yes, we had an equal partnership by that |
| 05:37:16 | 17 | definition, to answer your question. |
| 05:37:17 | 18 | Q. Okay. Now, my question was not about the |
| 05:37:19 | 19 | kind of partnership you had. My question |
| 05:37:21 | 20 | was about whether you ever had any |
| 05:37:24 | 21 | discussion along the lines of -- |
| 05:37:26 | 22 | A. Yeah. |
| 05:37:26 | 23 | Q. -- you just testified -- let me finish. |
| 05:37:28 | 24 | Did you ever have that discussion with |
| 05:37:30 | 25 | Mr. Zuckerberg? |

355

| | | | |
|---|---|---|---|
| 05:37:31 | 1 | A. | Yes, as I said before, we -- in the second |
| 05:37:34 | 2 | | meeting we discussed people's respective |
| 05:37:37 | 3 | | roles.  Everybody was on an equal playing |
| 05:37:41 | 4 | | field.  That's why I'm referring to it as an |
| 05:37:43 | 5 | | equal partnership, if you will, okay, or |
| 05:37:45 | 6 | | equal team, based on contributions.  If |
| 05:37:47 | 7 | | contributions six months down the road were |
| 05:37:50 | 8 | | unequal, then the partnership, you know, |
| 05:37:53 | 9 | | would certainly change in scope.  But |
| 05:37:55 | 10 | | everybody was equal in terms of what they |
| 05:37:57 | 11 | | brought to the table, what they can |
| 05:37:59 | 12 | | contribute.  So to answer your question, |
| 05:38:01 | 13 | | yes, we did have a discussion about equal |
| 05:38:04 | 14 | | partnership. |
| 05:38:05 | 15 | Q. | Okay.  And you had that discussion with -- |
| 05:38:07 | 16 | A. | Not using the word "partner." |
| 05:38:09 | 17 | Q. | Okay.  But you had the discussion about |
| 05:38:11 | 18 | | equal shares of HarvardConnection based on |
| 05:38:15 | 19 | | contribution, you had that discussion with |
| 05:38:16 | 20 | | Mr. Zuckerberg in your second meeting with |
| 05:38:20 | 21 | | him, correct? |
| 05:38:21 | 22 | A. | Yes.  We -- |
| 05:38:23 | 23 | Q. | Okay. |
| 05:38:23 | 24 | A. | -- went through the fact that he would reap |
| 05:38:27 | 25 | | in an equal manner any and all benefits that |

356