# EXHIBIT 6

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


CONNECTU LLC,

          Plaintiff,

v.                  C.A. No. 04-1923(DPW)

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW McCOLLUM,
CHRISTOPHER HUGHES and THE FACEBOOK,
INC.,

          Defendants.



---

VOLUME 1

VIDEOTAPED DEPOSITION OF CONNECTU LLC

BY CAMERON H. WINKLEVOSS

Boston, Massachusetts

Tuesday, August 9, 2005

9:44 a.m. to 6:27 p.m.


Reported by:
Jessica L. Williamson, RMR, RPR, CRR
Notary Public, CSR No. 138795

JOB NO. 36599

**www.sarnoffcourtreporters.com**
46 Corporate Park, Suite 100    445 South Figueroa St., Suite 2950
Irvine, CA 92606            Los Angeles, CA 90071

phone  877.955.3855
fax     949.955.3854



**SARNOFF**
*Court Reporters and*
*Legal Technologies*

```
 1              VIDEOTAPED DEPOSITION OF CONNECTU LLC

 2         by CAMERON H. WINKLEVOSS, a witness called

 3         on behalf of the Defendant Mark Zuckerberg,

 4         Dustin Moskovitz, Andrew McCollum,

 5         Christopher Hughes and The Facebook, Inc.,

 6         pursuant to Rule 30(b)(6) of the Federal

 7         Rules of Civil Procedure, before Jessica L.

 8         Williamson, Registered Merit Reporter,

 9         Certified Realtime Reporter and Notary

10         Public in and for the Commonwealth of

11         Massachusetts, at the Offices of Proskauer

12         Rose, LLP, One International Place, Boston,

13         Massachusetts, on Tuesday, August 9, 2005,

14         commencing at 9:44 a.m.

15

16         A P P E A R A N C E S

17         FINNEGAN HENDERSON FARABOW GARRETT & DUNNER

18         LLP

19           (By John F. Hornick, Esq.

20           and Troy E. Grabow, Esq.)

21           901 New York Avenue, NW

22           Washington, D.C.  20001-4413

23           (202) 408-4000

24           john.hornick@finnegan.com

25           Counsel for the Plaintiff
```

2

1          A P P E A R A N C E S, Continued

2

3      ORRICK, HERRINGTON & SUTCLIFFE LLP

4         (By I. Neel Chatterjee, Esq.

5         and Joshua H. Walker, Esq.)

6         1000 Marsh Road

7         Menlo Park, California  94025

8         (650) 614-7356

9         nchatterjee@orrick.com

10        Counsel for the Defendants Mark

11        Zuckerberg, Dustin Moskovitz, Andrew

12        McCollum, Christopher Hughes and The

13        Facebook, Inc.

14

15     HELLER EHRMAN LLP

16        (By Robert B. Hawk, Esq.)

17        275 Middlefield Road

18        Menlo Park, California  94025-3506

19        (650) 324-7000

20        robert.hawk@hellerehrman.com

21        Counsel for the Defendant Eduardo Saverin

22

23     ALSO PRESENT:

24

25        George Dobrentey, Videographer

3

| | | |
|---|---|---|
| 09:43:59 | 1 | P R O C E E D I N G S |
| 9:43:59 | 2 | THE VIDEOGRAPHER:  We are recording |
| 09:44:01 | 3 | and are now on the record.  Today's date is |
| 09:44:04 | 4 | August the 9th, 2005, and the time is 9:44 |
| 09:44:07 | 5 | a.m.  My name is George Dobrentey.  I'm a |
| 09:44:10 | 6 | legal videographer for G & M Court |
| 09:44:14 | 7 | Reporters, Ltd.  Our business address is 42 |
| 09:44:15 | 8 | Chauncy Street, Suite 1A, Boston, |
| 09:44:17 | 9 | Massachusetts 02111. |
| 09:44:18 | 10 | This is the deposition of Cameron |
| 09:44:23 | 11 | Winklevoss in the matter of ConnectU vs. |
| 09:44:27 | 12 | Zuckerberg in the United States District |
| 09:44:28 | 13 | Court for the District of Massachusetts, |
| 9:44:30 | 14 | Civil Action No. 04-1923(DPW). |
| 09:44:33 | 15 | This deposition is being taken at One |
| 09:44:37 | 16 | International Place in Boston, |
| 09:44:37 | 17 | Massachusetts, on behalf of the defendant. |
| 09:44:38 | 18 | The court reporter is Jessica Williamson. |
| 09:44:41 | 19 | Counsel will state their appearances, and |
| 09:44:42 | 20 | the court reporter will administer the oath. |
| 09:44:45 | 21 | MR. CHATTERJEE:  Neel Chatterjee |
| 09:44:47 | 22 | and Joshua Walker for all of the defendants |
| 09:44:49 | 23 | except for Eduardo Saverin. |
| 09:44:54 | 24 | MR. WALKER:  Robert Hawk from |
| 09:44:56 | 25 | Heller Ehrman for Defendant Saverin. |

