IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO IMAGE AND SEARCH THEIR MEMORY DEVICES FOR SOURCE CODE, AND TO COMPLY WITH REQUESTS FOR PRODUCTION NOS. 1-2, 67-68 AND 117**

For the reasons set forth in the the Memorandum In Support Of The Facebook Defendants' Motion To Compel Plaintiffs To Image And Search Their Memory Devices For Source Code, And To Comply With Requests For Production Nos. 1-2, 67-68 And 117,

IT IS HEREBY ORDERED:

The Motion to Compel is **GRANTED**.

IT IS SO ORDERED

Dated: _____, 2007

_____
Hon. Robert B. Collings