IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**ASSENTED-MOTION TO SEAL THE MEMORANDUM IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO IMAGE AND SEARCH THEIR MEMORY DEVICES FOR SOURCE CODE, AND TO COMPLY WITH REQUESTS FOR PRODUCTION NOS. 1-2, 67-68 AND 117 AND EXHIBITS 3-4 AND 20-22 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF**

-1-

Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, and TheFacebook, LLC (collectively, the "Facebook Defendants") hereby move to file under seal pursuant to the Stipulated Protective Order entered between the parties in the previous related case, *ConnectU v. Zuckerberg et al.*, Case No. 1:04-cv-11923-DPW, the following documents and exhibit:

1. **MEMORANDUM IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO IMAGE AND SEARCH THEIR MEMORY DEVICES FOR SOURCE CODE, AND TO COMPLY WITH REQUESTS FOR PRODUCTION NOS. 1-2, 67-68 AND 117; AND**

2. **EXHIBITS 3-4 AND 20-22 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO IMAGE AND SEARCH THEIR MEMORY DEVICES FOR SOURCE CODE, AND TO COMPLY WITH REQUESTS FOR PRODUCTION NOS. 1-2, 67-68 AND 117.**

This motion is necessary to comply with the provisions of the Stipulated Protective Order.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for Defendants certifies that pursuant to Local Rule 7.1, the parties have conferred regarding the motions to seal, and counsel for the Plaintiffs ConnectU, Cameron Winklevoss, Tyler Winklevoss, and Divya Narendara and Eduardo Saverin consent to the motion.

/ / /

-2-

Dated: October 24, 2007.                    Respectfully submitted,

     /s/ Theresa A. Sutton /s/
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:   (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

* Admitted Pro Hac Vice

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 24, 2007.

Dated: October 24, 2007.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Theresa A. Sutton /s/
　　　　　　　　　　　　　　　　　　　　　　　　Theresa A. Sutton