IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING ASSENTED-MOTION TO SEAL THE MEMORANDUM IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO IMAGE AND SEARCH THEIR MEMORY DEVICES FOR SOURCE CODE, AND TO COMPLY WITH REQUESTS FOR PRODUCTION NOS. 1-2, 67-68 AND 117 AND EXHIBITS 3-4 AND 20-22 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF**

[Proposed] Order Granting Mot. To Seal

OHS West:260325605.1

Having considered Defendants' Assented-Motion to Seal The Facebook Defendants' Motion The Memorandum In Support Of The Facebook Defendants' Motion To Compel Plaintiffs To Image And Search Their Memory Devices For Source Code, And To Comply With Requests For Production Nos. 1-2, 67-68 And 117 and Exhibits 3-4 And 20-22 To The Declaration Of Monte M. F. Cooper In Support Thereof, this Court orders as follows:

Defendants' Motion to Seal is hereby GRANTED.

**IT IS SO ORDERED**

Dated: _____, 2007

_____
Hon. Robert B. Collings