# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU LLC,

       Plaintiff,

v.                       C.A. No. 04-1923(DPW)

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW McCOLLUM,
CHRISTOPHER HUGHES and THE FACEBOOK,
INC.,

       Defendants.


CERTIFIED COPY

---

VOLUME 1

VIDEOTAPED DEPOSITION OF CONNECTU LLC

BY CAMERON H. WINKLEVOSS

Boston, Massachusetts

Tuesday, August 9, 2005

9:44 a.m. to 6:27 p.m.

Reported by:
Jessica L. Williamson, RMR, RPR, CRR
Notary Public, CSR No. 138795

JOB NO. 36599


www.sarnoffcourtreporters.com
46 Corporate Park, Suite 100    445 South Figueroa St., Suite 2950
Irvine, CA 92606    Los Angeles, CA 90071
phone 877.955.3855
fax 949.955.3854
SARNOFF Court Reporters and Legal Technologies

```
 1            VIDEOTAPED DEPOSITION OF CONNECTU LLC
 2     by CAMERON H. WINKLEVOSS, a witness called
 3     on behalf of the Defendant Mark Zuckerberg,
 4     Dustin Moskovitz, Andrew McCollum,
 5     Christopher Hughes and The Facebook, Inc.,
 6     pursuant to Rule 30(b)(6) of the Federal
 7     Rules of Civil Procedure, before Jessica L.
 8     Williamson, Registered Merit Reporter,
 9     Certified Realtime Reporter and Notary
10     Public in and for the Commonwealth of
11     Massachusetts, at the Offices of Proskauer
12     Rose, LLP, One International Place, Boston,
13     Massachusetts, on Tuesday, August 9, 2005,
14     commencing at 9:44 a.m.
15
16     A P P E A R A N C E S
17     FINNEGAN HENDERSON FARABOW GARRETT & DUNNER
18     LLP
19        (By John F. Hornick, Esq.
20        and Troy E. Grabow, Esq.)
21        901 New York Avenue, NW
22        Washington, D.C.  20001-4413
23        (202) 408-4000
24        john.hornick@finnegan.com
25        Counsel for the Plaintiff
```

                                                    2

```
 1          A P P E A R A N C E S, Continued
 2
 3     ORRICK, HERRINGTON & SUTCLIFFE LLP
 4        (By I. Neel Chatterjee, Esq.
 5        and Joshua H. Walker, Esq.)
 6        1000 Marsh Road
 7        Menlo Park, California   94025
 8        (650) 614-7356
 9        nchatterjee@orrick.com
10        Counsel for the Defendants Mark
11        Zuckerberg, Dustin Moskovitz, Andrew
12        McCollum, Christopher Hughes and The
13        Facebook, Inc.
14
15     HELLER EHRMAN LLP
16        (By Robert B. Hawk, Esq.)
17        275 Middlefield Road
18        Menlo Park, California   94025-3506
19        (650) 324-7000
20        robert.hawk@hellerehrman.com
21        Counsel for the Defendant Eduardo Saverin
22
23     ALSO PRESENT:
24
25        George Dobrentey, Videographer
```

3

| | | |
|---|---|---|
| 09:43:59 | 1 | P R O C E E D I N G S |
| 09:43:59 | 2 | THE VIDEOGRAPHER: We are recording |
| 09:44:01 | 3 | and are now on the record. Today's date is |
| 09:44:04 | 4 | August the 9th, 2005, and the time is 9:44 |
| 09:44:07 | 5 | a.m. My name is George Dobrentey. I'm a |
| 09:44:10 | 6 | legal videographer for G & M Court |
| 09:44:14 | 7 | Reporters, Ltd. Our business address is 42 |
| 09:44:15 | 8 | Chauncy Street, Suite 1A, Boston, |
| 09:44:17 | 9 | Massachusetts 02111. |
| 09:44:18 | 10 | This is the deposition of Cameron |
| 09:44:23 | 11 | Winklevoss in the matter of ConnectU vs. |
| 09:44:27 | 12 | Zuckerberg in the United States District |
| 09:44:28 | 13 | Court for the District of Massachusetts, |
| 09:44:30 | 14 | Civil Action No. 04-1923(DPW). |
| 09:44:33 | 15 | This deposition is being taken at One |
| 09:44:37 | 16 | International Place in Boston, |
| 09:44:37 | 17 | Massachusetts, on behalf of the defendant. |
| 09:44:38 | 18 | The court reporter is Jessica Williamson. |
| 09:44:41 | 19 | Counsel will state their appearances, and |
| 09:44:42 | 20 | the court reporter will administer the oath. |
| 09:44:45 | 21 | MR. CHATTERJEE: Neel Chatterjee |
| 09:44:47 | 22 | and Joshua Walker for all of the defendants |
| 09:44:49 | 23 | except for Eduardo Saverin. |
| 09:44:54 | 24 | MR. WALKER: Robert Hawk from |
| 09:44:56 | 25 | Heller Ehrman for Defendant Saverin. |

