| | | | |
|---|---|---|---|
| 02:47:07 | 1 | A. | We -- the next company we approached was a |
| 02:47:14 | 2 | | company called Animal 57. And that didn't |
| 02:47:17 | 3 | | work out so well, because they were not |
| 02:47:19 | 4 | | qualified for the job. |
| 02:47:21 | 5 | Q. | Did you ever sign a nondisclosure agreement |
| 02:47:23 | 6 | | with them? |
| 02:47:23 | 7 | A. | I believe -- I'm not sure. I don't recall |
| 02:47:30 | 8 | | if we signed -- I don't think we -- we |
| 02:47:32 | 9 | | signed a contract with them, and they |
| 02:47:34 | 10 | | agreed -- and perhaps in the contract there |
| 02:47:37 | 11 | | was confidential -- a confidentiality at |
| 02:47:41 | 12 | | that point. But, again, this is post |
| 02:47:43 | 13 | | February 4th. So the ideas that I, you |
| 02:47:48 | 14 | | know, have stated that were proprietary and |
| 02:47:51 | 15 | | private in terms of knowledge had been made |
| 02:47:54 | 16 | | public at that point. |
| 02:47:55 | 17 | Q. | So is it your testimony, then, that |
| 02:47:59 | 18 | | everything about HarvardConnection was then |
| 02:48:01 | 19 | | out in the public? |
| 02:48:03 | 20 | A. | Post-Facebook launch, yes. |
| 02:48:07 | 21 | Q. | When did Facebook launch? |
| 02:48:09 | 22 | A. | February 4th. |
| 02:48:09 | 23 | Q. | February 4th, okay. |
| 02:48:12 | 24 | | MR. CHATTERJEE: So let me mark |
| 02:48:13 | 25 | | this as Exhibit No. 14. |

| | | |
|---|---|---|
| 02:48:13 | 1 | (Exhibit No. 14, E-mail with |
| 02:48:13 | 2 | attachment, Bates Nos. C003587 - 3603, |
| 02:48:55 | 3 | marked for identification.) |
| 02:48:55 | 4 | MR. HORNICK: I'll note for the |
| 02:48:56 | 5 | record that you have a document range in |
| 02:48:58 | 6 | this exhibit of C3587 through 3603. |
| 02:49:04 | 7 | Q. Yeah, there's something misattached. Let's |
| 02:49:06 | 8 | just take off the section with the green |
| 02:49:08 | 9 | page afterwards. Sorry about that. |
| 02:49:08 | 10 | A. Okay. So -- |
| 02:49:10 | 11 | Q. Didn't notice that before. |
| 02:49:22 | 12 | A. (Witness complies.) |
| 02:49:23 | 13 | Q. Great. Thank you. Do you know what this |
| 02:49:26 | 14 | document is, Mr. Winklevoss? |
| 02:49:27 | 15 | A. It looks like a site map of some sort. |
| 02:49:28 | 16 | Q. Is it the site map to the HarvardConnection |
| 02:49:37 | 17 | website? |
| 02:49:37 | 18 | A. Let me think. This would be a site map. |
| 02:49:38 | 19 | Yeah, it's a little jumbled here. But I |
| 02:49:43 | 20 | think it was basically the HarvardConnection |
| 02:49:44 | 21 | site and what we -- yeah, what we'd like |
| 02:49:48 | 22 | them to build. |
| 02:49:50 | 23 | Q. Was this the same thing that you wanted Mark |
| 02:49:53 | 24 | Zuckerberg to build, or were there changes |
| 02:49:55 | 25 | made? |

