# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU, INC., CAMERON
WINKLEVOSS, TYLER WINKLEVOSS,
AND DIVYA NARENDRA,

      Plaintiffs,

      vs.           NO. 1:07-CV-10593-DPW

FACEBOOK, INC., MARK
ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MASKOVITZ, ANDREW
MCCOLLUM AND FACEBOOK, LLC,
      Defendants.

_____/

---oOo---

VIDEOTAPED DEPOSITION OF

JOE JACKSON

_____

Thursday, September 27, 2007

(Pages 1 - 178)

---oOo---

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California  94105
Phone: (415) 321-2311
Fax: (415) 321-2301

Reported by:
KATHLEEN A. WILKINS, CSR, RPR, CRR
CSR No. 10068

*Certified C...*

```
 1   BE IT REMEMBERED that on Thursday, September 27,
 2   2007, commencing at the hour of 10:35 a.m. thereof,
 3   at 405 Howard Street, San Francisco, California,
 4   before me, KATHLEEN A. WILKINS, RPR, CRR, a
 5   Certified Shorthand Reporter in and for the State of
 6   California, personally appeared
 7                     JOE JACKSON,
 8   called as a witness by the defendants herein, who,
 9   being by me first duly sworn, was thereupon examined
10   and testified as hereinafter set forth.
11                     ---oOo---
12   Appearing as counsel on behalf of Plaintiff Connectu:
13       MARGARET A. ESQUENET, Esq.
         FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
14       901 New York Avenue, NW
         Washington, DC  20001-4414
15       Telephone:  (202) 408-4000
         Fax: (202) 408-4400
16       Margaret.esquenet@finnegan.com
17
18   Appearing as counsel on behalf of Defendants
     Facebook, Inc.; Mark Zuckerberg; Dustin Moskovitz;
19   Andrew McCollum and Facebook, LLP:
20
         MONTE COOPER, Esq.
21       ORRICK, HERRINGTON & SUTCLIFFE, LLP
         1000 Marsh Road
22       Menlo Park, California  94025
         Telephone:  (650) 614-7400
23       Fax: (650) 614-7401
24       Mcooper@orrick.com
25
```

```
 1              APPEARANCES (Continued)

 2   Appearing as counsel on behalf of Defendant Eduardo
     Saverin:
 3
        NATHAN SHAFROTH, Esq.
 4      HELLER, EHRMAN LLP
        333 Bush Street
 5      San Francisco, California  94104
        Telephone:  (415) 772-6182
 6      Fax: (415) 772-6266

 7      Nathan.shafroth@hellerehrman.com

 8

 9

10   Appearing as counsel on behalf of witness

11       Lorraine Ocheltree, Esq.

12       Duane Morris, LLP

13       One Market, Spear Tower Suite 2000

14       San Francisco, Ca 94105

15       Telephone: (415) 957-3234

16       Fax: (415) 957-3001

17       LPOcheltree@duanemorris.com

18

19   Also appearing as counsel on behalf of ConnectU

20       Emily Kalanithi, Esq.

21       Quinn Emanuel Urquhart Oliver & Hedges

22       50 California Street, 22nd Floor

23       San Francisco, Ca 94111

24       Telephone: (415) 875-6600 Fax:(415) 875-6700

25       emilykalanithi@quinnemanuel.com
```

```
1    SEPTEMBER 27, 2007                            10:36 A.M.
2                    P R O C E E D I N G S
3              THE VIDEOGRAPHER:  This begins the
4    videotaped deposition of Joe Jackson, Tape 1, Volume
5    1, in the matter of ConnectU, Incorporated, et al.
6    versus Facebook, Incorporated, et al., as filed in
7    the United States District Court for the District of
8    Massachusetts, Civil Action No. 1:07-CV-10593 DPW.
9              Today's date is September 27, 2007.  The
10   time on the video monitor is 10:35.  The video
11   operator today is James Terrell, representing
12   LiveNote World Service, located at 221 Main Street,
13   Suite 1250, San Francisco, California, 94105.  The
14   phone number is (415) 321-2300.
15             The court reporter is Kathleen Wilkins
16   with Sheila Chase & Associates, reporting on behalf
17   of LiveNote World Service.  Today's deposition is
18   being taken on behalf of defendants and is taking
19   place at 405 Howard Street in San Francisco,
20   California.
