Connectu, Inc. v. Facebook, Inc. et al                              Doc. 135 Att. 22
Case 1:07-cv-10593-DPW   Document 135-23   Filed 10/24/2007   Page 1 of 15

Jackson, Joe                                                         9/27/2007

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | Is that Divya Narendra, if you know? |
| 3 | A. | Yes. |
| 4 | Q. | And beside it is mzuckerb? |
| 5 | A. | Yes. |
| 6 | Q. | Mzuckerb@fas.harvard.edu? |
| 7 | A. | Yes. |
| 8 | Q. | Do you know if that's Mark Zuckerberg? |
| 9 | A. | I would assume so. |
| 10 | Q. | Do you recall being in a class with Mark Zuckerberg your fall semester of 2003? |
| 12 | A. | I don't really remember specifically, but it appears that I was, so ... |
| 14 | Q. | Then if you go three above -- four above Narendra's e-mail address you'll see a vGao@fas.harvard.edu. |
| 17 | A. | Yes. |
| 18 | Q. | Is that Victor Gao's e-mail address? |
| 19 | A. | Yes. |
| 20 | Q. | All right. What course was this? |
| 21 | A. | It was computer graphics. |
| 22 | Q. | Okay. Do you recall having any discussions with either Victor Gao or Divya Narendra concerning Harvard Connection in your computer graphics course? |

```
 1        A.   In -- sorry, in the class itself?
 2        Q.   Before or after.
 3        A.   I don't -- it's definitely possible, but I
 4   don't remember specifically.
 5        Q.   Did you ever discuss Harvard Connection
 6   with other students at Harvard?
 7        A.   I think -- I believe I did, but I don't --
 8   I don't really remember who he might have -- I'm
 9   sure I mentioned to it my close friends and
10   roommates.
11        Q.   All right.  Who was your roommate?
12        A.   Junior year, my roommates were Michael
13   Whealy, Christopher Green, and Phil Telfeyan.
14        Q.   What were your roommates -- this was your
15   junior year, not your sophomore year, right?
16        A.   Yes.
17        Q.   These were at Pforzheimer Hall again,
18   correct?
19        A.   Yes.
20        Q.   And who were some of your close friends?
21        A.   My roommates were close friends of mine.
22   Shi-Wen Li, who is listed here, Sli, S-L-I, Fas is
23   on the list.  He was a friend of mine.  Stephanie
24   Killian was listed here.  She was another CS student
25   who I talked to.  I mean, I don't remember -- I
```

1   mean, I knew a lot of these people.  Bringing back
2   memories of talking to these people, but I don't
3   remember specifically talking about Harvard
4   Connection to anyone in particular.
5       Q.   Do you have a recollection of people
6   knowing at some level that you were working on the
7   coding of the Harvard Connection web site?
8       A.   Definitely some people knew that I was
9   working on it.  My roommates must have known.
10      Q.   Is that because you didn't expect there
11  was any confidential information about working on
12  the web site?
13      A.   Yeah.  I don't remember there being any --
14  any confidentiality.
15      Q.   And some of your other close friends even
16  were in your computer science class with you?
17      A.   Yes.  I know a lot of these people here.
18      Q.   Were these the same people you would talk
19  with in the computer lab?
20      A.   Yes.
21      Q.   That's the computer lab at Harvard?
22      A.   Yes.
23      Q.   Is there one computer lab at Harvard, or
24  is there multiple computer labs?
25      A.   There's one major, like, very good

1   computer lab, and then each of the houses and some
2   of the freshman dorms have their own computer labs
3   that are smaller.
4       Q.   Now, you said at times you would work on
5   your own computer on the code, correct?
6       A.   Yes.
7       Q.   Was that also true, to the best of your
8   knowledge, with Victor Gao?
9       A.   I don't know.
10      Q.   At any time were you told you had
11  exclusive control of the code?
12      A.   We would -- well, we were working -- well,
13  not of all the code.  If we were working on the same
14  file, I would let them know that I was working on
15  it, so he shouldn't change it until I'm done, things
16  like that.  So in that case it would be exclusive --
17  I would be exclusively editing that file.
18      Q.   But that's exclusive only in the sense of
19  controlling it for purposes of actually writing into
20  the code, correct?
21      A.   Yes.
22      Q.   That's not exclusive into controlling the
23  code where it resided, for instance, on whatever
24  server it was on?
25      A.   No.

```
 1        Q.   You didn't have exclusivity control
 2   rights, correct?
 3        A.   No.
 4        Q.   You know what I'm talking about in terms
 5   of a version restriction?
 6        A.   A version restriction?
 7        Q.   Have you ever worked with software in
 8   which each version, as it's updated, a version
 9   control can only be accessed by specific passwords
10   and specific users?
11        A.   I've worked -- I've worked with version
12   control software like that, yes.
13        Q.   You understand, there are ways to restrict
14   the -- the version software development to specific
15   programmers?
16        A.   Yes.
17        Q.   In order -- and that's in order to ensure
18   that there isn't contention problems like you're
19   describing in materials of writing the code,
20   correct?
21        A.   Yes.  Yes.
22        Q.   But there was nothing like that, correct?
23        A.   Correct.
24        Q.   All right.  When you say you had
25   contention issues, would it be just orally telling
```

