# EXHIBIT 23

Re: URGENT: possible hack?

**Subject:** Re: URGENT: possible hack?
**From:** "Cameron Winklevoss" <winklev@fas.harvard.edu>
**Date:** Mon, 14 Jun 2004 00:50:17 -0400
**To:** "Divya Kumar Narendra" <narendra@fas.harvard.edu>, "Dave Tufts" <dave@imarc.net>
**CC:** "Nick Grant" <nick@imarc.net>

This is probably not worth mentioning, but I added dartmouth.org, to dartmouth's domain names, and a guy who was a guest did not change to a member. I assume this is being tackled in the new registration process...or will changes on new registration only affect users from this point forward? Forgive me for being over vigilant.

-Cameron

----- Original Message -----
From: "Divya Kumar Narendra" <narendra@fas.harvard.edu>
To: "Dave Tufts" <dave@imarc.net>
Cc: "Cameron Winklevoss" <winklev@fas.harvard.edu>; "Nick Grant" <nick@imarc.net>
Sent: Sunday, June 13, 2004 9:32 PM
Subject: URGENT: possible hack?

Dave,

laura bowman from wellesley can no longer see profiles. again, her school and member status have disappeared from the database.

this has happened to a number of profiles. what do you think is going on?

-divya

9/12/06 5:47 PM

1 of 1

iMarc000774