# EXHIBIT 24

```
Conversation with cwinklevoss at 2005-02-10 18:50:08 on David Gucwa (aim)
(18:50:08) CWinklevoss: hey
(18:50:13) CWinklevoss: so i am doing some testing
(18:50:23) CWinklevoss: imported friendster
(18:50:38) CWinklevoss: and on of the options under interested in is activity
partners.
(18:50:44) CWinklevoss: im not sure if we have that, how does that work?
(18:51:48) David Gucwa: let me look at it
(18:52:03) CWinklevoss: k
(18:52:13) CWinklevoss: cause we call things diff than other networks
(18:52:14) CWinklevoss: as you know
(18:55:33) David Gucwa: right
(19:04:11) CWinklevoss:
http://dev.connectu.com/importer/index.php?page_function=import&importFriendster
Login=cameron@winklevoss.com&importFriendsterPassword=cameron&importMyspaceLogin
=&importMyspacePassword=&importFacebookLogin=&importFacebookPassword=&importHi5L
ogin=&importHi5Password=&importFacebook=Retrieve
(19:04:17) CWinklevoss: im looking at that one
(19:11:54) CWinklevoss: any thoughts?
(19:12:10) David Gucwa: yeah I'm doing some work on it
(19:12:17) CWinklevoss: k
(19:12:25) CWinklevoss: i hope there aren't a lot of instances
(19:12:30) CWinklevoss: interestes a fine cuase they are text
(19:12:57) CWinklevoss: status is tricky
(19:13:18) CWinklevoss: relationship status is tricky
(19:13:42) CWinklevoss: picutres should show pictures chosen on both networks
(19:15:05) CWinklevoss: and the about me for some reason is getting cut off
(19:15:14) David Gucwa: that's strange
```