IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>    Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**PROOF OF SERVICE VIA FEDERAL EXPRESS**

-2-

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **October 24, 2007**, I delivered to the below listed individuals the following document(s):

1.  **CONFIDENTIAL/UNDER SEAL MEMORANDUM IN SUPPORT OF THE FACEBOOK DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO IMAGE AND SEARCH THEIR MEMORY DEVICES FOR SOURCE CODE, AND TO COMPLY WITH REQUESTS FOR PRODUCTION NOS. 1-2, 67-68 AND 117;**

2.  **CONFIDENTIAL UNDER SEAL EXHIBITS 3, 4, 20, 21, AND 22 TO: THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT OF FACEBOOK DEFENDANTS' MOTION TO COMPEL.**

|   |   |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on **October 24, 2007**. |
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on **October 24, 2007**. |
|   | By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery on **October 24, 2007**. |

### ATTORNEYS FOR PLAINTIFF CONNECTU

**John F. Hornick, Esq.**
**Meredith H. Schoenfeld, Esq.**
**Margaret A. Esquenet, Esq.**
**Daniel P. Kaufman, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue NW
Washington, DC 20001
Telephone:  (202) 408-4000
**Facsimile:  (202) 408-4400**

**Daniel P. Tighe, Esq.**
**Scott McConchie, Esq.**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
**Facsimile: (617) 542-0900**

-2-

Matthew Wolfson, Esq.
Anastasia Fernands, Esq.
Richard I. Werder, Jr., Esq.
Peter Calamari, Esq.
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
51 Madison Avenue
22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

### ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN

Robert B. Hawk, Esq.
Annette Hurst, Esq.
Nathan E Shafroth, Esq.
Bhanu Sadasivan, Esq.
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone:   (650) 324-7000
Facsimile:   (650) 324-0638

Gordon P. Katz, Esq.
Daniel K. Hampton, Esq.
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
Facsimile: (617) 523-6850

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with Federal Express. Under that practice, the firm's correspondence would be deposited with Federal Express on this same date with postage thereon fully prepaid in the ordinary course of business.

Executed on **October 24, 2007**, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

_____
Karen Mudurian

From : Hiroko Tsutsui
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025


FedEx Revenue Barcode



To : **Finnegan, Henderson, et al., LLP**
**John F. Hornick, Esq.**
**901 New York Avenue NW**
-
**Washington DC 20001**
**(202)408-4000**

SHIP DATE : 24OCT2007

ACTUAL WEIGHT : 1

Bill Sender

REF: 016069-002001/010690

**RELEASE #**

**DELIVERY ADDRESS BARCODE (FEDEX-EDR)**
'none'

CAD #665804    Fedex **Priority Overnight**
TRK# **7156 1810 8574**  Form 0201

20001 - DC - US

DELIVERY DAY : THU

Deliver By:  25Oct07

IAD
## XC TSGA

A1



---

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.

From : Hiroko Tsutsui
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025


FedEx Revenue Barcode



SHIP DATE : 24OCT2007

To : Griesinger, Tighe and Maffei, LLP
Daniel P. Tighe, Esq.
176 Federal Street
-
Boston MA 02110
(617)542-9900

ACTUAL WEIGHT : 1

Bill Sender

REF: 016069-002001/010690



**RELEASE #**

DELIVERY ADDRESS BARCODE (FEDEX-EDR)
'none'

DELIVERY DAY : THU

CAD #665804   Fedex **Priority Overnight**
TRK# 7156 1810 8585   Form 0201

Deliver By:  25Oct07

BOS
# XH LWMA

A1

02110 - MA - US



---

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.

From : Hiroko Tsutsui
Orrick Silicon Valley
1000 Marsh Rd.
Menlo Park CA 94025


FedEx Revenue Barcode



SHIP DATE : 24OCT2007

ACTUAL WEIGHT : 1

Bill Sender

To : Quinn Emanuel Urquhart, et al., LLP
Matthew Wolfson, Esq.
51 Madison Avenue
22nd Floor
New York NY 10010
(212)849-7000

REF: 016069-002001/010690


DELIVERY ADDRESS BARCODE (FEDEX-EDR)
'none'

RELEASE #

DELIVERY DAY : THU

Deliver By:    25Oct07

CAD #665804    Fedex **Priority Overnight**
TRK# **7156 1810 8596**    Form 0201

10010 - NY - US

EWR

# XA NBPA

A1

---

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.

From : Hiroko Tsutsui
Orrick Silicon Valley
1000 Marsh Rd.
Menlo Park CA 94025

To : **Heller Ehrman, LLP**
**Robert B. Hawk, Esq.**
**275 Middlefield Road**
-
**Menlo Park CA 94025**
**(650)324-7000**

REF: 016069-002001/010690



DELIVERY ADDRESS BARCODE (FEDEX-EDR)
'none'

CAD #665804
TRK# 7156 1810 8600   Fedex **Priority Overnight**   Form 0201

94025 - CA - US

**SFO**
**82 HGTA**


FedEx Revenue Barcode



SHIP DATE : 24OCT2007

ACTUAL WEIGHT : 1

Bill Sender

**RELEASE #**

DELIVERY DAY : THU

Deliver By: 25Oct07

A2

---

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.

From : Hiroko Tsutsui
Orrick Silicon Valley
1000 Marsh Rd.
-
Menlo Park CA 94025


FedEx Revenue Barcode



To : **Holland and Knight, LLP**
**Gordon P. Katz, Esq.**
**10 St. James Avenue**
-
**Boston MA 02116**
**(617)573-2700**

SHIP DATE : 24OCT2007

ACTUAL WEIGHT : 1

Bill Sender

REF: 016069-002001/010690


DELIVERY ADDRESS BARCODE (FEDEX-EDR)
'none'

**RELEASE #**

DELIVERY DAY : THU

Deliver By:  25Oct07

CAD #665804  **Fedex Priority Overnight**
TRK# **7156 1810 8611**  Form 0201

02116 - MA - US

**BOS**
# XH GBRA

A1



---

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A AIR WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED.
**** WARNING **** USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSE IS FRADULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

CLOSE WINDOW - You may only print one copy of the label.