IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, <br><br> Defendants. | CIVIL ACTION NO. 1:07-CV-10593-DPW |

### DECLARATION OF ADAM B. WOLFSON

I, Adam B. Wolfson, hereby declare as follows:

1. I am over 18 years of age and an associate at the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP, which represent the Plaintiffs in this matter, ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss and Divya Narendra.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from I. Neel Chatterjee to Rick Werder dated October 15, 2007 saying that the Facebook Defendants never found any Harvard Connection computer code in their production to Plaintiffs and that they were unaware whether or not any such code existed in the production.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on the 7th day of November 2007.

/s/ Adam Wolfson

61120/2287249.1

Adam Wolfson