# EXHIBIT A



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

October 15, 2007

Theresa A. Sutton
(650) 614-7307
tsutton@orrick.com

*VIA ELECTRONIC MAIL AND U.S. MAIL*

Rick Werder, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

Re:   *ConnectU, et al. v. Facebook, Inc., et al.*
      Case No. 07-cv-10593 DPW

Dear Rick:

I write in response to your letter dated October 10, 2007, regarding Judge Collings' Order related to the location of relevant code. On September 24, 2007, the Facebook Defendants filed a response they believe fully responded to the Court's Order.

The answers to the two questions you pose can be found in that September 24th Response. Specifically, the Facebook Defendants have performed a search and have not identified any Harvard Connection, facemash or coursematch code in the code the Facebook Defendants produced. That does not mean it is not there. It simply means that we have not found such code in our searches. In addition, the Facebook Defendants produced facebook.com code in the locations identified in the September 24th Response (as well as in numerous other communications). As mentioned in the Response, it would take numerous hours to attempt to identify various versions of the code, with no certainty that such a determination can be made at all.

ConnectU also is now enabled to search for any code it wants. As you know, Parmet and Associates recently imaged the identical devices from which the Facebook Defendants produced code to ConnectU. As a result, Plaintiffs now have the ability to search for code themselves. Indeed, that is precisely why Parmet and Associates was engaged.

The Facebook Defendants will not produce the "code comparison" you requested, as it constitutes work product. Moreover, Plaintiffs are now in possession of all code that the Facebook Defendants have and can perform their own comparisons.

Sincerely,

Theresa A. Sutton /AAN

Theresa A. Sutton

OHS West:260318998.2

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants as of November 7, 2007.

/s/ Daniel P. Tighe
Daniel P. Tighe