## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | ) ) ) ) | CIVIL ACTION NO. 1:07-CV-10593-DPW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## <u>DECLARATION OF HOWARD WINKLEVOSS</u>

I, Howard Winklevoss, hereby declare as follows:

1.  I first became aware of the Harvard Connection website in 2003 when my sons, Cameron and Tyler Winklevoss, informed me they were working on a potential business plan with their friend, Divya Narendra (collectively, the "Founders"). At that time, I understood that any website code they produced in connection with Harvard Connection was to be kept either on their programmers' computers or on a server run by a company called Hurricane Electric.

2.  In early 2004, after Mark Zuckerberg stole the Founders' ideas and code and started thefacebook.com, I helped to finance and start the company which is today called ConnectU, Inc ("ConnectU"). ConnectU hired a company called iMarc to write the code for the site connectu.com, and I understood that iMarc kept all versions of the connectu.com code on its corporate servers.

Dockets.Justia.com

3.  At no point since I have been involved with ConnectU have I used my personal or company's computers to store or work on any of the various types of code requested by the Facebook Defendants in this case.  I never authorized any of my employees to use my personal or company computers to work on any of the relevant code, nor am I aware of any such use and/or storage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This Declaration is executed on the 7th day of November 2007.

/s/  Howard Winklevoss___
Howard Winklevoss

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants as of November 7, 2007.

/s/ Daniel P. Tighe
Daniel P. Tighe