IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**ASSENTED-TO MOTION TO SEAL EXHIBITS 31 AND 34 TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK DEFENDANTS' REPLY TO OPPOSITION TO MOTION TO COMPEL PLAINTIFFS TO IMAGE AND SEARCH THEIR MEMORY DEVICES FOR SOURCE CODE, AND TO COMPLY WITH REQUESTS FOR PRODUCTION NOS 1-2, 67-78, AND 117**

Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, and TheFacebook, LLC (collectively, the "Facebook Defendants") hereby move to file under seal pursuant to the Stipulated Protective Order entered between the parties in the previous related case, *ConnectU v. Zuckerberg et al.*, Case No. 1:04-cv-11923-DPW, the following exhibits:

1. Exhibit 31 contains excerpts from the deposition of Winston Williams, which was taken on June 19, 2007, in *Facebook, Inc., et al. v. ConnectU Inc, et al.*, U.S.D.C., Northern District of California, Case No. 1:07-cv-01389. Plaintiffs' counsel has designated this transcript as confidential pursuant to the Protective Order entered in that matter.

2. Exhibit 34 is a copy of an email chain from Cameron Winklevoss to Howard Winklevoss dated May 3, 2004, identified as C003865-C003869. Plaintiffs' counsel has designated this email as confidential pursuant to the Protective Order entered in that matter.

Facebook Defendants asked Plaintiffs' counsel (both in this action and the California action) to de-designate these exhibits, but at the time of this filing they had not responded to those requests. This motion, therefore, is necessary to comply with the provisions of the Stipulated Protective Order.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for Facebook Defendants certifies that pursuant to Local Rule 7.1, the parties have conferred regarding motions to seal, and counsel for the Plaintiffs consent to such motions.

/ / /

Dated:  November 14, 2007            Respectfully submitted,

   /s/ Theresa A. Sutton /s/
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:   (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

* Admitted Pro Hac Vice

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 14, 2007.

Dated:  November 14, 2007.                Respectfully submitted,

                                              /s/ Theresa A. Sutton /s/
                                              Theresa A. Sutton