IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION TO SEAL EXHIBITS 31 AND 34 TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF DEFENDANTS' REPLY TO OPPOSITION TO MOTION TO COMPEL PLAINTIFFS TO IMAGE AND SEARCH THEIR MEMORY DEVICES FOR SOURCE CODE, AND TO COMPLY WITH REQUESTS FOR PRODUCTION NOS 1-2, 67-78, AND 117**

Having considered Defendants' Assented-To Motion to Seal Exhibits 31 and 34 to the Declaration of Theresa A. Sutton in Support of The Facebook Defendants' Reply to Opposition to Motion To Compel Plaintiffs To Image And Search Their Memory Devices For Source Code, And To Comply With Requests For Production Nos. 1-2, 67-68 And 117, this Court orders as follows:

Defendants' Motion to Seal is hereby GRANTED.

**IT IS SO ORDERED**

Dated: _____, 2007

                                                Hon. Robert B. Collings

OHS West:260337698.1