IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

## PROOF OF SERVICE VIA FEDERAL EXPRESS

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **November 14, 2007**, I delivered to the below listed individuals the following document(s):

1. **<u>Under Seal Exhibits 31 and 34 To</u>** **The Declaration of Theresa A. Sutton In Support of Facebook's Reply to Opposition to Motion to Compel Plaintiffs to Image and Search Their Memory Devices fro Source Code, and to Comply with Requests fro Production Nos. 1-2, 67-78, and 117.**

|   | |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on **November 14, 2007**. |
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on **November 14, 2007**. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

### ATTORNEYS FOR PLAINTIFF CONNECTU

**Anastasia Fernands, Esq.**
**Richard I. Werder, Jr., Esq.**
**Peter Calamari, Esq.**
**Adam Wolfson, Esq.**
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
**Facsimile:** (212) 849-7100

**John F. Hornick, Esq.**
**Meredith H. Schoenfeld, Esq.**
**Margaret A. Esquenet, Esq.**
**Daniel P. Kaufman, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone:   (202) 408-4000
**Facsimile:**   **(202) 408-4400**

**Daniel P. Tighe, Esq.**
**Scott McConchie, Esq.**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
**Facsimile: (617) 542-0900**

-2-

### ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN

**Robert B. Hawk, Esq.**
**Annette Hurst, Esq.**
**Nathan E Shafroth, Esq.**
**Bhanu Sadasivan, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
**Facsimile: (650) 324-0638**

**Gordon P. Katz, Esq.**
**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
**Facsimile: (617) 523-6850**

Executed on **November 14, 2007**, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

_____
Karen N. Mudurian

From: Origin ID: HGTA (650)614-7400
Karen Mudurian
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

Ship Date: 14NOV07
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code



SHIP TO: (617)542-9900    BILL SENDER
**Daniel P. Tighe, Esq.**
**Griesinger, Tighe & Maffei**
**176 Federal St**
**Ste 401**
**Boston, MA 021102232**

Ref # 0016069-002001/005937
Invoice #
PO #
Dept #



TRK# 7908 7402 3080
0201

THU - 15NOV    A1
**STANDARD OVERNIGHT**

BOS
MA-US
02110

**XH-LWMA**

**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php    11/14/2007

From: Origin ID: HGTA (650)614-7400
Karen Mudurian
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025


FedEx Express
E
CL S030007/21/23

SHIP TO: (202)408-4000    BILL SENDER
**John F. Hornick, Esq.**
**Finnegan Henderson Farabow**
**901 New York Ave NW**

**Washington, DC 200014432**

Ship Date: 14NOV07
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code



Ref # 0016069-002001/005937
Invoice #
PO #
Dept #

TRK# 7988 0902 2002
0201

THU - 15NOV    A1
STANDARD OVERNIGHT

IAD
DC-US
20001

**XC-TSGA**



- - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php    11/14/2007

| From: | Origin ID: HGTA (650)614-7400 |
|---|---|
| | Karen Mudurian |
| | Orrick Herrington & Sutcliffe LLP |
| | 1000 Marsh Road |
| | Menlo Park, CA 94025 |



Ship Date: 14NOV07
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code



Ref # 0016069-002001/005937
Invoice #
PO #
Dept #

SHIP TO: (650)324-7000    BILL SENDER
**Robert B. Hawk, Esq.**
**Heller Ehrman**
**275 Middlefield Rd**

**Menlo Park, CA 940253592**

TRK# 0201  7983 0927 4457

THU - 15NOV    A2
**STANDARD OVERNIGHT**

SFO
CA-US
**94025**

**WA-HGTA**



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.



1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From:  Origin ID: HGTA  (650)614-7400
Karen Mudurian
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS890087/21/23

Ship Date: 14NOV07
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (212)849-7000          BILL SENDER

**Anastasia Fernands, Esq.**
**Quinn Emanuel Urquhart**
**51 Madison Ave**
**Fl 22**
**New York, NY 100101603**

Ref #  0016069-002001/005937
Invoice #
PO #
Dept #



TRK# 0201  7988 0903 8034

THU - 15NOV    A1
**STANDARD OVERNIGHT**

EWR
NY-US
**10010**

**XA-NBPA**



- - - - - - - - - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible - - - - - - - - - -

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php                                                                                   11/14/2007