IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>        Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING THE FACEBOOK DEFENDANTS' MOTION TO COMPEL RESPONSE TO INTERROGATORY NO. 1**

For the reasons set forth in the Memorandum In Support Of The Facebook Defendants' Motion To Compel Response to Interrogatory No. 1,

IT IS HEREBY ORDERED:

The Motion to Compel is **GRANTED**. By no later than 30 days after this Order, Plaintiffs shall supplement ConnectU's response to Interrogatory No. 1 to set forth all facts supporting their copyright infringement claim, including without limitation the following information:

    a.    a specific identification (by reference to document production number, software version, file and line) of any Harvard Connection source code that Plaintiffs allege was copied and an identification (by document production number, version, file and line) of www.thefacebook.com source code that allegedly corresponds thereto;

-1-

  b. a specific identification of any non-literal element(s) of the Harvard Connection website that they allege was infringed, the allegedly corresponding element(s) of www.thefacebook.com website, and an identification (by document production number, version, file and line) of Harvard Connection and www.thefacebook.com source code corresponding to each such non-literal element; and

  c. an explanation of how each allegedly copied literal and/or non-literal element comprises original, protectable expression, and how the element allegedly supports Plaintiffs' claim that there is "substantial similarity" between the Harvard Connection and www.thefacebook.com websites.

IT IS SO ORDERED

Dated: _____, 2007      _____
                       Hon. Robert B. Collings