# EXHIBIT 14

| **From:** | Adam Wolfson [adamwolfson@quinnemanuel.com] |
|---|---|
| **Sent:** | Sunday, October 14, 2007 7:07 PM |
| **To:** | Cooper, Monte; Sutton, Theresa A. |
| **Cc:** | Mudurian, Karen; Dalton, Amy; Chatterjee, I. Neel; Guy, Hopkins; Annette Hurst; Dan Hampton; Sbauer; Joczek; Boutin, Anne; Hanhan, Melinda; Day, Chester; Trinh, Michael; Greer, Yvonne; Stillman, Stacey; Meredith.Schoenfeld@finnegan.com; John.Hornick@finnegan.com; margaret.esquenet@finnegan.com; pat.hart@finnegan.com; Daniel.Kaufman@finnegan.com; Rick Werder; Peter Calamari; Renee Bea; Sarah Hartley |
| **Subject:** | RE: Response to September 6, 2007 Cooper Letter |

Monte,

Can you please explain which alleged deficiencies in our prior Interrogatory Responses remain deficient in light of the FAC and the current state of discovery? As noted in my prior email, Neel Chatterjee's letter actually explaining the alleged deficiencies -- the only such explanation of which we are aware -- was sent before we filed our amended pleading. As such, that letter could not contemplate the facts alleged in the FAC itself.

Also, I will point out that your previous correspondence on the interrogatories occurred prior to the September 13th hearing. As you will remember, the Court granted access to Defendants' hard drives as well as required Defendants to locate relevant code central to the various causes of action on previously produced CDs. Since Plaintiffs have not been able to view the hard drive images yet, and Defendants stated that they did not believe they were required to go the expense of providing court-ordered information, we have not received any further information which could even potentially supplement contention interrogatories.

Regards,

Adam Wolfson
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Direct: (212) 849-7192
Main Phone: (212) 849-7000
Main Fax: (212) 849-7100
E-mail: adamwolfson@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.