IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**ASSENTED-TO MOTION FOR LEAVE TO FILE
THE FACEBOOK DEFENDANTS' MEMORANDUM IN REPLY TO PLAINTIFFS'
OPPOSITION TO THE FACEBOOK DEFENDANTS' MOTION TO COMPEL
PLAINTIFFS TO IMAGE AND SEARCH THEIR MEMORY DEVICES FOR SOURCE
CODE, AND TO COMPLY WITH REQUESTS FOR PRODUCTION NOS 1-2, 67-68,
AND 117**

The Facebook Defendants hereby move for leave to file a Reply To ConnectU Inc.'s Opposition to Facebook Defendants' Motion to Compel (attached hereto as **Exhibit A**).

As grounds for this motion, a reply brief is necessary to address new issues raised in ConnectU's Opposition and to clarify the record for the Court. Defendants' Reply will clarify these issues and will assist the Court in deciding whether or not to grant the requested motion to compel. The Proposed Order granting this assented-to motion is attached as Exhibit B.

### CERTIFICATION UNDER L.R. 7.1

Facebook Defendants' counsel hereby certifies under L.R. 7.1 that counsel for the parties have assented to the filing of reply briefs.

Dated:  November 14, 2007

Respectfully submitted,

 /s/ Theresa A. Sutton /s/
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:    (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

* Admitted Pro Hac Vice

-1-

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 14, 2007.

Dated: November 14, 2007.            Respectfully submitted,

                                         /s/ Theresa A. Sutton /s/
                                              Theresa A. Sutton

OHS West:260337338.1