IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>  Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>  Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION TO FILE REPLY TO OPPOSITION TO MOTION TO COMPEL PLAINTIFFS TO IMAGE AND SEARCH THEIR MEMORY DEVICES FOR SOURCE CODE, AND TO COMPLY WITH REQUESTS FOR PRODUCTION NOS 1-2, 67-78, AND 117**

Having considered Facebook Defendants' Assented to Motion for Leave to File Facebook Defendants' Reply to Opposition to Motion to Compel Imaging, this Court orders as follows:

The Facebook Defendants are granted leave to file the Reply attached as Exhibit A to its Motion for Leave.

**IT IS SO ORDERED**

Dated: _____, 2007

_____
Hon. Robert B. Collings

-1-