# EXHIBIT 26

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------x
CONNECTU LLC,

       Plaintiff,

-against-

MARK ZUCKERBERG, EDUARDO SAVERIN
DUSTIN MOSKOVITZ, ANDREW McCOLLUM
CHRISTOPHER HUGHES and FACEBOOK, INC.

       Defendants.

------------------------------------------x
MARK ZUCKERBERG and FACEBOOK, INC.,

       Counterclaimants,

-against-

CONNECTU LLC,

       Counterdefendant,

and

CAMERON WINKLEVOSS, TYLER WINKLEVOSS
and DIVYA NARENDRA,

       Additional Counterdefendants.
------------------------------------------x

       666 Fifth Avenue
       New York, New York
       October 4, 2006
       9:02 a.m.



```
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 3   ------------------------------------x
     CONNECTU LLC,
 4
 5             Plaintiff,
 6   -against-
 7   MARK ZUCKERBERG, EDUARDO SAVERIN
     DUSTIN MOSKOVITZ, ANDREW McCOLLUM
 8   CHRISTOPHER HUGHES and FACEBOOK, INC.
 9             Defendants.
10   ------------------------------------x
     MARK ZUCKERBERG and FACEBOOK, INC.,
11
12             Counterclaimants,
13   -against-
14   CONNECTU LLC,
15             Counterdefendant,
16   and
17   CAMERON WINKLEVOSS, TYLE WINKLEVOSS
     and DIVYA NARENDRA,
18
               Additional Counterdefendants.
19   ------------------------------------x
20        Videotaped deposition of MARIA ANTONELLI
21   a 30(b)(6) Witness, held at the above time and
22   place, before a Notary Public of the State of New
23   York.
24
25
```

```
                                                              Page 3
 1

 2    A P P E A R A N C E S:

 3


 4    FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
      Attorneys for Plaintiff/Counterclaim
 5    Defendant, and the Witness
          901 New York Avenue, NW
 6        Washington, D.C. 20001-4413
          BY:  JOHN F. HORNICK, ESQ.
 7        john.hornick@@finnegan.com


 8


 9    ORRICK, HERRINGTON & SUTCLIFFE, LLP
      Attorneys for Facebook defendants
10    Zuckerberg, Moskovitz, McCollum,
      Hughes and Facebook, Inc.
11        1000 Marsh Road
          Menlo Park, California 94025
12        BY:  MONTE M.F. COOPER, ESQ.
          mcooper@orrick.com
13


14    HELLER, EHRMAN, WHITE & McAULIFFE, LLP
      Attorneys for Defendant Eduardo Saverin
15        275 Middlefield Road
          Menlo Park, California 94025-3506
16        BY:  BHANU K. SADASIVAN, Ph.D,  ESQ.
          basadasivan@hewm.com
17


18


19    ALSO PRESENT:

20    JEFFERY SUAZO, Videographer

21

22

23

24

25
```

1              M. Antonelli

2       A    Absolutely not.

3            (Amended Notice of Subpoena of

4            Maria Anthonelli was marked as

5            Maria Antonelli Exhibit No. 1 for

6            identification, as of this date.)

7       Q    Ms. Antonelli, I've placed in front

8  of you an amended notice of subpoena. Do you

9  remember having seen this document?

10      A    Yes.

11      Q    Did you previously review this

12 document?

13      A    Yes.

14      Q    Do you understand that this

15 document called for you to produce certain

16 records that were in your custody and control?

17      A    Under my personal control?

18      Q    Custody and control, yes.

19           MR. HORNICK: I'll object to that,

20           because we objected to the subpoena that

21           none of the documents that you requested

22           were within Ms. Antonelli's personal

23           possession, custody, or control.

24      Q    So, am I to understand you made no

25 effort to determine whether any documents were

```
 1                M. Antonelli
 2   in your custody and control in response to the
 3   subpoena?
 4        A    Under my personal control, that's
 5   correct.
 6        Q    All right.  Are you in custody and
 7   control of documents that are documents of
 8   ConnectU LLC?
 9             MR. HORNICK:  Objection to the
10        extent that calls for legal knowledge.
11        If you know whether you are, you can
12        answer.
13        A    I maintain a binder for the files.
14        Q    Where did you maintain the binder
15   files?
16        A    At the office of 500 West Putnam
17   Avenue.
18        Q    Is 500 West Putnam Avenue
19   exclusively the office of ConnectU LLC?
20        A    No.
21        Q    What other offices are at 500 West
22   Putnam Avenue?
23        A    There's numerous offices, the
24   Winklevoss Consultants offices and numerous
25   other offices, other companies.
```

