# EXHIBIT 27

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU LLC,

    Plaintiff,

v.                 C.A. No. 04-1923(DPW)

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW McCOLLUM,
CHRISTOPHER HUGHES and THE FACEBOOK,
INC.,

    Defendants.



---

VOLUME 1

VIDEOTAPED DEPOSITION OF CONNECTU LLC

BY CAMERON H. WINKLEVOSS

Boston, Massachusetts

Tuesday, August 9, 2005

9:44 a.m. to 6:27 p.m.

Reported by:
Jessica L. Williamson, RMR, RPR, CRR
Notary Public, CSR No. 138795

JOB NO. 36599



www.sarnoffcourtreporters.com
46 Corporate Park, Suite 100    445 South Figueroa St., Suite 2950
Irvine, CA 92606    Los Angeles, CA 90071
phone    877.955.3855
fax    949.955.3854

**SARNOFF**
*Court Reporters and Legal Technologies*

```
 1        VIDEOTAPED DEPOSITION OF CONNECTU LLC
 2    by CAMERON H. WINKLEVOSS, a witness called
 3    on behalf of the Defendant Mark Zuckerberg,
 4    Dustin Moskovitz, Andrew McCollum,
 5    Christopher Hughes and The Facebook, Inc.,
 6    pursuant to Rule 30(b)(6) of the Federal
 7    Rules of Civil Procedure, before Jessica L.
 8    Williamson, Registered Merit Reporter,
 9    Certified Realtime Reporter and Notary
10    Public in and for the Commonwealth of
11    Massachusetts, at the Offices of Proskauer
12    Rose, LLP, One International Place, Boston,
13    Massachusetts, on Tuesday, August 9, 2005,
14    commencing at 9:44 a.m.
15
16    A P P E A R A N C E S
17    FINNEGAN HENDERSON FARABOW GARRETT & DUNNER
18    LLP
19       (By John F. Hornick, Esq.
20       and Troy E. Grabow, Esq.)
21       901 New York Avenue, NW
22       Washington, D.C.  20001-4413
23       (202) 408-4000
24       john.hornick@finnegan.com
25       Counsel for the Plaintiff
```

2

```
 1           A P P E A R A N C E S, Continued
 2
 3      ORRICK, HERRINGTON & SUTCLIFFE LLP
 4         (By I. Neel Chatterjee, Esq.
 5         and Joshua H. Walker, Esq.)
 6         1000 Marsh Road
 7         Menlo Park, California  94025
 8         (650) 614-7356
 9         nchatterjee@orrick.com
10         Counsel for the Defendants Mark
11         Zuckerberg, Dustin Moskovitz, Andrew
12         McCollum, Christopher Hughes and The
13         Facebook, Inc.
14
15      HELLER EHRMAN LLP
16         (By Robert B. Hawk, Esq.)
17         275 Middlefield Road
18         Menlo Park, California  94025-3506
19         (650) 324-7000
20         robert.hawk@hellerehrman.com
21         Counsel for the Defendant Eduardo Saverin
22
23      ALSO PRESENT:
24
25         George Dobrentey, Videographer
```

3

| | | |
|---|---|---|
| 04:12:16 | 1 | MR. HAWK: -- except conduct an |
| | 2 | examination -- |
| | 3 | MR. HORNICK: You can't mislead the |
| | 4 | witness. |
| | 5 | MR. HAWK: -- and you're |
| | 6 | interfering. |
| | 7 | THE REPORTER: Hold on. I can't |
| | 8 | take you guys both. |
| | 9 | MR. HORNICK: You can't mislead the |
| | 10 | witness. |
| 04:12:21 | 11 | MR. HAWK: Fine. All right. |
| 04:12:21 | 12 | A.  To answer your question, when we asked Mr. |
| 04:12:23 | 13 | Gao for the code, I asked him for -- we |
| 04:12:26 | 14 | specifically asked him for code that did not |
| 04:12:28 | 15 | include Mark Zuckerberg's code when filing |
| 04:12:30 | 16 | with the copyright office, okay? |
| 04:12:32 | 17 | Q.  Why did you do that? |
| 04:12:33 | 18 | A.  Because we wouldn't file Mark Zuckerberg's |
| 04:12:37 | 19 | code with the copyright office. We filed |
| 04:12:39 | 20 | the code that we wrote. |
| 04:12:41 | 21 | Q.  I thought you said there was only one |
| 04:12:42 | 22 | version of the code. So there are two |
| 04:12:44 | 23 | versions of the code, right? |
| 04:12:45 | 24 | A.  No, no, no. There's one version of the |
| 04:12:47 | 25 | code. Mark -- as I said, Mark didn't upload |

