# EXHIBIT 30



Help and How-to

# Delete temporary Internet files and address history

**Applies to:** Microsoft Office Excel 2003, Outlook 2003, PowerPoint 2003, Word 2003

**Applies to**

Microsoft Office PowerPoint® 2003
Microsoft Office Outlook® 2003
Microsoft Office Word 2003
Microsoft Office Excel 2003
Microsoft Office XP

Microsoft Internet Explorer creates a copy of Web pages that you visit in a local folder, or cache. These temporary Internet files allow the browser to display Web pages more quickly when you visit them again. Internet Explorer also creates a log or history of every Web site address that is typed into the **Address** line. This log or history lets you find recently visited Web sites by suggesting Web addresses as you type.

## To delete temporary Internet files

1. In Internet Explorer, on the **Tools** menu, click **Internet Options**.
2. On the **General** tab, under **Temporary Internet files**, click **Delete Files**.

## To delete Internet address history

1. In Internet Explorer, on the **Tools** menu, click **Internet Options**.
2. On the **General** tab, under **History**, click **Clear History**.

Original page: http://office.microsoft.com/en-us/help/HA011906921033.aspx

© 2007 Microsoft Corporation. All rights reserved.

# How Internet Explorer cache settings affect Web browsing

This article was previously published under Q263070

## On This Page

⇩SUMMARY
⇩MORE INFORMATION
 ⇩To View or Modify the Cache Settings
  ⇩Internet Explorer 4.x
  ⇩Internet Explorer 5
 ⇩Description of the Cache Settings

Article ID : 263070
Last Review : January 27, 2007
Revision : 4.1

## SUMMARY

You can change cache settings in Internet Explorer that change how temporary Internet files are used to improve browsing performance.

## MORE INFORMATION

### To View or Modify the Cache Settings

**Internet Explorer 4.x**

1. On the **View** menu, click **Internet Options**.
2. In the **Temporary Internet Files** section, click **Settings**.
3. Click the option you want, click **OK**, and then click **OK**.

**Internet Explorer 5**

1. On the **Tools** menu, click **Internet Options**.
2. In the **Temporary Internet Files** section, click **Settings**.
3. Click the option you want, click **OK**, and then click **OK**.

### Description of the Cache Settings

There are four options under **Check for newer versions of stored pages**:

- **Every visit to the page**: When you return to a page you viewed previously, Internet Explorer should check to see whether the page changed since you last viewed it. If the page has changed, Internet Explorer displays the new page and stores it in the Temporary Internet Files. Note that selecting this option can slow down browsing between pages you have already viewed.

- **Every time you start Internet Explorer**: When you view a Web site that you have visited before in the same Internet Explorer session, Internet Explorer uses the cached temporary Internet files instead of downloading the page. If you press F5 or click **Refresh**, Internet Explorer downloads the page.

- **Automatically** (Internet Explorer 5 and later only): This is the same as the previous setting, but with a logic algorithm to understand the habits of Web page behavior. This setting specifies that when you return to a page you viewed previously, Internet Explorer should not check to see whether the page has changed since you last viewed it.

    If you select this setting, Internet Explorer checks for new content only when you return to a page that you viewed in an earlier session of Internet Explorer or on an earlier day. Over time, if Internet Explorer determines that images on the page are changing infrequently, it checks for newer images even less frequently.

- **Never**: Internet Explorer does not check the Web server for newer content.

---

**APPLIES TO**

- Microsoft Internet Explorer 5.5 Service Pack 1
- Microsoft Internet Explorer 5.01
- Microsoft Internet Explorer 5.0
- Microsoft Internet Explorer 4.01 Service Pack 1
- Microsoft Internet Explorer 4.01 Service Pack 2
- Microsoft Internet Explorer 4.0 128-Bit Edition
- Microsoft Internet Explorer 5.5 Service Pack 1
- Microsoft Internet Explorer 5.5 Service Pack 1
- Microsoft Internet Explorer 5.01
- Microsoft Internet Explorer 5.5 Service Pack 1
- Microsoft Internet Explorer 5.01
- Microsoft Internet Explorer 5.0
- Microsoft Internet Explorer 4.01 Service Pack 2
- Microsoft Internet Explorer 5.5
- Microsoft Internet Explorer 5.01
- Microsoft Internet Explorer 5.0
- Microsoft Internet Explorer 4.01 Service Pack 1
- Microsoft Internet Explorer 4.01 Service Pack 2
- Microsoft Internet Explorer 4.0 128-Bit Edition
- Microsoft Internet Explorer 5.5 Service Pack 1
- Microsoft Internet Explorer 5.01
- Microsoft Windows 98 Standard Edition
- Microsoft Windows 98 Second Edition
- Microsoft Windows Millennium Edition
- Microsoft Windows 2000 Standard Edition
- Microsoft Internet Explorer 6.0

- Microsoft Internet Explorer 6.0
- Microsoft Internet Explorer 6.0
- Microsoft Internet Explorer 6.0
- Microsoft Internet Explorer 6.0

**Keywords:** kbinfo kbenv KB263070

© 2007 Microsoft Corporation. All rights reserved.

# Temporary Internet Files

From Wikipedia, the free encyclopedia

**Temporary Internet Files** is a directory on Microsoft Windows computer systems. The directory is used by Internet Explorer to cache pages on websites visited by the user. This allows such websites to load quicker the next time they are visited.

## Overview

Each time a user visits a website using Microsoft Internet Explorer, files downloaded with each web page (including html, images, Cascading Style Sheets and JavaScript scripts) are saved to the Temporary Internet Files folder, created a cache of the web page on the local computer's hard disk. The next time the user visits the cached website, only changed content needs to be downloaded from the Internet; the unchanged data is available in the cache.

Despite the name 'temporary', the cache of a website remains stored on the hard disk until the user manually clears the cache. This is often regarded as a privacy issue [1] (http://www.milincorporated.com/a-temporary-internet-files.html) [2] (http://www.pchell.com/support/privacy.shtml) [3] (http://www.webpctools.com/html/erase_temporary_internet_files.html), because anyone with access to the computer can view the cache.

The contents of the folder are indexed using an index.dat file, a form of database. A free program to view and extract from the temporary files directory is "ICE Internet Cache Explorer" and can be downloaded here (http://dl.winsite.com/bin/downl?500000033799).

The cache is usually located at %USERPROFILE%\Local Settings\Temporary Internet Files (where %USERPROFILE% is an environment variable pointing to the root directory of the logged-in user's user profile). However, the cache may be moved by changing a value in the registry.

However, the Temporary Internet Files cache can be useful in certain situations. For example, if no Internet connection is available, previously cached websites are still available offline. Depending on the type of website and how often it is updated, the cached data may not reflect the online version of the website. The cache is also useful for police to collect forensic evidence.

The cache can be cleared by using Internet Options within the Internet Explorer interface, but this method is subject to deletion privacy issues. Many alternative tools exist to erase the data instead.

## External links

CleanUp! (http://cleanup.stevengould.org/) - a free utility to delete Temporary Internet Files, as well as many other temporary files from one's computer.

Guide to Temporary Internet File settings in IE (http://www.practicalpc.co.uk/computing/comms/tempfiles.htm)

Retrieved from "http://en.wikipedia.org/wiki/Temporary_Internet_Files"

Categories: Internet Explorer | Microsoft Windows

- This page was last modified 09:27, 10 September 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.