# EXHIBIT 32

Dockets.Justia.com

Re: mining the facebook

**Subject:** Re: mining the facebook
**From:** "Marc M. Pierrat" <marc@imarc.net>
**Date:** Fri, 11 Jun 2004 14:43:39 -0400
**To:** Fred LeBlanc <fred@imarc.net>, Nick Grant <nick@imarc.net>
**CC:** Dave Tufts <dave@imarc.net>

Nuff said. We'll pass on this one.

At 02:39 PM 6/11/2004, Fred LeBlanc wrote:
I second Nick's motion.

Nick Grant wrote:

Ummm this is sketchy and I don't think iMarc should be apart of this. I assume after they have all these email addresses they plan on sending out
unsolicited emails ?
As a side note:
I wonder if we should form a Web Ethics Committee to form the final calls on
this kind of stuff.

The boyz from CU want us to write a little script that logs into www.thefacebook.com, loops through
http://www.thefacebook.com/profile.php?id=xxxxx

replacing xxxxx with numbers to grab people's email addresses.
We give them back a list.

1) how much effort?
2) Are we prison guards in Iraq, waiting for our own controversy? (I found
nothing in the facebook's TOS about mining email addresses)

nrp

---

Marc M. Pierrat
iMarc L.L.C. (www.imarc.net)
14 Inn Street
Newburyport, MA 01950
Email: marc@imarc.net
Blog: marc.imarc.net
Voice: 978-462-8848

9/12/06 5:47 PM

1 of 1

iMarc000798