# EXHIBIT 33

Dockets.Justia.com

[iMarc] Personal Mail

**Subject:** [iMarc] Personal Mail
**From:** seluraved@gmail.com
**Date:** Tue, 6 Jul 2004 14:20:11 -0400 (EDT)
**To:** dave@imarc.net

From: Deva Mishra seluraved@gmail.com

Hi Dave,

Sorry if you got a similar message. I dont know if my others went through.

I am working with Divya on ConnectU stuff. I just had a small problem. What I'm working on now is getting emails of thefacebook.com. My problem is that I can't navigate to the pages that I want through java since there is a login page. I dont really know how the session works. Do you know how to login to a php page keep your session info and then navigate to another page using the URL and HTTPUrlConnection clients. I tried this to no avail:

```
URL url = new URL("http://www.thefacebook.com/login.php");
HttpURLConnection connection = (HttpURLConnection) url.openConnection();
connection.setRequestMethod("POST");
connection.setDoOutput(true);
PrintWriter out = new PrintWriter(connection.getOutputStream());
// encode the message
String email = "email=" +
URLEncoder.encode("dmm25@cornell.edu", "UTF-8");
String pass = "pass="+URLEncoder.encode("******", "UTF-8");
// send the encoded message
out.println(email+"&"+pass);
out.close();
BufferedReader in = new BufferedReader(
    new InputStreamReader(connection.getInputStream()));
String line;
while ((line = in.readLine()) != null) {
    System.out.println(line);
}
in.close();
```

If you have any suggestions it would be super helpful. Thanks again.

Deva

9/12/06 5:46 PM                                                                1 of 2

[iMarc] Personal Mail

9/12/06 5:46 PM                                                                2 of 2

iMarc000659