UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, LLC, <br><br> Defendants. | Civil Action No.: 1:07-CV-10593-DPW <br><br> Related Action No. 1:04-CV-11923-DPW |

**DEFENDANT EDUARDO SAVERIN'S STATUS REPORT REGARDING DISCOVERY**

At the hearing on October 17, 2007, the Court inquired regarding the status of the document production obligations of Defendant Eduardo Saverin ("Saverin"). The scope of Saverin's outstanding production obligations was discussed and defined in a June 20, 2007 meet and confer between counsel for Saverin and ConnectU and a confirming June 23 email regarding that meet and confer. Saverin has recently produced documents bates-numbered FACE004686 – FACE016145, and FACE017567 – FACE018536. That production represents all non-privileged documents in Saverin's possession, custody, or control consistent with Saverin's obligations as defined by the meet and confer process.

Subsequent to the meet and confer, ConnectU raised one additional issue regarding code that might be located on Saverin's computer as a result of its use by someone other than himself. To address that issue, on November 15, 2007, Saverin also offered to subject images of the two relevant hard drives in his possession to a search pursuant to the protocol entered by the Court for Plaintiff to search memory devices for the Facebook Defendants. Plaintiff has agreed to that proposal, and the parties are in the process of negotiating appropriate modifications to the

1

protocol to make it applicable to Saverin's drives.  Saverin's agreement to subject those images to the protocol will not change with regard to his status as a party or non-party in this case, and fully satisfies his outstanding document production obligations.

DATED: November 29, 2007

/s Daniel K. Hampton
Gordon P. Katz (BBO# )
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA  02116
Telephone:  (617) 523-2700
Facsimile:  (617) 523-6850
Attorney for EDUARDO SAVERIN

*Of Counsel*:

Annette L. Hurst (admitted *pro hac vice*)
Nathan E. Shafroth (admitted *pro hac vice*)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94110
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268

Robert B. Hawk (admitted *pro hac vice*)
Bhanu K. Sadasivan (admitted *pro hac vice*)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
Telephone:  (650) 324-7000
Facsimile:  (650) 324-0638

3

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 29, 2007.

                                          /s Daniel K. Hampton
                                          Daniel K. Hampton

# 4963240_v2