IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>　　　　　Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**DECLARATION OF LAURENCE F. PULGRAM IN
SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Laurence F. Pulgram, declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746;

1. I am a member in good standing of the bars in the State of California, and the United States District Court for the Northern District of California.

2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated: November 30, 2007

　　　　　　　　　　　　　　　　　　　　/s/ Laurence F. Pulgram
　　　　　　　　　　　　　　　　　　　　Laurence F. Pulgram
　　　　　　　　　　　　　　　　　　　　Fenwick & West LLP
　　　　　　　　　　　　　　　　　　　　555 California Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104