**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL: (212) 849-7000 FAX: (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7192

WRITER'S INTERNET ADDRESS
adamwolfson@quinnemanuel.com

November 30, 2007

<u>VIA ELECTRONIC FILING</u>

The Honorable Robert B. Collings
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210
(617) 748-9096 (fax)

Re:   <u>ConnectU, Inc. et al. v. Facebook, Inc. et al., 07-cv-10593-DPW</u>

Dear Magistrate Judge Collings:

  As requested by the Court on November 19, Plaintiffs today provide a list of computers that are potentially relevant to the Facebook Defendants' request for electronic imaging. Plaintiffs maintain their position that the only missing code in their possession, custody and control – versions of ConnectU created or edited after March 7, 2005 – was withheld on relevance grounds and is easily obtained and/or produced to the Defendants.

  The below list details the make, model and serial number of the storage devices as well as the basis for their potential relevance. Plaintiffs represent that this is a comprehensive list of all electronic storage devices applicable to the Facebook Defendants' motion to compel.

1. Apple, MacBook Pro, W87061HZW0L (Cameron Winklevoss's computer)

2. Panasonic, Toughbook, 5FKSA63921 (Cameron Winklevoss's computer)

3. Apple, Powerbook, QT2502AFNWL (Divya's Narendra computer)

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL (650) 801-5000 FAX (650) 801-5100

4. Sony, VAIO, 00045 417 619 041 (Winklevoss Consultants computer used by Cameron Winklevoss)

5. Sony, VAIO, 00045 164 873 114 (Winklevoss Consultants computer used by Tyler Winklevoss)

6. Dell, PPI, 0009963T 12961 08V 0763 A01 (Winklevoss Consultants computer used by Cameron Winklevoss)

7. Dell, Dimension 4700, 00043 607 249 324 (Winklevoss Consultants computer used by ConnectU in Boston office; potentially used by Winston Williams)

8. Dell, Dimension 4700, 00043 607 249 325 (Winklevoss Consultants computer used by ConnectU in Boston office; potentially used by Winston Williams)

9. Dell, Dimension 4700, 00043 607 249 326 (Winklevoss Consultants computer used by ConnectU in Boston office; potentially used by Winston Williams)

10. Dell, Dimension 4700, 00043 607 249 327 (Winklevoss Consultants computer used by ConnectU in Boston office; potentially used by Winston Williams)

Sincerely,

Adam Wolfson