IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, <br><br> Defendants. | CIVIL ACTION NO. 1:07-CV-10593-DPW |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Letter from Adam Wolfson to the Hon. Judge Robert B. Collings regarding the Facebook Defendants' request for electronic imaging have been caused to be served on November 30, 2007 via Electronic Case Filing.

Andrew B. Curran