# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, THEFACEBOOK LLC,<br><br>Defendants. | CIVIL NO. 1:07-CV-10593 (DPW) |

### ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* FOR
### <u>SEAN A. LINCOLN TO APPEAR ON BEHALF OF FACEBOOK DEFENDANTS</u>

Pursuant to Local Rule 83.5.3(b), the undersigned counsel moves for the admission *pro hac vice* of Sean A. Lincoln, of the law firm Orrick, Herrington & Sutcliffe LLP, to appear on behalf of Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes and TheFacebook, LLC. in the above case.

As set forth in the attached Declaration, Attorney Sean A. Lincoln states that he is a member in good standing in every jurisdiction where he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and he is familiar with the Local Rules of the U.S. District Court, District of Massachusetts.

WHEREFORE, it is respectfully requested that Attorney Sean A. Lincoln be admitted *pro hac vice* to appear on behalf of Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes and TheFacebook, LLC. in the above-captioned case.

| Dated: January 28, 2008 | Respectfully submitted, |
|---|---|
| | */s/ Jeremy P. Oczek* |

Steven M. Bauer (BBO #542531)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Plaza, 22nd Floor
Boston, Massachusetts 02110
Telephone: (617) 526-9600
Facsimile: (617) 526-9899
Email: sbauer@proskauer.com
Email: joczek@proskauer.com

G. Hopkins Guy, III (admitted pro hac vice)
I. Neel Chatterjee (admitted pro hac vice)
Monte Cooper (admitted pro hac vice)
Theresa A. Sutton (admitted pro hac vice)
Yvonne P. Greer (admitted pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
Email: hopguy@orrick.com
Email: nchatterjee@orrick.com
Email: mcooper@orrick.com
Email: tsutton@orrick.com
Email: ygreer@orrick.com

ATTORNEYS FOR FACEBOOK, INC. MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES AND THEFACEBOOK, LLC.

**Certificate Pursuant to Rule 7.1**

Counsel for the parties have conferred regarding this motion, and counsel for plaintiff ConnectU LLC has assented to the relief requested by this motion.

*/s/ Jeremy P. Oczek*
Jeremy P. Oczek

## Certificate of Service

    The undersigned hereby certifies that this document was filed through the ECF system on January 28, 2008 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                               */s/ Jeremy P. Oczek*
                                               Jeremy P. Oczek