UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC,<br><br>Defendants. | 1:07-CV-10593 (DPW)<br><br>Related Action:<br>Civil Action No. 04-CV-11923 (DPW) |

### ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE FOR DAVID E. AZAR TO APPEAR ON BEHALF OF CONNECTU, INC. PLAINTIFFS

Pursuant to Local Rule 83.5.3 (b), the undersigned counsel moves for the admission *pro hac vice* of David E. Azar, of the firm of Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP, to appear on behalf of Plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss and Divya Narendra in the above case.

As set forth in the attached Declaration, Attorney David E. Azar states that he is a member in good standing in every jurisdiction where he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and he is familiar with the Local Rule of the U.S. District Court, District of Massachusetts.

WHEREFORE, it is respectfully requested that Attorney David E. Azar be admitted pro hac vice to appear on behalf of Plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss and Divya Narendra, in the above captioned case.

Dated: New York, New York
January 29, 2008

        Respectfully submitted,

        QUINN EMANUEL URQUHART
          OLIVER & HEDGES, LLP


        By:   /s/ Adam Wolfson
               Adam Wolfson

        51 Madison Avenue
        New York, New York 10010
        (212) 849-7000

        Attorneys for Plaintiffs
        ConnectU, Inc., Cameron Winklevoss, Tyler
        Winklevoss and Divya Narendra

## Certificate Pursuant to Rule 7.1

    Counsel for the parties have conferred regarding this motion, and counsel for Defendants have assented to the relief requested by this motion.

        /s/ Adam Wolfson
        Adam Wolfson

## Certificate of Service

       The undersigned hereby certifies that this document was filed through the ECF system on January 29, 2008 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Adam Wolfson
Adam Wolfson