UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC,<br><br>Defendants. | 1:07-CV-10593 (DPW)<br><br>Related Action: Civil Action No. 04-CV-11923 (DPW) |

### DECLARATION OF DAVID E. AZAR IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, David E. Azar, declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. §1746:

1. I am a member in good standing of the bar of the State of California, and the United States District Court for the Northern District of California.

2. There are no disciplinary actions against me in any court or jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated: January 29, 2008

/s/ David E. Azar
David E. Azar