IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and THEFACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING DEFENDANTS MARK ZUCKERBERG, FACEBOOK, INC., DUSTIN MOSKOVITZ, ANDREW MCCOLLUM AND FACEBOOK LLC'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' SEVENTH CLAIM FOR RELIEF OF COPYRIGHT INFRINGEMENT**

The matter now before the Court is Defendants Mark Zuckerberg, Facebook, Inc., Dustin Moskovitx, Andrew McCollum, and TheFacebook LLC's Motion for Summary Judgment on Plaintiffs' Seventh Claim for Relief of Copyright Infringement.

The Court having considered said Motion, the accompanying Declaration of Monte M.F. Cooper, the Exhibits, the Statement of Undisputed Facts, the Memorandum of Points and Authorities in Support of Defendants Mark Zuckerberg, Facebook, Inc., and TheFacebook LLC's Motion for Summary Judgment on Plaintiffs' Seventh Claim for Relief for Copyright Infringement, and all other pleadings of the parties relevant to the Motion,

IT IS HEREBY ORDERED:

The Motion for Summary Judgment is **GRANTED**. It is

FURTHER ORDERED that JUDGMENT IS ENTERED in favor of Defendants Mark Zuckerberg, Facebook, Inc., Dustin Moskovitz, Andrew McCollum, and TheFacebook LLC and against Plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra on Plaintiffs Seventh Claim for Relief for Copyright Infringement.

IT IS SO ORDERED

Dated: _____, 2008  _____
Hon. Douglas P. Woodlock
United States District Court Judge