Connectu, Inc. v. Facebook, Inc. et al                                        Doc. 178 Att. 2

# EXHIBIT 2

Dockets.Justia.com



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025
tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

July 29, 2005

**VIA FACSIMILE & FEDERAL EXPRESS**

John F. Hornick, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue N.W.
Washington, DC 20001

Re: <u>ConnectU LLC v. Zuckerberg et al.</u>, **Civil Action No. 1:04-cv-11923 (DPW)**

Dear Mr. Hornick:

Please find enclosed a CD ROM of Defendants' production Bates labeled TFB000001. Defendants Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, Christopher Hughes and TheFaceBook Inc., will produce all documents going forward with the above referenced prefix ("TFB"). If you have any questions please do not hesitate to contact me at (650) 614-7418, or Joshua Walker at (650) 614-7339.

Very truly yours,

Amy Dalton
Paralegal

cc: Robert B. Hawk, Esq. (via Federal Express w/attachment)
Daniel K. Hampton, Esq. (via facsimile w/o attachment)
Steve M. Bauer, Esq. (via facsimile w/o attachment)
Jeremy Oczek, Esq. (via facsimile w/o attachment)

DOCSSV1:418511.1