# EXHIBIT 4



# ORRICK

November 13, 2007

Theresa A. Sutton
(650) 614-7307
tsutton@orrick.com

*VIA FEDERAL EXPRESS*

**Richard I. Werder, Jr., Esq.**
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
22nd Floor
New York, New York 10010-1601
(212) 849-7000

Re:   *ConnectU v. Facebook, et al.*

Dear Mr. Werder:

Please find enclosed one (1) CD ROM containing Facebook's supplemental production of source code Bates labeled as FBMA0059471. This code contains a late-January 2004 version of www.thefacebook.com. This production has been designated as Confidential Information pursuant to the protective order entered between the parties in the previous related case, *ConnectU v. Zuckerberg et al.*, 1:04-cv-11923-DPW.

Facebook also will supplement its discovery responses and amend its September 24, 2007 Response to the Court's September 13, 2007, Order On Remaining Disputed Discovery to reflect this production.

Sincerely,

Theresa A. Sutton

cc:   John F. Hornick (via FedEx)
      Annette L. Hurst, Esq. (via FedEx)
      Daniel K. Hampton, Esq. (via FedEx)
      Daniel P. Tighe, Esq. (via FedEx)
      Steven M. Bauer, Esq. (via FedEx)
      Jeremy Oczek, Esq. (via FedEx)

OHS West:260337356.1