# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU LLC,

    Plaintiff,

v.                          C.A. No. 04-1923(DPW)

MARK ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MOSKOVITZ, ANDREW McCOLLUM,
CHRISTOPHER HUGHES and THE FACEBOOK,
INC.,

    Defendants.



---

VOLUME 1

VIDEOTAPED DEPOSITION OF CONNECTU LLC

BY CAMERON H. WINKLEVOSS

Boston, Massachusetts

Tuesday, August 9, 2005

9:44 a.m. to 6:27 p.m.

Reported by:
Jessica L. Williamson, RMR, RPR, CRR
Notary Public, CSR No. 138795

JOB NO. 36599

www.sarnoffcourtreporters.com

46 Corporate Park, Suite 100    445 South Figueroa St., Suite 2950
Irvine, CA 92606                      Los Angeles, CA 90071

phone  877.955.3855
fax      949.955.3854



SARNOFF
Court Reporters and
Legal Technologies

|   |   |
|---|---|
| 1 | VIDEOTAPED DEPOSITION OF CONNECTU LLC |
| 2 | by CAMERON H. WINKLEVOSS, a witness called |
| 3 | on behalf of the Defendant Mark Zuckerberg, |
| 4 | Dustin Moskovitz, Andrew McCollum, |
| 5 | Christopher Hughes and The Facebook, Inc., |
| 6 | pursuant to Rule 30(b)(6) of the Federal |
| 7 | Rules of Civil Procedure, before Jessica L. |
| 8 | Williamson, Registered Merit Reporter, |
| 9 | Certified Realtime Reporter and Notary |
| 10 | Public in and for the Commonwealth of |
| 11 | Massachusetts, at the Offices of Proskauer |
| 12 | Rose, LLP, One International Place, Boston, |
| 13 | Massachusetts, on Tuesday, August 9, 2005, |
| 14 | commencing at 9:44 a.m. |
| 15 |  |
| 16 | A P P E A R A N C E S |
| 17 | FINNEGAN HENDERSON FARABOW GARRETT & DUNNER |
| 18 | LLP |
| 19 |   (By John F. Hornick, Esq. |
| 20 |   and Troy E. Grabow, Esq.) |
| 21 |   901 New York Avenue, NW |
| 22 |   Washington, D.C.  20001-4413 |
| 23 |   (202) 408-4000 |
| 24 |   john.hornick@finnegan.com |
| 25 |   Counsel for the Plaintiff |

2

| | |
|---|---|
| 1 | A P P E A R A N C E S, Continued |
| 2 | |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | (By I. Neel Chatterjee, Esq. |
| 5 | and Joshua H. Walker, Esq.) |
| 6 | 1000 Marsh Road |
| 7 | Menlo Park, California  94025 |
| 8 | (650) 614-7356 |
| 9 | nchatterjee@orrick.com |
| 10 | Counsel for the Defendants Mark |
| 11 | Zuckerberg, Dustin Moskovitz, Andrew |
| 12 | McCollum, Christopher Hughes and The |
| 13 | Facebook, Inc. |
| 14 | |
| 15 | HELLER EHRMAN LLP |
| 16 | (By Robert B. Hawk, Esq.) |
| 17 | 275 Middlefield Road |
| 18 | Menlo Park, California  94025-3506 |
| 19 | (650) 324-7000 |
| 20 | robert.hawk@hellerehrman.com |
| 21 | Counsel for the Defendant Eduardo Saverin |
| 22 | |
| 23 | ALSO PRESENT: |
| 24 | |
| 25 | George Dobrentey, Videographer |

P R O C E E D I N G S

                        THE VIDEOGRAPHER:  We are recording
and are now on the record.  Today's date is
August the 9th, 2005, and the time is 9:44
a.m.  My name is George Dobrentey.  I'm a
legal videographer for G & M Court
Reporters, Ltd.  Our business address is 42
Chauncy Street, Suite 1A, Boston,
Massachusetts 02111.
           This is the deposition of Cameron
Winklevoss in the matter of ConnectU vs.
Zuckerberg in the United States District
Court for the District of Massachusetts,
Civil Action No. 04-1923(DPW).
           This deposition is being taken at One
International Place in Boston,
Massachusetts, on behalf of the defendant.
The court reporter is Jessica Williamson.
Counsel will state their appearances, and
the court reporter will administer the oath.
           MR. CHATTERJEE:  Neel Chatterjee
and Joshua Walker for all of the defendants
except for Eduardo Saverin.
           MR. WALKER:  Robert Hawk from
Heller Ehrman for Defendant Saverin.

