# EXHIBIT 7

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

    CONNECTU, INC.            .   CIVIL ACTION NO. 07-10593-DPW
      Plaintiff               .
                              .
      V.                      .   BOSTON, MASSACHUSETTS
                              .   NOVEMBER 19, 2007
    FACEBOOK, INC., et al     .
      Defendants              .
    . . . . . . . . . . . . . .

                    TRANSCRIPT OF MOTION HEARING
             BEFORE THE HONORABLE ROBERT B. COLLINGS
                 UNITED STATES MAGISTRATE JUDGE

    APPEARANCES:

    For the plaintiffs:    Daniel P. Tighe, Esquire
                           Griesinger, Tighe & Maffei, LLP
                           176 Federal Street
                           Boston, MA  02110
                           617-542-9900
                           dtighe@gtmllp.com

                           Adam Wolfson, Esquire
                           Quinn Emanuel Urquhart Oliver &
                             Hedges, LLP
                           51 Madison Avenue
                           New York, NY  10010

    For the defendants:    I. Neel Chatterjee, Esquire
                           Orrick, Herrington & Sutcliffe,
                             LLP
                           1000 Marsh Road
                           Menlo Park, CA  94025
                           650-614-7400
                           nchatterjee@orrick.com

                           Monte Cooper, Esquire
                           Orrick, Herrington & Sutcliffe,
                             LLP
                           1000 Marsh Road
                           Menlo Park, CA  94025
                           650-614-7375
                           mcooper@orrick.com
```

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**Wrentham, MA  02093**
**(508) 384-2003**

```
   For Edward Saverin: Daniel K. Hampton, Esquire
                       Holland & Knight, LLP
                       10 St. James Avenue
                       Boston, MA   02116
                       Dan.hampton@hklaw.com
```

Court Reporter:

Proceedings recorded by digital sound recording, transcript produced by transcription service.

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**Wrentham, MA   02093**
**(508) 384-2003**

1 to the moment that Mark Zuckerberg created facebook.com

2 because that was the moment when he had just come out of having

3 access to the Harvard Connection.com code.

4     What Facebook is trying to do is have you read this

5     THE COURT: Well wait a minute, where is, you know

6 you folks are bringing up things--

7     MR. WOLFSON: Sorry.

8     THE COURT: --about the--

9     MR. WOLFSON: Yes.

10     THE COURT: --that, you know, that I assumed was you

11 had received and you're saying you haven't received and is

12 there an issue with respect to what you just mentioned? Just

13 sit down, please. You'll get a chance. Go ahead.

14     MR. WOLFSON: Yes, Your Honor. We have requested

15 code going back to February 2004. We now actually have code

16 from January 2004. We requested code from Facebook that was

17 Mark Zuckerberg's process leading up to Facebook, the code that

18 he wrote for Harvard Connection in late 2003, early 2004. Your

19 Honor had a September, you know, on September 13th order asking

20 them to locate relevant code--

21     THE COURT: Right.

22     MR. WOLFSON: --among others was early facebook.com

23 code as well as literally a Harvard Connection code that

24 Zuckerberg worked on. That I believe is almost a direct quote,

25 Your Honor. This is the code that we are looking for so we can

1  actually make this line-by-line comparison that the defendants
2  are requesting.
3          Now that we have late January 2004 facebook.com code
4  this is finally a point where we can actually make a
5  comparison.  If you look at the motion, Your Honor, the actual
6  motion itself, it asks for this.  It asks for line-by-line
7  comparisons of code and asks for the facts which we will assert
8  the copyright infringement.
9          THE COURT:  So what are you saying, you don't
10 necessarily object to this motion, you just wanted some more
11 time to do it?  Is that what you're saying?
12         MR. WOLFSON:  Your Honor, I have no problem
13 representing that once we actually make this comparison we will
14 certainly supplement.
15         THE COURT:  Well when will that be?
16         MR. WOLFSON:  Well our expert is currently finishing
17 up with the imaging protocol as we speak.  Facebook defendants
18 granted him an extra week.  We could get it to him as soon as
19 that is done.  And I assume that that will be, that will start
20 in December and we would have to talk with him about their
21 holiday schedule but I assume early 2008, January, February,
22 Your Honor.
23          THE COURT:  All right, Mr. Chatterjee what's your
24 response to that?
25         MR. CHATTERJEE:  Your Honor, there's two responses

1  that I have to that.  The first point that I want to make is
2  this code that Mr. Wolfson is referring to is code that we
3  found and we produced last week, one week after having located
4  it.  Now, they agreed to supplement months before that.  They
5  obviously had something in mind as to what their basis was.
6  That's the first point.  The second point I'll make is that
7  they have asserted--
8         THE COURT:  Well, it could very well be that their
9  supplementation would be very different once they've done this
10 comparison that they're talking about.  So, I mean my question
11 is is there any reason why I shouldn't just allow this motion
12 and order that it be, you know, that it be produced January 15th
13 or something of that sort?
14         MR. CHATTERJEE:  That would be fine, Your Honor.  I
15 want to enforce the agreement and I want to know what their
16 basis is.
17         THE COURT:  Enforce what agreement?
18         MR. CHATTERJEE:  Enforce the agreement that they
19 would actually supplement which they have run away from.
20         THE COURT:  Well, now there's going to be an order
21 that they supplement by a certain date in January so.
22         MR. CHATTERJEE:  Okay.
23         THE COURT:  The agreement then is sort of
24 transmogrified into an order.  Is that all right?
25         MR. CHATTERJEE:  I understand, Your Honor, and yes.

1     I, Maryann V. Young, court approved transcriber, certify
2 that the foregoing is a correct transcript from the official
3 digital sound recording of the proceedings in the
4 above-entitled matter.
5
6 /s/ Maryann V. Young					January 3, 2008