# EXHIBIT 10

EXHIBIT 65
ATTS 101507

Subject: ConnectU
From: David Tufts <dave@imarc.net>
Date: Wed, 22 Jun 2005 11:51:17 -0400
To: Partners iMarc <partners@imarc.net>

*****************************
My personal rant
*****************************

This is a waste of our time. Since there's little chance of future projects with, we'll be spend at least 2+ developer days with no return other than a little cash.

We have repeatedly supplied ConnectU with source code in the past. In fact, they had access to THEIR OWN server to copy all the code as it was developed.

ConnectU came to us with a specification and design for HarvardConnection.com, which did not look or act anything like Facebook. In April, Facebook was already HUGELY popular. 90% of the direction we received from ConnectU was: "copy Facebook", and ignore the Harvardconnection spec and design. In fact, for some sections, like 'Groups', our ONLY instructions were "go to Facebook; figure out what they are doing; add it to our site.". Does their lawyer want to see my email archive?

...rant over - here's what we can and can not do regarding the lawyer's request:

*****************************
What we can do in 40 hours
*****************************

It will take iMarc 40 hours to recreate the website ConnectU.com as it was on May 26 2004*. This recreated website will be functional and accessible online. iMarc will also supply ConnectU with a CD-ROM of all source code used on May 26, 2004.

iMarc will host the recreated website for one month.

*The lawyer's letter references May 21, 2004. iMarc's snapshot backup is from May 26, 2004.

*****************************
What we can NOT do in 40 hours
*****************************

The lawyer's letter requests:

(1) supply "printout of the source code" from the site as it appeared on May 21, 2004

iMarc can not do this as part of the 40 hours quoted above. Instead, we will supply ConnectU with a CD-ROM of ALL source code from May 26, 2004. ConnectU can print out whatever they want.

There are hundred's of pages of code. Supplying printouts of every page of code, will take an additional 40 hours, plus fees.

(2) supply "printouts of screen shots" from the site as it appeared on May 21, 2005.

iMarc can not do this as part of the 40 hours quoted above. By recreating and hosting the site, ConnectU will be able to take screenshots and printout any page they like.

Supplying printouts of every page will take an additional 40 hours, plus fees.

(3) supply "both the source code and screen shots (or a "live" website) on CD-ROM"

As stated above, iMarc will prove all source code on CD-ROM and host that source code on the Internet for one month. ConnectU will be free to visit the hosted site and take screenshot and/or print pages.

After one month, ConnectU can request to extend iMarc's hosting of the recreated "live" web site, or copy the source code from the supplied CD-ROM to a Unix web server running MySQL, Apache, PHP.

- Dave