# EXHIBIT 11

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Certified C

CONNECTU, INC., CAMERON
WINKLEVOSS, TYLER WINKLEVOSS,
AND DIVYA NARENDRA,

     Plaintiffs,

     vs.          NO.  1:07-CV-10593-DPW

FACEBOOK, INC., MARK
ZUCKERBERG, EDUARDO SAVERIN,
DUSTIN MASKOVITZ, ANDREW
MCCOLLUM AND FACEBOOK, LLC,
        Defendants.

--------------------------------/

---oOo---

VIDEOTAPED DEPOSITION OF

JOE JACKSON

Thursday, September 27, 2007

(Pages 1 - 178)

---oOo---

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California   94105
Phone: (415) 321-2311
Fax: (415) 321-2301

Reported by:
KATHLEEN A. WILKINS, CSR, RPR, CRR
CSR No. 10068

1   BE IT REMEMBERED that on Thursday, September 27,

2   2007, commencing at the hour of 10:35 a.m. thereof,

3   at 405 Howard Street, San Francisco, California,

4   before me, KATHLEEN A. WILKINS, RPR, CRR, a

5   Certified Shorthand Reporter in and for the State of

6   California, personally appeared

7                    JOE JACKSON,

8   called as a witness by the defendants herein, who,

9   being by me first duly sworn, was thereupon examined

10  and testified as hereinafter set forth.

11                   ---oOo---

12  Appearing as counsel on behalf of Plaintiff Connectu:

13      MARGARET A. ESQUENET, Esq.
        FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
14      901 New York Avenue, NW
        Washington, DC  20001-4414
15      Telephone:  (202) 408-4000
        Fax: (202) 408-4400
16      Margaret.esquenet@finnegan.com

17

18  Appearing as counsel on behalf of Defendants
    Facebook, Inc.; Mark Zuckerberg; Dustin Moskovitz;
19  Andrew McCollum and Facebook, LLP:

20

21      MONTE COOPER, Esq.
        ORRICK, HERRINGTON & SUTCLIFFE, LLP
22      1000 Marsh Road
        Menlo Park, California  94025
23      Telephone:  (650) 614-7400
        Fax: (650) 614-7401

24      Mcooper@orrick.com

25

1              APPEARANCES (Continued)

2    Appearing as counsel on behalf of Defendant Eduardo
     Saverin:

3
         NATHAN SHAFROTH, Esq.
4        HELLER, EHRMAN LLP
         333 Bush Street
5        San Francisco, California  94104
         Telephone:  (415) 772-6182
6        Fax: (415) 772-6266

7        Nathan.shafroth@hellerehrman.com

8

9

10   Appearing as counsel on behalf of witness

11       Lorraine Ocheltree, Esq.

12       Duane Morris, LLP

13       One Market, Spear Tower Suite 2000

14       San Francisco, Ca 94105

15       Telephone: (415) 957-3234

16       Fax: (415) 957-3001

17       LPOcheltree@duanemorris.com

18

19   Also appearing as counsel on behalf of ConnectU

20       Emily Kalanithi, Esq.

21       Quinn Emanuel Urquhart Oliver & Hedges

22       50 California Street, 22nd Floor

23       San Francisco, Ca 94111

24       Telephone: (415) 875-6600 Fax:(415) 875-6700

25       emilykalanithi@quinnemanuel.com

1    SEPTEMBER 27, 2007                    10:36 A.M.

2                  P R O C E E D I N G S

3           THE VIDEOGRAPHER:  This begins the

4    videotaped deposition of Joe Jackson, Tape 1, Volume

5    1, in the matter of ConnectU, Incorporated, et al.

6    versus Facebook, Incorporated, et al., as filed in

7    the United States District Court for the District of

8    Massachusetts, Civil Action No. 1:07-CV-10593 DPW.

9           Today's date is September 27, 2007.  The

10   time on the video monitor is 10:35.  The video

11   operator today is James Terrell, representing

12   LiveNote World Service, located at 221 Main Street,

13   Suite 1250, San Francisco, California, 94105.  The

14   phone number is (415) 321-2300.

15          The court reporter is Kathleen Wilkins

16   with Sheila Chase & Associates, reporting on behalf

17   of LiveNote World Service.  Today's deposition is

18   being taken on behalf of defendants and is taking

19   place at 405 Howard Street in San Francisco,

20   California.

21          And if counsel will now please introduce

22   yourselves and state whom you represent.

