UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, <br><br> Defendants. | 1:07-CV-10593 (DPW) <br><br> Related Action: Civil Action No. 04-CV-11923 (DPW) <br><br><br> District Judge Douglas P. Woodlock <br><br> Magistrate Judge Robert B. Collings |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits, or attachments listed below have been manually filed, under seal, with the Court and are available in paper form only.

1.  Plaintiffs' (I) Notice of Motion and Memorandum of Law to File Supplemental Authority in Opposition to Defendants' Motion for Summary Judgment; and (II) Renewed Rule 56(F) Motion; and

2.  Declaration of Adam B. Wolfson.

DATED: February 13, 2008

                /s/ Daniel P. Tighe
                Daniel P. Tighe (BBO # 556583)
                Scott McConchie (BBO # 634127)
                GRIESINGER, TIGHE, & MAFFEI, L.L.P.
                176 Federal Street
                Boston, MA 02110
                T: (617) 542-9900
                F: (617) 542-0900

                Attorneys for Plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss and Divya Narendra

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 13, 2008.

/s/ Daniel P. Tighe
Daniel P. Tighe