IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**ASSENTED-TO AND JOINT MOTION OF PLAINTIFFS AND FACEBOOK DEFENDANTS TO EXTEND TO MARCH 10, 2008 THE TIME FOR FILING OPPOSITIONS TO THE PARTIES' PENDING MOTION FOR SUMMARY JUDGMENT RE COPYRIGHT INFRINGEMENT, MOTION TO FILE SUPPLEMENTAL AUTHORITY, AND RENEWED RULE 56(F) MOTION**

Plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra (collectively Plaintiffs), along with Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, and Facebook, LLC (collectively "the Facebook Defendants"), hereby jointly move pursuant to Local Rule 7.1 to extend the time through and including **March 10, 2008**, in which to file Oppositions to the following Motions:

(1)     Defendant Mark Zuckerberg, Facebook, Inc., Dustin Moskovitz, Andrew McCollum, and TheFacebook LLC's Motion for Summary Judgment on Plaintiffs' Claim of Copyright Infringement (Doc. 176, filed on February 12, 2008) ("Copyright MSJ"); and

(2)     Plaintiffs' (I) Notice of Motion and Memorandum of Law to File Supplemental

Authority in Opposition to Defendants' Motion for Summary Judgment; and (II) Renewed Rule 56(f) Motion (Doc. 180, filed under seal on February 13, 2008) (collectively "the Renewed Rule 56(f) Motion").

Ordinarily, Opposition Briefs to the Copyright MSJ and Renewed Rule 56(f) Motion would be due February 26, 2008 and February 27, 2008, respectively. However, the parties agree that good cause exists for permitting the short extensions to file Oppositions through and including March 10, 2008.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to extend the time through and including March 10, 2008 for Plaintiffs and the Facebook Defendants to file Oppositions to the pending Copyright MSJ and Renewed Rule 56(f) Motion.

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

The undersigned jointly certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion, and that counsel for Plaintiffs and Facebook Defendants have jointly assented to the relief requested by this motion, pursuant to an agreement between the parties.

Dated: February 14, 2008           Respectfully submitted,


                                    /s/ Monte Cooper /s/

                                   Steven M. Bauer
                                   Jeremy P. Oczek
                                   PROSKAUER ROSE, LLP
                                   One International Plaza, 14th Floor
                                   Boston, MA 02110-2600
                                   Telephone:    (617) 526-9600
                                   Facsimile:    (617) 526-9899
                                   sbauer@proskauer.com
                                   joczek@proskauer.com

                                   G. Hopkins Guy, III*
                                   I. Neel Chatterjee*
                                   Monte Cooper*
                                   Theresa A. Sutton*
                                   ORRICK, HERRINGTON & SUTCLIFFE LLP
                                   1000 Marsh Road
                                   Menlo Park, California 94025
                                   Telephone:    (650) 614-7400
                                   Facsimile:    (650) 614-7401
                                   hopguy@orrick.com
                                   nchatterjee@orrick.com
                                   mcooper@orrick.com
                                   tsutton@orrick.com
                                   * Admitted Pro Hac Vice

                                   Attorneys for Defendants Facebook, Inc., Mark
                                   Zuckerberg, Dustin Moskovitz, Andrew
                                   McCollum, and Facebook, LLC


                                    /s/  Peter Calamari  /s/
                                   Peter Calamari (*pro hac vice*)
                                   Richard I. Werder, Jr. (*pro hac vice*)
                                   David E. Azar (*pro hac vice*)
                                   Adam B. Wolfson (*pro hac vice*)
                                   QUINN EMANUEL URQUHART
                                   OLIVER & HEDGES, LLP
                                   51 Madison Avenue
                                   New York, New York 10010-1601
                                   T: (212) 849-7000
                                   F: (212) 849-7100

Daniel P. Tighe (BBO # 556583)
Scott McConchie (BBO # 634127)
GRIESINGER, TIGHE, & MAFFEI, L.L.P.
176 Federal Street
Boston, MA 02110
T: (617) 542-9900
F: (617) 542-0900

Attorneys for Plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss and Divya Narendra

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 14, 2008.

Dated: February 14, 2008.                    Respectfully submitted,

                                             /s/ Monte Cooper /s/