IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and THEFACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING ASSENTED-TO AND JOINT MOTION OF PLAINTIFFS AND FACEBOOK DEFENDANTS TO EXTEND TO MARCH 10, 2008 THE TIME FOR FILING OPPOSITIONS TO THE PARTIES' PENDING MOTION FOR SUMMARY JUDGMENT RE COPYRIGHT INFRINGEMENT, MOTION TO FILE SUPPLEMENTAL AUTHORITY, AND RENEWED RULE 56(F) MOTION**

The matter now before the Court is the "Assented-To and Joint Motion of Plaintiffs and Facebook Defendants to Extend to March 10, 2008 the Time for Filing Oppositions to the Parties' Pending Motion for Summary Judgment Re Copyright Infringement, Motion to File Supplemental Authority, and Renewed Rule 56(f) Motion." Good cause exists to grant the Motion, which the Court notes is jointly assented- to by the parties. Accordingly, in light of such good cause, the Court hereby **GRANTS** the "Assented-To and Joint Motion of Plaintiffs and Facebook Defendants to Extend to March 10, 2008 the Time for Filing Oppositions to the Parties' Pending Motion for Summary Judgment Re Copyright Infringement, Motion to File Supplemental Authority, and Renewed Rule 56(f) Motion."

The Court **ORDERS** that the time for the parties to respond to the following Motions is extended through and including **March 10, 2008:**

(1) Defendant Mark Zuckerberg, Facebook, Inc., Dustin Moskovitz, Andrew McCollum, and TheFacebook LLC's Motion for Summary Judgment on Plaintiffs' Claim of Copyright Infringement (Doc. 176, filed on February 12, 2008) ("Copyright MSJ"); and

(2) Plaintiffs' (I) Notice of Motion and Memorandum of Law to File Supplemental Authority in Opposition to Defendants' Motion for Summary Judgment; and (II) Renewed Rule 56(f) Motion (Doc. 180, filed under seal on February 13, 2008) (collectively "the Renewed Rule 56(f) Motion").

**IT IS SO ORDERED**

Dated: _____, 2008                            _____
                                                              Hon. Douglas P. Woodlock
                                                              United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 14, 2008.

Dated: February 14, 2008.  Respectfully submitted,

/s/ Monte Cooper /s/