NOTICE TO ALL COUNSEL:

Electronic NOTICE re sealed documents: pursuant to Magistrate Judge Collings' Order of 3/27/08 granting Motions 66, 69, 73, 80, 81 and 82 in the above-captioned matter, counsel shall designate the specific documents to be sealed by DOCKET NUMBER AND/ OR EXHIBIT NUMBER on or before 4/7/08.