IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**JOINT NOTICE OF DOCUMENTS TO BE FILED UNDER SEAL**

-1-

Pursuant to the Court's Notice of April 1, 2008, regarding Magistrate Judge Collings' Order of March 27, 2008 granting Motions Nos. 66, 69, 73, 80, 81 and 82 in the above-captioned matter, counsel for the parties provide the following list of documents to be sealed by Docket Number and/or Exhibit Number:

| Dkt No. | Ex. No. | Court Filing Title | Exhibit Description |
|---|---|---|---|
| 66 | | First Amended Complaint | First Amended Complaint |
| 68 | 37 | Declaration of Meredith Schoenfeld in Support of First Amended Complaint | Lists of files on the CD bearing bates number TFB000086 |
| 68 | 40 | Declaration of Meredith Schoenfeld in Support of First Amended Complaint | January 2004 email regarding registration of the thefacebook.com website. |
| 68 | 56A | Declaration of Meredith Schoenfeld in Support of First Amended Complaint | Pages from the Facebook, Inc. Valuation Report as of February 9, 2007, bearing bates numbers FBMA 0000001, FBMA 0000012 and FBMA 0000026. |
| 68 | 63 | Declaration of Meredith Schoenfeld in Support of First Amended Complaint | Table 1: Investments to Present Date bearing bates numbers TFB002234-35 |
| 68 | 67 | Declaration of Meredith Schoenfeld in Support of First Amended Complaint | Table 3: Optionholders by Year bearing bates numbers TFB002347-48 |
| 68 | 78 | Declaration of Meredith Schoenfeld in Support of First Amended Complaint | Page 9 of the Facebook, Inc. Valuation Report of April 27, 2006, bearing bates number FBMA 0000102 |
| 68 | 80 | Declaration of Meredith Schoenfeld in Support of First Amended Complaint | Facemash Online Journal |
| 68 | 81 | Declaration of Meredith Schoenfeld in Support of First Amended Complaint | Email from Howard Winklevoss to Cameron Winklevoss on January 31, 2003 bearing bates numbers C004792-93 |
| 68 | 83 | Declaration of Meredith Schoenfeld in Support of First Amended Complaint | Email from Mark Zuckerberg to Eduardo Saverin on May 7, 2004, bearing bates numbers FACE004433-34 |
| 76 | 67 | Supplemental Declaration of Meredith Schoenfeld in Support of First Amended Complaint | Facebook Inc.'s 2004 and 2005 Stockholders bearing bates number TFB002346 |

OHS West:260416881.1

Dated: April 7, 2008.                    Respectfully submitted,


  /s/ Theresa A. Sutton /s/
I. Neel Chatterjee (*pro hac vice*)
Monte Cooper (*pro hac vice*)
Theresa A. Sutton (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:  (617) 526-9600
Facsimile:  (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

Attorneys for Facebook, Inc., Mark Zuckerberg, Andrew McCollum, Dustin Moskovitz, and TheFacebook LLC

-3-

Respectfully submitted,

/s/ Adam B. Wolfson /s/
Peter Calamari (*pro hac vice*)
Richard I. Werder, Jr. (*pro hac vice*)
Adam B. Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue
New York, New York 10010-1601
T: (212) 849-7000
F: (212) 849-7100

Daniel P. Tighe (BBO # 556583)
Scott McConchie (BBO # 634127)
GRIESINGER, TIGHE, & MAFFEI, L.L.P.
176 Federal Street
Boston, MA 02110
T: (617) 542-9900
F: (617) 542-0900


Attorneys for Plaintiffs
ConnectU, Inc., Cameron Winklevoss, Tyler
Winklevoss and Divya Narendra

# CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 7, 2008.

Dated:  April 7, 2008.                Respectfully submitted,

                                                /s/ Theresa A. Sutton /s/
                                                  Theresa A. Sutton