UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | 1:07-CV-10593 (DPW) |
| Plaintiffs, | Related Action: Civil Action No. 04-CV-11923 (DPW) |
| v. | |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, | District Judge Douglas P. Woodlock |
| | Magistrate Judge Robert B. Collings |
| Defendants. | |

## NOTICE OF ATTORNEYS' LIEN

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT by virtue of a written contract and the provisions of Mass. Gen. Laws ch. 221, § 50, Quinn Emanuel Urquhart Oliver & Hedges ("QEUO&H") has a lien over the claims and causes of action of, and any judgment, settlement or other recovery paid to, plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss and Divya Narendra, or any of them, or their successors or assigns (collectively "Plaintiffs") in Civil Action No. 07-CV-10593 (DPW) (D. Mass.) for the purpose of securing payment of attorneys' fees, costs and expenses to QEUO&H on account of its representation of Plaintiffs.

1

Dated: April 23, 2008

                                        Respectfully submitted,

                                        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                        /s/ Adam B. Wolfson
                                        Richard I. Werder, Jr. (*pro hac vice*)
                                        Peter Calamari (*pro hac vice*)
                                        David E. Azar (*pro hac vice*)
                                        Adam B. Wolfson (*pro hac vice*)
                                        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
                                        51 Madison Avenue, 22nd Floor
                                        New York, New York 10010

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to (a) those indicated as non-registered participants, and (b) Plaintiffs on April __, 2008.

/s/ Andrew Curran
_____
Andrew Curran