UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>            Plaintiffs,<br><br>      v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC,<br><br>            Defendants. | 1:07-CV-10593 (DPW)<br><br>Related Action: Civil Action No. 04-CV-11923 (DPW)<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings |

## **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE THAT, pursuant to the United State District Court for the District of Massachusetts Local Rule 83.5.2(c), Quinn Emanuel Urquhart Oliver & Hedges ("QEUO&H") hereby withdraws as counsel of record for plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra ("Plaintiffs") in Civil Action No. 07-CV-10593 (DPW) (D. Mass.).

      QEUO&H represents that its withdrawal is made for the following reasons: (1) Plaintiffs have terminated QEUO&H as counsel of record; (2) this notice is preceded by notices of appearance by other counsel pursuant to Local Rule 83.5.2(c), including attorneys at the law firms of Griesinger, Tighe & Maffei, LLP and Finnegan, Henderson, Farabow, Garrett &

1

Dunner, LLP; (3) there are no motions pending before the Court; (4) no trial date has been set; and (5) no hearings or conferences are scheduled, and no reports, oral or written, are due.

Dated: April 23, 2008

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


/s/ Adam B. Wolfson
Richard I. Werder, Jr. (*pro hac vice*)
Peter E. Calamari (*pro hac vice*)
David E. Azar (*pro hac vice*)
Renee Bea (*pro hac vice*)
Adam B. Wolfson (*pro hac vice*)
Sarah Hartley (*pro hac vice*)
Anastasia B. Fernands (BBO # 633131)
QUINN EMANUEL URQUHART OLIVER &
    HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010