## Certificate of Service

I hereby certify that the document listed below was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 24, 2008.

    1.      Notice of Withdrawal as Counsel of Record (Dkt. 186)

DATED: April 23, 2008

                                                  /s/ Adam B. Wolfson
                                                  Adam B. Wolfson (*pro hac vice*)