IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

## ASSENTED TO MOTION TO SEAL
## CONFIDENTIAL NOTICE

Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, and TheFacebook, LLC hereby move to file under seal a Confidential Notice pursuant to the Stipulated Protective Order entered between the parties in the previous related case, *ConnectU v. Zuckerberg et al.*, Case No. 1:04-cv-11923-DPW.

On April 23, 2008, Facebook and Zuckerberg filed, in *Facebook, Inc. and Mark Zuckerberg v. ConnectU, Inc., et al*, Case No. 5:07-cv-01389 (RS), currently pending in the Northern District of California, a Confidential Motion that includes commercially sensitive information about the parties. The parties have agreed to keep this information confidential, consistent with the provisions of the Stipulated Protective Order. Thus, this motion is necessary to comply with that Order.

-1-

Dockets.Justia.com

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Counsel for Facebook Defendants certifies that pursuant to Local Rule 7.1, the parties

have conferred regarding motions to seal, and counsel for the Plaintiffs consent to such motions.

Dated:  April 24, 2008                                Respectfully submitted,


  /s/ Theresa A. Sutton /s/
G. Hopkins Guy, III*
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    (650) 614-7400
Facsimile:     (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:    (617) 526-9600
Facsimile:     (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

* Admitted Pro Hac Vice

OHS West:260427756.1

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 24, 2008.

Dated:  April 24, 2008.                              Respectfully submitted,

                                                   /s/ Theresa A. Sutton /s/
                                                   Theresa A. Sutton