IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**PROOF OF SERVICE**

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **April 24, 2008**, I delivered to the below listed individuals the following document(s):

1. **CONFIDENTIAL NOTICE OF FILING OF MOTION (Document Submitted Under Seal)**

|   | |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on **April 24, 2008**. |
|   | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on **April 24, 2008**. |
|   | By causing personal delivery by WESTERN MESSENGER of the document(s) listed above to the person(s) at the address(es) set forth below. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

### ATTORNEYS FOR PLAINTIFF CONNECTU

**John F. Hornick, Esq,**
**Meredith H. Schoenfeld, Esq.**
**Margaret A. Esquenet, Esq.**
**Daniel P. Kaufman, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave.
Washington, D.C. 20001
Telephone: (202) 408-4000
**Facsimile: (202) 408-4400**
Email: john.hornick@finnegan.com
      meredith.schoenfeld@finnegan.com
      margaret.esquenet@finnegan.com
      daniel.kaufman@finnegan.com

**Daniel P. Tighe, Esq.**
**Scott McConchie, Esq.**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
**Facsimile: (617) 542-0900**
Email: dtighe@gtmllp.com
      sm@gtmllp.com

## ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN

**Robert B. Hawk, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
**Facsimile: (650) 324-0638**
Email: robert.hawk@hellerehrman.com

**Bhanu Sadasivan**, Esq.
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7169
**Facsimile: (650) 324-6074**
Email: bhanu.sadasivan@hellerehrman.com

**Daniel K. Hampton, Esq.**
**Gordon P. Katz, Esq.**
Holland & Knight, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone: (617) 523-2700
**Facsimile: (617) 523-6850**
Email: dan.hampton@hklaw.com
       gordon.katz@hklaw.com

**Annette Hurst, Esq.**
**Nathan E Shafroth, Esq.**
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
**Facsimile: (415) 772-6268**
Email: annette.hurst@hellerhrman.com
       nathan.shafroth@hellerehrman.com

Executed on **April 24, 2008**, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

_____
Abby Ako Nai

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



Ship Date: 24APR08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

SHIP TO: (650)324-7169          BILL SENDER

**Robert B. Hawk/ Bhanu Sadasivan
Heller Ehrman LLP
275 Middlefield Road**

**Menlo Park, CA 94025**

Ref # 0016069-000004/006399
Invoice #
PO #
Dept #



TRK# 7984 2784 7381
0201

FRI - 25APR    A2
**STANDARD OVERNIGHT**
DSR

94025
CA-US
SFO

# WA HGTA



**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS 126767/21/24

SHIP TO: (415)772-6000　　　　　BILL SENDER
**Annette Hurst/ Nathan E. Shafroth
Heller Ehrman, LLP
333 Bush Street**

**San Francisco, CA 94104**

Ship Date: 24APR08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 7984 2784 2287　　　FRI - 25APR　　A1
0201　　　　　　　　　　　STANDARD OVERNIGHT
　　　　　　　　　　　　　DSR

　　　　　　　　　　　　　　　　94104
**WA APCA**　　　　　　　　CA-US
　　　　　　　　　　　　　　　　SFO



- - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible - - - -

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS 120707/21/24

Ship Date: 24APR08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (617)523-2700  BILL SENDER
**Daniel K. Hampton/ Gordon P. Katz
Holland & Knight, LLP
10 Saint James Ave
Fl 11
Boston, MA 021163813**

Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 7910 5284 3039
0201

FRI - 25APR  A1
**STANDARD OVERNIGHT**
DSR

02116
MA-US
BOS



XH GBRA

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS 128707/21/24

SHIP TO: (617)542-9900     **BILL SENDER**

**Daniel P. Tighe/ Scott McConchie
Griesinger, Tighe & Maffei LLP
176 Federal St**

**Boston, MA 021102214**

Ship Date: 24APR08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref #     0016069-002001/006399
Invoice #
PO #
Dept #



TRK# 0201    7909 9253 0113

FRI - 25APR     A1
**STANDARD OVERNIGHT**
DSR

02110
MA-US
BOS

**XH LWMA**

---

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS120707/21/24

SHIP TO: (202)408-4000    BILL SENDER
**John Hornick/ Meredith Schoenfeld
Finnegan, Henderson, Farabow, et al
901 New York Ave NW**

**Washington, DC 200014432**



Ship Date: 24APR08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 7910 5286 5570
0201

FRI - 25APR    A1
**STANDARD OVERNIGHT**
DSR

20001
DC-US
IAD

**XC TSGA**



-- -- -- FOLD on this line and place in shipping pouch with **bar code and delivery address** visible -- -- --

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.