IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

### ORDER GRANTING ASSENTED TO MOTION TO SEAL CONFIDENTIAL NOTICE

Having considered Facebook Defendants' Motion to Seal Confidential Notice, this Court orders as follows:

Facebook Defendants' Motion to Seal is hereby GRANTED.

**IT IS SO ORDERED**

Dated: *April 25*, 2008

_____
Hon. Douglas P. Woodlock

-1-

OHS West:260427761.1