**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:07-cv-10593 |
| ) | (DPW) |
| v. ) | |
| ) | Related Action 1:04-cv-11923 |
| FACEBOOK, INC., MARK ZUCKERBERG, ) | (DPW) |
| EDUARDO SAVERIN, DUSTIN ) | |
| MOSKOVITZ, ANDREW MCCOLLUM, ) | |
| CHRISTOPHER HUGHES, AND ) | |
| THEFACEBOOK LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

- ConnectU's Emergency Motion For Expedited Hearing And In Camera Examination Of Documents And Of The Expert Parmet, In Regard To September 13, 2007 Order

- Declaration Of Meredith H. Schoenfeld In Support Of ConnectU's Emergency Motion For Expedited Hearing And In Camera Examination Of Documents And Of The Expert Parmet, In Regard To September 13, 2007 Order And Attached Exhibits 1-10.

- Declaration Of John F. Hornick In Support Of ConnectU's Emergency Motion For Expedited Hearing And In Camera Examination Of Documents And Of The Expert Parmet, In Regard To September 13, 2007 Order

The original documents are maintained in the case file in the Clerk's office.

Respectfully submitted,

DATED: May 20, 2008

/s/ John F. Hornick _____
John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GREISINGER, TIGHE, and
 MAFFEI, L.L.P.
Boston, MA 02110
Telephone: (617) 452-9900
Facsimile: (617) 452-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Attorneys for Plaintiff and Counterclaim Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 20, 2008.

/s/ John F. Hornick  
John F. Hornick