Connectu, Inc. v. Facebook, Inc. et al

Doc. 194

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:07-cv-10593 |
| ) | (DPW) |
| v. ) | |
| ) | Related Action 1:04-cv-11923 |
| FACEBOOK, INC., MARK ZUCKERBERG, ) | (DPW) |
| EDUARDO SAVERIN, DUSTIN ) | |
| MOSKOVITZ, ANDREW MCCOLLUM, ) | |
| CHRISTOPHER HUGHES, AND ) | |
| THEFACEBOOK LLC, ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of:

- ConnectU's Emergency Motion For Expedited Hearing And In Camera Examination Of Documents And Of The Expert Parmet, In Regard To September 13, 2007 Order

- Declaration Of Meredith H. Schoenfeld In Support Of ConnectU's Emergency Motion For Expedited Hearing And In Camera Examination Of Documents And Of The Expert Parmet, In Regard To September 13, 2007 Order And Attached Exhibits 1-10.

- Declaration Of John F. Hornick In Support Of ConnectU's Emergency Motion For Expedited Hearing And In Camera Examination Of Documents And Of The Expert Parmet, In Regard To September 13, 2007 Order

were served by FedEx and Electronic Mail on May 20, 2008 to the following:

Monte Cooper, Esq.
I. Neel Chatterjee
Robert D. Nagel
Theresa A. Sutton
G. Hopkins Guy
Joshua H. Walker
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Email: mcooper@orrick.com
Email: nchatterjee@orrick.com
Email: rnagel@orrick.com
Email: tsutton@orrick.com

Email: hopguy@orrick.com
Email: jwalker@orrick.com

Daniel K. Hampton, Esq.
Gordon P. Katz
HOLLAND & KNIGHT, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Email: dan.hampton@hklaw.com
Email: gordon.katz@hklaw.com

Robert B. Hawk, Esq.
Annette L. Hurst
HELLER EHRMAN, LLP
275 Middlefield Road
Menlo Park, CA 94025
Email: robert.hawk@hellerehrman.com
Email: annette.hurst@hellerehrman.com

Jeremy P. Oczek, Esq.
Steven M. Bauer
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110-2600
Email: joczek@proskauer.com
Email: sbauer@proskauer.com

Lee Gesmer, Esq.
GESMER UPDEGROVE LLP
40 Broad Street
Boston, MA 02109
Email: lee.gesmer@gesmer.com

Respectfully submitted,

DATED: May 20, 2008

/s/ John F. Hornick_____
John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GREISINGER, TIGHE, and
  MAFFEI, L.L.P.
176 Federal St.
Boston, MA  02110
Telephone:  (617) 452-9900
Facsimile:   (617) 452-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Attorneys for Plaintiff ConnectU