IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**ASSENTED-TO MOTION TO SEAL THE FACEBOOK DEFENDANTS' OPPOSITION TO CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING AND IN CAMERA EXAMINATION OF DOCUMENTS AND OF THE EXPERT PARMET, IN REGARD TO SEPTEMBER 13, 2007 AND SUPPORTING DOCUMENTS**

Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, and TheFacebook, LLC (collectively, the "Facebook Defendants") hereby move to file under seal pursuant to the Stipulated Protective Order entered between the parties in the related case, *ConnectU v. Zuckerberg et al.*, Case No. 1:04-cv-11923-DPW, the following documents:

1. **THE FACEBOOK DEFENDANTS' OPPOSITION TO CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING AND IN CAMERA EXAMINATION OF DOCUMENTS AND OF THE EXPERT PARMET, IN REGARD TO SEPTEMBER 13, 2007**

2. **DECLARATION OF I. NEEL CHATTERJEE AND EXHIBITS IN SUPPORT THEREOF;**

3. **DECLARATION OF JEREMY P. OCZEK AND EXHIBIT IN SUPPORT THEREOF;** and

4. **FACEBOOK DEFENDANTS' MOTION TO CONDUCT HEARING ON CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING <u>IN CAMERA</u>**

The Facebook Defendants respectfully request permission to file these documents under seal because they contain information that has been designated by the parties as confidential under the Stipulated Protective Order entered in previously related case. In accordance with the Local Rules, the Facebook Defendants respectfully request that this pleading and its supporting papers be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by counsel for the Facebook Defendants.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to file the above-described document under seal.

<u>**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**</u>

The undersigned counsel certifies that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion, and that counsel for plaintiff ConnectU LLC has assented to the relief requested by this motion, pursuant to an agreement between the parties.

Dated: May 28, 2008.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Theresa A. Sutton /s/
　　　　　　　　　　　　　　　　　　Sean A. Lincoln*
　　　　　　　　　　　　　　　　　　I. Neel Chatterjee*
　　　　　　　　　　　　　　　　　　Monte Cooper*
　　　　　　　　　　　　　　　　　　Theresa A. Sutton*
　　　　　　　　　　　　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP
　　　　　　　　　　　　　　　　　　1000 Marsh Road
　　　　　　　　　　　　　　　　　　Menlo Park, California 94025
　　　　　　　　　　　　　　　　　　Telephone: (650) 614-7400
　　　　　　　　　　　　　　　　　　Facsimile: (650) 614-7401
　　　　　　　　　　　　　　　　　　hopguy@orrick.com
　　　　　　　　　　　　　　　　　　nchatterjee@orrick.com
　　　　　　　　　　　　　　　　　　mcooper@orrick.com
　　　　　　　　　　　　　　　　　　tsutton@orrick.com

　　　　　　　　　　　　　　　　　　Steven M. Bauer
　　　　　　　　　　　　　　　　　　Jeremy P. Oczek
　　　　　　　　　　　　　　　　　　PROSKAUER ROSE, LLP
　　　　　　　　　　　　　　　　　　One International Plaza, 14th Floor
　　　　　　　　　　　　　　　　　　Boston, MA 02110-2600
　　　　　　　　　　　　　　　　　　Telephone: (617) 526-9600
　　　　　　　　　　　　　　　　　　Facsimile: (617) 526-9899
　　　　　　　　　　　　　　　　　　sbauer@proskauer.com
　　　　　　　　　　　　　　　　　　joczek@proskauer.com

　　　　　　　　　　　　　　　　　　* Admitted Pro Hac Vice

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 28, 2008.

Dated:  May 28, 2008 	Respectfully submitted,

/s/ Theresa A. Sutton /s/<br>Theresa A. Sutton

OHS West:260446449.1