IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

## **NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits, or attachments listed below have been manually filed with the Court and are available in paper form only:

1. **THE FACEBOOK DEFENDANTS' OPPOSITION TO CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING AND IN CAMERA EXAMINATION OF DOCUMENTS AND OF THE EXPERT PARMET, IN REGARD TO SEPTEMBER 13, 2007;**

2. **DECLARATION OF I. NEEL CHATTERJEE AND EXHIBITS IN SUPPORT THEREOF;**

3. **DECLARATION OF JEREMY P. OCZEK AND EXHIBIT IN SUPPORT THEREOF.**

The original documents are maintained in the case file in the Clerk's office.

/ / /

Dated:  May 29, 2008.                    Respectfully submitted,

  /s/ Theresa A. Sutton /s/
Sean A. Lincoln*
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    (650) 614-7400
Facsimile:     (650) 614-7401
hopguy@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:    (617) 526-9600
Facsimile:     (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

* Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 29, 2008.

Dated:  May 29, 2008.               Respectfully submitted,

                                            /s/ Theresa A. Sutton /s/
                                                Theresa A. Sutton

OHS West:260446548.1