**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONNECTU LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and THEFACEBOOK LLC,<br><br>      Defendants. | Civil Action No. 1:07-CV-10593 (DPW) |

**NOTICE OF MANUAL FILING WITH CLERK'S OFFICE**

Notice is hereby given that the document listed below has been filed **UNDER SEAL** with the Court and is available in paper form only:

- **FACEBOOK DEFENDANTS' MOTION TO CONDUCT HEARING ON CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING *IN CAMERA.***

Dated: May 29, 2008.

Respectfully submitted,

  */s/ Jeremy P. Oczek*
Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 22nd Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:   (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

Sean A. Lincoln*
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:	(650) 614-7400
Facsimile:	(650) 614-7401
slincoln@orrick.com
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

* Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 29, 2008.

Dated:  May 29, 2008.                                     Respectfully submitted,

*/s/ Jeremy P. Oczek*
Jeremy P. Oczek