IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | Civil Action No. 1:07-CV-10593-DPW |
| Plaintiff, | |
| v. | |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC, | |
| Defendants. | |

## **PROOF OF SERVICE VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

Dockets.Justia.com

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **May 29, 2008**, I delivered to the below listed individuals the following document(s):

1. FACEBOOK DEFENDANTS' [CONFIDENTIAL UNDER SEAL] OPPOSITION TO CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING AND IN CAMERA EXAMINATION OF DOCUMENTS AND OF THE EXPERT PARMET, IN REGARD TO SEPTEMBER 13, 2007 ORDER;

2. [CONFIDENTIAL UNDER SEAL] DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF FACEBOOK DEFENDANTS' OPPOSITION TO CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING AND IN CAMERA EXAMINATION OF DOCUMENTS AND OF THE EXPERT PARMET, IN REGARD TO SEPTEMBER 13, 2007 ORDER

3. [CONFIDENTIAL UNDER SEAL] DECLARATION OF JEREMY OCZEK IN SUPPORT OF FACEBOOK DEFENDANTS' OPPOSITION TO CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING AND IN CAMERA EXAMINATION OF DOCUMENTS AND OF THE EXPERT PARMET, IN REGARD TO SEPTEMBER 13, 2007 ORDER;

4. FACEBOOK DEFENDANTS' [CONFIDENTIAL UNDER SEAL] MOTION TO CONDUCT HEARING ON CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING IN CAMERA.

| | |
|---|---|
| **X** | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on **May 29, 2008**. |
| | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:00 p.m. on **May 29, 2008**. |
| | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on **May 29, 2008**. |
| **X** | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

### ATTORNEYS FOR PLAINTIFF CONNECTU

**John F. Hornick, Esq.**
**Meredith H. Schoenfeld, Esq.**
**Patricia Hart**
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408 -4000
**Facsimile: (202) 408-4400**
Email: john.hornick@finnegan.com
Email: meredith.schoenfeld@finnegan.com
Email: pat.hart@finnegan.com

**Daniel P. Tighe, Esq.**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
**Facsimile: (617) 542-0900**
Email: dtighe@gtmllp.com

OHS West:260447481.1

## ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN

**Robert B. Hawk, Esq.**
Heller Ehrman, LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324 -7000
**Facsimile: (650) 324-0638**
Email: robert.hawk@hellerehrman.com

**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
**Facsimile: (617) 523-6850**
Email: dan.hampton@hklaw.com

Executed on **May 29, 2008**, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

_____
Karen N. Mudurian

| From: | Cooper, Monte |
|---|---|
| Sent: | Thursday, May 29, 2008 1:11 PM |
| To: | 'Meredith.Schoenfeld@finnegan.com'; 'dtighe@gtmllp.com'; 'Tamara.Washington@finnegan.com'; 'pat.hart@finnegan.com' |
| Cc: | Chatterjee, I. Neel; Sbauer; Sutton, Theresa A.; Joczek; Dalton, Amy; Mudurian, Karen; Robert Hawk; Dan Hampton; 'llatuga@proskauer.com' |
| Subject: | FW: Facebook Defendants' Opposition to ConnectU's Emergency Motion |
| Attachments: | Ex. A JPO Decl - 2008.02.25 Court Email to Jeremy.pdf; 5.29.08 Letter to the Court.pdf; 2008.05.29 INC Decl ISO Opp to Emergency Motion.pdf; 2008.05.29 JPO Decl ISO Opp to Emergency Motion.pdf; 2008.05.29 Opp to Emergency Motion.pdf |

Meredith and Dan:

Please find attached copies of the materials filed earlier today and which were previously forwarded to John Hornick and Pat Hart. Please ensure that these materials are circulated only to counsel of record in the ConnectU Massachusetts case.

As stated in Ms. Dalton's original email, due to volume the exhibits attached to Mr. Chatterjee's declaration are not included.

