# PROSKAUER ROSE LLP

FILED
IN CLERKS OFFICE
2008 MAY 29 A 11: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

One International Place
Boston, MA 02110-2600
Telephone 617.526.9600
Fax 617.526.9899

BOCA RATON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEW YORK
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Jeremy P. Oczek
Attorney at Law

Direct Dial 617.526.9651
joczek@proskauer.com

May 29, 2008

**VIA HAND DELIVERY**

Civil Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:     **CONNECTU, INC. v. FACEBOOK, INC. et al.**
         **Civil Action No. 1:07-CV-10593-DPW**

Dear Sir/Madam:

Enclosed are the following documents to be **FILED UNDER SEAL** in the above case:

1) FACEBOOK DEFENDANTS' OPPOSITION TO CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING AND IN CAMERA EXAMINATION OF DOCUMENTS AND OF THE EXPERT PARMET, IN REGARD TO SEPTEMBER 13, 2007 ORDER;

2) DECLARATION OF I. NEEL CHATTERJEE IN SUPPORT OF THE FACEBOOK DEFENDANTS' OPPOSITION TO CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING AND IN CAMERA EXAMINATION OF DOCUMENTS AND OF THE EXPERT PARMET, IN REGARD TO SEPTEMBER 13, 2007 ORDER; and

3) DECLARATION OF JEREMY P. OCZEK IN SUPPORT OF THE FACEBOOK DEFENDANTS' OPPOSITION TO CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING AND IN CAMERA EXAMINATION OF DOCUMENTS AND OF THE EXPERT PARMET, IN REGARD TO SEPTEMBER 13, 2007 ORDER.

The enclosed documents are being **FILED UNDER SEAL** in accordance with the assented-to motion to file under seal filed on May 28, 2008 via the Court's ECF system (Docket No. 196), which was granted by the Court on May 28, 2008.

Thank you for your attention to this matter.

Sincerely,

Jeremy P. Oczek

Enclosures

cc:     Counsel of record