**USMS SCREENED**

**PROSKAUER ROSE LLP**

One International Place
Boston, MA 02110-2600
Telephone 617.526.9600
Fax 617.526.9899

BOCA RATON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEW YORK
NEWARK
PARIS
SÃO PAULO
WASHINGTON

5/29/08

**Jeremy P. Oczek**
Attorney at Law

Direct Dial 617.526.9651
joczek@proskauer.com

May 29, 2008

**VIA HAND DELIVERY**

Civil Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: **CONNECTU, INC. v. FACEBOOK, INC. et al.**
**Civil Action No. 1:07-CV-10593-DPW**

Dear Sir/Madam:

Enclosed is the following document to be **FILED UNDER SEAL** in the above case:

1) **FACEBOOK DEFENDANTS' MOTION TO CONDUCT HEARING ON CONNECTU'S EMERGENCY MOTION FOR EXPEDITED HEARING *IN CAMERA*;**

The enclosed document is being **FILED UNDER SEAL** in accordance with the assented-to motion to file under seal filed on May 28, 2008 via the Court's ECF system (Docket No. 196), which was granted by the Court on May 28, 2008.

Thank you for your attention to this matter.

Sincerely,

Jeremy P. Oczek

Enclosure

cc: Counsel of record