IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU, INC., *et al.*,

    Plaintiffs,

v.

FACEBOOK, INC., *et al.*,

    Defendants.

Civil Action No. 1:07-cv-10593

**ASSENTED-TO MOTION TO ADMIT D. MICHAEL UNDERHILL**
***PRO HAC VICE* ON BEHALF OF PLAINTIFF CONNECTU, INC.**

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Scott McConchie, a member of the bar of this Court and counsel of record for Plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss and Divya Narendra ("ConnectU"), hereby moves for the admission *pro hac vice* of D. Michael Underhill, who is a partner at Boies Schiller & Flexner, LLP, in Washington, D.C., as counsel for ConnectU.

In support of this motion, ConnectU hereby submits the accompanying affidavit of Attorney Underhill, which states that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him in any jurisdiction; and (3) he is familiar with the Local Rules of this District.

Although this motion is being filed electronically, the $50 fee for admission *pro hac vice* for Attorney Underhill is being delivered to the Court by hand this afternoon.

WHEREFORE, ConnectU respectfully requests that this Court grant this assented-to motion to admit D. Michael Underhill *pro hac vice* for the purpose of participating in this lawsuit.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties conferred regarding the issues presented by this motion and that Defendants' counsel assent to this motion.

        Respectfully submitted,

        CONNECTU, INC.

        By its attorneys,

        /s/ Scott McConchie
        Daniel P. Tighe (BBO# 556583)
         Email: dtighe@gtmllp.com
        Scott McConchie (BBO# 634127)
         Email: smcconchie@gtmllp.com
        GRIESINGER, TIGHE & MAFFEI, LLP
        176 Federal Street
        Boston, MA 02110
        Telephone: (617) 542-9900
        Facsimile: (617) 542-0900

Dated: June 2, 2008

### Certificate of Service

The undersigned hereby certifies that this document was filed through the ECF system on June 2, 2008 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Scott McConchie
        Scott McConchie