IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., <br>     Plaintiff, <br> v. <br> FACEBOOK, INC., *et al.*, <br>     Defendants. | Civil Action No. 1:07-cv-10593 |

## AFFIDAVIT OF D. MICHAEL UNDERHILL, ESQ.

D. Michael Underhill, upon oath, deposes and says as follows:

1. I am a member of the bar of the District of Columbia, and am a partner in the law firm of Boies Schiller & Flexner, LLP. My business address is 5301 Wisconsin Ave. NW, Washington, DC 20015. I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*, so that I can act as counsel for plaintiff ConnectU in this case.

2. In addition to courts in the District of Columbia, I am admitted to practice law in the following courts: the United States Supreme Court; the United States Courts of Appeals for the Federal Circuit, the DC Circuit, the Third Circuit, and the Fourth Circuit; and the United States District Courts for the District of Columbia, the District of Arizona, and the District of Colorado.

3. I am a member in good standing in all jurisdictions where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 2nd day of June, 2008.

                                                    /s/ D. Michael Underhill
                                                  D. Michael Underhill