**1:07CV10593 - DPW**
**CONNECTU, INC. V FACEBOOK, INC. ET AL**

**SEALED DOCUMENTS NUMBERED 1-15**
**JUNE 2, 2008**

Dockets.Justia.com