IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>        Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**NOTICE OF ORDER GRANTING FACEBOOK, INC. AND MARK ZUCKERBERG'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**

-1-

Notice is hereby given that on June 25, 2008, the Honorable James Ware issued an Order Granting Plaintiffs' [Facebook, Inc. and Mark Zuckerberg] Confidential Motion to Enforce the Settlement Agreement. A copy of Judge Ware's Order is attached hereto as Exhibit A. Facebook, Inc. and Mark Zuckerberg's Motion to Enforce was filed in the Northern District of California on April 23, 2008, in the matter entitled *Facebook, Inc. and Mark Zuckerberg v. ConnectU, Inc., et al*, Case No. 5:07-cv-01389 (JW). Notice of the Motion to Enforce was filed in this action on April 28, 2008. *See* Dkt. 191. The Settlement Agreement resolved all matters between the parties in this case, the California action, and Case No. C-04-11923-DPW (which has been consolidated with the present action).

Dated: June 26, 2008.                                       Respectfully submitted,

   /s/ Theresa A. Sutton /s/
I. Neel Chatterjee (admitted *pro hac vice*)
Monte Cooper (admitted *pro hac vice*)
Theresa A. Sutton (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 26, 2008.

Dated: June 26, 2008.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Theresa A. Sutton /s/
　　　　　　　　　　　　　　　　　　　　　　　Theresa A. Sutton

OHS West:260463607.1