IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**PROOF OF SERVICE VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **June 26, 2008**, I delivered to the below listed individuals the following document(s):

1. **NOTICE OF ORDER GRANTING FACEBOOK, INC. AND MARK ZUCKERBERG'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**

| X | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on **June 26, 2008**. |
|---|---|
|   | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

## ATTORNEYS FOR PLAINTIFF CONNECTU

**D. Michael Underhill**
**Evan A. Parke**
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
email: **munderhill@BSFLLP.com**
email: **eparke@BSFLLP.com**
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**David A. Barnett**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
email: **dbarrett@BSFLLP.com**
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**Steven C. Holtzman, Esq.**
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
email: **sholtzman@BSFLLP.com**
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Executed on **June 26, 2008**, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Theresa A. Sutton /s/
Theresa A. Sutton

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **June 26, 2008**, I delivered to the below listed individuals the following document(s):

1. **NOTICE OF ORDER GRANTING FACEBOOK, INC. AND MARK ZUCKERBERG'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**

|   | |
|---|---|
|   | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on **June 26, 2008**. |
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

### ATTORNEYS FOR PLAINTIFF CONNECTU

**D. Michael Underhill**
**Evan A. Parke**
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
**email: munderhill@BSFLLP.com**
**email: eparke@BSFLLP.com**
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**David A. Barnett**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
**email: dbarrett@BSFLLP.com**
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**Steven C. Holtzman, Esq.**
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
**email: sholtzman@BSFLLP.com**
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Executed on **June 26, 2008**, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Abby Ako-Nai /s/
Abby Ako-Nai

OHS West:260447336.1

# Sutton, Theresa A.

| | |
|---|---|
| **From:** | Sutton, Theresa A. |
| **Sent:** | Thursday, June 26, 2008 2:13 PM |
| **To:** | Evan Parke; Michael Underhill; David Barrett; 'Steven Holtzman' |
| **Cc:** | Dalton, Amy; Ako-Nai, Abby; Mudurian, Karen |
| **Subject:** | Notice of Order Granting Motion to Enforce Settlement Agreement |
| **Attachments:** | 2008.06.26 FB's Ntc of Order Granting Mtn to Enforce Settlement [206].pdf |



2008.06.26 FB's
Ntc of Order G...

van-

It appears from the ECF Notice in the Massachusetts action that your firm is not served electronically. I have, therefore, attached a copy of the Notice the Facebook defendants filed today in that action regarding Judge Ware's Order.

Theresa

---

O
ORRICK

Theresa A. Sutton
Orrick, Herrington & Sutcliffe LLP
Silicon Valley Office
1000 Marsh Road, Menlo Park, CA 94025
650.614.7307 (Voice)
650.614.7401 (Fax)
tsutton@orrick.com
www.orrick.com

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

FedEx Express

**E**

CL845300B/21/24

Ship Date: 26JUN08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

SHIP TO: (202)237-2727    BILL SENDER
**D. Michael Underhill**
**Boies Schiller & Flexner LLP**
**5301 Wisconsin Ave NW**

**Washington, DC 200152015**

Ref #   0016069-002002/006399
Invoice #
PO #
Dept #

TRK# 0201  7910 9465 2549

FRI - 27JUN    A1
STANDARD OVERNIGHT
DSR

20015
DC-US
IAD

**XC DCAA**

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php

6/26/2008

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

CLS05539 6/21/24

SHIP TO: (510)874-1000    **BILL SENDER**
**Steven Holtzman**
**Boies Schiller & Flexner LLP**
**1999 Harrison St**
**Ste 900**
**Oakland, CA 946123578**

Ship Date: 26JUN08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-000004/006399
Invoice #
PO #
Dept #

TRK# 7910 9467 7895
0201

FRI - 27JUN    A1
STANDARD OVERNIGHT
DSR



94612
CA-US
OAK

WA OAKA

— FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



Ship Date: 26JUN08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

SHIP TO: (212)446-2300        BILL SENDER
**David A. Barrett**
**Boies Schiller & Flexner LLP**
**575 Lexington Ave**
**Fl 7**
**New York, NY 100226138**

Ref # 0016069-002002/006399
Invoice #
PO #
Dept #



TRK# 7984 6949 9384
0201

FRI - 27JUN    A1
STANDARD OVERNIGHT
DSR

10022
NY-US
EWR

XA JRBA

- - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.