IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**NOTICE OF ENTRY OF JUDGMENT
ENFORCING SETTLEMENT AGREEMENT**

-1-

Dockets.Justia.com

Notice is hereby given that on July 2, 2008, the Honorable James Ware, Northern District

of California, issued a Judgment Enforcing Settlement Agreement, a copy of which is attached

hereto as Exhibit A.  The Settlement Agreement resolved all matters between the parties in this

case, the Northern District of California action (05:07-CV-01389-JW), and Case No. 1:04-CV-

11923 (DPW) (which has been consolidated with the present action).


Dated: July 8, 2008.                                    Respectfully submitted,



 /s/ Theresa A. Sutton /s/
_____
I. Neel Chatterjee (admitted *pro hac vice*)
Monte Cooper (admitted *pro hac vice*)
Theresa A. Sutton (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:    (617) 526-9600
Facsimile:    (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

OHS West:260468587.1

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 8, 2008.

Dated:  July 8, 2008.                    Respectfully submitted,

/s/ Theresa A. Sutton /s/
Theresa A. Sutton

-1-