IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC, <br><br> Defendants. | Civil Action No. 1:07-CV-10593-DPW |

## PROOF OF SERVICE VIA ELECTRONIC MAIL AND FEDERAL EXPRESS

OHS West:260469612.1

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **July 8, 2008**, I delivered to the below listed individuals the following document(s):

1. **NOTICE OF ENTRY OF JUDGMENT ENFORCING SETTLEMENT**

| X | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on **July 8, 2008**. |
|---|---|
|   | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

**ATTORNEYS FOR PLAINTIFF CONNECTU**

**D. Michael Underhill**
**Evan A. Parke**
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
**email: munderhill@BSFLLP.com**
**email: eparke@BSFLLP.com**
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**Steven C. Holtzman, Esq.**
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
**email: sholtzman@BSFLLP.com**
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

**David A. Barnett**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
**email: dbarrett@BSFLLP.com**
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Executed on **July 8, 2008**, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

_____
/s/ Theresa A. Sutton /s/
Theresa A. Sutton

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On **July 8, 2008**, I delivered to the below listed individuals the following document(s):

2. **NOTICE OF ENTRY OF JUDGMENT ENFORCING SETTLEMENT**

| | |
|---|---|
| | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on **July 8, 2008**. |
| **X** | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

**ATTORNEYS FOR PLAINTIFF CONNECTU**

**D. Michael Underhill**
**Evan A. Parke**
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
**email: munderhill@BSFLLP.com**
**email: eparke@BSFLLP.com**
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**Steven C. Holtzman, Esq.**
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
**email: sholtzman@BSFLLP.com**
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

**David A. Barnett**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
**email: dbarrett@BSFLLP.com**
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Executed on **July 8, 2008**, at Menlo Park, California. I declare under penalty of perjury that the foregoing is true and correct.

_____
/s/ Abby Ako-Nai /s/
Abby Ako-Nai

-2-

**From:** Sutton, Theresa A.
**Sent:** Tuesday, July 08, 2008 1:49 PM
**To:** Michael Underhill; Evan Parke; Steven Holtzman; David Barrett
**Cc:** Dalton, Amy; Ako-Nai, Abby
**Subject:** Facebook/ConnectU: Notice of Entry of Judgment

**Attachments:** 11923 ... Notice of Entry of Judgment.pdf; 10593 .. Notice of Judgment Enforcing Settlement Agreement.pdf

 

11923 ... Notice of       10593 .. Notice of
Entry of J...            Judgment En...

We filed the attached Notices today in the two District of Massachusetts cases.  It appears from the ECF Notices that your firm is not served electronically.  We also will serve you a copy by mail.

Please let me know if you have questions.

Theresa

_____
       O
O R R I C K

Theresa A. Sutton
Orrick, Herrington & Sutcliffe LLP
Silicon Valley Office
1000 Marsh Road, Menlo Park, CA 94025
650.614.7307 (Voice)
650.614.7401 (Fax)
tsutton@orrick.com
www.orrick.com

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**

**FedEx.** Express

**E**

CL85530 8/21/24

Ship Date: 08JUL08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref #    0016069-002002/006399
Invoice #
PO #
Dept #

SHIP TO: (202)237-2727      **BILL SENDER**

**D. Michael Underhill**
**Boies Schiller & Flexner LLP**
**5301 Wisconsin Ave NW**

**Washington, DC 200152015**



TRK#
0201   **7984 7567 8891**

**WED - 09JUL**     **A1**
**STANDARD OVERNIGHT**
**DSR**

**20015**
**DC-US**
**IAD**

**XC DCAA**

- - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From:   Origin ID: HGTA  (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**

**FedEx** Express

**E**

CLS8532068/21/24

SHIP TO: (510)874-1000         **BILL SENDER**

**Steven Holtzman**
**Boies Schiller & Flexner LLP**
**1999 Harrison St**
**Ste 900**
**Oakland, CA 946123578**

Ship Date: 08JUL08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref #     0016069-000004/006399
Invoice #
PO #
Dept #

TRK#
0201   7905 4071 1479

WED - 09JUL          A1
**STANDARD OVERNIGHT**
DSR

94612
CA-US
OAK

# WA OAKA



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From:   Origin ID: HGTA  (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**



CLS05300 8/21/24

Ship Date: 08JUL08
ActWgt: 1 LB
System#: 1350775/WBUS0200
Account#: S *********

SHIP TO: (212)446-2300          BILL SENDER

**David A. Barrett**
**Boies Schiller & Flexner LLP**
**575 Lexington Ave**
**Fl 7**
**New York, NY 100226138**

Delivery Address Bar Code

Ref #     0016069-002002/006399
Invoice #
PO #
Dept #

TRK#  7984 7568 1979
0201

WED - 09JUL          **A1**

**STANDARD OVERNIGHT**
**DSR**

**10022**
NY-US
EWR



**XA JRBA**

- - - - - - - - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.