IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, <br><br> Defendants. | CIVIL ACTION NO. 1:07-cv-10593 (DPW) <br><br> Related Action 1:04-cv-11923 (DPW) |

## ASSENTED-TO MOTION TO SEAL DOCUMENT

Pursuant to the Stipulated Protective Order entered between the parties in *ConnectU v. Zuckerberg et al.*, Case No. 1:04-cv-11923-DPW, Plaintiff ConnectU, Inc. ("ConnectU") hereby moves to file under seal the following documents:

1. Memorandum In Support Of ConnectU's Motion For Sanction Of Non-Dismissal, Or In The Alternative To Vacate Final Judgment Pursuant To F.R.C.P. 60;

2. Timeline of Discovery, Ex. A to the Declaration of Meredith Schoenfeld In Support Of ConnectU's Motion.

Pursuant to a November 3, 2008 "Judgment Ordering Specific Performance of Settlement Agreement and Declaratory Judgment of Release" issued by the U.S. District Court for the Northern District of California in *Facebook, Inc. v. ConnectU, Inc.*, Civ. No. C 07-01389 (JW), on November 24, 2008 the Special Master appointed in that action will file motions to dismiss this action. ConnectU also plans to file in this action on or before November 24, 2008 its Motion For Sanction Of Non-Dismissal, Or In The

Alternative To Vacate Final Judgment Pursuant To F.R.C.P. 60.  For the reason explained below, ConnectU seeks to file the brief in support of such motion under seal.  To enable ConnectU to file the brief in support of such motion no later than November 24, 2008, ConnectU respectfully urges this Court to grant this motion to seal on or before such date.

Although ConnectU does not view the documents identified above as confidential, the documents discuss information that ConnectU believes Facebook, Inc. may consider confidential.  The parties have agreed to keep certain information confidential under the Stipulated Protective Order.  Thus, this Motion is necessary to comply with that agreement.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for ConnectU certifies that pursuant to Local Rule 7.1, the parties have conferred regarding motions to seal, and counsel for Facebook Defendants consent to such motions.

DATED:  November 20, 2008            /s/ John F. Hornick

John F. Hornick (*pro hac vice*)
Thomas H. Jenkins
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GREISINGER, TIGHE, and
MAFFEI, L.L.P.
176 Federal St.
Boston, MA 02110
Telephone: (617) 452-9900
Facsimile: (617) 452-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Attorneys for Plaintiff ConnectU

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 20, 2008.

/s/ John F. Hornick _
John F. Hornick