IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>        Defendants. | Civil Action No. 1:07-CV-10593-DPW |
| CONNECTU LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>        Defendants.<br><br>MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | Civil Action No. 1:04-CV-11923 (DPW) |

# NOTICE OF COURT RULINGS

Notice is hereby given that the Honorable James Ware, Northern District of California, issued the following Court rulings in the matter *Facebook, Inc. and Mark Zuckerberg v. ConnectU, Inc., et al*, 5:07-CV-01389 (JW), filed in the Northern District of California:

1. Notice of Appointment of a Master; Nomination of Individual to Serve as Master, dated July 2, 2008, which is attached hereto as **Exhibit A**;

2. Order Denying the ConnectU Founders' Motion to Intervene; Denying ConnectU's Motion to Stay Execution of Judgment, dated August 8, 2008, which is attached hereto as **Exhibit B**;

3. Judgment Ordering Specific Performance of Settlement Agreement and Declaratory Judgment of Release, dated November 3, 2008, which is attached hereto as **Exhibit C.** Pursuant to this Judgment, **the Special Master shall file, on Monday, November 24, 2008, a Motion to Dismiss the present action, as well as the California action**.

4. Order Directing Special Master to Deliver the Property Being Held in Trust to the Parties in Accordance with the Terms of their Settlement Agreement, dated November 3, 2008, which is attached hereto as **Exhibit D.**

FURTHER NOTICE is hereby given that the Ninth Circuit, on August 13, 2008, issued an Order denying ConnectU, Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra's Emergency Motion to Stay the Execution of District Court's July 2, 2008, Judgment. This Order is attached hereto as **Exhibit E**.

OHS West:260554804.1

| Dated:  November 21, 2008 | Respectfully submitted, |
|---|---|
| | FACEBOOK, INC., MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES and THE FACEBOOK, LLC, |
| | By their attorneys |
| | /s/ Theresa A. Sutton /s/ |
| | I. Neel Chatterjee (*pro hac vice*)<br>Monte Cooper (*pro hac vice*)<br>Theresa A. Sutton (*pro hac vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, California  94025<br>Telephone:   (650) 614-7400<br>Facsimile:    (650) 614-7401<br>nchatterjee@orrick.com<br>mcooper@orrick.com<br>tsutton@orrick.com |
| | Steven M. Bauer (BBO# 542531)<br>Jeremy P. Oczek (BBO# 647509)<br>PROSKAUER ROSE, LLP<br>One International Plaza, 14th Floor<br>Boston, MA 02110-2600<br>Telephone:   (617) 526-9600<br>Facsimile:    (617) 526-9899<br>sbauer@proskauer.com<br>joczek@proskauer.com |

OHS West:260554804.1

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 21, 2008.

Dated: November 21, 2008.	Respectfully submitted,

/s/ Theresa A. Sutton /s/
Theresa A. Sutton

OHS West:260554804.1