## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | ) ) ) CIVIL ACTION NO. 1:07-cv-10593 (DPW) |
| Plaintiffs, | ) ) Related Action 1:04-cv-11923 (DPW) |
| v. | ) ) |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below will be manually filed with the Court and available in paper form only:

- Memorandum in Support of Plaintiffs' Motion for Sanction of Non-Dismissal, or in the Alternative to Vacate Final Judgment Pursuant to F.R.C.P. 60;

- Exhibit A in Support of the Declaration of Meredith H. Schoenfeld in Support of Plaintiffs' Motion for Sanction of Non-Dismissal, or in the Alternative to Vacate Final Judgment Pursuant to F.R.C.P. 60.

The original documents will be filed and served with the Clerk's office Monday, November 24, 2008.

Respectfully submitted,

DATED: November 21, 2008                /s/ John F. Hornick

John F. Hornick (*pro hac vice*)
Thomas H. Jenkins
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GREISINGER, TIGHE, and
MAFFEI, L.L.P.
176 Federal St.
Boston, MA  02110
Telephone:  (617) 452-9900
Facsimile:   (617) 452-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 21, 2008.

/s/ John F. Hornick  _____
John F. Hornick