IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>      Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>      Defendants. | Civil Action No. 1:07-CV-10593-DPW |
| CONNECTU LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>      Defendants.<br><br>MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>      Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>      Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>      Additional Counterdefendants. | Civil Action No. 1:04-CV-11923 (DPW) |

# NOTICE OF COURT RULINGS

Notice is hereby given that, on November 21, 2008, the Honorable James Ware, Northern District of California, issued the following Court rulings in the matter *Facebook, Inc. and Mark Zuckerberg v. ConnectU, Inc., et al*, 5:07-CV-01389 (JW), filed in the Northern District of California:

1. Order Denying Plaintiffs' Motion to Correct; Granting Plaintiffs' Motion for Clarification; and Vacating the November 3, 2008, Judgment, which is attached hereto as **Exhibit A**;

2. Amended Judgment Ordering Specific Performance of Settlement Agreement and Declaratory Judgment of Release, which is attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated: November 21, 2008 | Respectfully submitted, |

FACEBOOK, INC., MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES and THE FACEBOOK, LLC,

By their attorneys

 /s/ Theresa A. Sutton /s/
I. Neel Chatterjee (*pro hac vice*)
Monte Cooper (*pro hac vice*)
Theresa A. Sutton (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer (BBO# 542531)
Jeremy P. Oczek (BBO# 647509)
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:    (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 21, 2008.

Dated: November 21, 2008.                Respectfully submitted,

                                         /s/ Theresa A. Sutton /s/
                                         Theresa A. Sutton

OHS West:260555243.1