## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | ) ) ) ) CIVIL ACTION NO. 1:07-cv-10593 (DPW) |
| Plaintiffs, | ) ) Related Action 1:04-cv-11923 (DPW) |
| v. | ) ) ) |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the enclosed:

- Memorandum in Support of Plaintiff's Motion for Sanction of Non-Dismissal, or in the Alternative to Vacate Final Judgment Pursuant to F.R.C.P. 60;

- Exhibit A in Support of the Declaration of Meredith H. Schoenfeld in Support of Plaintiff's Motion for Sanction of Non-Dismissal, or in the Alternative to Vacate Final Judgment Pursuant to F.R.C.P. 60.

were served by email, November 24, 2008 to the following:

Monte Cooper, Esq.
I. Neel Chatterjee
Robert D. Nagel
Theresa A. Sutton
G. Hopkins Guy
Joshua H. Walker
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Email: mcooper@orrick.com
Email: nchatterjee@orrick.com
Email: rnagel@orrick.com
Email: tsutton@orrick.com

Email: hopguy@orrick.com
Email: jwalker@orrick.com


Daniel K. Hampton, Esq.
Gordon P. Katz
HOLLAND & KNIGHT, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Email: dan.hampton@hklaw.com
Email: gordon.katz@hklaw.com


Jeremy P. Oczek, Esq.
Steven M. Bauer
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110-2600
Email: joczek@proskauer.com
Email: sbauer@proskauer.com


Lee Gesmer, Esq.
GESMER UPDEGROVE LLP
40 Broad Street
Boston, MA 02109
Email: lee.gesmer@gesmer.com


  /s/ John F. Hornick