IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

## AMENDED PROOF OF SERVICE

PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On November 21, 2008, I delivered to the below listed individuals the following document(s):

**1. NOTICE OF COURT RULINGS**

|   | |
|---|---|
|   | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below before 5:30 p.m. on November 21, 2008. |
| **X** | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on November 21, 2008. |
|   | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
|   | By causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below. |
|   | By personally delivering the document(s) listed above to the person(s) at the addressee(s) set forth below. |
| **X** | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on November 21, 2008. |

**ATTORNEYS FOR DEFENDANTS CONNECTU INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG**

**Scott Mosko**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

**ATTORNEY FOR DEFENDANT CONNECTU**

| | |
|---|---|
| **Steven C. Holtzman**<br>Boies Schiller & Flexner LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | **Jonathan M. Shaw**<br>**D. Michael Underhill**<br>**Evan A. Parke**<br>Boies Schiller & Flexner LLP<br>5301 Wisconsin Ave. NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 |

OHS West:260326401.1
16069-2001 NAA/NAA

**David A. Barrett**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

**ATTORNEY FOR INTERVENORS CAMERON WINKLEVOSS
TYLER WINKLEVOSS AND DIVYA NARENDRA**

| | |
|---|---|
| **Mark A. Byrne** | **Sean F. O'Shea** (*pro hac vice*) |
| Byrne & Nixon LLP | **Mark A. Weissman** |
| 800 West Sixth Street, Suite 430 | O'Shea Partners LLP |
| Los Angeles, CA 90017 | 521 Fifth Avenue, 25th Floor |
| Tel: 213.620.8003 | New York, New York 10175 |
| Fax: 213.620.8012 | Tel: (212) 682.4426 |
| Email: markbyrne@byrnenixon.com | Fax: (212) 682.4437 |
| | Email: mshea@osheapartners.com |
| | Email: mweissman@osheapartners.com |

**(MASSACHUSETTS ACTION)
ATTORNEYS FOR PLAINTIFF CONNECTU, INC., CAMERON WINKLEVOSS, TYLER
WINKLEVOSS, AND DIVYA NARENDRA**

| | |
|---|---|
| **John F. Hornick** | **Daniel P. Tighe** |
| **Meredith H. Schoenfeld** | **Scott McConchie** |
| **Margaret A. Esquenet** | Griesinger, Tighe & Maffei, LLP |
| **Daniel P. Kaufman** | 176 Federal Street |
| Finnegan, Henderson, Farabow, | Boston, MA 02110 |
| Garrett & Dunner, LLP | Telephone: (617) 542-9900 |
| 901 New York Avenue NW | Facsimile: (617) 542-0900 |
| Washington, DC 20001 | Email: dtighe@gtmllp.com |
| Telephone: | sm@gtmllp.com |
| **Facsimile:** | |

**(MASSACHUSETTS ACTION)
ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN**

**Gordon P. Katz, Esq.**
**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
Facsimile: (617) 523-6850

OHS West:260326401.1
16069-2001 NAA/NAA

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on November 21, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                            /s/ Abby Ako-Nai /s/
                                                                       Abby Ako-Nai

OHS West:260326401.1
16069-2001 NAA/NAA

## Ako-Nai, Abby

| | |
|---|---|
| From: | Ako-Nai, Abby |
| Sent: | Friday, November 21, 2008 2:19 PM |
| To: | 'dan.hampton@hklaw.com'; 'daniel.kaufman@finnegan.com'; 'meredith.schoenfeld@finnegan.com'; 'margaret.esquenet@finnegan.com'; 'john.hornick@finnegan.com'; 'dtighe@gtmllp.com'; 'sm@gtmllp.com'; 'sholtzman@bsfllp.com'; 'munderhill@bsfllp.com'; 'dbarrett@bsfllp.com'; 'jshaw@bsfllp.com'; 'eparke@bsfllp.com'; 'markbyrne@byrnenixon.com'; 'scott.mosko@finnegan.com'; 'soshea@osheapartners.com'; 'mweissman@osheapartners.com'; 'gordon.katz@hklaw.com' |
| Cc: | Sutton, Theresa A. |
| Subject: | ConnectU, et al. v. Facebook, et al. - 2008.11.21 Notice of Ruling |
| Attachments: | Notice of Court Rulings.pdf; Ex. A.pdf; Ex. B.pdf; Ex. C.pdf; Ex. D.pdf; Ex. E.pdf; Proof of Service.pdf |

Please see attached. A hard copy has also been sent to you via U.S. Mail.

Orrick Herrington & Sutcliffe LLP
Abby Ako-Nai
Assistant to Sean A. Lincoln, Stacy B. Margolies
Theresa A. Sutton, Julio Avalos and An Doan
1000 Marsh Road
Menlo Park, CA 94025
Tel: 650.614.7430
Fax: 650.614.7401
email: aako-nai@orrick.com

11/24/2008

## Ako-Nai, Abby

| | |
|---|---|
| **From:** | Ako-Nai, Abby |
| **Sent:** | Friday, November 21, 2008 4:24 PM |
| **To:** | 'dan.hampton@hklaw.com'; 'daniel.kaufman@finnegan.com'; 'meredith.schoenfeld@finnegan.com'; 'margaret.esquenet@finnegan.com'; 'john.hornick@finnegan.com'; 'dtighe@gtmllp.com'; 'sm@gtmllp.com'; 'sholtzman@bsfllp.com'; 'munderhill@bsfllp.com'; 'dbarrett@bsfllp.com'; 'jshaw@bsfllp.com'; 'eparke@bsfllp.com'; 'markbyrne@byrnenixon.com'; 'scott.mosko@finnegan.com'; 'soshea@osheapartners.com'; 'mweissman@osheapartners.com'; 'gordon.katz@hklaw.com' |
| **Cc:** | Sutton, Theresa A. |
| **Subject:** | ConnectU, et al. v. Facebook, et al. - 2008.11.21 Notice of Further Rulings |
| **Attachments:** | 2008.11.21 [FB] Notice of Rulings Exs. Attached [216].pdf; Proof of Service.pdf |

Please see attached. A hard copy has also been sent to you via U.S. Mail.

Orrick Herrington & Sutcliffe LLP
Abby Ako-Nai
Assistant to Sean A. Lincoln, Stacy B. Margolies
Theresa A. Sutton, Julio Avalos and An Doan
1000 Marsh Road
Menlo Park, CA 94025
Tel: 650.614.7430
Fax: 650.614.7401
email: aako-nai@orrick.com