IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br>         Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC, <br><br>         Defendants. | Civil Action No. 1:07-CV-10593 (DPW) <br><br> Related Action 1:04-cv-11923  (DPW) |

**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SANCTION OF NON-DISMISSAL, OR IN THE ALTERNATIVE TO VACATE FINAL JUDGMENT PURSUANT TO F.R.C.P. 60**

OHS West:260555861.1

Dockets.Justia.com

Defendants Facebook, Inc., Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, and Facebook LLC; on the one hand and Plaintiffs ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra; on the other, hereby stipulate that Defendants' Opposition to Plaintiffs' Motion for Sanction of Non-Dismissal, or in the Alternative to Vacate Final Judgment Pursuant to F.R.C.P. 60, currently due on December 5, 2008, shall instead be due on December 12, 2008.

Dated:  November 25, 2008.                    Respectfully submitted,


    /s/ Theresa A. Sutton /s/
I. Neel Chatterjee (*pro hac vice*)
Monte Cooper (*pro hac vice*)
Theresa A. Sutton (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:    (617) 526-9600
Facsimile:    (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

Attorneys for Defendants Facebook, Inc., Mark Zuckerberg, Christopher Hughes, Dustin Moskovitz, Andrew McCollum, and TheFacebook LLC

OHS West:260555861.1

Dated: November 25, 2008

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER

_____
/s/ John Hornick /s/
_____
John Hornick
**Attorneys for Plaintiffs**
ConnectU, Inc.; Cameron Winklevoss, Tyler
Winklevoss and Divya Narendra

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
Honorable Douglas Woodlock
United States District Judge
District of Massachusetts

OHS West:260555861.1

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 25, 2008.

Dated:  November 25, 2008.                    Respectfully submitted,

                                              _____
                                              /s/ Theresa A. Sutton /s/
                                              Theresa A. Sutton

OHS West:260555861.1