IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>       Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>       Defendants. | Civil Action No. 1:07-CV-10593-DPW |
| CONNECTU LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>       Defendants. | Civil Action No. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>       Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>       Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>       Additional Counterdefendants. | |

# NOTICE OF ORDER DENYING FOURTH MOTION TO STAY EXECUTION

Notice is hereby given that on December 12, 2008, the Ninth Circuit issued an Order denying ConnectU, Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra's Emergency Motion to Stay the Execution of District Court's November 21, 2008, Amended Judgment. This Order is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: December 12, 2008 | Respectfully submitted, |
| | FACEBOOK, INC., MARK ZUCKERBERG, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES and THE FACEBOOK, LLC, |
| | By their attorneys |
| | /s/ Theresa A. Sutton /s/ |
| | I. Neel Chatterjee (*pro hac vice*) |
| | Monte Cooper (*pro hac vice*) |
| | Theresa A. Sutton (*pro hac vice*) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| | Menlo Park, California 94025 |
| | Telephone: (650) 614-7400 |
| | Facsimile: (650) 614-7401 |
| | nchatterjee@orrick.com |
| | mcooper@orrick.com |
| | tsutton@orrick.com |
| | |
| | Steven M. Bauer (BBO# 542531) |
| | Jeremy P. Oczek (BBO# 647509) |
| | PROSKAUER ROSE, LLP |
| | One International Plaza, 14th Floor |
| | Boston, MA 02110-2600 |
| | Telephone: (617) 526-9600 |
| | Facsimile: (617) 526-9899 |
| | sbauer@proskauer.com |
| | joczek@proskauer.com |

OHS West:260565615.1

# CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 12, 2008.

Dated: December 12, 2008.          Respectfully submitted,

                                      /s/ Theresa A. Sutton /s/
                                        Theresa A. Sutton

OHS West:260565615.1