IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>　　　　Defendants. | Civil Action No. 1:07-CV-10593-DPW |
| CONNECTU LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>　　　　Defendants. | Civil Action No. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>　　　　Counterclaimants,<br><br>v.<br><br>CONNECTU LLC, Counterdefendant, and CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, Additional Counterdefendants. | |

**NOTICE OF ORDER DISMISSING THE NORTHERN DISTRICT OF
CALIFORNIA ACTION PURSUANT TO JUDGMENT ENFORCING SETTLEMENT**

Notice is hereby given that on December 15, 2008, the Honorable James Ware issued an Order of Dismissal, dismissing all claims against Defendants ConnectU, Inc., Pacific Northwest Software, Winston Williams and Wayne Chang, with prejudice in the Northern District of California action, Case No. 5:07-CIV-01389-JW. A copy of Judge Ware's Order is attached hereto as **Exhibit A**. This Order was a result of instructions set forth in an amended judgment dated November 21, 2008 enforcing specific performance of the Settlement Agreement. *See* Dkts. 208, 211, and 216. The Settlement Agreement resolved all matters between the parties in this case, the California action, and Case No. C-04-11923-DPW (which has been consolidated with the present action).

Dated: December 15, 2008.  Respectfully submitted,

/s/ I. Neel Chatterjee /s/
I. Neel Chatterjee (*pro hac vice*)
Monte Cooper (*pro hac vice*)
Theresa A. Sutton (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 15, 2008.

Dated: December 15, 2008            Respectfully submitted,

                                             /s/ I. Neel Chatterjee /s/
                                                    I. Neel Chatterjee