## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | ) ) ) ) |
| | CIVIL ACTION NO. 1:07-cv-10593 (DPW) |
| Plaintiffs, | ) ) Related Action 1:04-cv-11923 (DPW) |
| v. | ) ) ) |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

### ASSENTED-TO MOTION TO SEAL DOCUMENT

Pursuant to the Stipulated Protective Order entered between the parties in *ConnectU v. Zuckerberg et al.*, Case No. 1:04-cv-11923-DPW, Plaintiffs Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra hereby move to file under seal the following document: Exhibit L to the December 15, 2008 Declaration of Evan Andrew Parke In Support Of Plaintiffs' Motion, which is ConnectU, Inc. and Cameron Winklevoss, Tyler Winklevoss and Divya Narendra's October 6, 2008, opening appeal brief filed in the United States Court of Appeals for the Ninth Circuit.

This document discusses (i) information that the United States District Court for the Northern District of California and the United States Court of Appeals for the Ninth Circuit has sealed; (ii) information that Facebook, Inc. in the past has asserted is confidential pursuant to protective orders entered in this case and in the California proceeding; and (iii) information that Plaintiffs believe that Facebook would consider to be confidential. The parties have agreed to keep confidential certain information,

consistent with the provisions of the Stipulated Protective Order. Thus, this Motion is necessary to comply with that agreement.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for Plaintiffs certifies that pursuant to Local Rule 7.1, the parties have conferred regarding motions to seal, and counsel for Defendants consent to such motions.


DATED:  December 16, 2008        /s/ John F. Hornick

John F. Hornick (*pro hac vice*)
Thomas H. Jenkins
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

D. Michael Underhill
(admitted *pro hac vice* in
Case No. 1:07-cv-10593)
BOIES SCHILLER
& FLEXNER LLP
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone:  (202) 274-1120
Facsimile: (202) 237-2727

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GREISINGER, TIGHE, and
MAFFEI, L.L.P.
176 Federal St.
Boston, MA  02110
Telephone:  (617) 452-9900
Facsimile:   (617) 452-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Attorneys for Plaintiffs Cameron
Winklevoss, Tyler Winklevoss, and Divya
Narendra

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 16, 2008.

/s/ John F. Hornick
John F. Hornick