IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>        Defendants. | Civil Action No. 1:07-CV-10593-DPW |
| CONNECTU LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>        Defendants. | Civil Action No. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | |

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2008 DEC 15 A 11: 5b

-1-

Dockets.Justia.com

## DEFENDANTS' MOTION FOR ORDER OF DISMISSAL

On July 2, 2008, the United States District Court of the Northern District of California, San Jose Division, entered a Judgment Enforcing Settlement Agreement ("Judgment"), attached hereto as Exhibit A. Pursuant to the Judgment, all cases by and between The Facebook, Inc. and Mark Zuckerberg and their related parties, and ConnectU Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra, and their related parties, pending as of the date of the Settlement Agreement are to be dismissed with prejudice. Based on the Judgment of the California District Court, the following cases are dismissed with prejudice:

- *The Facebook, Inc. et al, v. ConnectU, Inc., et al.*, Civil Action No. C 07-01389, before the United States District Court for the Northern District of California;

- *ConnectU, LLC v. Facebook, Inc. et al.*, Case No. 1:04-cv-11923-DPW, before the District of Massachusetts; and

- *ConnectU, Inc. et al v. Faceook, Inc., et al.* Civil Action No. 1:07-CV-10593-DPW, before the District of Massachusetts [1]

Accordingly, Defendants request that all claims asserted against ConnectU, LLC, ConnectU, Inc., Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra be dismissed with prejudice with each of the parties to bear their own attorney's fees and costs. A proposed order is submitted herewith.

---

[1] In September 2004, ConnectU filed a lawsuit in the District of Massachusetts, *ConnectU LLC v. Zuckerberg, et al.*, Case No.: 04-11923 DPW, against Facebook, Mark Zuckerberg and several individuals associated with the founding of Facebook. The case was dismissed for lack of diversity in March 2007. Subsequently, ConnectU Shareholders and ConnectU, Inc. re-filed in the same Court, Civil Action No. 1:07-CV-10593-DPW, *ConnectU, Inc. et al v. Faceook, Inc., et al.* ConnectU appealed the dismissal and in April 2008, the First Circuit reversed and remanded. Those cases have been consolidated before the Honorable Douglas P. Woodlock in *ConnectU, LLC v. Facebook, Inc. et al.*, Case No. 1:04-cv-11923-DPW.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Counsel for the Defendants certifies that pursuant to Local Rule 7.1(a)(2) they met and

conferred with counsel for Plaintiffs regarding this motion on August 3, 2008, via email

correspondence.

Dated: August 4, 2008.                    Respectfully submitted,


                                          _____/s/ I. Neel Chatterjee /s/_____
                                          I. Neel Chatterjee (*pro hac vice*)
                                          Monte Cooper (*pro hac vice*)
                                          Theresa A. Sutton (*pro hac vice*)
                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                          1000 Marsh Road
                                          Menlo Park, California 94025
                                          Telephone:    (650) 614-7400
                                          Facsimile:    (650) 614-7401
                                          nchatterjee@orrick.com
                                          mcooper@orrick.com
                                          tsutton@orrick.com

                                          Steven M. Bauer
                                          Jeremy P. Oczek
                                          PROSKAUER ROSE, LLP
                                          One International Plaza, 14th Floor
                                          Boston, MA 02110-2600
                                          Telephone:    (617) 526-9600
                                          Facsimile:    (617) 526-9899
                                          sbauer@proskauer.com
                                          joczek@proskauer.com

                                          Attorneys for Defendants Facebook, Inc., Mark
                                          Zuckerberg, Dustin Moskovitz, Andrew
                                          McCollum, and TheFacebook LLC

Dated: August 4, 2008                     HOLLAND & KNIGHT


                                          _____/s/ Daniel K. Hampton /s/_____
                                          Daniel K. Hampton

                                          Attorneys for Defendant Eduardo Saverin

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 4, 2008.

Dated: August 4, 2008.                    Respectfully submitted,

                                 _____/s/ I. Neel Chatterjee /s/_____
                                           I. Neel Chatterjee (*pro hac vice*)