IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

## PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On December 12, 2008, I delivered to the below listed individuals the following document(s):

1. **NOTICE OF ORDER DENYING FOURTH MOTION TO STAY EXECUTION**

| | |
|---|---|
| X | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on December 12, 2008. |
| X | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on December 12, 2008. |

MASSACHUSETTS ACTION

ATTORNEYS FOR PLAINTIFF CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA

**John F. Hornick**
**Meredith H. Schoenfeld**
**Margaret A. Esquenet**
**Daniel P. Kaufman**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone:
**Facsimile:**

**Daniel P. Tighe**
**Scott McConchie**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
Facsimile: (617) 542-0900
Email: dtighe@gtmllp.com
sm@gtmllp.com

ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN

**Gordon P. Katz, Esq.**
**Daniel K. Hampton, Esq.**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
Facsimile: (617) 523-6850

-2-
PROOF OF SERVICE
OHS West:260326401.1
16069-2001 NAA/NAA

CALIFORNIA ACTION

ATTORNEYS FOR DEFENDANTS CONNECTU INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG

**Scott Mosko**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

ATTORNEY FOR DEFENDANT CONNECTU

**Steven C. Holtzman**
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

**Jonathan M. Shaw**
**D. Michael Underhill**
**Evan A. Parke**
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**David A. Barrett**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

ATTORNEY FOR INTERVENORS CAMERON WINKLEVOSS
TYLER WINKLEVOSS AND DIVYA NARENDRA

**Mark A. Byrne**
Byrne & Nixon LLP
800 West Sixth Street, Suite 430
Los Angeles, CA 90017
Tel: 213.620.8003
Fax: 213.620.8012
Email: markbyrne@byrnenixon.com

**Sean F. O'Shea** (*pro hac vice*)
**Mark A. Weissman**
O'Shea Partners LLP
521 Fifth Avenue, 25th Floor
New York, New York 10175
Tel: (212) 682.4426
Fax: (212) 682.4437
Email: mshea@osheapartners.com
Email: mweissman@osheapartners.com

OHS West:260326401.1
16069-2001 NAA/NAA

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on December 12, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Abby Ako-Nai /s/
Abby Ako-Nai

# Ako-Nai, Abby

| | |
|---|---|
| **From:** | Ako-Nai, Abby |
| **Sent:** | Friday, December 12, 2008 5:08 PM |
| **To:** | 'dan.hampton@hklaw.com'; 'daniel.kaufman@finnegan.com'; 'meredith.schoenfeld@finnegan.com'; 'margaret.esquenet@finnegan.com'; 'john.hornick@finnegan.com'; 'dtighe@gtmllp.com'; 'sm@gtmllp.com'; 'sholtzman@bsfllp.com'; 'munderhill@bsfllp.com'; 'dbarrett@bsfllp.com'; 'jshaw@bsfllp.com'; 'eparke@bsfllp.com'; 'markbyrne@byrnenixon.com'; 'scott.mosko@finnegan.com'; 'soshea@osheapartners.com'; 'mweissman@osheapartners.com'; 'gordon.katz@hklaw.com' |
| **Cc:** | Sutton, Theresa A. |
| **Subject:** | ConnectU, et al. v. Facebook, et al./(1) Defs' Oppo to PL's Mtn for Sanctions (2) Ntc of Order re 4th Mtn to Stay |
| **Attachments:** | 2008.12.12 [FB] Sutton Decl in Oppo to PL's Mtn for Sanctions or to Vacate [225].pdf; 2008.12.12 [FB] Oppo to PL's Mtn for Sanctions or to Vacate [224].pdf; 2008.12.12 [FB] Sutton Decl Oppo to Mtn for Sanctions Ex F [225-7].pdf; 2008.12.12 [FB] Sutton Decl Oppo to Mtn for Sanctions Ex B [225-3].pdf; 2008.12.12 [FB] Sutton Decl Oppo to Mtn for Sanctions Ex C [225-4].pdf; 2008.12.12 [FB] Sutton Decl Oppo to Mtn for Sanctions Ex D [225-5].pdf; 2008.12.12 [FB] Sutton Decl Oppo to Mtn for Sanctions Ex E [225-6].pdf; 2008.12.12 [FB] Sutton Decl in Oppo to Mtn for Sanctions Ex. A [CONFIDENTIAL].pdf; 2008.12.12 [FB] Ntc of Order Denying 4th Mtn to Stay (Ex. A Attached) [226].pdf; POS re Oppo to Mtn for Sanctions.pdf; POS re Ntc of Order.pdf |

Please see attached. A hard copy has also been sent to you via U.S. Mail.

Orrick Herrington & Sutcliffe LLP
Abby Ako-Nai
Assistant to Sean A. Lincoln, Stacy B. Margolies
Theresa A. Sutton, Julio Avalos and An Doan
1000 Marsh Road
Menlo Park, CA 94025
Tel: 650.614.7430
Fax: 650.614.7401
email: aako-nai@orrick.com