## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | ) ) ) ) | CIVIL ACTION NO. 1:07-cv-10593 (DPW) |
| Plaintiffs, | ) ) | Related Action 1:04-cv-11923 |
| v. | ) ) | (DPW) |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the document listed below has been manually filed with the

Court and is available in paper form only:

> Exhibit L to the December 15, 2008, Declaration of Evan Andrew Parke
>
> In Support Of Plaintiffs' Motion, which is ConnectU, Inc. and Cameron
>
> Winklevoss, Tyler Winklevoss and Divya Narendra's October 6, 2008,
>
> opening appeal brief filed in the United States Court of Appeals for the
>
> Ninth Circuit.

The original document is maintained in the case file in the Clerk's office.

DATED:  December 16, 2008                /s/ John F. Hornick

John F. Hornick (*pro hac vice*)
Thomas H. Jenkins
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001

Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GREISINGER, TIGHE, and
MAFFEI, L.L.P.
176 Federal St.
Boston, MA 02110
Telephone: (617) 452-9900
Facsimile: (617) 452-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Attorneys for Plaintiffs Cameron
Winklevoss, Tyler Winklevoss, and Divya
Narendra

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non registered participants on December 16,

2008.

/s/ John F. Hornick _____
John F. Hornick
