## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | ) ) ) ) CIVIL ACTION NO. 1:07-cv-10593 (DPW) |
| Plaintiffs, | ) Related Action 1:04-cv-11923 (DPW) |
| v. | ) |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, | ) ) ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the enclosed:

Exhibit L to the December 15, 2008, Declaration of Evan Andrew Parke In Support Of Plaintiffs' Motion, which is ConnectU, Inc. and Cameron Winklevoss, Tyler Winklevoss and Divya Narendra's October 6, 2008, opening appeal brief filed in the United States Court of Appeals for the Ninth Circuit.

was served by email, December 16, 2008, to the following:

Monte Cooper, Esq.
I. Neel Chatterjee
Robert D. Nagel
Theresa A. Sutton
G. Hopkins Guy
Joshua H. Walker
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Email: mcooper@orrick.com
Email: nchatterjee@orrick.com
Email: rnagel@orrick.com
Email: tsutton@orrick.com
Email: hopguy@orrick.com

Email: jwalker@orrick.com


Daniel K. Hampton, Esq.
Gordon P. Katz
HOLLAND & KNIGHT, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Email: dan.hampton@hklaw.com
Email: gordon.katz@hklaw.com


Jeremy P. Oczek, Esq.
Steven M. Bauer
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110-2600
Email: joczek@proskauer.com
Email: sbauer@proskauer.com


Lee Gesmer, Esq.
GESMER UPDEGROVE LLP
40 Broad Street
Boston, MA 02109
Email: lee.gesmer@gesmer.com


    /s/ John F. Hornick