IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., *et al.*,<br><br>      Defendants. | CIVIL ACTION NO. 1:07-cv-10593 (DPW) |

**MOTION TO ADMIT EVAN A. PARKE *PRO HAC VICE*
ON BEHALF OF CAMERON WINKLEVOSS, TYLER
WINKLEVOSS, AND DIVYA NARENDRA**

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Scott McConchie, a member of the bar of this Court and counsel of record for Cameron Winklevoss, Tyler Winklevoss and Divya Narendra, hereby moves for the admission *pro hac vice* of Evan A. Parke, who is an associate at Boies Schiller & Flexner, LLP, in Washington, D.C., as counsel for Cameron Winklevoss, Tyler Winklevoss and Divya Narendra in this case.

In support of this motion, Cameron Winklevoss, Tyler Winklevoss and Divya Narendra hereby submit the accompanying declaration of Attorney Parke, which states that (1) Attorney Parke is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him in any jurisdiction; and (3) he is familiar with the Local Rules of this District.

Although this motion is being filed electronically, the $50 fee for admission *pro hac vice* for Attorney Parke is being delivered to the Court by hand this afternoon.

WHEREFORE, Cameron Winklevoss, Tyler Winklevoss and Divya Narendra respectfully request that this Court grant this motion to admit Evan A. Parke *pro hac vice* for the purpose of participating in this lawsuit.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that counsel for the parties conferred regarding the issues presented by this motion. Counsel for Eduardo Saverin has assented to this motion. Counsel for the other defendants did not assent to this motion.

Respectfully submitted,

CAMERON WINKLEVOSS, TYLER WINKLEVOSS
and DIVYA NARENDRA

By their attorneys,

  /s/ Scott McConchie
Daniel P. Tighe (BBO# 556583)
  Email: dtighe@gtmllp.com
Scott McConchie (BBO# 634127)
  Email: smcconchie@gtmllp.com
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
Facsimile: (617) 542-0900

Dated: December 17, 2008

Certificate of Service

The undersigned hereby certifies that this document was filed through the ECF system on December 17, 2008 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

  /s/ Scott McConchie
Scott McConchie