IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONNECTU, INC., *et al.*,

    Plaintiffs,

v.

FACEBOOK, INC., *et al.*,

    Defendants.

CIVIL ACTION NO. 1:07-cv-10593 (DPW)

## **DECLARATION OF EVAN A. PARKE, ESQ.**

Evan A. Parke, upon oath, deposes and says as follows:

1.     I am a member of the bar of the District of Columbia, and am an associate in the law firm of Boies Schiller & Flexner, LLP. My business address is 5301 Wisconsin Ave. NW, Washington, DC 20015. I submit this Declaration in Support of a Motion for Admission *Pro Hac Vice*, so that I can act as counsel for Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra in this case.

2.     In addition to courts in the District of Columbia, I am admitted to practice law in the following federal courts: the United States Courts of Appeals for the Federal and Ninth Circuits, and the United States District Courts for the District of Columbia and the Southern District of Illinois.

3.     I am a member in good standing in all jurisdictions where I have been admitted to practice.

4.     There are no disciplinary proceedings pending against me in any jurisdiction.

5.     I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 16th day of December, 2008.

                                                  /s/ Evan A. Parke
                                                Evan A. Parke