IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>  Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>  Defendants. | Civil Action No. 1:07-CV-10593-DPW |
| CONNECTU LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>  Defendants. | Civil Action No. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>  Counterclaimants,<br><br>v.<br><br>CONNECTU LLC, Counterdefendant, and CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, Additional Counterdefendants. | |

**DEFENDANTS-COUNTERCLAIMANTS' RESPONSE TO PRO HAC VICE APPLICATION OF MICHAEL UNDERHILL AND EVAN PARKE**

-1-

In order to preserve their rights to object in a more appropriate pleading, the Facebook Defendants submit this response to the recently filed applications for *pro hac vice* admission by Michael Underhill and Evan Parke. The Facebook Defendants take no position as to whether the Court should grant such applications. However, the Facebook Defendants have notified Messrs. Underhill and Parke that they believe their firm, Boies Schiller & Flexner, is laboring under an apparent or actual conflict of interest related to its current and former representation of both ConnectU and the Founders. For this reason, the Facebook Defendants hereby reserve their rights to later object to any representation of the individuals by the Boies firm.

Dated: December 18, 2008.                             Respectfully submitted,

    /s/ Theresa A. Sutton /s/
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:   (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

* Admitted Pro Hac Vice

OHS West:260567322.5

## CERTIFICATE OF SERVICE

       I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 18, 2008.

Dated: December 18, 2008.            Respectfully submitted,

                                        /s/ Theresa A. Sutton /s/
                                           Theresa A. Sutton