IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |
| CONNECTU LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>Defendants. | Civil Action No. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>CONNECTU LLC, Counterdefendant, and CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, Additional Counterdefendants. | |

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS**

-1-

Plaintiffs filed a Motion to Dismiss on December 15, 2008. Dkt. 232. Facebook Defendants do not oppose this motion but request that all defendants be dismissed. The current motion was filed pursuant to Paragraph 2(c) of the July 2, 2008, Judgment Enforcing Settlement Agreement. Dkt. 208. The Judgment requires Plaintiffs to prepare for filing "a legally sufficient dismissal with prejudice of all cases by and between the parties pending as of the date of the Agreement." *Id.* Plaintiffs' present motion, however, appears only to dismiss Facebook, Inc. and Mark Zuckerberg. Any dismissal should be corrected to reflect dismissal of all claims against all defendants in compliance with the Judgment.

Dated: December 19, 2008.                              Respectfully submitted,


  /s/ Theresa A. Sutton /s/
_____
I. Neel Chatterjee (admitted *pro hac vice*)
Monte Cooper (admitted *pro hac vice*)
Theresa A. Sutton (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:   (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non registered participants on December 18, 2008.

Dated: December 18, 2008.                    Respectfully submitted,

                                                   /s/ Theresa A. Sutton /s/
                                                     Theresa A. Sutton

OHS West:260570000.2