## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | )<br>)<br>) CIVIL ACTION NO. 1:07-cv-10593 (DPW) |
| Plaintiffs, | ) Related Action 1:04-cv-11923 (DPW) |
| v. | ) |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

### ASSENTED-TO MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY TO FACEBOOK'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTION OF NON-DISMISSAL, OR IN THE ALTERNATIVE TO VACATE FINAL JUDGMENT PURSUANT TO F.R.C.P. 60

Plaintiffs hereby move for leave to file a Reply To Facebook's Opposition to Plaintiffs' Motion for Sanctions of Non-Dismissal, or in the Alternative to Vacate Final Judgment Pursuant to F.R.C.P. 60.

As grounds for this motion, a reply brief is necessary to address new issues raised in Facebook Defendants' Response and to clarify the record for the Court.

Plaintiffs' reply (Exhibit A) will clarify these issues. The Proposed Order granting this assented-to motion is attached as Exhibit B.

### CERTIFICATION UNDER L.R. 7.1

Plaintiff's counsel hereby certifies under L.R. 7.1 that counsel for Plaintiff conferred with counsel for the Facebook Defendants, and that they consent to this motion.

Date: December 23, 2008                              Respectfully submitted,


/s/ John F. Hornick


John F. Hornick (*pro hac vice*)
Thomas H. Jenkins
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Daniel P. Tighe (BBO# 556583)
GREISINGER, TIGHE, and MAFFEI, L.L.P.
176 Federal St., Boston, MA  02110
Telephone:  (617) 452-9900
Facsimile:   (617) 452-0900
dtighe@gtmllp.com

Attorneys for Plaintiffs Cameron
Winklevoss, Tyler Winklevoss, and Divya
Narendra, and old ConnectU, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 23, 2008.

     /s/ John F. Hornick  
John F. Hornick