# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, <br><br> Defendants. | CIVIL ACTION NO. 1:07-cv-10593 (DPW) <br><br> Related Action 1:04-cv-11923 (DPW) |

### Conditional Withdrawal of Representation of ConnectU, Inc.

As Judge Ware ordered on November 21, 2008 in *Facebook, Inc. v. ConnectU, Inc.*, C 07-01389 JW (N.D. Cal. November 21, 2008), ConnectU, Inc.'s ("ConnectU") stock transferred on December 15, 2008 from ConnectU's shareholders to Facebook, Inc. Facebook submitted Judge Ware's November 21, 2008 Amended Judgment to this Court on November 21, 2008 (Dkt. 216). The Finnegan firm has received notice from the new ConnectU (i.e., ConnectU, Inc. as it exists on or after December 15, 2008) that it no longer represents new ConnectU. The Finnegan firm therefore conditionally withdraws from the representation of new ConnectU for as long as new ConnectU is owned and controlled by Facebook, Inc. Finnegan continues to represent old ConnectU's "Founders" in this action, namely, Cameron and Tyler Winklevoss and Divya Narendra, as well as any residual interest that the old ConnectU has in matters before this Court. In the event that the ownership and control of new ConnectU returns to the Founders, Finnegan expects at this time to resume its representation of new ConnectU.

Date: December 23, 2008             Respectfully submitted,

/s/ John F. Hornick

John F. Hornick (*pro hac vice*)
Thomas H. Jenkins
Margaret A. Esquenet (*pro hac vice*)
Meredith H. Schoenfeld (*pro hac vice*)
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER,
    L.L.P.
901 New York Avenue N.W.
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:   (202) 408-4400

Daniel P. Tighe (BBO# 556583)
GREISINGER, TIGHE, and MAFFEI LLP
176 Federal St., Boston, MA  02110
Telephone:  (617) 452-9900
Facsimile:   (617) 452-0900
dtighe@gtmllp.com

Attorneys for Plaintiffs Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra, and old ConnectU, Inc.