IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |
| CONNECTU LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>Defendants. | Civil Action No. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>CONNECTU LLC, Counterdefendant, and CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, Additional Counterdefendants. | |

**ASSENTED-TO MOTION TO SEAL EXHIBITS 1, 2 AND 3 TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STAY**

Defendants hereby move to file under seal pursuant to the Stipulated Protective Order entered between the parties in the related case, *ConnectU v. Zuckerberg et al.*, Case No. 1:04-cv-11923-DPW, the following documents:

1. **EXHIBIT 1 TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STAY;**

2. **EXHIBIT 2 TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STAY; AND**

3. **EXHIBIT 3 TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STAY.**

Defendants respectfully request permission to file these documents under seal. Exhibits 1 and 2 were ordered to be placed under seal on August 11, 2008, and November 25, 2008, respectively, in the Ninth Circuit Court of Appeals. Exhibit 3 contains details from the Settlement Agreement, which were ordered to be placed under seal on June 26, 2008, by the Northern District of California. In accordance with the Local Rules, Defendants respectfully request that these documents be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by counsel for Defendants.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to file the above-described documents under seal.

# CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for Defendants certifies that pursuant to Local Rule 7.1, the parties have conferred regarding motions to seal, and counsel for Plaintiffs consent to such motions.

Dated: December 29, 2008              Respectfully submitted,

  /s/ Theresa A. Sutton /s/
I. Neel Chatterjee (admitted *pro hac vice*)
Monte Cooper (admitted *pro hac vice*)
Theresa A. Sutton (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:    (617) 526-9600
Facsimile:    (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 29, 2008.

Dated:  December 29, 2008                          Respectfully submitted,

                                                   /s/ Theresa A. Sutton /s/
                                                   Theresa A. Sutton

OHS West:260572856.1
16069-2001 TS2/TS2