UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br>        Plaintiffs,<br>  v.<br>FACEBOOK, INC. MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC,<br>        Defendants. | CIVIL ACTION NO. 1:07-cv-10593(DPW)<br><br>Related Action No. 1:04-cv-11923 (DPW) |

To The Clerk Of The Above Named Court:

In accordance with Local Rule 83.5.2, please enter my appearance as attorney for ConnectU, Inc. in the above-referenced matter. Please note that, pursuant to Local Rule 83.5.2(d), the undersigned represents different interests from those of other appearing counsel and, therefore, requests that he receive copies of all notice of orders, judgments, and other documents.[1]

                                                Respectfully submitted,
                                                ConnectU, Inc.,
                                                By its attorneys,

                                                __/s/ Gregg P. Bailey_____
                                                Gregg P. Bailey, BBO# 648259
                                                Peter M. Durney, BBO# 139260
                                                CORNELL & GOLLUB
                                                75 Federal Street
                                                Boston, MA 02110
                                                (617) 482-8100

---

[1] ConnectU, Inc. hereby states that it is now wholly-owned by Facebook, Inc., which acquired all of ConnectU stock on December 15, 2008. See, e.g., Memorandum in Support of Plaintiffs' Motion to Stay Consideration of the Motions to Dismiss Pending Appeal to the United States Court of Appeals for the Ninth Circuit, p. 6 (Docket Document No. 229) in associated case, civil action no. 1:07-cv-10593(DWP).

## CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for ConnectU, Inc. hereby certify that on the 29th day of December, 2008, a true copy of the foregoing, Notice of Appearance, was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be served upon anyone indicated as a non-registered participant.

/s/Gregg P. Bailey_____
Gregg P. Bailey