UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br>        Plaintiffs,<br>    v.<br>FACEBOOK, INC. MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC,<br>        Defendants. | CIVIL ACTION NO. 1:07-cv-10593 (DPW)<br><br>Related Action No. 1:04-cv-11923 (DPW) |

## AMENDED CORPORATE DISCLOSURE STATEMENT OF CONNECTU, INC.

Pursuant to Local Rule 7.3(B) of the United States District Court for the District of Massachusetts, ConnectU, Inc. hereby states that it is wholly-owned by Facebook, Inc., which acquired all of ConnectU stock on December 15, 2008.[1] No publicly held company owns 10% or more of ConnectU, Inc.'s stock.

Respectfully submitted,
ConnectU, Inc.,
By its attorneys,

   /s/ Gregg P. Bailey
Peter M. Durney, BBO# 139260
Gregg P. Bailey, BBO# 648259
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

---

[1] See, Memorandum in Support of Plaintiffs' Motion to Stay Consideration of the Motions to Dismiss Pending Appeal to the United States Court of Appeals for the Ninth Circuit, p. 6 (Docket Document No. 229).

## CERTIFICATE OF SERVICE

      I, Gregg P. Bailey, attorney for the ConnectU, Inc., hereby certify that on the 29th day of December, 2008, a true copy of the foregoing, Amended Corporate Disclosure Statement of ConnectU, Inc., was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be served upon anyone indicated as a non-registered participant.


                                              /s/Gregg P. Bailey_____
                                              Gregg P. Bailey