| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br>        Plaintiffs,<br>   v.<br>FACEBOOK, INC. MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC,<br>        Defendants. | Civil Action No. 1:07-cv-10593 (DPW)<br>Related Action No. 1:04-cv-11923 (DPW) |

## PLAINTIFF CONNECTU, INC.'S JOINDER TO DEFENDANT FACEBOOK, INC.'S OPPOSITION TO THE CONNECTU, INC. FOUNDERS' SIXTH MOTION TO STAY

THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, BE INFORMED that Plaintiff ConnectU, Inc. hereby joins in Defendant Facebook, Inc.'s Opposition to the ConnectU, Inc. Founders' Motion to Stay Consideration of the Motions to Dismiss Pending Appeal to the United States Court of Appeals for the Ninth Circuit (Docket Document No. 251).

DATED: December 29, 2008

                                       Respectfully submitted,
                                       ConnectU, Inc.,
                                       By its attorneys,

                                        /s/ Gregg P. Bailey
                                       Gregg P. Bailey, BBO# 648259
                                       Peter M. Durney, BBO# 139260
                                       CORNELL & GOLLUB
                                       75 Federal Street
                                       Boston, MA 02110
                                       (617) 482-8100

(617) 482-3917
pdurney@cornellgollub.com
gbailey@cornellgollub.com

## CERTIFICATE OF SERVICE

    I, Gregg P. Bailey, attorney for ConnectU, Inc. hereby certify that on the 29th day of December, 2008, a true copy of the foregoing, Plaintiff ConnectU, Inc.'s Joinder to Defendant Facebook, Inc.'s Opposition to the ConnectU, Inc. Founders' Sixth Motion to Stay, was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be served upon anyone indicated as a non-registered participant.

                                                 /s/Gregg P. Bailey_____
                                                 Gregg P. Bailey