IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and THEFACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |
| CONNECTU LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THE FACEBOOK, INC.,<br><br>Defendants. | Civil Action No. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and THEFACEBOOK, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>CONNECTU LLC, Counterdefendant, and CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA, Additional Counterdefendants. | |

## PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On December 29, 2008, I delivered to the below listed individuals the following document(s):

1. **EXHIBITS 1-3 TO THE DECLARATION OF THERESA A. SUTTON**

| X | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on December 29, 2008. |
|---|---|
| X | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on December 29, 2008. |

MASSACHUSETTS ACTIONS

ATTORNEYS FOR PLAINTIFF CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA

**John F. Hornick**
**Thomas H. Jenkins**
**Meredith H. Schoenfeld**
**Margaret A. Esquenet**
**Daniel P. Kaufman**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

**D. Michael Underhill**
**Evan A. Parke**
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**Daniel P. Tighe**
**Scott McConchie**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
Telephone: (617) 542-9900
Facsimile: (617) 542-0900

ATTORNEYS FOR PLAINTIFF CONNECTU, INC.

**Gregg P. Bailey**
**Peter M. Durney**

Cornell & Gollub
75 Federal Street
Boston, MA 02110
(617) 482-8100

**ATTORNEYS FOR DEFENDANT EDUARDO SAVERIN**

**Gordon P. Katz**
**Daniel K. Hampton**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 573-2700
Facsimile: (617) 523-6850

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, CA 94025.

On December 29, 2008, I delivered to the below listed individuals the following document(s):

2. **FACEBOOK DEFENDANTS' OPPOSITION TO PLAINTIFFS' SIXTH MOTION TO STAY EXECUTION OF JUDGMENT ENFORCING SETTLEMENT AGREEMENT;**

3. **DECLARATION OF THERESA A. SUTTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SIXTH MOTION TO STAY;**

4. **EXHIBITS 1-11 TO THE DECLARATION OF THERESA A. SUTTON;**

5. **ASSENTED TO MOTION TO SEAL EXHIBITS 1,2, AND 3 TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STAY, AND PROPOSED ORDER**

| X | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on December 29, 2008. |
|---|---|
| X | By e-mailing, as agreed to by the parties, electronic copies of the documents to the e-mail addresses listed below for counsel to defendant on December 29, 2008. |

CALIFORNIA ACTION

ATTORNEYS FOR DEFENDANTS CONNECTU INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, DIVYA NARENDRA, PACIFIC NORTHWEST SOFTWARE, INC., WINSTON WILLIAMS, WAYNE CHANG

**Scott Mosko**
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

### Attorney for Defendant ConnectU

**Steven C. Holtzman**
Boies Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

**Jonathan M. Shaw**
**D. Michael Underhill**
**Evan A. Parke**
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

**David A. Barrett**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

### Attorney for Appellant ConnectU, Inc.
Motion for Withdrawal and Appointment of Substitute Counsel Pending before the United States Court of Appeals for the Ninth Circuit

**James E. Towery**
**Alison P. Buchanan**
**Jill E. Fox**
Hoge, Fenton, Jones & Appel, Inc.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

### Attorney For Intervenors Cameron Winklevoss Tyler Winklevoss And Divya Narendra

**Mark A. Byrne**
Byrne & Nixon LLP
800 West Sixth Street, Suite 430
Los Angeles, CA 90017
Tel: 213.620.8003
Fax: 213.620.8012

**Sean F. O'Shea**
**Mark A. Weissman**
O'Shea Partners LLP
521 Fifth Avenue, 25th Floor
New York, New York 10175
Tel: (212) 682.4426
Fax: (212) 682.4437

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be

deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on December 29, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Amy Dalton
Amy Dalton

