UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br>        Plaintiffs,<br>v.<br>FACEBOOK, INC. MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC,<br>        Defendants. | Civil Action No. 1:07-cv-10593 (DWP)<br><br>Related Action No. 1:04-cv-11923 (DWP) |

**PLAINTIFF CONNECTU, INC.'S NOTICE OF WITHDRAWAL
FROM MOTION FOR SANCTION OF NON-DISMISSAL AND
JOINDER TO DEFENDANTS' OPPOSITION TO THE CONNECTU
<u>FOUNDERS' MOTION FOR SANCTION OF NON-DISMISSAL</u>**

THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, BE INFORMED that Plaintiff ConnectU, Inc. hereby withdraws from the Motion for Sanction of Non-Dismissal against Defendants. ConnectU, Inc. withdraws from the Motion for Sanction of Non-Dismissal on the basis that the motion by ConnectU, Inc. is now moot as to ConnectU, Inc.[1]

To the extent that the individual Plaintiffs (the ConnectU, Inc. Founders) are also parties to the Motion for Sanction of Non-Dismissal against Defendants, ConnectU, Inc. hereby joins in Facebook, Inc. and Mark Zuckerberg's Opposition to the ConnectU, Inc. Founders' Motion for Sanction of Non-Dismissal, filed December 12, 2008 (Docket No. 224).

---

[1] On December 15, 2008, ownership of Plaintiff ConnectU, Inc. transferred to Defendant Facebook, Inc.. As such, ConnectU, Inc. is now a wholly-owned subsidiary of Facebook, Inc.

> Plaintiff,
> ConnectU, Inc.,
> By its attorneys,
>
>
> ___/s/ Gregg P. Bailey_____
> Gregg P. Bailey, BBO# 648259
> Peter M. Durney, BBO# 139260
> CORNELL & GOLLUB
> 75 Federal Street
> Boston, MA 02110
> (617) 482-8100
> (617) 482-3917  -   FAX
> pdurney@cornellgollub.com
> gbailey@cornellgollub.com

**CERTIFICATE OF SERVICE**

    I, Gregg P. Bailey, attorney for ConnectU, Inc. hereby certify that on the 31st day of December, 2008, a true copy of the foregoing, Plaintiff ConnectU, Inc.'s Notice of Withdrawal from Motion for Sanction of Non-Dismissal and Joinder to Defendants' Opposition to the ConnectU Founders' Motion for Sanction of Non-Dismissal, was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.  Paper copies will be served upon anyone indicated as a non-registered participant.


> /s/Gregg P. Bailey_____
> Gregg P. Bailey