UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br>         Plaintiffs,<br>   v.<br>FACEBOOK, INC. MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC,<br>         Defendants. | CIVIL ACTION NO. 1:07-cv-10593(DPW)<br><br>Related Action No. 1:04-cv-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>         Counterclaimants,<br><br>v.<br><br>CONNECTU LLC, Counterdefendant, and CAMERON WINKLEVOSS, TYLER WINKLEVOSS and DIVYA NARENDRA, Additional Counterdefendants. | |

### ASSENTED-TO MOTION OF CONNECTU, INC. FOR ADMISSION *PRO HAC VICE* OF JAMES E. TOWERY AND ALISON P. BUCHANAN

Pursuant to Rule 83.5.3 (b) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, hereby moves this Court to grant permission for James E. Towery, Esq. and Alison P. Buchanan, Esq. of the law firm of Hoge, Fenton, Jones & Appel, Inc., 60 South Market Street, Suite 1400, San Jose, California 95113, to appear *pro hac vice* on behalf of ConnectU, Inc.

As grounds for its motion, ConnectU, Inc. states that:

1. James E. Towery, Esq. and Alison P. Buchanan, Esq. are attorneys with the firm Hoge, Fenton, Jones & Appel, Inc. in San Jose, California, which firm has been appointed as lead corporate counsel by the Board of Directors for ConnectU, Inc. Attorneys Towery and Buchanan serve as counsel for ConnectU, Inc. in other litigation and have acquired specialized knowledge and expertise regarding the issues that have arisen, and are likely to arise, in this case.

2. Attorney Towery is a member in good standing of the bar of the State of California and in every court in which he is admitted. See Affidavit of James E. Towery, attached as Exhibit A.

3. Attorney Buchanan is a member in good standing of the bar of the State of California and in every court in which she is admitted. See Affidavit of Alison P. Buchanan, attached hereto as Exhibit B.

4. A proposed Order is attached as Exhibit C.

WHEREFORE, ConnectU, Inc. requests that this Court admit James E. Towery, Esq. and Alison P. Buchanan, Esq. *pro hac vice* pursuant to Local Rule 83.5.3 (b).

Respectfully submitted,
ConnectU, Inc.,
By its attorneys,

 /s/ Gregg P. Bailey
Gregg P. Bailey, BBO# 648259
Peter M. Durney, BBO# 139260
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

**CERTIFICATE OF SERVICE**

I, Gregg P. Bailey, attorney for ConnectU, Inc. hereby certify that on the 8th day of January, 2009, a true copy of the foregoing, Motion of ConnectU, Inc. for Admission *Pro Hac Vice* of James E. Towery and Alison P. Buchanan, was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be served upon anyone indicated as a non-registered participant.

 /s/Gregg P. Bailey
Gregg P. Bailey

**CERTIFICATION OF CONSULTATION
PURSUANT TO LOCAL RULE 7.1(a)(2)**

I, Gregg P. Bailey, hereby certify that, pursuant to Local Rule 7.1(a)(2), that counsel for ConnectU, Inc. has conferred with counsel for the other parties seeking assent for this motion, which it has obtained.

 /s/ Gregg P. Bailey
Gregg P. Bailey