# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, <br><br>　　　　　Defendants. | CIVIL ACTION NO. 1:07-cv-10593 (DPW) <br><br> Related Action 1:04-cv-11923 (DPW) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Meredith H. Schoenfeld of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP as counsel for all Plaintiffs named in the above-captioned matter. John F. Hornick and Margaret A. Esquenet of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP and Daniel P. Tighe and Scott McConchie of Griesinger Tighe & Maffei, LLP remain counsel of record for the "Founders", namely, Cameron and Tyler Winklevoss and Divya Narendra, as well as for any residual interest that the old ConnectU has in matters before this Court.

Date: January 9, 2009　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Meredith H. Schoenfeld

　　　　　　　　　　　　　　　　　　　　　Meredith H. Schoenfeld (*pro hac vice*)

1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 9, 2009.

/s/ Meredith H. Schoenfeld

Meredith H. Schoenfeld (*pro hac vice*)