# UNITED STATES DISTRICT COURT

**District of** _Massachusetts_

CONNECTU, INC., CAMERON
WINKLEVOSS, TYLER WINKLEVOSS,
AND DIVYA NARENDRA,

Plaintiff(s),

V.

FACEBOOK, INC., MARK ZUCKERBERG,
EDUARDO SAVERIN, DUSTIN
MOSKOVITS, ANDREW MCCOLLUM,
AND THEFACEBOOK LLC,

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:07-CV-10593 (DPW)

Related Action
Civil Action No. 04-CF-11923 (DPW)

Notice is hereby given that, subject to approval by the court, _Defendant Eduardo Saverin_ substitutes
(Party(s) Name)

_Daniel K. Hampton of Holland & Knight LLP_, State Bar No. _634195_ as counsel of record in
(Name of New Attorney)

place of _Heller Ehrman LLP (Robert B. Hawk)_
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Holland & Knight LLP |
| Address: | 10 St. James Avenue, Boston MA 02116-3803 |
| Telephone: | (617) 573-5886    Facsimile (617) 523-6850 |
| E-Mail (Optional): | dan.hampton@hklaw.com |

I consent to the above substitution.

Date: _January 19, 2009_

Eduardo Saverin

_[signature]_
(Signature of Party(s))

I consent to being substituted

Date: _December 17, 2008_

Heller Ehrman LLP, in Dissolution

_[signature]_
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: _JANUARY 16, 2009_

_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date _____  _____
                                                               Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]