# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts _____

CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,

Plaintiff(s),

V.

FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITS, ANDREW MCCOLLUM, AND THEFACEBOOK LLC,

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:07-CV-10593 (DPW)

Related Action
Civil Action No. 04-CF-11923 (DPW)

Notice is hereby given that, subject to approval by the court, __Defendant Eduardo Saverin__ substitutes
(Party(s) Name)

__Daniel K. Hampton of Holland & Knight LLP__, State Bar No. __634195__ as counsel of record in
(Name of New Attorney)

place of __Heller Ehrman LLP (Robert B. Hawk)__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Holland & Knight LLP |
| Address: | 10 St. James Avenue, Boston MA 02116-3803 |
| Telephone: | (617) 573-5886    Facsimile (617) 523-6850 |
| E-Mail (Optional): | dan.hampton@hklaw.com |

I consent to the above substitution.

Date: __January 19, 2009__

Eduardo Saverin

_/s/ Eduardo Saverin_
(Signature of Party(s))

I consent to being substituted

Date: __December 17, 2008__

Heller Ehrman LLP, in Dissolution

_/s/_
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: __JANUARY 16, 2009__

_/s/ Daniel K. Hampton_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date __1/22/09__                                         __/s/Douglas P. Woodlock__
                                                                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]