## AMENDED CERTIFICATE OF SERVICE

      I, Peter M. Durney, attorney for ConnectU, Inc. hereby certify that on the 22nd day of January, 2009, a true copy of the Declaration of James E. Towery in Support of ConnectU's Motion to Disqualify Counsel was filed through the ECF system and was sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be served upon anyone indicated as a non-registered participant.

      /s/ Peter M. Durney
      Peter M. Durney