6

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES**
**877.955.3855**

09:44:59    1              MR. HORNICK:  John Hornick and Troy

9:45:01     2         Grabow for the plaintiff, ConnectU.

            3

            4              CAMERON H. WINKLEVOSS,

            5         a witness called on behalf of the Defendants

            6         Mark Zuckerberg, Dustin Moskovitz, Andrew

            7         McCollum, Christopher Hughes and The

            8         Facebook, Inc., having first been duly

            9         sworn, was deposed and testifies as follows:

           10

           11              DIRECT EXAMINATION

           12

           13         BY MR. CHATTERJEE:

9:45:10    14    Q.   Mr. Winklevoss, thank you for coming today.

09:45:14   15         Do you understand that your deposition today

09:45:16   16         is you're testifying on behalf of ConnectU

09:45:19   17         LLC?

09:45:19   18    A.   Yes.

09:45:19   19    Q.   Have you ever had your deposition taken

09:45:21   20         before?

09:45:21   21    A.   No.

09:45:22   22    Q.   I'm going to go over some ground rules with

09:45:26   23         you, and I'm just going to ask you to make

09:45:29   24         sure you understand them.  You may have gone

09:45:31   25         over them with your counsel before.

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

```
05:31:57   1          critical in terms of the development of the
J5:31:58   2          site.  And we all treated each other as
05:32:01   3          equals, acted as equals.
05:32:03   4               Again, we're college students, and
05:32:05   5          this is a project that's going to launch.
05:32:08   6          It was premature to talk about specific
05:32:11   7          equity stake at that point with respect to
05:32:13   8          percentages.
05:32:14   9    Q.    Sir, my question was about a conversation
05:32:17  10          that you had or didn't have with Mr.
05:32:19  11          Zuckerberg.  The answer you just gave had
05:32:22  12          nothing to do with any conversation that you
05:32:22  13          had --
05:32:26  14               MR. HORNICK:  Robert, you cut off
05:32:27  15          his answer.
05:32:24  16    Q.    -- or didn't have with Mr. Zuckerberg.
05:32:25  17               MR. HORNICK:  You cut off his
05:32:27  18          answer, and you sit there and you shake his
05:32:30  19          head -- you shake your head while he's
05:32:31  20          talking, and you laugh and you smile while
05:32:34  21          he's talking, and that is improper.  You
05:32:37  22          should sit there quietly, without shaking
05:32:38  23          your head, without smiling and without
05:32:40  24          laughing while the witness finishes his
05:32:43  25          answer, and then you can ask another
```

```
05:32:44   1         question.

05:32:44   2                    MR. HAWK:  Well, thank you for your

05:32:45   3         advice.  Let me ask the question again

05:32:47   4         because I don't think I got an answer to it,

05:32:49   5         in all fairness.

05:32:50   6         BY MR. HAWK:

05:32:50   7    Q.   Did you ever have a conversation with Mr.

05:32:53   8         Zuckerberg in which you communicated to him

05:32:56   9         that he would receive an equal partnership

05:33:05  10         share in HarvardConnection and that his

05:33:06  11         share would be equal to his contribution?

05:33:10  12    A.   I think it was clear in our second meeting

05:33:13  13         that he would -- as I mentioned before

05:33:16  14         earlier, I mean, we've gone over this

05:33:17  15         question multiple times, and I'm starting to

05:33:20  16         believe that it's not because my answer is

05:33:22  17         not correct, but that the answer is -- you

05:33:27  18         guys don't want to seem to take my answer.

05:33:29  19         And the answer is simple.  Mr. Zuckerberg

05:33:35  20         was invited to become part of a team.  He

05:33:38  21         became -- he agreed to become part of that

05:33:40  22         team.

05:33:41  23              It was an equal opportunity

05:33:43  24         partnership.  Each person had respective

05:33:46  25         contributions, and down the road as those
```