6

| | | |
|---|---|---|
| 09:44:59 | 1 | MR. HORNICK:  John Hornick and Troy |
| 9:45:01 | 2 | Grabow for the plaintiff, ConnectU. |
| | 3 | |
| | 4 | CAMERON H. WINKLEVOSS, |
| | 5 | a witness called on behalf of the Defendants |
| | 6 | Mark Zuckerberg, Dustin Moskovitz, Andrew |
| | 7 | McCollum, Christopher Hughes and The |
| | 8 | Facebook, Inc., having first been duly |
| | 9 | sworn, was deposed and testifies as follows: |
| | 10 | |
| | 11 | DIRECT EXAMINATION |
| | 12 | |
| | 13 | BY MR. CHATTERJEE: |
| 9:45:10 | 14 | Q.  Mr. Winklevoss, thank you for coming today. |
| 09:45:14 | 15 | Do you understand that your deposition today |
| 09:45:16 | 16 | is you're testifying on behalf of ConnectU |
| 09:45:19 | 17 | LLC? |
| 09:45:19 | 18 | A.  Yes. |
| 09:45:19 | 19 | Q.  Have you ever had your deposition taken |
| 09:45:21 | 20 | before? |
| 09:45:21 | 21 | A.  No. |
| 09:45:22 | 22 | Q.  I'm going to go over some ground rules with |
| 09:45:26 | 23 | you, and I'm just going to ask you to make |
| 09:45:29 | 24 | sure you understand them.  You may have gone |
| 09:45:31 | 25 | over them with your counsel before. |

7

| | | |
|---|---|---|
| 02:44:59 | 1 | information.  This is not someone that I'm |
| 02:45:01 | 2 | just spilling something to. |
| 02:45:03 | 3 | MR. CHATTERJEE:  Could you please |
| 02:45:05 | 4 | read my question back. |
| 02:45:09 | 5 | (Record read.) |
| 02:45:19 | 6 | A.  Oh, okay.  Excuse me.  I don't believe |
| 02:45:27 | 7 | there's anything in these e-mails that |
| 02:45:30 | 8 | indicate that it's confidential, no. |
| 02:45:31 | 9 | MR. HORNICK:  I should state for |
| 02:45:33 | 10 | the record, though, that I think this e-mail |
| 02:45:35 | 11 | also contains confidential information of |
| 02:45:38 | 12 | Mr. Lentz. |
| 02:45:40 | 13 | Q.  And before these e-mails were exchanged, did |
| 2:45:43 | 14 | you have any conversations with Mr. Lentz? |
| 02:45:45 | 15 | A.  Yeah.  And Mr. Lentz -- before or -- sorry, |
| 02:45:49 | 16 | was the question before? |
| 02:45:50 | 17 | Q.  Before this e-mail exchange occurred. |
| 02:45:53 | 18 | A.  We may have talked on the phone.  I would |
| 02:45:56 | 19 | assume that we would have talked on the |
| 02:45:58 | 20 | phone. |
| 02:45:59 | 21 | Q.  And so you're not sure?  You don't remember? |
| 02:46:01 | 22 | A.  I don't know the -- like if it started as an |
| 02:46:04 | 23 | e-mail -- I mean, if it started as an e-mail |
| 02:46:08 | 24 | dialogue, then we would be reading that.  So |
| 02:46:10 | 25 | I'm assuming that -- in fact, no, I remember |

208

| | | |
|---|---|---|
| 02:46:12 | 1 | that we spoke in person. Initially he |
| 02:46:17 | 2 | mentioned he had a wireless business. And I |
| 02:46:20 | 3 | said, "Oh, that sounds interesting." And |
| 02:46:21 | 4 | then I think we may have talked and tried to |
| 02:46:24 | 5 | set up some sort of discussion. |
| 02:46:25 | 6 | Q.  And so prior to sending this e-mail, it's |
| 02:46:27 | 7 | your testimony that you had an agreement |
| 02:46:29 | 8 | with him that all the information that |
| 02:46:32 | 9 | you're talking about -- |
| 02:46:32 | 10 | A.  Right. |
| 02:46:33 | 11 | Q.  -- was confidential? |
| 02:46:34 | 12 | A.  An oral agreement that is confidential |
| 02:46:37 | 13 | between the co-parties, absolutely, yeah. |
| 02:46:38 | 14 | Q.  So the two of you had that agreement -- |
| 02:46:38 | 15 | A.  Uh-huh. |
| 02:46:40 | 16 | Q.  -- before any e-mails were exchanged? |
| 02:46:42 | 17 | A.  Sure, yeah. I mean, as I said, he has a |
| 02:46:43 | 18 | business, a wireless business. He sent over |
| 02:46:46 | 19 | a lot of information, a lot of material. He |
| 02:46:47 | 20 | had a partner, and it was -- you know, he |
| 02:46:52 | 21 | had a lot of protectable information on the |
| 02:46:53 | 22 | table, too. |
| 02:47:00 | 23 | Q.  So after your relationship ended with Mark |
| 02:47:02 | 24 | Zuckerberg, who did you get involved with |
| 02:47:04 | 25 | next on the programming side? |