211

| | | |
|---|---|---|
| 02:49:55 | 1 | A. There were some changes to this. I mean, |
| 02:49:57 | 2 | for example, we had the matchmaker thing |
| 02:50:00 | 3 | right here. There were certainly -- you |
| 02:50:06 | 4 | know, we may have updated the site map. You |
| 02:50:09 | 5 | know, the site when Mark Zuckerberg first |
| 02:50:12 | 6 | saw was in November 2003, and from the code |
| 02:50:15 | 7 | that we have currently it stayed at a |
| 02:50:18 | 8 | standstill whereas the ideas were moving at |
| 02:50:21 | 9 | a rapid pace. And so this was the first |
| 02:50:25 | 10 | time, really, since I would say November |
| 02:50:28 | 11 | 2003 that we put them down on paper. |
| 02:50:29 | 12 | Q. So it wasn't put down on paper before -- |
| 02:50:32 | 13 | A. In -- with respect to a site map, I don't |
| 02:50:36 | 14 | believe -- no, I don't believe so. |
| 02:50:42 | 15 | Q. And now, you've said that the Animal 57 |
| 02:50:45 | 16 | didn't work out too well. Could you |
| 02:50:46 | 17 | describe what you mean by that? |
| 02:50:47 | 18 | A. They took on the project. They basically |
| 02:50:50 | 19 | bit off more than they could chew. They |
| 02:50:52 | 20 | didn't have the expertise. They said that |
| 02:50:55 | 21 | they did. They didn't. And they were |
| 02:50:56 | 22 | really unable to do it, and so we terminated |
| 02:50:59 | 23 | the relationship. |
| 02:51:00 | 24 | Q. How did you decide that Animal 57 would be a |
| 02:51:05 | 25 | candidate to program this website? |

212

| | | | |
|---|---|---|---|
| 02:51:07 | 1 | A. | I did some searching for Internet build |
| 02:51:10 | 2 | | developers on the website. I talked to a |
| 02:51:14 | 3 | | couple people, you know, asked them -- I |
| 02:51:17 | 4 | | asked Randy Barth if they could do a site, |
| 02:51:20 | 5 | | what the time frame is, what the cost would |
| 02:51:22 | 6 | | be. It sounded reasonable, and we went -- |
| 02:51:24 | 7 | | we met with them and then went with them. |
| 02:51:27 | 8 | Q. | And how long were they doing software |
| 02:51:29 | 9 | | development for ConnectU? |
| 02:51:30 | 10 | A. | I think the -- I think it was a three-week, |
| 02:51:33 | 11 | | three or four-week window when we met with |
| 02:51:36 | 12 | | them, and then when they -- from that point |
| 02:51:39 | 13 | | they said they could deliver the website. |
| 02:51:40 | 14 | Q. | So they gave roughly a month before they |
| 02:51:43 | 15 | | could deliver the website? |
| 02:51:44 | 16 | A. | Yeah, they -- would say they gave us a |
| 02:51:47 | 17 | | month, but after a month's time period, |
| 02:51:50 | 18 | | nothing had been done. You know, very |
| 02:51:52 | 19 | | little had been done, and so their time |
| 02:51:56 | 20 | | estimate was substantially smaller than what |
| 02:51:59 | 21 | | it should have been. |
| 02:52:00 | 22 | Q. | And after -- so what happened with Animal |
| 02:52:04 | 23 | | 57? |
| 02:52:04 | 24 | A. | Well, I think we gave them extension maybe |
| 02:52:07 | 25 | | of a couple weeks. But it didn't look like, |

213

| | | |
|---|---|---|
| 02:52:10 | 1 | you know, -- it didn't look like they were |
| 02:52:13 | 2 | going to be able to finish it. And they |
| 02:52:17 | 3 | were underqualified. So after that we |
| 02:52:19 | 4 | approached iMarc and had them develop the |
| 02:52:22 | 5 | site. |
| 02:52:23 | 6 | Q. And when did you bring iMarc on board? |
| 02:52:26 | 7 | A. I believe it was like in March, maybe |
| 02:52:33 | 8 | March -- middle of March, something like |
| 02:52:39 | 9 | that, I think. |
| 02:52:40 | 10 | Q. And what did iMarc do? |
| 02:52:42 | 11 | A. IMarc started -- they basically programmed |
| 02:52:46 | 12 | the site from scratch over, because the php |
| 02:52:49 | 13 | at that point, the work from |
| 02:52:52 | 14 | HarvardConnection was -- many people had |
| 02:52:54 | 15 | worked with it. And it was easier to |
| 02:52:56 | 16 | basically start again, clean slate. |
| 02:52:59 | 17 | Q. Now, did you enter into any kind of |
| 02:53:02 | 18 | nondisclosure agreement with iMarc? |
| 02:53:04 | 19 | A. Yeah, we had an NDA with them, yeah. |
| 02:53:08 | 20 | Q. And was there any new confidential |
| 02:53:11 | 21 | information developed? |
| 02:53:11 | 22 | A. Any confidential information developed. I |
| 02:53:19 | 23 | can't recall right now. I don't believe so. |
| 02:53:24 | 24 | Between Animal 57 and iMarc or -- |
| 02:53:28 | 25 | Q. No, after signing the agreement with iMarc. |