21             And if counsel will now please introduce
22   yourselves and state whom you represent.
23             MR. COOPER:  This is Monte Cooper of the
24   law firm Orrick, Herrington & Sutcliffe.  I
25   represent all defendants in this action except for
```

```
 1   recollection, with Nate Rosenberg.
 2       A.   I think so.
 3       Q.   All right.  Did you have any other
 4   meetings in dorm rooms that involved Tyler
 5   Winklevoss to discuss Harvard Connection?
 6       A.   Not -- I don't remember specifically if
 7   there were other meetings in dorm rooms --
 8       Q.   How about with --
 9       A.   -- besides this one.
10       Q.   How about in the case of Divya Narendra?
11       A.   Yeah.  I really just remember this one
12   specific meeting.  I don't remember any other
13   meetings in dorm rooms with any of the -- with any
14   of them.
15            (Whereupon, Deposition Exhibit 5
16            was marked for identification.)
17            THE WITNESS:  Thanks.
18            MR. COOPER:  Q.  Mr. Jackson, correct me
19   if I'm wrong, but I understood you to say earlier
20   your main interactions were with Victor Gao as it
21   related to Harvard Connection?
22       A.   Well, yeah.  I worked with Victor Gao most
23   closely.
24       Q.   And that's because he also was coding the
25   site?
```

```
 1       A.    Yes.
 2       Q.    And he also was at Pforzheimer with you --
 3       A.    Yes.
 4       Q.    -- to the best of your recollection?
 5       A.    Yes.
 6       Q.    Do you recall if most or your
 7   communications about Harvard Connection with Cameron
 8   Winklevoss were in person or by e-mail?
 9       A.    I -- I couldn't -- I couldn't say.  It was
10   a mix of both.
11       Q.    And the same question as to Tyler?
12       A.    It was also a mix of both.
13       Q.    And as to Divya?
14       A.    It was also a mix of both.
15       Q.    Divya you said was in your computer
16   science classes?
17       A.    Yes.
18       Q.    Did you talk with him in those computer
19   science classes about Harvard Connection?
20       A.    I don't -- I don't remember --
21       Q.    Okay.
22       A.    -- if we did or not.
23       Q.    All right.  And in the case of Victor Gao,
24   was it a mix of e-mails and also in-person
25   discussions?
```

```
 1      A.   Yes.
 2      Q.   Did you ever communicate about Harvard
 3 Connection via instant message system?
 4      A.   Yes.
 5      Q.   Who did you communicate with?
 6      A.   Definitely Victor, and I think Cameron.
 7 Those are the only two I remember specifically.
 8 Actually probably also Divya.
 9      Q.   Why do you say "probably also Divya"?
10      A.   Well, I just -- I feel -- I definitely
11 remember communicating with Victor by instant
12 messenger -- by instant message, and I definitely
13 remember communicating with Cameron by instant
14 message.  And I think that I communicated with Divya
15 by instant message, but I'm not positive.
16      Q.   What instant message service do you use?
17      A.   AOL Instant Messenger.
18      Q.   In order to communicate with you, they had
19 to have an AOL account too?
20      A.   Yes.
21      Q.   Do you recall the name that you used on
22 AOL IM?
23      A.   Yes.
24      Q.   What was it?
25      A.   It was JoeJ -- JOEJAY83.
```

```
 1        Q.   Okay.  Do you recall what name Victor Gao
 2   used on AOL IM?
 3        A.   Yes.  It was thebestwithinus0.
 4        Q.   Do you recall Cameron's AOL handle?
 5        A.   I think -- I don't recall, actually.  It
 6   might have been CWinklevoss.  I don't remember.
 7        Q.   And Divya's, by any chance?
 8        A.   I don't remember.
 9        Q.   You said you don't have any recollections
10   of communicating via IM with Tyler?
11        A.   Yeah, I don't remember that.
12        Q.   Did you communicate by IM with anybody