1  Victor, hey, I'm working on such and such module and
2  don't work on it until I'm done?
3      A.   Yes.
4      Q.   Okay.
5           (Whereupon, Deposition Exhibit 7
6           was marked for identification.)
7           THE WITNESS:  Thanks.
8           MR. COOPER:  Q.  Mr. Jackson, earlier in
9  the depo I asked you if you ever discussed the
10 Harvard Connection code via instant messaging
11 service.
12          Do you recall?
13     A.   Yes.
14     Q.   You said, in fact, you had?
15     A.   Yes.
16     Q.   You said to the best of your recollection
17 you used an AOL account, JOEJ83?
18     A.   Yes.
19     Q.   I put in front of you Exhibit 7, which
20 appears to be an e-mail -- or I mean an IM
21 discussion of JOEJ83 with someone identified as
22 thebestwithinus0.
23     A.   Yes.
24     Q.   Now, earlier you said you thought you
25 recalled Victor Gao used an AOL handle of

```
 1   thebestwithinus?
 2        A.   Yes.
 3        Q.   Is this the handle that you were referring
 4   to?
 5        A.   Yes.
 6        Q.   So this is a recording of an example of an
 7   IM discussion you had with Victor relating to
 8   Harvard Connection, isn't it?
 9        A.   Yes.
10        Q.   All right.  If you go to the second page,
11   he starts with -- or the bestwithinus0, who you say
12   is Victor Gao, says, "Hey Joe, I have some things to
13   let you know about registration to keep in mind when
14   you get to do it."
15             Do you see that?
16        A.   Yes.
17        Q.   And you say, "Okay, shoot."
18        A.   Yes.
19        Q.   Then Victor says, "One in date, we need to
20   add a new thing into registration called" phase --
21   "phrase.  The user puts his catch phrase to be
22   displayed."
23        A.   Yes.
24        Q.   And then, "Two, in date, the 'anything
25   interesting about you' part should go into the
```

```
 1   kind of sketchy though."
 2        A.   Yes.
 3        Q.   Why did you feel the fields that were
 4   being proposed were "kind of sketchy"?
 5        A.   Well, it says -- I say after that that I
 6   wasn't sure if it's legal to have a dating service
 7   for people under 18.
 8        Q.   All right.  Do you know if anybody was
 9   providing legal advice to Harvard Connection while
10   you were working on it?
11        A.   Not that I was aware of.
12        Q.   All right.  So it was just ad hoc how you
13   would address issues like this?
14        A.   Yeah.  I mean -- yeah.  I think -- yes.
15        Q.   All right.  And what you are describing
16   here is setting in the database the fields that will
17   be permitted, correct?
18        A.   Yes.
19        Q.   So this is backend scripting again,
20   correct?
21        A.   Well, we're talking about how to translate
22   the choices that the user makes on the front ends
23   into values and database on the back end.
24        Q.   But to your recollection, you don't recall
25   where that database was -- was -- was retained,
```

```
 1  correct?
 2       A.   Where it was retained?
 3       Q.   Yeah?
 4       A.   No.  It was on -- we were accessing it
 5  through -- it was on a server somewhere.  I think it
 6  was at Harvardconnection.com already.
 7       Q.   But you can't recall if it was the
 8  Hurricane Electric account that I showed you
 9  earlier, correct?
10       A.   Right.  Correct.
11       Q.   But you definitely were responding to some
12  server account that was somewhere, correct?
13       A.   Yes.
14       Q.   Okay.  You indicated others also had
15  versions of the -- you had a copy of the code that
16  you worked on on your own computer, correct?
17       A.   Yes.
18       Q.   And you said others did too, correct?
19       A.   Well, probably.  There are -- yeah.  It's
20  possible.  I wouldn't -- I don't really know though.
21       Q.   Did anyone ever ask you to return that
22  code?
23       A.   I -- I don't believe so.
24       Q.   Okay.  Did Victor work off of his own
25  computer, if you know.
```

```
 1      A.    I don't know for sure -- for certain.
 2      Q.    But you did say you know for certain at
 3  times you worked on the Harvard lab computers on the
 4  code, correct?
 5      A.    Yes.
 6      Q.    And my understanding is you said at times
 7  you worked with Victor in the Harvard labs, correct?
 8      A.    Yes.
 9      Q.    So he too was using the Harvard labs to
10  communicate with the server?
11      A.    Yes.
12      Q.    All right.  Do you know if Divya Narendra
13  had copies of the code?
14      A.    I -- I would -- I would assume that he
15  did, but I don't know for sure.
16      Q.    Okay.  And how about Cameron Winklevoss?
17      A.    He -- I don't really know.  He probably --
18  I don't know if he had it specifically.
19      Q.    All right.  And Tyler, if you know?
20      A.    I also don't know.
21      Q.    But you didn't have exclusive rights to
22  the code; you did say that, correct?
23      A.    Yes.  Correct.
24      Q.    One person we mentioned at the outset,
25  Sanjay Mavinkurve?
```