Page 15

1                M. Antonelli

2       Q    One thing I should have said at the
3   outset of the deposition for the court
4   reporter and videographer, both of us are
5   somewhat soft-spoken, so where you can I would
6   ask you to speak up.  It's easier for me to
7   hear you and I'm sure the videographer and the
8   court reporter appreciate it.
9            Secondly, if you need to take a
10  break at any time, for any reason, whether
11  it's bathroom or emergency or you need to take
12  a call or anything, all of us would abide by
13  your wish on that, and that also includes if
14  you need a glass of water.
15           Also, it is my intent to do this as
16  expeditiously as possible for all counsels
17  benefit, but you understand I have to ask my
18  questions.
19      A    Yes.
20      Q    Now, going back to your statement
21  that other offices exist at 500 West Putnam
22  Avenue, that's Greenwich, Connecticut,
23  correct?
24      A    That's correct.
25      Q    What other offices are at 500 West

1              M. Antonelli

2   Putnam Avenue that you are aware of?  Let me

3   take that back.

4              Are there other offices -- strike

5   that.

6              Do you know who Howard Winklevoss

7   is?

8        A    Yes.

9        Q    Does Howard Winklevoss maintain any

10  records -- does Howard Winklevoss have an

11  interest in ConnectU LLC, if you know?

12             MR. HORNICK:  Objection to the form

13        of the question.  It's vague.  But if

14        you know the answer, you can answer it.

15       A    Yes.

16       Q    Does Howard Winklevoss periodically

17  instruct you to do any matters on behalf of

18  ConnectU LLC?

19       A    No.

20       Q    Does Howard Winklevoss have other

21  entities -- is Howard Winklevoss associated

22  with other entities that are also located at

23  500 West Putnam Avenue?

24       A    Yes.

25       Q    What are the entities you are aware

Page 17

1          M. Antonelli

2   of?

3          MR. HORNICK: I'll object. This is

4      outside the scope of the deposition. But

5      you can answer if you know.

6      A    Winklevoss Consultants Inc.

7      Q    Any others that you know?

8      A    Winklevoss LLC and Winklevoss

9   Technologies.

10     Q    Those are the three you are

11  familiar with?

12     A    Yes.

13     Q    Have you ever heard of a company

14  called RowAmerica?

15     A    Yes.

16     Q    What is RowAmerica?

17     A    I'm sorry?

18     Q    What do you understand RowAmerica

19  is?

20         MR. HORNICK: Again, it's outside

21     the scope, but you can answer if you

22     know.

23     A    It sells rowing shells.

24     Q    Does Howard Winklevoss have an

25  interest in that entity?

```
                                                    Page 18
 1                    M. Antonelli
 2          MR. HORNICK:  Objection to
 3      interest, you can answer if you know.
 4      It's outside the scope.
 5      A    Yes.
 6      Q    Does Howard Winklevoss operate
 7  RowAmerica out of 500 West Putnam Avenue?
 8      A    No.
 9          MR. HORNICK:  Objection.
10      A    No.
11      Q    As part -- what are your
12  responsibilities for ConnectU LLC?
13          MR. HORNICK:  Objection to the form
14      of the question.  It's vague, but if you
15      have an understanding you can answer the
16      question.
17      A    Really, to be -- I'm authorized to
18  sign checks for ConnectU.
19      Q    Any other responsibility?
20          MR. HORNICK:  Objection;
21      mischaracterizes.  You can answer.
22      A    Processing requests from Cameron.
23      Q    By processing, what do you mean?
24      A    Filling out a form, mailing it.
25      Q    Who pays your bills when you do
```

Page 322

1

2        C E R T I F I C A T E

3  STATE OF NEW YORK  )

4                     ) ss.

5  COUNTY OF RICHMOND )

6           I, DANIELLE GRANT, a Shorthand

7  (Stenotype) Reporter and Notary Public

8  of the State of New York, do hereby

9  certify that the foregoing Deposition,

10 of the witness, MARIA ANTONELLI, taken

11 at the time and place aforesaid, is a

12 true and correct transcription of my

13 shorthand notes.

14          I further certify that I am

15 neither counsel for nor related to any

16 party to said action, nor in any way

17 interested in the result or outcome

18 thereof.

19          IN WITNESS WHEREOF, I have

20 hereunto set my hand this 9th day of

21 October, 2006.

22

23       *[signature: Danielle Grant]*

24            DANIELLE GRANT

25