| | | | |
|---|---|---|---|
| 04:12:50 | 1 | | any of his stuff into the server. |
| 4:12:52 | 2 | Q. | Well, let me ask you this: You said you |
| 04:12:56 | 3 | | instructed Mr. Gao to give you code that did |
| 04:13:01 | 4 | | not contain any contributions by Mark |
| 04:13:04 | 5 | | Zuckerberg. Is that what you told Mr. Gao? |
| 04:13:06 | 6 | A. | Yes, but there were no contributions from |
| 04:13:09 | 7 | | Mr. Zuckerberg in the code, is what I'm |
| 04:13:12 | 8 | | getting at. |
| 04:13:12 | 9 | Q. | Well, did Mr. Gao confirm to you that he did |
| 04:13:18 | 10 | | not strip out anything from the code that -- |
| 04:13:21 | 11 | | before he gave it to you? |
| 04:13:22 | 12 | A. | I believe that Mr. Gao told me that there |
| 04:13:24 | 13 | | was no code in there, that Mark Zuckerberg |
| 4:13:28 | 14 | | wrote when he file -- when he gave us the |
| 04:13:30 | 15 | | code to file with the copyright office. |
| 04:13:32 | 16 | Q. | Okay. So that's your testimony; Mr. Gao |
| 04:13:34 | 17 | | told you that there was no code written by |
| 04:13:37 | 18 | | Mr. Zuckerberg, no code whatsoever in the |
| 04:13:46 | 19 | | HarvardConnection code that he found and |
| 04:13:47 | 20 | | that he gave to you? |
| 04:13:48 | 21 | A. | My testimony is that the code that was filed |
| 04:13:50 | 22 | | with the copyright office did not contain |
| 04:13:54 | 23 | | Mark Zuckerberg's code. Now, in addition to |
| 04:13:55 | 24 | | that, I am under the impression that Mr. Gao |
| 04:13:59 | 25 | | said that there was no contribution from |

282

| | | |
|---|---|---|
| 04:14:02 | 1 | Mark on the server, aside from him poking |
| 04:14:05 | 2 | around in files and duplicating code that |
| 04:14:08 | 3 | Mr. Gao had already written. |
| 04:14:10 | 4 | Now, if you want to call that a |
| 04:14:11 | 5 | version, I'm not sure what you mean by a |
| 04:14:14 | 6 | version. You're talking about multiple |
| 04:14:15 | 7 | versions of the code. |
| 04:14:16 | 8 | Q. Well, you're not answering my question. |
| 04:14:16 | 9 | MR. HORNICK: Yes, he has answered |
| 04:14:16 | 10 | your question. |
| 04:14:18 | 11 | Q. Let me ask you this. Let me ask you this. |
| 04:14:19 | 12 | MR. HORNICK: You showed him the |
| 04:14:21 | 13 | code -- |
| 04:14:21 | 14 | MR. CHATTERJEE: Counsel, lodge an |
| 04:14:23 | 15 | objection. You don't need to instruct the |
| 04:14:24 | 16 | witness, and you don't need to argue. |
| 04:14:25 | 17 | MR. HORNICK: I'm not instructing |
| 04:14:27 | 18 | the witness. |
| 04:14:27 | 19 | MR. HAWK: Yeah, you're -- |
| 04:14:28 | 20 | MR. HORNICK: You're asking unfair |
| 04:14:29 | 21 | questions. |
| 04:14:29 | 22 | MR. CHATTERJEE: I'm looking |
| 04:14:30 | 23 | forward to bringing this in front of the |
| 04:14:32 | 24 | Court. |
| 04:14:33 | 25 | BY MR. HAWK: |