| Time | # | |
|---|---|---|
| 09:44:59 | 1 | MR. HORNICK: John Hornick and Troy |
| 9:45:01 | 2 | Grabow for the plaintiff, ConnectU. |
| | 3 | |
| | 4 | CAMERON H. WINKLEVOSS, |
| | 5 | a witness called on behalf of the Defendants |
| | 6 | Mark Zuckerberg, Dustin Moskovitz, Andrew |
| | 7 | McCollum, Christopher Hughes and The |
| | 8 | Facebook, Inc., having first been duly |
| | 9 | sworn, was deposed and testifies as follows: |
| | 10 | |
| | 11 | DIRECT EXAMINATION |
| | 12 | |
| | 13 | BY MR. CHATTERJEE: |
| 9:45:10 | 14 | Q. Mr. Winklevoss, thank you for coming today. |
| 09:45:14 | 15 | Do you understand that your deposition today |
| 09:45:16 | 16 | is you're testifying on behalf of ConnectU |
| 09:45:19 | 17 | LLC? |
| 09:45:19 | 18 | A. Yes. |
| 09:45:19 | 19 | Q. Have you ever had your deposition taken |
| 09:45:21 | 20 | before? |
| 09:45:21 | 21 | A. No. |
| 09:45:22 | 22 | Q. I'm going to go over some ground rules with |
| 09:45:26 | 23 | you, and I'm just going to ask you to make |
| 09:45:29 | 24 | sure you understand them. You may have gone |
| 09:45:31 | 25 | over them with your counsel before. |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

| | | |
|---|---|---|
| 04:14:02 | 1 | Mark on the server, aside from him poking |
| 04:14:05 | 2 | around in files and duplicating code that |
| 04:14:08 | 3 | Mr. Gao had already written. |
| 04:14:10 | 4 | Now, if you want to call that a |
| 04:14:11 | 5 | version, I'm not sure what you mean by a |
| 04:14:14 | 6 | version. You're talking about multiple |
| 04:14:15 | 7 | versions of the code. |
| 04:14:16 | 8 | Q. Well, you're not answering my question. |
| 04:14:16 | 9 | MR. HORNICK: Yes, he has answered |
| 04:14:16 | 10 | your question. |
| 04:14:18 | 11 | Q. Let me ask you this. Let me ask you this. |
| 04:14:19 | 12 | MR. HORNICK: You showed him the |
| 04:14:21 | 13 | code -- |
| 04:14:21 | 14 | MR. CHATTERJEE: Counsel, lodge an |
| 04:14:23 | 15 | objection. You don't need to instruct the |
| 04:14:24 | 16 | witness, and you don't need to argue. |
| 04:14:25 | 17 | MR. HORNICK: I'm not instructing |
| 04:14:27 | 18 | the witness. |
| 04:14:27 | 19 | MR. HAWK: Yeah, you're -- |
| 04:14:28 | 20 | MR. HORNICK: You're asking unfair |
| 04:14:29 | 21 | questions. |
| 04:14:29 | 22 | MR. CHATTERJEE: I'm looking |
| 04:14:30 | 23 | forward to bringing this in front of the |
| 04:14:32 | 24 | Court. |
| 04:14:33 | 25 | BY MR. HAWK: |

| | | |
|---|---|---|
| 04:14:33 | 1 | Q. Did Mr. Gao strip out any code from the |
| 04:14:36 | 2 | version that he gave you which you gave to |
| 04:14:38 | 3 | your lawyers to deposit with the copyright |
| 04:14:39 | 4 | office? |
| 04:14:39 | 5 | A. I am -- I can't answer that. I don't know |
| 04:14:42 | 6 | the answer to that. I know that the code |
| 04:14:44 | 7 | given to the copyright office has none of |
| 04:14:47 | 8 | Mark Zuckerberg's code. |
| 04:14:48 | 9 | Q. And how do you know that? Is that because |
| 04:14:49 | 10 | Mr. Gao told you that? |
| 04:14:50 | 11 | A. Because we wouldn't have filed code that he |
| 04:14:55 | 12 | written -- wrote for copyright because it's |
| 04:14:57 | 13 | not our code. |
| 04:14:58 | 14 | Q. Right. And I know you didn't intend to do |
| 04:15:02 | 15 | that, but you've made an unequivocal |
| 04:15:05 | 16 | statement that you did not file code with |
| 04:15:06 | 17 | the copyright office that contained |
| 04:15:08 | 18 | contributions by Mr. Zuckerberg. Now, hold |
| 04:15:11 | 19 | on, let me finish the question. And so I |
| 04:15:13 | 20 | want to know what is your factual basis for |
| 04:15:15 | 21 | that statement, not what you intended to do, |
| 04:15:17 | 22 | but what your factual basis for that |
| 04:15:19 | 23 | statement is? |
| 04:15:19 | 24 | A. Simply based on the fact that it was not -- |
| 04:15:27 | 25 | you know, it would not be our intent to file |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