23          MR. COOPER:  This is Monte Cooper of the

24   law firm Orrick, Herrington & Sutcliffe.  I

25   represent all defendants in this action except for

1    Eduardo Saverin, and that can be classified as the

2    "Facebook defendants."

3              MR. SHAFROTH:  I'm Nathan Shafroth from

4    Heller, Ehrman, LLP.  We represent defendant

5    Saverin.

6              MS. KALANITHI:  Emily Kalanithi from Quinn

7    Emanuel Urquhart Oliver & Hedges representing

8    plaintiff ConnectU.

9              MS. ESQUENET:  Margaret Esquenet,

10   Finnegan, Henderson, Farabow, Garrett & Dunner

11   representing plaintiffs ConnectU, Inc., Cameron and

12   Tyler Winklevoss and Divya Narendra.

13             MS. OCHELTREE:  Lorraine Ocheltree of

14   Duane Morris representing the witness, Joe Jackson.

15             THE VIDEOGRAPHER:  Thank you.

16             You may swear the witness and begin.

17                  JOE JACKSON,

18             having been duly sworn,

19         was examined and testified as follows:

20                   --oOo--

21             EXAMINATION BY MR. COOPER

22             MR. COOPER:  Q.  Mr. Jackson, have you

23   ever had your deposition taken before today?

24        A.   No.

25        Q.   Okay.  I'm sure your counsel probably has

1    Q.   Were you already familiar with Mr. Gao

2    then by the time you were asked to work on Harvard

3    Connection?

4    A.   Yes.

5    Q.   And that was because either he was in

6    Pforzheimer House or because you knew him from CS

7    courses?

8    A.   Yes.

9    Q.   Okay.  What was the context in which you

10   were approached by Mr. Gao to do work on Harvard

11   Connection?

12   A.   I don't remember.

13   Q.   All right.  Do you know if it was in early

14   fall of 2003 or late fall?

15   A.   I don't remember the specific date.

16   Q.   But it was definitely after the fall term

17   had started?

18   A.   Yes.

19   Q.   All right.  When at Harvard does that

20   typically begin?

21   A.   Beginning of September.

22   Q.   All right.  In your fall 2003 year, do you

23   have any recollection if Mr. Gao was in any of your

24   computer science courses at that time?

25   A.   I don't remember.

1      Q.    All right.  Do you recall if Mr. Gao

2   asked -- or at the time Mr. Gao approached you to

3   work on Harvard Connection, was any coding already

4   accomplished on that project?

5      A.    Yes.

6      Q.    All right.  Can you give me, to the best

7   of your recollection, a general overview of what the

8   site was like at the time you were asked to help

9   with it?

10     A.    I -- can you be more specific?

11     Q.    Well, to the best of your recollection,

12  what was Harvard Connection?

13     A.    It was a web site where students would

14  create profiles for themselves.

15     Q.    Was there a dating component to the site?

16     A.    Yes.

17     Q.    All right.  What was the dating component?

18     A.    A user would create a profile that

19  contained personal information, and that profile

20  would be searchable in a directory.

21     Q.    Now, since you say the students would

22  create a profile on the site, that would be an

23  example of a client application, correct?

24     A.    Creating a profile actually --

25     Q.    Well, if a user is to enter profile

1    information, some information must be prevented --

2    presented to the users through a user interface,

3    correct?

4    A.    Yes.

5    Q.    The presentation of a user interface is a

6    browser function, correct?

7    A.    Yes.

8    Q.    That would be an example of what we were

9    describing earlier as a front end function, correct?

10    A.    Yes.

11    Q.    And then you said they would enter

12    information into the database field -- or into the

13    profile, information presented to the user?

14    A.    Yes.

15    Q.    All right.  And that information then

16    would be placed into a database?

17    A.    Yes.

18    Q.    And the database, that would be -- the

19    scripting that would present that information to the

20    database would be a back end function, correct?

21    A.    Yes.

22    Q.    All right.  At the time you first

23    joined -- or were first told about Harvard

24    Connection, had the database been created?

25    A.    I -- I don't -- I don't remember.

1        Q.   Did you do any of the coding of the -- or

2   did you do any back end coding yourself?

3        A.   Yes.

4        Q.   All right.   Of the Harvard Connection?

5        A.   Yes.

6        Q.   All right.   Did you help create any of the

7   database fields?

8        A.   Yes.

9        Q.   All right.   And that would be helping

10  establish the database schema, correct?