Monte Cooper

---

**From:** Dalton, Amy
**Sent:** Thursday, May 29, 2008 11:45 AM
**To:** john.hornick@finnegan.com; pat.hart@finnegan.com; Robert.Hawk@hellerehrman.com; dan.hampton@hklaw.com
**Cc:** Sutton, Theresa A.; Chatterjee, I. Neel
**Subject:** Facebook Defendants' Opposition to ConnectU's Emergency Motion

Please find attached courtesy copies of Facebook Defendants' Opposition to ConnectU's Emergency Motion for Expedited Hearing and In Camera Submission as well as the supporting documents. Due to the volume, the exhibits to Mr. Chatterjee's declaration are not included.

Regards,
Amy Dalton
Paralegal
(650) 614-7418

| | |
|---|---|
| **From:** | Dalton, Amy |
| **Sent:** | Thursday, May 29, 2008 12:29 PM |
| **To:** | Mudurian, Karen |
| **Subject:** | FW: Facebook Defendants' Opposition to ConnectU's Emergency Motion |
| **Attachments:** | Ex. A JPO Decl - 2008.02.25 Court Email to Jeremy.pdf; 5.29.08 Letter to the Court.pdf; 2008.05.29 INC Decl ISO Opp to Emergency Motion.pdf; 2008.05.29 JPO Decl ISO Opp to Emergency Motion.pdf; 2008.05.29 Opp to Emergency Motion.pdf |

**From:** Dalton, Amy
**Sent:** Thursday, May 29, 2008 11:45 AM
**To:** 'john.hornick@finnegan.com'; 'pat.hart@finnegan.com'; 'Robert.Hawk@hellerehrman.com'; 'dan.hampton@hklaw.com'
**Cc:** Sutton, Theresa A.; Chatterjee, I. Neel
**Subject:** Facebook Defendants' Opposition to ConnectU's Emergency Motion

Please find attached courtesy copies of Facebook Defendants' Opposition to ConnectU's Emergency Motion for Expedited Hearing and In Camera Submission as well as the supporting documents. Due to the volume, the exhibits to Mr. Chatterjee's declaration are not included.

Regards,
Amy Dalton
Paralegal
(650) 614-7418

| From: | Oczek, Jeremy [joczek@proskauer.com] |
|---|---|
| Sent: | Thursday, May 29, 2008 3:18 PM |
| To: | Dalton, Amy; Mudurian, Karen; Henderson, Laurie |
| Subject: | FW: ConnectU, Inc. v. Facebook, Inc. et al., Civil Action No. 1:07-CV-10593-DPW |
| Attachments: | FB_MOTION.PDF |

---

**From:** Oczek, Jeremy
**Sent:** Thursday, May 29, 2008 6:18 PM
**To:** dtighe@gtmllp.com; Meredith.Schoenfeld@finnegan.com; 'john.hornick@finnegan.com'; pat.hart@finnegan.com; Robert.Hawk@hellerehrman.com; dan.hampton@hklaw.com

**Cc:** Chatterjee, I. Neel; Cooper, Monte; Sutton, Theresa A.; Bauer, Steven
**Subject:** ConnectU, Inc. v. Facebook, Inc. et al., Civil Action No. 1:07-CV-10593-DPW

Counsel:

Attached for service please find FACEBOOK DEFENDANTS' MOTION TO CONDUCT HEARING ON CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING *IN CAMERA*, which was filed with the District Court today. Please note that this motion was filed under seal, and should be treated accordingly pursuant to the terms of the protective order in this action.


<<FB_MOTION.PDF>>

Jeremy P. Oczek | PROSKAUER ROSE LLP
One International Place | Boston, MA 02110-2600
v: 617.526.9651 | F: 617.526.9899
joczek@proskauer.com | www.proskauer.com

*********************************************************
To ensure compliance with requirements imposed by U.S.
Treasury Regulations, Proskauer Rose LLP informs you that
any U.S. tax advice contained in this communication
(including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

*********************************************************
This message and its attachments are sent from a law firm
and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.