OHS West:260573441.1
16069-2001 A3D/A3D

Ako-Nai, Abby

| | |
|---|---|
| From: | Dalton, Amy |
| Sent: | Monday, December 29, 2008 6:44 PM |
| To: | 'Allison Buchanan'; 'Dan Tighe'; 'Daniel Kaufman'; 'Dave Barrett'; 'Evan Parke'; 'Gregg Bailey'; 'J. Bennett'; 'James Towrey'; 'Jill Fox'; 'John Hornick'; 'Jonathan Shaw'; 'Mark Byrne'; 'Mark Weissman'; 'Michael Underhill'; 'Peter Durney'; 'Scott McConchie'; 'Scott Mosko'; 'Sean O'Shea'; 'Steven Hotlzman'; 'Thomas Jenkins'; 'daniel.hampton@hklaw.com' |
| Cc: | Sutton, Theresa A. |
| Subject: | Facebook/ConnectU |
| Attachments: | 2008.12.29 [FB] Sutton Decl ISO Oppo to PL's 6th Mtn to Stay Ex. 7 [252-5].pdf; 2008.12.29 [FB] Sutton Decl ISO Oppo to PL's 6th Mtn to Stay Ex. 8 [252-6].pdf; 2008.12.29 [FB] Sutton Decl ISO Oppo to PL's 6th Mtn to Stay Ex. 9 [252-7].pdf; 2008.12.29 [FB] Sutton Decl ISO Oppo to PL's 6th Mtn to Stay Ex. 10 [252-8].pdf; 2008.12.29 [FB] Sutton Decl ISO Oppo to PL's 6th Mtn to Stay Ex. 11 [252-9].pdf; 2008.12.29 [FB] Mtn to Seal Exs 1-3 to Sutton Decl ISO Opp to Mtn to Stay [248].pdf; 2008.12.29 [FB] Oppo to PL's 6th Mtn to Stay [251].pdf; 2008.12.29 [FB] Sutton Decl ISO Oppo to PL's 6th Mtn to Stay [252].pdf; 2008.12.29 [FB] Sutton Decl ISO Oppo to PL's 6th Mtn to Stay Ex. 1 (CONF).pdf; 2008.12.29 [FB] Sutton Decl ISO Oppo to PL's 6th Mtn to Stay Ex. 2 (CONF).PDF; 2008.12.29 [FB] Sutton Decl ISO Oppo to PL's 6th Mtn to Stay Ex. 3 (CONF).pdf; 2008.12.29 [FB] Sutton Decl ISO Oppo to PL's 6th Mtn to Stay Ex. 4 [252-2].pdf; 2008.12.29 [FB] Sutton Decl ISO Oppo to PL's 6th Mtn to Stay Ex. 5 [252-3].pdf; 2008.12.29 [FB] Sutton Decl ISO Oppo to PL's 6th Mtn to Stay Ex. 6 [252-4].pdf |

    

2008.12.29 [FB] Sutton Decl IS... 2008.12.29 [FB] Sutton Decl IS... 2008.12.29 [FB] Sutton Decl IS... 2008.12.29 [FB] Sutton Decl IS... 2008.12.29 [FB] Sutton Decl IS...



2008.12.29 [FB] Mtn to Seal Ex...

    

2008.12.29 [FB] Oppo to PL's 6... 2008.12.29 [FB] Sutton Decl IS... 2008.12.29 [FB] Sutton Decl IS... 2008.12.29 [FB] Sutton Decl IS... 2008.12.29 [FB] Sutton Decl IS... 2008.12.29 [FB] Sutton Decl IS...



2008.12.29 [FB] Sutton Decl IS... 2008.12.29 [FB] Sutton Decl IS...

Please see the attached documents Facebook filed today in the Massachusetts District Court.

Regards,

Amy Dalton
Paralegal
(650) 614-7418

1

From: Origin ID: HGTA (650)614-7400
Amy Dalton
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**

CLS080108/21/24

SHIP TO: (212)682-4426     **BILL SENDER**

**Sean F. O'Shea
O'Shea Partners LLP
521 5th Ave Fl 25
Mark A. Weissman
New York, NY 101752599**



Ship Date: 29DEC08
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref #   0016069-002001/008060
Invoice #
PO #
Dept #

RELEASE#: 3785346

TRK#   7980 7385 7900     TUE - 30DEC    A1
0201                             **STANDARD OVERNIGHT**

**10175**
**XA JHCA**     NY-US
                 EWR

 

-- FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

PS|Ship - FedEx Label  Page 1 of 2

From: Origin ID: HGTA (650)614-7400
Amy Dalton
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

FedEx Express

CLS060100/21/24

Ship Date: 29DEC08
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (213)620-8003    BILL SENDER
**Mark A. Byrne**
**Byrne & Nixon LLP**
**800 W 6th St Ste 430**

**Los Angeles, CA 900172708**

Ref # 0016069-002001/008060
Invoice #
PO #
Dept #

RELEASE#: 3785346

TRK# 0201  7911 9951 1014

TUE - 30DEC    A1
**STANDARD OVERNIGHT**

**WZ EMTA**

90017
CA-US
LAX




FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php    12/29/2008

From: Origin ID: HGTA (650)614-7400
Amy Dalton
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

FedEx Express

CLS080108/21/24

Ship Date: 29DEC08
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (408)287-9501        BILL SENDER
James E. Towery
Hoge, Fenton, Jones & Appel, Inc.
60 S Market St Ste 14

San Jose, CA 951132351

Ref # 0016069-002001/008060
Invoice #
PO #
Dept #

RELEASE#: 3785346

TRK# 7906 3868 6536
0201

TUE - 30DEC    A2
STANDARD OVERNIGHT

95113
CA-US
SJC




**WA ZSMA**

FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php                            12/29/2008