05:33:49  1      contributions increased or decreased we

05:33:53  2      would certainly have attached what you call,

05:33:55  3      you know, more of a specific allocation,

05:33:58  4      okay?  At that time it was an equal

05:34:00  5      allocation, okay?  You're at the starting

05:34:02  6      gate of a race.  You can't predict who's

05:34:04  7      going to be the winner, who's going to pull

05:34:06  8      the most.

05:34:09  9           So -- and I would go so far as to say

05:34:11  10     that actually his compensation was initially

05:34:14  11     perhaps larger than ours because we made it

05:34:17  12     very clear to him that we wanted him to be

05:34:21  13     the center point in the Crimson article at

05:34:24  14     the launch of the site and that he would be

05:34:26  15     sort of reinventing his character, which we

05:34:28  16     would not be a part of.  So from some

05:34:31  17     accounts you could say that it was skewed in

05:34:34  18     his favor.

05:34:36  19  Q.  Okay.

05:34:36  20  A.  But --

05:34:38  21  Q.  Are you finished?

05:34:39  22  A.  -- to the extent, that, again, we're college

05:34:42  23     students and this is a team, a project, Mr.

05:34:45  24     Zuckerberg has reapportioned shares and

05:34:48  25     aspects of this company multiple times.

```
05:34:51   1    Q.   All right.  I -- you know, I've reached the
05:34:55   2         point where I'm not going to, at your
05:34:57   3         counsel's suggestion, ask you the question
05:34:58   4         again unless -- unless you tell me that you
05:35:04   5         actually intend to answer it the next time.
05:35:05   6              MR. HORNICK:  Objection.
05:35:06   7    Q.   The question --
05:35:07   8              MR. HAWK:  Just let me finish this.
05:35:09   9    Q.   The question that I ask had to do with
05:35:11  10         conversations that you either had or didn't
05:35:13  11         have with Mr. Zuckerberg.  I think I've
05:35:16  12         asked that question at least three times
05:35:18  13         now, and I don't -- I don't believe, in all
 5:35:21  14         fairness, that I've gotten an answer to the
05:35:22  15         question.  If you want to take another shot
05:35:25  16         at answering the question, then I'll reask
05:35:27  17         it.  If you believe or you're not going to
05:35:30  18         give me anything other than another answer
05:35:32  19         like the one that you just gave me, I'll
05:35:34  20         move on, and then I'll go to the Court and
05:35:37  21         I'll try and seek an order that you be
05:35:39  22         ordered to answer the questions that are
05:35:40  23         asked in the deposition.
05:35:42  24              So I'm going to put it out there one
05:35:44  25         more time.
```

```
05:35:45   1              MR. HORNICK:  And I'll say that I
J5:35:46   2         believe the witness has answered the
05:35:48   3         questions to the best of his ability.  You
05:35:50   4         just don't like his answers.
05:35:51   5              MR. HAWK:  Okay.  All right.  I
05:35:53   6         understand your position.  You can argue
05:35:54   7         that to the Court based on this record, all
05:35:56   8         right?
05:35:57   9         BY MR. HAWK:
05:35:58  10    Q.   My question to you, sir, is did you ever
05:36:00  11         have any conversation with Mr. Zuckerberg in
05:36:02  12         which you said to him that he would be
05:36:04  13         getting an equal partnership share in the --
05:36:09  14         in the HarvardConnection team?
05:36:13  15              MR. HORNICK:  Objection.  You've
05:36:15  16         asked a question that he can answer because
05:36:18  17         he's already said that he didn't use the
05:36:19  18         word "partner."  So your question's unfair.
05:36:21  19    Q.   All right.  Let me rephrase.  Let me
05:36:22  20         rephrase.  Let me don't use -- because in
05:36:23  21         all fairness, you have said that you didn't
05:36:25  22         say "partner."  You didn't say "partner."
05:36:29  23              Did you ever tell or discuss with Mr.
05:36:32  24         Zuckerberg that he would be getting an equal
05:36:35  25         share of HarvardConnection?
```