214

| | | |
|---|---|---|
| 02:53:30 | 1 | A.  Oh, well, you know, there were -- sure, |
| 02:53:40 | 2 | sure, we would have developed ideas and |
| 02:53:41 | 3 | stuff that would have been confidential, |
| 02:53:44 | 4 | sure. |
| 02:53:45 | 5 | Q.  And how long did it take for iMarc to |
| 02:53:48 | 6 | complete the website? |
| 02:53:49 | 7 | A.  I believe they did it in two months, working |
| 02:53:51 | 8 | very, very hard and very fast. |
| 02:53:55 | 9 | Q.  And how many people were staffed on the |
| 02:53:58 | 10 | ConnectU project? |
| 02:53:58 | 11 | A.  I think there was one lead project manager, |
| 02:54:00 | 12 | one lead programmer and there may have |
| 02:54:05 | 13 | been -- there might have been -- there was a |
| 2:54:07 | 14 | graphics person who did graphics.  So there |
| 02:54:10 | 15 | was two, three people, one person sort of |
| 02:54:12 | 16 | making sure all the ducks were in a row, one |
| 02:54:15 | 17 | person programming, lead programmer, one |
| 02:54:18 | 18 | graphics individual, and there may have been |
| 02:54:19 | 19 | another programmer time to time. |
| 02:54:24 | 20 | Q.  And when did ConnectU launch? |
| 02:54:28 | 21 | A.  I believe -- I'm going to say May 25th, |
| 02:54:32 | 22 | 2004, but I don't know that date for sure. |
| 02:54:34 | 23 | I know it was at the end of May. |
| 02:54:36 | 24 | Q.  Since the nondisclosure agreement with iMarc |
| 02:54:41 | 25 | what is the confidential information that |

| | | |
|---|---|---|
| 02:54:43 | 1 | was created? |
| 02:54:43 | 2 | MR. HORNICK: Objection. And this |
| 02:54:44 | 3 | is outside the scope. And I'm going to ask |
| 02:54:47 | 4 | you, this is really not relevant to the |
| 02:54:52 | 5 | case. And what I -- rather than getting |
| 02:54:54 | 6 | into a fight over it, what I would suggest |
| 02:54:55 | 7 | that you do is you put that into a separate |
| 02:54:58 | 8 | 30(b)(6) notice and let's fight over it |
| 02:55:00 | 9 | before you have a witness on it, because I |
| 02:55:02 | 10 | don't really think you're entitled to our |
| 02:55:05 | 11 | current confidential information. |
| 02:55:06 | 12 | MR. CHATTERJEE: The notice says |
| 02:55:08 | 13 | the concept, design and development of the |
| 02:55:10 | 14 | ConnectU website. |
| 02:55:10 | 15 | MR. HORNICK: Yeah, it doesn't say |
| 02:55:11 | 16 | what the trade secrets are. You've got a |
| 02:55:13 | 17 | separate one up there for the confidential |
| 02:55:15 | 18 | information that was shared with Zuckerberg. |
| 02:55:18 | 19 | That's No. 2. Why are you entitled to our |
| 02:55:21 | 20 | current confidential information? What does |
| 02:55:23 | 21 | that have to do with any of the claims or |
| 02:55:25 | 22 | defenses or counterclaims? |
| 02:55:26 | 23 | MR. CHATTERJEE: It has to go with |
| 02:55:28 | 24 | the efforts to mitigate any damages. It is |
| 02:55:31 | 25 | directly relevant if you create any new |