13   else about Harvard Connection?
14        A.   I -- it's possible.  I might have
15   mentioned to somebody that I was working on --
16        Q.   Okay.
17        A.   -- Harvard Connection.
18        Q.   At any time while you were working on
19   Harvard Connection, did you consider it to be a
20   confidential project?
21        A.   I don't -- I don't remember considering it
22   to be confidential.
23        Q.   Okay.  I put in front of you Exhibit 5,
24   another one of your e-mails off your UNIX-based
25   system that you produced pursuant to subpoena.
```

```
 1        A.   Yes.
 2        Q.   All right.  You'll see down at the bottom
 3   it says, "Friday, October 10th, 2003," e-mail from
 4   Cameron writing, "Hey Joe, hope your week went well.
 5   I was wondering how your part of the 'date' was
 6   progressing and if you had any time this weekend to
 7   work on the site.  Talk to you later."
 8        A.   Yes.
 9        Q.   All right.  Do you have an understanding
10   as you sit here today what you considered Cameron to
11   mean when he put "date" in quotes?
12        A.   Yes.  The date was -- he's referring to
13   the dating component of the site, which was one of
14   the major components of the site.  And that was the
15   part that I was working on specifically.
16        Q.   Was there another component to the site?
17        A.   Yeah.  There was also -- I don't remember
18   exactly what it was called, but it was like a job --
19        Q.   Job?
20        A.   Like jobs, like corporate recruiting.
21        Q.   All right.  Do you have a recollection if
22   that might have been called Connect?
23        A.   I don't -- I don't remember if it was
24   called Connect or not.
25        Q.   Okay.  But you definitely -- there were
```

```
 1   actually came up with yourself?
 2        A.   Well, I don't remember which -- I know
 3   that we -- it was a work in progress, and we were
 4   always talking about different ways to structure
 5   the -- the input information.  And, you know, so it
 6   was ... I wouldn't say that I solely invented any of
 7   them on my own, though, at least not that I
 8   remember.
 9        Q.   I want just to make clear for the record,
10   in Exhibit No. 5, we talked about date here.
11        A.   Yes.
12        Q.   And that is the date side of the Harvard
13   Connection.com that's being referenced there,
14   correct?
15        A.   Yes.
16        Q.   That's also what we're talking about in
17   terms of profile information right now, correct?
18        A.   Yes.
19             MR. COOPER:  I'll let you know, you've
20   been going almost an hour and a half, or an hour and
21   15.  If you want a break --
22             THE WITNESS:  Yeah.  Five-minute --
23   five-minute break?
24             MR. COOPER:  As far as everybody else --
25             THE VIDEOGRAPHER:  Off record at 11:47.
```

```
 1              (Whereupon, a recess was taken.)
 2              (Whereupon, Deposition Exhibit 6 was
 3          marked for identification.)
 4          THE VIDEOGRAPHER:  On record at 12:02.
 5          MR. COOPER:  Q.  Mr. Jackson, I've put in
 6   front of you during the break Exhibit No. 6.
 7   Appears to be an e-mail dated September 23rd from a
 8   Steven Gortler to a whole bunch of e-mail addresses.
 9       A.   Yes.
10       Q.   First of all, do you know who Professor
11   Gortler is?
12       A.   Yes.
13       Q.   Did you take a class from him?
14       A.   Yes.
15       Q.   Did you take a class from him in the fall
16   of 2003?
17       A.   Yes.  Yes.
18       Q.   If you look on the left-hand column of all
19   the e-mail addresses, about halfway down, do you see
20   your e-mail address?
21       A.   Yes.
22       Q.   That's jgjacks@fas.harvard.edu?
23       A.   Yes.
24       Q.   If you go three columns above it and to
25   the right, you'll see narendra@fas.harvard.edu.
```