1   A.   Yes.
2   Q.   Did you ever have any interactions with
3   him relating to Harvard Connection?
4   A.   Not that I remember.
5   Q.   All right. Did you know that he worked on
6   Harvard Connection?
7   A.   Yes.
8   Q.   Okay. When did you become aware that he
9   worked on Harvard Connection?
10  A.   I don't remember. It may not have been
11  until I read about it in the paper.
12  Q.   Okay. And you said earlier you didn't
13  know until later that Mark Zuckerberg had worked on
14  Harvard Connection?
15  A.   Correct.
16  Q.   And is that because you learned of that
17  also through news sources?
18  A.   I don't remember.
19  Q.   Okay. But it definitely wasn't something
20  you knew while you were working on Harvard
21  Connection?
22  A.   Correct.
23  Q.   And you agree your own e-mails reflect you
24  were working on Harvard Connection at least in
25  October of 2003?

1   Q.  Can you just give a high overview of what
2   portions would be missing that -- from the time when
3   you were working on it?
4   A.  Yeah.  Well, there are other -- this is
5   just -- it looks like this code generates the form
6   that the user fills out to edit their profile, or
7   create their profile.  So this -- this code is
8   rendering a form in HTML on the user screen and, as
9   necessary, populating it with data that's pulled
10  from the database, which is where a lot of the code
11  in here is from.
12      So there would be other code that was used
13  to actually register -- actually put the information
14  back into the database, which we already looked at.
15      There is also a code used to -- to search,
16  which I don't know if we've -- if we've looked at
17  that yet.
18      And then there are other, like, interface
19  and other web pages that were in existence that I --
20  that I didn't work on.  So I didn't have a copy of
21  those in my computer.  And then, again, I didn't
22  have anything related to the job side of it.
23      And then there are probably also other --
24  we only saw the schema of one table that was on the
25  database.  There are -- I'm sure there are schemas

1  of the other tables too.
2      Q.   To the best of your recollection, who
3  would have had that code besides yourself?
4      A.   Well, it was all stored on the server, the
5  same server as the database was. So anybody who had
6  access to the server had access to the code.
7      Q.   And that included Divya, Tyler and
8  Cameron?
9      A.   Yes, as far as I know.
10     Q.   And Victor?
11     A.   Yes.
12     Q.   And you?
13     A.   Yes.
14     Q.   And anybody else who ever worked on the
15 code?
16     A.   Yes.
17     Q.   And possibly Nathan Rosenberg?
18     A.   I don't -- I don't -- I guess it's
19 possible, but since he never -- as far as I
20 remember, he never actually worked on the site. I
21 don't know if he ever got access to the code.
22     Q.   Just one thing to clear up about Nathan
23 Rosenberg. If you go back to Exhibit -- Exhibit 4?
24     A.   Yes.
25     Q.   -- you said that you recalled meeting in a

1   dorm room in the evening, I thought I understood.
2       A.   I don't remember what time of day it was.
3       Q.   That's the -- here there was an indication
4   Victor wanted whatever meeting was described in
5   these e-mails as occurring at 1:30 p.m.
6       A.   Yes.
7       Q.   You don't have -- do you have any
8   recollection whether there was one or more meetings?
9       A.   No.  I just had one meeting with Nathan.
10  I don't know if there were others or not.
11      Q.   All right.  The reason I ask is because if
12  you look right below it, Cameron's original idea was
13  to meet in Pforzheimer dining hall?
14      A.   Yes.
15      Q.   But you say you recall meeting in a -- in
16  a dorm room?
17      A.   Yeah.  I do remember meeting in a dorm
18  room.
19      Q.   All right.  Did you ever recall meeting in
20  the cafeteria?
21      A.   I remember -- I mean, I recall meeting in
22  the cafeteria with Cameron and Tyler, but I don't
23  remember whether Nate was there or not.
24      Q.   But you did have meetings with Cameron,
25  Tyler, and possibly Divya in the dorm room at some

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2       I, KATHLEEN A. WILKINS, RPR, CSR NO. 10068,
 3   duly authorized to administer oaths pursuant to
 4   Section 8211 of the California Code of Civil
 5   Procedure, hereby certify that the witness in the
 6   foregoing deposition was by me sworn to testify to
 7   the truth, the whole truth and nothing but the truth
 8   in the within-entitled cause; that said deposition
 9   was taken at the time and place therein stated; that
10   the testimony of said witness was reported by me and
11   was thereafter transcribed by me or under my
12   direction by means of computer-aided
13   transcription; that the foregoing is a full,
14   complete and true record of said testimony; and that
15   the witness was given an opportunity to read and
16   correct said deposition and to subscribe same.
17       I further certify that I am not of counsel or
18   attorney for either or any of the parties in the
19   foregoing deposition and caption named, nor in any
20   way interested in the outcome of the cause named in
21   said caption.
22       IN WITNESS WHEREOF, I have hereunto subscribed
23   by my hand this 2nd day of October, 2007.

                 _____
                 KATHLEEN A. WILKINS, RPR, CSR NO. 10068
```