| | | | |
|---|---|---|---|
| 04:14:33 | 1 | Q. | Did Mr. Gao strip out any code from the |
| 04:14:36 | 2 | | version that he gave you which you gave to |
| 04:14:38 | 3 | | your lawyers to deposit with the copyright |
| 04:14:39 | 4 | | office? |
| 04:14:39 | 5 | A. | I am -- I can't answer that.  I don't know |
| 04:14:42 | 6 | | the answer to that.  I know that the code |
| 04:14:44 | 7 | | given to the copyright office has none of |
| 04:14:47 | 8 | | Mark Zuckerberg's code. |
| 04:14:48 | 9 | Q. | And how do you know that?  Is that because |
| 04:14:49 | 10 | | Mr. Gao told you that? |
| 04:14:50 | 11 | A. | Because we wouldn't have filed code that he |
| 04:14:55 | 12 | | written -- wrote for copyright because it's |
| 04:14:57 | 13 | | not our code. |
| 04:14:58 | 14 | Q. | Right.  And I know you didn't intend to do |
| 04:15:02 | 15 | | that, but you've made an unequivocal |
| 04:15:05 | 16 | | statement that you did not file code with |
| 04:15:06 | 17 | | the copyright office that contained |
| 04:15:08 | 18 | | contributions by Mr. Zuckerberg.  Now, hold |
| 04:15:11 | 19 | | on, let me finish the question.  And so I |
| 04:15:13 | 20 | | want to know what is your factual basis for |
| 04:15:15 | 21 | | that statement, not what you intended to do, |
| 04:15:17 | 22 | | but what your factual basis for that |
| 04:15:19 | 23 | | statement is? |
| 04:15:19 | 24 | A. | Simply based on the fact that it was not -- |
| 04:15:27 | 25 | | you know, it would not be our intent to file |

| | | |
|---|---|---|
| 04:15:31 | 1 | such code. |
| 04:15:32 | 2 | Q. Okay. Did you ever have any discussion with |
| 04:15:34 | 3 | Mr. Gao about whether or not he stripped out |
| 04:15:38 | 4 | any code that was done by Mr. Zuckerberg? |
| 04:15:40 | 5 | A. To be quite honest, I don't remember if -- I |
| 04:15:44 | 6 | remember that the contribution -- Mark's |
| 04:15:46 | 7 | contribution was nil, okay? He went onto |
| 04:15:49 | 8 | the server, and there was no contribution. |
| 04:15:50 | 9 | Q. That wasn't my question. My question was, |
| 04:15:52 | 10 | did you ever have any conversation with Mr. |
| 04:15:55 | 11 | Gao about whether he stripped out any code? |
| 04:15:58 | 12 | A. I believe that I asked Mr. Gao at the time, |
| 04:16:08 | 13 | is there any code -- is any of Mr. |
| 04:16:12 | 14 | Zuckerberg's code in this? And his response |
| 04:16:14 | 15 | was that -- I believe that there was no code |
| 04:16:20 | 16 | from Mr. Zuckerberg in that piece of code. |
| 04:16:24 | 17 | Q. And that there never had been? |
| 04:16:27 | 18 | A. Well, see, the thing is, like, you know, if |
| 04:16:32 | 19 | you want to contin -- if you want to -- I'm |
| 04:16:34 | 20 | not a programmer, I'm not an expert, but are |
| 04:16:36 | 21 | you -- would you consider -- you know, are |
| 04:16:39 | 22 | you considering code that Mark Zuckerberg |
| 04:16:40 | 23 | copied and renamed from -- that Victor Gao |
| 04:16:45 | 24 | wrote? Because that code is Victor Gao's |
| 04:16:48 | 25 | code. Do you see what I'm getting at? And |

| | | |
|---|---|---|
| 04:16:50 | 1 | that's what Mark Zuckerberg did. |
| 4:16:51 | 2 | Q.  But you know what?  My question -- the |
| 04:16:53 | 3 | problem that I'm having is that you're not |
| 04:16:54 | 4 | answering my question.  My question went |
| 04:16:57 | 5 | simply to your conversations with Mr. Gao, |
| 04:16:59 | 6 | and you're like two or three steps ahead of |
| 04:17:02 | 7 | me -- |
| 04:17:03 | 8 | A.  Okay. |
| 04:17:03 | 9 | Q.  -- about, you know, whether code if it's |
| 04:17:04 | 10 | copied over.  I'm asking you about a |
| 04:17:06 | 11 | specific question about your conversation |
| 04:17:07 | 12 | with Mr. Gao, and that's what I'd like you |
| 04:17:09 | 13 | to answer. |
| 1:17:10 | 14 | Did you ever discuss with Mr. Gao, |
| 04:17:11 | 15 | No. 1, whether he stripped out any code that |
| 04:17:13 | 16 | was written by Mark Zuckerberg? |
| 04:17:15 | 17 | A.  Okay.  I -- to the best of my recollection, |
| 04:17:18 | 18 | I asked Mr. Gao, "Is any of Mark |
| 04:17:22 | 19 | Zuckerberg's code -- like, we need code -- |
| 04:17:24 | 20 | we need the HarvardConnection without Mark |
| 04:17:27 | 21 | Zuckerberg's code," okay?  And I don't |
| 04:17:29 | 22 | remember if Mr. Gao had to take something |
| 04:17:32 | 23 | out.  It's my assumption that -- |
| 04:17:35 | 24 | Q.  I don't want your assumption. |
| 04:17:37 | 25 | A.  Okay.  I believe that Mr. Gao -- well, |