| | | | |
|---|---|---|---|
| 04:15:31 | 1 | | such code. |
| 04:15:32 | 2 | Q. | Okay. Did you ever have any discussion with |
| 04:15:34 | 3 | | Mr. Gao about whether or not he stripped out |
| 04:15:38 | 4 | | any code that was done by Mr. Zuckerberg? |
| 04:15:40 | 5 | A. | To be quite honest, I don't remember if -- I |
| 04:15:44 | 6 | | remember that the contribution -- Mark's |
| 04:15:46 | 7 | | contribution was nil, okay? He went onto |
| 04:15:49 | 8 | | the server, and there was no contribution. |
| 04:15:50 | 9 | Q. | That wasn't my question. My question was, |
| 04:15:52 | 10 | | did you ever have any conversation with Mr. |
| 04:15:55 | 11 | | Gao about whether he stripped out any code? |
| 04:15:58 | 12 | A. | I believe that I asked Mr. Gao at the time, |
| 04:16:08 | 13 | | is there any code -- is any of Mr. |
| 4:16:12 | 14 | | Zuckerberg's code in this? And his response |
| 04:16:14 | 15 | | was that -- I believe that there was no code |
| 04:16:20 | 16 | | from Mr. Zuckerberg in that piece of code. |
| 04:16:24 | 17 | Q. | And that there never had been? |
| 04:16:27 | 18 | A. | Well, see, the thing is, like, you know, if |
| 04:16:32 | 19 | | you want to contin -- if you want to -- I'm |
| 04:16:34 | 20 | | not a programmer, I'm not an expert, but are |
| 04:16:36 | 21 | | you -- would you consider -- you know, are |
| 04:16:39 | 22 | | you considering code that Mark Zuckerberg |
| 04:16:40 | 23 | | copied and renamed from -- that Victor Gao |
| 04:16:45 | 24 | | wrote? Because that code is Victor Gao's |
| 04:16:48 | 25 | | code. Do you see what I'm getting at? And |

285

```
 1
 2
 3
 4
 5
 6
 7
 8
 9        I, CAMERON H. WINKLEVOSS, do hereby declare under
10   penalty of perjury that I have read the foregoing
11   transcript; that I have made any corrections as appear
12   noted, in ink, initialed by me, or attached hereto; that
13   my testimony as contained herein, as corrected, is true
14   and correct.
15        EXECUTED this   12   day of   September  ,
16   20 05 , at    Avoque              ,    NY      .
17                        (City)                 (State)
18
19
20                       _____
21                             CAMERON H. WINKLEVOSS
22
23
24
25
```

40

```
 1    In the United States District Court
 2    For the District of Massachusetts
 3        I, Jessica L. Williamson, Registered,
 4    Merit Reporter, Certified Realtime Reporter
 5    and Notary Public in and for the
 6    Commonwealth of Massachusetts, do hereby
 7    certify that CAMERON H. WINKLEVOSS, the
 8    witness whose deposition is hereinbefore set
 9    forth, was duly sworn by me and that such
10    deposition is a true record of the testimony
11    given by the witness.
12        I further certify that I am neither
13    related to or employed by any of the parties
14    in or counsel to this action, nor am I
15    financially interested in the outcome of
16    this action.
17        In witness whereof, I have hereunto set
18    my hand and seal this 11th day of August,
19    2005.
20
21            [Signature: Jessica L. Williamson]
22            _____
23            Jessica L. Williamson, RMR, RPR, CRR
24            Notary Public, CSR No. 138795
25            My commission expires: 12/18/2009
```