11       A.   Yes.

12       Q.   And were those fields associated with

13  dating functions?

14       A.   Yes.

15       Q.   And that -- by that I mean like, say,

16  physical attributes?

17       A.   Yes.

18       Q.   Would it include, like -- did the fields

19  include information like hair color, eye color, et

20  cetera?

21       A.   Yes.

22       Q.   All right.   These fields, were they

23  designed to present information about -- that would

24  be useful in a dating context about Harvard

25  students?

1        A.    Yes.

2        Q.    Did you help create any of the front end

3    functions to help create the user interface that was

4    presented to the student?

5        A.    Yes.

6        Q.    All right.  Can you tell me what

7    functions, to the best of your recollection, you

8    worked on?  Front end first.

9        A.    Profile entry.

10        Q.    Okay.

11        A.    And I believe I also worked on the

12    searching functionality, the searching interface.

13        Q.    And what would the searching interface be?

14        A.    A way to search for profiles that matched

15    certain attributes.

16        Q.    Okay.  And did you work on any of -- you

17    said you worked on some of the back end scripting

18    too, correct?

19        A.    Yes.

20        Q.    Would that be the back end functions that

21    took the profile information you worked on and put

22    it into the database?

23        A.    Yes.

24        Q.    And were those also the fields you helped

25    create?

1      A.   Yes.

2      Q.   In the schema?

3      A.   Yes.

4      Q.   Okay.  How long did you work on Harvard

5    Connection?

6      A.   I don't remember exactly.

7      Q.   Did you work into your second term of your

8    junior year?

9      A.   No.

10     Q.   So it was sometime beginning in the fall

11   and sometime ended before the second term, correct?

12     A.   Yes.

13     Q.   And second term at Harvard actually begins

14   in January; is that correct?

15     A.   Usually end of January or beginning of

16   February.

17     Q.   Because Harvard is one of the few schools

18   in the -- the Christmas break is not the end of the

19   term, correct?

20     A.   Yes.

21     Q.   Do you know if you stopped before

22   Christmas, though, of 2003?

23     A.   Yes.

24     Q.   Okay.  Were you paid for your work?

25     A.   Yes.

1       Q.    All right.  Can you recall approximately
2   how much you were paid?
3       A.    I would say it was more than $100 and less
4   than $500, but I don't remember exactly.
5       Q.    How -- how was it determined what you
6   would be paid?
7       A.    I don't -- I think we agreed up front a
8   dollar amount for the work that I was asked to do.
9       Q.    By that you mean like an hourly rate or a
10  flat fee?
11      A.    I don't remember if we -- which it was.
12      Q.    Did you have an understanding whether or
13  not you were a partner?
14      A.    I -- no.  I didn't believe I was a
15  partner.
16      Q.    By that I mean a partner of the people
17  creating the Harvard Connection web site.
18      A.    You mean like a part owner?
19      Q.    Yeah.
20      A.    No.  I didn't -- I didn't think I was a
21  part owner.
22      Q.    Were you ever asked to be?
23      A.    I don't -- I don't think so.
24      Q.    Okay.  To the best of your recollection,
25  it was Victor Gao who approached you initially,

1    dorm room in the evening, I thought I understood.

2         A.    I don't remember what time of day it was.

3         Q.    That's the -- here there was an indication

4    Victor wanted whatever meeting was described in

5    these e-mails as occurring at 1:30 p.m.

6         A.    Yes.

7         Q.    You don't have -- do you have any

8    recollection whether there was one or more meetings?

9         A.    No.  I just had one meeting with Nathan.

10   I don't know if there were others or not.

11        Q.    All right.  The reason I ask is because if

12   you look right below it, Cameron's original idea was

13   to meet in Pforzheimer dining hall?

14        A.    Yes.

15        Q.    But you say you recall meeting in a -- in

16   a dorm room?

17        A.    Yeah.  I do remember meeting in a dorm

18   room.

19        Q.    All right.  Did you ever recall meeting in

20   the cafeteria?

21        A.    I remember -- I mean, I recall meeting in

22   the cafeteria with Cameron and Tyler, but I don't

23   remember whether Nate was there or not.

24        Q.    But you did have meetings with Cameron,

25   Tyler, and possibly Divya in the dorm room at some

1  point to discuss Harvard Connection?

2      A.   Yes.

3      Q.   And there was no concern about whether or

4  not other students were also in the dorm or in the

5  dining room?

6      A.   In the dining hall?  No, not that I

7  remember.