| From: | Sutton, Theresa A. |
|---|---|
| Sent: | Thursday, May 29, 2008 4:07 PM |
| To: | 'Schoenfeld, Meredith'; 'dtighe@gtmllp.com'; 'Washington, Tamara'; 'Hornick, John' |
| Cc: | Dalton, Amy; Robert Hawk; Dan Hampton |
| Subject: | RE: Facebook Defendants' Opposition to ConnectU's Emergency Motion |
| Attachments: | Ex. 03 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 01 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 02 INC Decl ISO Opp to Emergency Motion.PDF |

| Tracking: | Recipient | Read |
|---|---|---|
| | 'Schoenfeld, Meredith' | |
| | 'dtighe@gtmllp.com' | |
| | 'Washington, Tamara' | |
| | 'Hornick, John' | |
| | Dalton, Amy | Read: 5/29/2008 4:45 PM |
| | Robert Hawk | |
| | Dan Hampton | |

---

# O

**ORRICK**

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

| From: | Sutton, Theresa A. |
| Sent: | Thursday, May 29, 2008 4:07 PM |
| To: | 'Schoenfeld, Meredith'; 'dtighe@gtmllp.com'; 'Washington, Tamara'; 'Hornick, John' |
| Cc: | Dalton, Amy |
| Subject: | RE: Facebook Defendants' Opposition to ConnectU's Emergency Motion |
| Attachments: | Ex. 06 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 04 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 05 INC Decl ISO Opp to Emergency Motion.pdf |

Tracking:

| Recipient | Read |
|---|---|
| 'Schoenfeld, Meredith' | |
| 'dtighe@gtmllp.com' | |
| 'Washington, Tamara' | |
| 'Hornick, John' | |
| Dalton, Amy | Read: 5/29/2008 4:44 PM |



# O
**ORRICK**

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

5/30/2008

**From:** Sutton, Theresa A.

**Sent:** Thursday, May 29, 2008 4:08 PM

**To:** 'Schoenfeld, Meredith'; 'dtighe@gtmllp.com'; 'Washington, Tamara'; 'Hornick, John'

**Cc:** Dalton, Amy

**Subject:** RE: Facebook Defendants' Opposition to ConnectU's Emergency Motion

**Attachments:** Ex. 09 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 07 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 08 INC Decl ISO Opp to Emergency Motion.pdf

**Tracking:**

| Recipient | Read |
|---|---|
| 'Schoenfeld, Meredith' | |
| 'dtighe@gtmllp.com' | |
| 'Washington, Tamara' | |
| 'Hornick, John' | |
| Dalton, Amy | Read: 5/29/2008 4:44 PM |

# O

## ORRICK

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

| | |
|---|---|
| **From:** | Sutton, Theresa A. |
| **Sent:** | Thursday, May 29, 2008 4:08 PM |
| **To:** | 'Schoenfeld, Meredith'; 'dtighe@gtmllp.com'; 'Washington, Tamara'; 'Hornick, John' |
| **Cc:** | Dalton, Amy |
| **Subject:** | RE: Facebook Defendants' Opposition to ConnectU's Emergency Motion |
| **Attachments:** | Ex. 12 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 10 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 11 INC Decl ISO Opp to Emergency Motion.pdf |

**Tracking:**

| Recipient | Read |
|---|---|
| 'Schoenfeld, Meredith' | |
| 'dtighe@gtmllp.com' | |
| 'Washington, Tamara' | |
| 'Hornick, John' | |
| Dalton, Amy | Read: 5/29/2008 4:44 PM |

# O

**ORRICK**

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

| | |
|---|---|
| **From:** | Sutton, Theresa A. |
| **Sent:** | Thursday, May 29, 2008 4:09 PM |
| **To:** | 'Schoenfeld, Meredith'; 'dtighe@gtmllp.com'; 'Washington, Tamara'; 'Hornick, John' |
| **Cc:** | Dalton, Amy |
| **Subject:** | RE: Facebook Defendants' Opposition to ConnectU's Emergency Motion |
| **Attachments:** | Ex. 15 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 13 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 14 INC Decl ISO Opp to Emergency Motion.pdf |

**Tracking:**

| Recipient | Read |
|---|---|
| 'Schoenfeld, Meredith' | |
| 'dtighe@gtmllp.com' | |
| 'Washington, Tamara' | |
| 'Hornick, John' | |
| Dalton, Amy | Read: 5/29/2008 4:44 PM |