From: Origin ID: HGTA (650)614-7400
Amy Dalton
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

**Menlo Park, CA 94025**

SHIP TO: (212)446-2300       **BILL SENDER**

**David Barrett**
**Boies Schiller & Flexner LLP**
**575 Lexington Ave Fl 7**

**New York, NY 100226138**

Ship Date: 29DEC08
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-002001/008060
Invoice #
PO #
Dept #

RELEASE#: 3785346

TRK# 7980 7385 7233    TUE - 30DEC    A1
0201                   **STANDARD OVERNIGHT**

**XA JRBA**

10022
NY-US
EWR




FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Amy Dalton
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS080108/21/24

SHIP TO: (513)874-1000  **BILL SENDER**
**Steven Holtzman**
**Boies Scheiller & Flexner LLP**
**1999 Harrison St Ste 900**

**Oakland, CA 946123578**



Ship Date: 29DEC08
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code



Ref # 0016069-002001/008060
Invoice #
PO #
Dept #

RELEASE#: 3785346

TRK# 7906 3868 5850   TUE - 30DEC   A1
0201                   **STANDARD OVERNIGHT**

**WA OAKA**   94612
              CA-US
              OAK



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php                                    12/29/2008

From:   Origin ID: HGTA   (650)614-7400
Amy Dalton
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



Ship Date: 29DEC08
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

CLS080100/21/24

SHIP TO: (650)849-6600         BILL SENDER
**Scott Mosko**
**Finnegan, Henderson, et al, LLP**
**3300 Hillview Ave**

**Palo Alto, CA 943041203**

Ref #    0016069-002001/008060
Invoice #
PO #
Dept #

RELEASE#: 3785346



TRK# 0201   7906 3868 5595

TUE - 30DEC         A2
**STANDARD OVERNIGHT**

**WA PAOA**

94304
CA-US
SFO



- - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible - - - -

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php                              12/29/2008

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



Ship Date: 29DEC08
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

SHIP TO: (202)408-4000    BILL SENDER
**John Hornick/ Meredith Schoenfeld**
**Finnegan, Henderson, Farabow, et al**
**901 New York Ave NW**

**Washington, DC 200014432**

Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 7980 7385 1669
0201

TUE - 30DEC    A1
**STANDARD OVERNIGHT**
DSR

20001
DC-US
DCA



XC TSGA

-- FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS080108/21/24

SHIP TO: (617)542-9900     **BILL SENDER**
**Daniel P. Tighe/ Scott McConchie**
**Griesinger, Tighe & Maffei LLP**
**176 Federal St**

**Boston, MA 021102214**



Ship Date: 29DEC08
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref #    0016069-002001/006399
Invoice #
PO #
Dept #

TRK#   7906 3867 9913    TUE - 30DEC    A1
0201                **STANDARD OVERNIGHT**
                         DSR

**XH LWMA**    02110
                  MA-US
                  BOS



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

PS|Ship - FedEx Label

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



Ship Date: 29DEC08
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

SHIP TO: (202)237-2727   BILL SENDER
D. Michael Underhill/ Evan A. Parke
Boies Schiller & Flexner LLP
5301 Wisconsin Ave NW

Washington, DC 200152015

TRK# 7906 3868 3077   TUE - 30DEC   A1
0201                  STANDARD OVERNIGHT
                      DSR

XC DCAA

20015
DC-US
DCA



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php

12/29/2008

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025



CLS080108/21/24

Ship Date: 29DEC08
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

SHIP TO: (617)523-2700    BILL SENDER
Daniel K. Hampton/ Gordon P. Katz
Holland & Knight, LLP
10 Saint James Ave Fl 11

Boston, MA 021163813

TRK# 7911 9950 7950
0201

TUE - 30DEC    A1
STANDARD OVERNIGHT
DSR

02116
MA-US
BOS

XH GBRA



FOLD on this line and place in shipping pouch with bar code and delivery address visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php

12/29/2008

From: Origin ID: HGTA (650)614-7400
Nana Ako-Nai
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road

Menlo Park, CA 94025

CLS080108/21/24

SHIP TO: (617)482-8100        BILL SENDER
**Gregg P. Bailey/ Peter M. Durney
Cornell & Gollub
75 Federal Street**

**Boston, MA 02110**

Ship Date: 29DEC08
ActWgt: 1 LB
CAD: 1350775/WBUS0200
Account#: S *********

Delivery Address Bar Code

Ref # 0016069-002001/006399
Invoice #
PO #
Dept #

TRK# 7906 3868 4007
0201

TUE - 30DEC    A1
**STANDARD OVERNIGHT**
DSR

02110
MA-US
BOS

**XH LWMA**



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

http://ncpsship01/index.php

12/29/2008