| 05:36:38 | 1 | A. | Well, I think your question should be did |
| 05:36:45 | 2 | | he -- did we have a discussion for Mr. |
| 05:36:49 | 3 | | Zuckerberg to get a share of the |
| 05:36:51 | 4 | | partnership, okay? |
| 05:36:52 | 5 | Q. | Well, I wanted to ask my question, Mr. |
| 05:36:55 | 6 | | Winklevoss.  I ask you the question. |
| 05:36:55 | 7 | A. | No, you asked me -- |
| 05:36:57 | 8 | Q. | I don't want you -- |
| 05:36:57 | 9 | A. | -- did he say -- |
| 05:36:57 | 10 | Q. | -- to reformulate my question. |
| 05:36:58 | 11 | A. | You know, equal partnership with respect to |
| 05:37:02 | 12 | | a partnership based on equality, meaning |
| 05:37:05 | 13 | | people's contributions would be weighed |
| 5:37:07 | 14 | | accurately and you would divvy out equity |
| 05:37:11 | 15 | | based on contribution in an equal manner, |
| 05:37:14 | 16 | | yes, we had an equal partnership by that |
| 05:37:16 | 17 | | definition, to answer your question. |
| 05:37:17 | 18 | Q. | Okay.  Now, my question was not about the |
| 05:37:19 | 19 | | kind of partnership you had.  My question |
| 05:37:21 | 20 | | was about whether you ever had any |
| 05:37:24 | 21 | | discussion along the lines of -- |
| 05:37:26 | 22 | A. | Yeah. |
| 05:37:26 | 23 | Q. | -- you just testified -- let me finish. |
| 05:37:28 | 24 | | Did you ever have that discussion with |
| 05:37:30 | 25 | | Mr. Zuckerberg? |

| | | |
|---|---|---|
| 05:37:31 | 1 | A.  Yes, as I said before, we -- in the second |
| 05:37:34 | 2 | meeting we discussed people's respective |
| 05:37:37 | 3 | roles.  Everybody was on an equal playing |
| 05:37:41 | 4 | field.  That's why I'm referring to it as an |
| 05:37:43 | 5 | equal partnership, if you will, okay, or |
| 05:37:45 | 6 | equal team, based on contributions.  If |
| 05:37:47 | 7 | contributions six months down the road were |
| 05:37:50 | 8 | unequal, then the partnership, you know, |
| 05:37:53 | 9 | would certainly change in scope.  But |
| 05:37:55 | 10 | everybody was equal in terms of what they |
| 05:37:57 | 11 | brought to the table, what they can |
| 05:37:59 | 12 | contribute.  So to answer your question, |
| 05:38:01 | 13 | yes, we did have a discussion about equal |
| 5:38:04 | 14 | partnership. |
| 05:38:05 | 15 | Q.  Okay.  And you had that discussion with -- |
| 05:38:07 | 16 | A.  Not using the word "partner." |
| 05:38:09 | 17 | Q.  Okay.  But you had the discussion about |
| 05:38:11 | 18 | equal shares of HarvardConnection based on |
| 05:38:15 | 19 | contribution, you had that discussion with |
| 05:38:16 | 20 | Mr. Zuckerberg in your second meeting with |
| 05:38:20 | 21 | him, correct? |
| 05:38:21 | 22 | A.  Yes.  We -- |
| 05:38:23 | 23 | Q.  Okay. |
| 05:38:23 | 24 | A.  -- went through the fact that he would reap |
| 05:38:27 | 25 | in an equal manner any and all benefits that |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