| | | |
|---|---|---|
| 02:55:32 | 1 | intellectual property, so -- |
| 02:55:32 | 2 | MR. HORNICK: I'm sorry, you can't |
| 02:55:33 | 3 | have it today. |
| 02:55:33 | 4 | MR. CHATTERJEE: -- what he |
| 02:55:33 | 5 | considered is confidential. |
| 02:55:34 | 6 | MR. HORNICK: It's outside the |
| 02:55:34 | 7 | scope. |
| 02:55:35 | 8 | MR. CHATTERJEE: Mr. Hornick -- |
| 02:55:37 | 9 | MR. HORNICK: You listen to me. |
| 02:55:38 | 10 | MR. CHATTERJEE: No, you listen to |
| 02:55:39 | 11 | me. |
| 02:55:39 | 12 | MR. HORNICK: You assert -- |
| 02:55:40 | 13 | MR. CHATTERJEE: You're instructing |
| 2:55:41 | 14 | him not to answer; is that correct? |
| 02:55:42 | 15 | MR. HORNICK: Yes, I am. |
| 02:55:43 | 16 | MR. CHATTERJEE: Okay. Thank you. |
| 02:55:43 | 17 | There's no need to get involved in a debate |
| 02:55:46 | 18 | if you're instructing him not to answer. |
| 02:55:48 | 19 | MR. HORNICK: But I tried to do it |
| 02:55:48 | 20 | with you in a reasonable way. I suggested |
| 02:55:50 | 21 | to you that you do a separate 30(b)(6), and |
| 02:55:52 | 22 | let's fight over it properly. Let's take it |
| 02:55:53 | 23 | before the Judge if we have to, let you take |
| 02:55:53 | 24 | a little time and think about whether you |
| 02:55:53 | 25 | think you really need that and whether |

217

```
02:55:59   1   you're really entitled to it before we waste
02:55:59   2   time during this deposition. I --
02:56:01   3           MR. CHATTERJEE: Mr. Hornick --
02:56:01   4           MR. HORNICK: If you want to work
02:56:01   5   this out --
02:56:01   6           MR. CHATTERJEE: -- if you want to
02:56:02   7   meet and confer, we can do that outside of
02:56:03   8   the deposition. I do not --
02:56:03   9           MR. HORNICK: -- when you're trying
02:56:06  10   to ask the witness questions about it. This
02:56:09  11   is a very, very sensitive area.
02:56:11  12           MR. CHATTERJEE: Mr. Hornick, all
02:56:12  13   you need --
02:56:12  14           MR. HORNICK: I don't think the
02:56:13  15   Judge is going to tell you that you can have
02:56:14  16   this information.
02:56:15  17           MR. CHATTERJEE: All you need to do
02:56:15  18   is instruct the witness not to answer.
02:56:15  19           MR. HORNICK: I'm trying to work it
02:56:15  20   out --
02:56:15  21           MR. CHATTERJEE: Your objections
02:56:16  22   have been coaching the witness. This is not
02:56:18  23   a time to resolve that. We'll meet and
02:56:20  24   confer later.
02:56:20  25           MR. HORNICK: Okay.
```

| Time | Line | |
|---|---|---|
| 02:56:22 | 1 | BY MR. CHATTERJEE: |
| 02:56:22 | 2 | Q. What development work was done on the |
| 02:56:26 | 3 | ConnectU website after signing up with |
| 02:56:29 | 4 | iMarc? |
| 02:56:30 | 5 | A. Development? |
| 02:56:31 | 6 | Q. Yes. |
| 02:56:31 | 7 | A. Well, we -- they basically started from a |
| 02:56:36 | 8 | clean slate and coded the site from ground |
| 02:56:40 | 9 | up. And I think you probably have the site |
| 02:56:44 | 10 | map that we gave them. And that would |
| 02:56:47 | 11 | pretty much outline the initial phase of |
| 02:56:49 | 12 | development. |
| 02:56:49 | 13 | Q. And was it changed in any way? |
| 02:56:50 | 14 | A. You know, it might have -- sure, it might |
| 02:56:58 | 15 | have been changed to some extent. As I |
| 02:57:01 | 16 | said, the HarvardConnection development was |
| 02:57:03 | 17 | in arrested development from November 2003. |
| 02:57:05 | 18 | Nothing was implemented in that site or at |
| 02:57:07 | 19 | least implemented and given to us. So |
| 02:57:09 | 20 | certainly there is changes in the website. |
| 02:57:12 | 21 | Q. Okay. Have all the rights associated with |
| 02:57:23 | 22 | the HarvardConnection partnership been |
| 02:57:26 | 23 | transferred to ConnectU LLC? |
| 02:57:29 | 24 | MR. HORNICK: Objection, calls for |
| 02:57:31 | 25 | a legal conclusion but you can testify to |