286

| | | |
|---|---|---|
| 04:17:38 | 1 | assumption, belief, same thing. |
| 04:17:40 | 2 | Q.  I know, that's what I'm saying.  I don't |
| 04:17:42 | 3 | want that.  I want your recollections of |
| 04:17:45 | 4 | conversations -- |
| 04:17:45 | 5 | A.  Okay. |
| 04:17:45 | 6 | Q.  -- with Mr. Gao. |
| 04:17:46 | 7 | A.  Okay.  I asked -- okay.  If we're talking |
| 04:17:47 | 8 | about recollections, my recollection was |
| 04:17:50 | 9 | "Give me the HarvardConnection code that |
| 04:17:53 | 10 | everybody contributed to without Mark |
| 04:17:54 | 11 | Zuckerberg," okay?  He gave that to me. |
| 04:17:57 | 12 | Q.  Okay.  And you know he gave that to you |
| 04:17:59 | 13 | because he said, "Here's the code you asked |
| 04:18:01 | 14 | for" -- |
| 04:18:02 | 15 | A.  Yes. |
| 04:18:03 | 16 | Q.  -- correct? |
| 04:18:05 | 17 | All right.  Did you ever discuss with |
| 04:18:07 | 18 | Mr. Gao whether or not he had stripped out |
| 04:18:08 | 19 | any code that was attributable to Mr. |
| 04:18:10 | 20 | Zuckerberg? |
| 04:18:11 | 21 | A.  I don't believe we had that discussion. |
| 04:18:15 | 22 | Q.  Okay.  That was easy.  Did the version that |
| 04:18:17 | 23 | Mr. Gao gave you and that you gave to your |
| 04:18:21 | 24 | attorneys to deposit with the copyright |
| 04:18:23 | 25 | office, did it include code from the connect |

```
04:18:26   1            side of HarvardConnection?
04:18:28   2       A.   I believe that, to the best of my knowledge,
04:18:33   3            it would contain code that we would have
04:18:35   4            written from the connect side.  You know,
04:18:37   5            there was parts of the connect side that
04:18:39   6            worked, yes.
04:18:41   7       Q.   Okay.  So the answer to my question was yes?
04:18:43   8       A.   Yes, there was some connect code.
04:18:44   9       Q.   In November 2003 who owned the
04:19:15  10            HarvardConnection source code?
04:19:16  11                 MR. HORNICK:  Objection, calls for
04:19:17  12            a legal conclusion, but you can answer it.
04:19:18  13                 MR. HAWK:  I just want the
04:19:19  14            witness's understanding.
04:19:21  15       Q.   Who owned that code?
04:19:26  16       A.   November 2003 who owned that code.
04:19:33  17       Q.   And if you don't know, you can tell me that.
04:19:40  18       A.   At that point I don't know from a legal
04:19:43  19            standpoint who would own that code, no.
04:19:48  20       Q.   In January 2004 who owned, according to your
04:19:52  21            understanding, the HarvardConnection code?
04:19:54  22       A.   Well, certainly we owned parts of the code.
04:20:20  23            I can -- you know, all the contract work
04:20:22  24            that we did we absolutely owned.
04:20:23  25       Q.   Who is "we"?
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9        I, CAMERON H. WINKLEVOSS, do hereby declare under
10   penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.
15        EXECUTED this  12  day of  September ,
16   20 05 , at    Avoque          ,    NY    .
                    (City)                (State)
17
18
19
20                    _____
                         CAMERON H. WINKLEVOSS
21
22
23
24
25
```

Page 403

1   In the United States District Court

2   For the District of Massachusetts

3       I, Jessica L. Williamson, Registered,

4   Merit Reporter, Certified Realtime Reporter

5   and Notary Public in and for the

6   Commonwealth of Massachusetts, do hereby

7   certify that CAMERON H. WINKLEVOSS, the

8   witness whose deposition is hereinbefore set

9   forth, was duly sworn by me and that such

10  deposition is a true record of the testimony

11  given by the witness.

12      I further certify that I am neither

13  related to or employed by any of the parties

14  in or counsel to this action, nor am I

15  financially interested in the outcome of

16  this action.

17      In witness whereof, I have hereunto set

18  my hand and seal this 11th day of August,

19  2005.

20

21  *[signature: Jessica L. Williamson]*

22  _____

23  Jessica L. Williamson, RMR, RPR, CRR

24  Notary Public, CSR No. 138795

25  My commission expires: 12/18/2009