8      Q.   As you said, you testified earlier, you

9  were encouraged to tell people about the site?

10     A.   Yes.

11     Q.   Are you familiar with what a social

12  network is?

13     A.   Yes.

14     Q.   Did you consider Harvard Connection to be

15  a social network?

16     A.   I -- well, there's really no -- I mean, to

17  me a social network requires that there -- there

18  be -- there's connections between people.  In order

19  for it to be a network, there must be, you know,

20  connections.  And Harvard Connection actually didn't

21  have a mechanism to connect with other people.

22          So you could search through a database of

23  profiles, but you couldn't connect with -- with a --

24  I mean, you could -- we had ways to do, like,

25  messaging and stuff, apparently.  And, again, I

1    don't remember how we handled the e-mail privacy.

2    But there was no -- at least when I worked on it,

3    there was no way to really connect with somebody

4    else and -- yeah. So ...

5         Q.   Was there any consideration of a network

6    to -- was there any consideration of allowing the

7    user to list friends or friends of friends?

8         A.   I -- I don't remember that. I mean, it

9    was very focused on -- on dating. So it wasn't --

10   the focus wasn't on friendship.

11        Q.   When you worked on -- on the -- on the

12   code, was there even any function to input friends

13   into a profile?

14        A.   No.

15        Q.   All right. So that actually wasn't even a

16   field amongst the many fields that existed in the

17   database?

18        A.   Right.

19        Q.   Okay. Now, you say that -- that you all

20   would work on Harvard Connection in the Harvard

21   Connection lab?

22        A.   In the Harvard --

23        Q.   Computer -- I'm sorry. Harvard computer

24   science lab?

25        A.   Yes.

1      Q.   Would you characterize the Harvard

2 computer science lab as private?

3      A.   Well, I -- the Harvard computer science

4 lab was really a section of the -- of a much bigger

5 computer lab that was not just specifically for use

6 by computer science students.

7           So -- so anybody could -- you know, who

8 had a log-in.  So anybody who was a student or

9 faculty of Harvard could use the computer lab.

10     Q.   Would you -- would anybody who worked in

11 the lab be able to see what you were working on?

12     A.   Yes.

13     Q.   Was it common to have students come over

14 and see what you were programming?

15     A.   Yeah.  I mean, in the -- especially in the

16 area where the computer science students worked,

17 there's always a lot of discussion and

18 collaboration.

19     Q.   Did that include while you were working on

20 Harvard Connection?

21     A.   Yeah.  I believe so, yes.

22     Q.   All right.  So to the best of your

23 recollection, other students in the computer science

24 lab behaved as they frequently did and were

25 observing your work on Harvard Connection?

1          Q.    Were you ever a member yourself?

2          A.    No.

3          Q.    All right.  If you look on page 2, there's

4     a proposal.

5          A.    Yes.

6          Q.    And it's a school-wide online Facebook

7     proposal by A. Stillman, correct?

8          A.    Yes.

9          Q.    And then it actually says it's -- it's

10    presented by Andrew Stillman?

11         A.    Yes.

12         Q.    This is your roommate, correct?

13         A.    He was my roommate senior year.  After all

14    of this, yeah.

15         Q.    And to clarify, you had three roommates,

16    as I understood it, your junior year?

17         A.    Yes.

18         Q.    They all knew about Harvard Connection?

19         A.    Yes.  I definitely mentioned it to all of

20    them.

21         Q.    What was the first time you heard about

22    the online Facebook proposal?

23         A.    I probably read about it in the Crimson.

24         Q.    So it wasn't from your own involvement

25    with HASCS?

1    A.    I don't -- I don't think so.

2    Q.    Would you take just a quick minute to look

3  at the online Facebook proposal and tell me if it

4  sounds like the proposal as you recalled it when you

5  first heard about it?

6    A.    Yeah.   I don't -- yeah, I don't remember

7  the details of the proposal, but this is -- this

8  pretty accurately describes the online Facebook that

9  was eventually launched.

10    Q.    Okay.   When you say "eventually launched,"

11  when -- when was the online Facebook eventually

12  launched?

13    A.    After -- after Facebook -- after

14  facebook.com.   But I don't remember what date.

15    Q.    All right.   So you're aware that at some

16  point the web site facebook.com launched?

17    A.    Yes.

18    Q.    And then at some later point the online

19  facebook at Harvard launched?

20    A.    The official Harvard dorm, yeah.

21    Q.    When did you first become aware of the

22  www.Facebook web site?