## O

# ORRICK

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

5/30/2008

| | |
|---|---|
| **From:** | Sutton, Theresa A. |
| **Sent:** | Thursday, May 29, 2008 4:09 PM |
| **To:** | 'Schoenfeld, Meredith'; 'dtighe@gtmllp.com'; 'Washington, Tamara'; 'Hornick, John' |
| **Cc:** | Dalton, Amy |
| **Subject:** | RE: Facebook Defendants' Opposition to ConnectU's Emergency Motion |
| **Attachments:** | Ex. 18 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 16 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 17 INC Decl ISO Opp to Emergency Motion.pdf |

**Tracking:**

| Recipient | Read |
|---|---|
| 'Schoenfeld, Meredith' | |
| 'dtighe@gtmllp.com' | |
| 'Washington, Tamara' | |
| 'Hornick, John' | |
| Dalton, Amy | Read: 5/29/2008 4:44 PM |

# O
# ORRICK

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

**From:** Sutton, Theresa A.

**Sent:** Thursday, May 29, 2008 4:10 PM

**To:** 'Schoenfeld, Meredith'; 'dtighe@gtmllp.com'; 'Washington, Tamara'; 'Hornick, John'

**Cc:** Dalton, Amy

**Subject:** RE: Facebook Defendants' Opposition to ConnectU's Emergency Motion

**Attachments:** Ex. 21 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 19 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 20 INC Decl ISO Opp to Emergency Motion.pdf

**Tracking:**

| Recipient | Read |
|---|---|
| 'Schoenfeld, Meredith' | |
| 'dtighe@gtmllp.com' | |
| 'Washington, Tamara' | |
| 'Hornick, John' | |
| Dalton, Amy | Read: 5/29/2008 4:44 PM |



# O

# ORRICK

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

5/30/2008

| | |
|---|---|
| **From:** | Sutton, Theresa A. |
| **Sent:** | Thursday, May 29, 2008 4:10 PM |
| **To:** | 'Schoenfeld, Meredith'; 'dtighe@gtmllp.com'; 'Washington, Tamara'; 'Hornick, John' |
| **Cc:** | Dalton, Amy |
| **Subject:** | RE: Facebook Defendants' Opposition to ConnectU's Emergency Motion |
| **Attachments:** | Ex. 24 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 22 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 23 INC Decl ISO Opp to Emergency Motion.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'Schoenfeld, Meredith' | |
| | 'dtighe@gtmllp.com' | |
| | 'Washington, Tamara' | |
| | 'Hornick, John' | |
| | Dalton, Amy | Read: 5/29/2008 4:44 PM |

# O
# ORRICK

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

| | |
|---|---|
| **From:** | Sutton, Theresa A. |
| **Sent:** | Thursday, May 29, 2008 4:11 PM |
| **To:** | 'Schoenfeld, Meredith'; 'dtighe@gtmllp.com'; 'Washington, Tamara'; 'Hornick, John' |
| **Cc:** | Dalton, Amy |
| **Subject:** | RE: Facebook Defendants' Opposition to ConnectU's Emergency Motion |
| **Attachments:** | Ex. 27 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 25 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 26 INC Decl ISO Opp to Emergency Motion.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'Schoenfeld, Meredith' | |
| | 'dtighe@gtmllp.com' | |
| | 'Washington, Tamara' | |
| | 'Hornick, John' | |
| | Dalton, Amy | Read: 5/29/2008 4:44 PM |

# O
# ORRICK

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

**From:** Sutton, Theresa A.

**Sent:** Thursday, May 29, 2008 4:11 PM

**To:** 'Schoenfeld, Meredith'; 'dtighe@gtmllp.com'; 'Washington, Tamara'; 'Hornick, John'

**Cc:** Dalton, Amy

**Subject:** RE: Facebook Defendants' Opposition to ConnectU's Emergency Motion

**Attachments:** Ex. 30 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 28 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 29 INC Decl ISO Opp to Emergency Motion.PDF

**Tracking:**

| Recipient | Read |
|---|---|
| 'Schoenfeld, Meredith' | |
| 'dtighe@gtmllp.com' | |
| 'Washington, Tamara' | |
| 'Hornick, John' | |
| Dalton, Amy | Read: 5/29/2008 4:44 PM |