| | | |
|---|---|---|
| 05:38:30 | 1 | came along with the site, okay? |
| 05:38:31 | 2 | Q. All right.  What did your brother Tyler |
| 05:38:34 | 3 | Winklevoss -- what is his contribution to |
| 05:38:39 | 4 | HarvardConnection? |
| 05:38:39 | 5 | A. He was part of the promotional aspects and |
| 05:38:44 | 6 | the marketing aspects of which I was a part |
| 05:38:46 | 7 | of. |
| 05:38:47 | 8 | Q. What specifically did he do? |
| 05:38:48 | 9 | A. As I said earlier, we were going to set up |
| 05:38:53 | 10 | a -- well, that would have been more of a |
| 05:38:56 | 11 | post-launch role.  We were going to do a |
| 05:38:58 | 12 | launch party and do some promotional stuff |
| 05:39:01 | 13 | around campus, but aside from that, in terms |
| 5:39:04 | 14 | of the creation, he was involved with the |
| 05:39:05 | 15 | strategy and overall concept and |
| 05:39:07 | 16 | development. |
| 05:39:07 | 17 | Q. How many hours did Tyler Winklevoss |
| 05:39:09 | 18 | contribute to HarvardConnection prior to, |
| 05:39:14 | 19 | let's say, February 4th, 2004? |
| 05:39:16 | 20 | A. Again, you know, you're asking sort of a |
| 05:39:19 | 21 | question for me to recall exactly how many |
| 05:39:22 | 22 | hours. |
| 05:39:24 | 23 | Q. Give me a range. |
| 05:39:25 | 24 | A. Well, I can't -- you know, hours.  I would |
| 05:39:33 | 25 | answer your question to say that he put in |

357

```
05:39:36    1        as many hours and as much work as myself and

/5:39:39    2        Divya did.  How many hours that would be

05:39:41    3        might be -- you know, every time we thought

05:39:47    4        about the site, it could be hundreds,

05:39:49    5        hundreds and hundreds of hours.  You know,

05:39:52    6        the hours we sat with programmers or talked

05:39:54    7        with them and spent time communicating, it

05:39:56    8        would be in the hundreds of hours.

05:39:58    9    Q.  You think you worked more than 100 hours on

05:40:02    10       HarvardConnection prior to February 4th,

05:40:05    11       2004; is that your testimony?

05:40:06    12   A.  I would say that if you coupled in all the

05:40:09    13       sort of the discourse and the thinking and

5:40:12     14       the work involved with it, I would say it

05:40:16    15       could be upwards of 100 hours, perhaps.

05:40:19    16   Q.  Between 100 and 200 hours?

05:40:22    17   A.  No, I didn't say that.  I said it could be

05:40:24    18       up to 100 hours.

05:40:27    19   Q.  Okay.  All right.  You think it was no more

05:40:29    20       than 100 hours?

05:40:29    21   A.  Probably not, probably not.

05:40:33    22   Q.  Okay.  Have you ever spoken to Mr. Saverin?

05:40:41    23   A.  I think we already went over this.  I have

05:40:43    24       not.

05:40:43    25   Q.  Okay.  You've never --
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

1

2

3

4

5

6

7

8

9       I, CAMERON H. WINKLEVOSS, do hereby declare under

10   penalty of perjury that I have read the foregoing

11   transcript; that I have made any corrections as appear

12   noted, in ink, initialed by me, or attached hereto; that

13   my testimony as contained herein, as corrected, is true

14   and correct.

15          EXECUTED this ___12___ day of ___September___,

16   20 _05_ , at ____Avogue____ , ____N Y____ .
                          (City)              (State)

17

18

19

20   _____
         CAMERON H. WINKLEVOSS

21

22

23

24

25

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

Page 403

1      In the United States District Court

2      For the District of Massachusetts

3          I, Jessica L. Williamson, Registered,

4      Merit Reporter, Certified Realtime Reporter

5      and Notary Public in and for the

6      Commonwealth of Massachusetts, do hereby

7      certify that CAMERON H. WINKLEVOSS, the

8      witness whose deposition is hereinbefore set

9      forth, was duly sworn by me and that such

10     deposition is a true record of the testimony

11     given by the witness.

12         I further certify that I am neither

13     related to or employed by any of the parties

14     in or counsel to this action, nor am I

15     financially interested in the outcome of

16     this action.

17         In witness whereof, I have hereunto set

18     my hand and seal this 11th day of August,

19     2005.

20

21         _Jessica L. Williamson_

22

23     _____

24     Jessica L. Williamson, RMR, RPR, CRR

25     Notary Public, CSR No. 138795

       My commission expires: 12/18/2009

G&M Court Reporters, Ltd.
617-338-0030