219

| | | |
|---|---|---|
| 02:57:32 | 1 | the extent that you know facts relating to |
| 02:57:35 | 2 | that question. |
| 02:57:35 | 3 | A.    I know that Victor and Joseph, they |
| 02:57:38 | 4 | transferred their rights, and I believe we |
| 02:57:40 | 5 | have a dual ownership of -- or dual license |
| 02:57:44 | 6 | with Sanjay. |
| 02:57:45 | 7 | Q.    And that's for the copyrights or for all |
| 02:57:49 | 8 | rights? |
| 02:57:50 | 9 |        MR. HORNICK: Objection. It calls |
| 02:57:51 | 10 | for a legal conclusion -- |
| 02:57:53 | 11 | A.    I believe -- |
| 02:57:52 | 12 |        MR. HORNICK: -- and legal |
| 02:57:53 | 13 | testimony. |
| 02:57:54 | 14 |        THE WITNESS: Sorry. Sorry. |
| 02:57:56 | 15 | A.    I believe that entails the copyrights, and I |
| 02:58:00 | 16 | would assume also all the all rights.  I |
| 02:58:02 | 17 | don't know the answer to the other portion |
| 02:58:04 | 18 | of that question. |
| 02:58:07 | 19 | Q.    And how is it that ConnectU LLC owns the |
| 02:58:13 | 20 | trade secrets of the HarvardConnection |
| 02:58:15 | 21 | partnership? |
| 02:58:16 | 22 | A.    We transferred like myself, Tyler and Divya |
| 02:58:20 | 23 | transferred the rights of our trade secrets |
| 02:58:24 | 24 | to ConnectU. |
| 02:58:25 | 25 | Q.    And how did you do that? |

220

```
 1
 2
 3
 4
 5
 6
 7
 8
 9         I, CAMERON H. WINKLEVOSS, do hereby declare under
10   penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.
15         EXECUTED this _____ day of _____,
16   20_____, at _____, _____.
                              (City)            (State)
17
18
19
20                           _____
                                  CAMERON H. WINKLEVOSS
21
22
23
24
25
```

402

```
 1
 2
 3
 4
 5
 6
 7
 8
 9         I, CAMERON H. WINKLEVOSS, do hereby declare under
10    penalty of perjury that I have read the foregoing
11    transcript; that I have made any corrections as appear
12    noted, in ink, initialed by me, or attached hereto; that
13    my testimony as contained herein, as corrected, is true
14    and correct.
15         EXECUTED this __12__ day of __September__,
16    20_05_, at ____Queque____, __NY__.
                      (City)              (State)
17
18
19
20                          _____
                                 CAMERON H. WINKLEVOSS
21
22
23
24
25
```

Page 403

1  In the United States District Court
2  For the District of Massachusetts
3     I, Jessica L. Williamson, Registered,
4  Merit Reporter, Certified Realtime Reporter
5  and Notary Public in and for the
6  Commonwealth of Massachusetts, do hereby
7  certify that CAMERON H. WINKLEVOSS, the
8  witness whose deposition is hereinbefore set
9  forth, was duly sworn by me and that such
10 deposition is a true record of the testimony
11 given by the witness.
12    I further certify that I am neither
13 related to or employed by any of the parties
14 in or counsel to this action, nor am I
15 financially interested in the outcome of
16 this action.
17    In witness whereof, I have hereunto set
18 my hand and seal this 11th day of August,
19 2005.
20
21 *[signature: Jessica L. Williamson]*
22 _____
23 Jessica L. Williamson, RMR, RPR, CRR
24 Notary Public, CSR No. 138795
25 My commission expires: 12/18/2009

G&M Court Reporters, Ltd.
617-338-0030