23    A.    Pretty much as soon as it launched.

24  Everyone was signing up on campus.

25    Q.    Did that include you?

1      A.    Yep.  Yes.

2      Q.    Did you consider it to be similar to the

3  Harvard Connection site you had worked on?

4      A.    I don't remember thinking that.  No.  I

5  thought it was similar to Friendster.

6      Q.    Why did you think it was similar to

7  Friendster?

8      A.    I was also a member of Friendster, and

9  it -- I mean, the interface was very, very similar.

10     Q.    Friendster allows you to identify friends,

11  correct?

12     A.    Yes.

13     Q.    And it also gives minimal information like

14  new messages, correct?

15     A.    I think -- I believe so.

16     Q.    And e-mail, if you permit the person to

17  become a friend?

18     A.    Yeah.  I believe so.

19     Q.    All right.  Were those the similar types

20  of features you saw in Facebook when it launched?

21     A.    You could definitely say who your friends

22  were.  You could indicate who your friends were.  I

23  don't remember how they handled the display of

24  e-mail addresses and messaging and stuff like that.

25     Q.    But to your mind, Facebook looked more

1   like Friendster than Harvard Connection?

2        A.   Yeah.  Yeah.  I mean, at least Harvard

3   Connection as it was when I was working on it, yes.

4        Q.   All right.  And you were working on it as

5   late as October 2003?

6        A.   Yes.

7        Q.   Okay.  Just very quickly some sites I

8   wanted to know if you were aware of.

9             Have you ever heard of harvardparties.com?

10       A.   Yes.  I've heard of that one.

11       Q.   Did you ever go to the site?

12       A.   Yes.

13       Q.   And could you describe it?

14       A.   I only vaguely remember it, but I think it

15  had a list of parties that were happening --

16  happening on campus, and it was always updated.  It

17  was like a party calendar, basically.

18       Q.   Did it have a link to the Harvard

19  facebooks?

20       A.   I don't -- I don't remember.

21       Q.   All right.  Did you know Darren Morris?

22       A.   No.

23       Q.   Or Zachary Corker?

24       A.   Yeah.  I know Zac Corker.

25       Q.   Were you aware if he was involved with

1    harvardparties.com?

2        A.    Yeah.   Now that you mention that, I

3    think -- I think he was, yeah.

4        Q.    All right.  Was Zachary Corker someone

5    with a CS background?

6        A.    I don't think so.

7        Q.    How did you know him?

8        A.    He was kind of a well known campus figure.

9        Q.    Okay.  Why is that?

10       A.    He was the -- he was appointed -- the

11   president -- or the dean of Harvard created a new

12   appointed position called the Friends Czar because

13   he didn't think that Harvard students had enough

14   fun, and Zac was the Fun Czar after he graduated.

15       Q.    Did you talk with Zac much?

16       A.    Not -- actually, I went skiing -- I went

17   skiing with him this year, but I hadn't really

18   talked to him that much before that.

19       Q.    When you were at Harvard, you didn't know

20   him very well?

21       A.    Not really.

22       Q.    Did you know a Paul Hirsh?

23       A.    No.

24       Q.    All right.  Did you consider

25   harvardparties.com to be a social network?

CERTIFICATE OF DEPOSITION OFFICER

1  CERTIFICATE OF DEPOSITION OFFICER

2      I, KATHLEEN A. WILKINS, RPR, CSR NO. 10068,

3  duly authorized to administer oaths pursuant to

4  Section 8211 of the California Code of Civil

5  Procedure, hereby certify that the witness in the

6  foregoing deposition was by me sworn to testify to

7  the truth, the whole truth and nothing but the truth

8  in the within-entitled cause; that said deposition

9  was taken at the time and place therein stated; that

10 the testimony of said witness was reported by me and

11 was thereafter transcribed by me or under my

12 direction by means of computer-aided

13 transcription; that the foregoing is a full,

14 complete and true record of said testimony; and that

15 the witness was given an opportunity to read and

16 correct said deposition and to subscribe same.

17     I further certify that I am not of counsel or

18 attorney for either or any of the parties in the

19 foregoing deposition and caption named, nor in any

20 way interested in the outcome of the cause named in

21 said caption.

22     IN WITNESS WHEREOF, I have hereunto subscribed

23 by my hand this 2nd day of October, 2007.

24     _Kathleen Wilkins_____
        KATHLEEN A. WILKINS, RPR, CSR NO. 10068
25