# O

# ORRICK

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

| From: | Sutton, Theresa A. |
| --- | --- |
| **Sent:** | Thursday, May 29, 2008 4:12 PM |
| **To:** | 'Schoenfeld, Meredith'; 'dtighe@gtmllp.com'; 'Washington, Tamara'; 'Hornick, John' |
| **Cc:** | Dalton, Amy |
| **Subject:** | RE: Facebook Defendants' Opposition to ConnectU's Emergency Motion |
| **Attachments:** | Ex. 33 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 31 INC Decl ISO Opp to Emergency Motion.pdf; Ex. 32 INC Decl ISO Opp to Emergency Motion.pdf |

**Tracking:**

| Recipient | Read |
| --- | --- |
| 'Schoenfeld, Meredith' | |
| 'dtighe@gtmllp.com' | |
| 'Washington, Tamara' | |
| 'Hornick, John' | |
| Dalton, Amy | Read: 5/29/2008 4:43 PM |

# O
**ORRICK**

*Theresa A. Sutton*
*Orrick, Herrington & Sutcliffe LLP*
*Silicon Valley Office*
*1000 Marsh Road, Menlo Park, CA 94025*
*650.614.7307 (Voice)*
*650.614.7401 (Fax)*
*tsutton@orrick.com*
*www.orrick.com*

From: Origin ID: HGTA (650)614-7400
I. Chatterjee
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**





Ship Date: 29MAY08
ActWgt: 2 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (202)408-4000    BILL SENDER
**John Hornick
Meredith Schoenfeld
901 New York Ave NW**

**Washington, DC 200014432**

Ref # 0016069-002002/004793
Invoice #
PO #
Dept #



TRK# 7984 5135 6685
0201

FRI - 30MAY    A1
**PRIORITY OVERNIGHT
DSR**

**20001**
**DC-US**
**IAD**

# XC TSGA



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From:   Origin ID: HGTA  (650)614-7400
I. Chatterjee
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**

**FedEx**
Express

**E**

CLS 128797/2/1/24

Ship Date: 29MAY08
ActWgt: 2 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code



Ref #      0016069-002002/004793
Invoice #
PO #
Dept #

SHIP TO: (617)542-9900        BILL SENDER

**Daniel Tighe**
**Griesinger, Tighe & Maffei**
**176 Federal St**
**Ste 401**
**Boston, MA 021102232**

TRK#
0201    7910 7649 5558

**FRI - 30MAY**        **A1**

**PRIORITY OVERNIGHT**
**DSR**

**02110**
**MA-US**
**BOS**

**XH LWMA**

━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━ ━
**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From:   Origin ID: HGTA  (650)614-7400
I. Chatterjee
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**



CLS128787/21/24

Ship Date: 29MAY08
ActWgt: 2 LB
System#: 1350775/WBUS0200
Account#: S *********

SHIP TO: (650)324-7000          BILL SENDER
**Robert Hawk**
**Heller Ehrman, LLP**
**275 Middlefield Rd**

**Menlo Park, CA 940253592**

Delivery Address Bar Code

Ref #    0016069-002002/004793
Invoice #
PO #
Dept #

TRK#  7910 7650 4795
0201

FRI - 30MAY        A2
**PRIORITY OVERNIGHT**
DSR

94025
CA-US
SFO

# WA HGTA



↳ ----- FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
I. Chatterjee
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**

**FedEx**
Express

**E**

CLS 128797/21/24

Ship Date: 29MAY08
ActWgt: 2 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-002002/004793
Invoice #
PO #
Dept #

SHIP TO: (617)573-2700          BILL SENDER
**Daniel Hampton**
**Holland & Knight, LLP**
**10 Saint James Ave**
**Ste 1200**
**Boston, MA 021163889**

TRK# 0201   **7900 2420 4716**

**FRI - 30MAY**   **A1**

**PRIORITY OVERNIGHT**
**DSR**

**02116**
**MA-US**
**BOS**

# XH GBRA



‖ FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.