UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br>        Plaintiffs,<br>   v.<br>FACEBOOK, INC. MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC,<br>        Defendants. | CIVIL ACTION NO. 1:07-cv-10593 (DPW)<br><br>Related Action No. 1:04-cv-11923 (DPW) |

### CONNECTU, INC.'S MOTION FOR LEAVE TO FILE A BRIEF IN REPLY TO CONNECTU FOUNDERS' MEMORANDUM IN OPPOSITION TO CONNECTU, INC.'S MOTION TO DISQUALIFY COUNSEL

ConnectU, Inc. ("ConnectU") respectfully moves for leave of this Court, pursuant to Local Rule 7.1(B)(3), to file a reply to ConnectU Founders' (the "Founders") Memorandum in Opposition to ConnectU, Inc.'s Motion to Disqualify Counsel.

In support of this Motion, ConnectU states as follows:

1. On January 22, 2009, ConnectU served upon all counsel of record its Motion to Disqualify Counsel. On February 19, 2009, the Founders served their Memorandum in Opposition of ConnectU's Motion to Disqualify Counsel. In their Opposition, the Founders gloss over or misconstrue important case law and raise issues not directly addressed in ConnectU's Motion to Disqualify Counsel, both of which warrant further briefing by this moving party.

2. ConnectU respectfully submits that the Founders' analysis is fundamentally flawed. Accordingly, ConnectU requests leave of Court to file a Reply addressing the Founders' inappropriate assertions and flawed argument in an effort to further

assist the Court in evaluating and ruling on ConnectU's Motion to Disqualify Counsel.

WHEREFORE, ConnectU, Inc. respectfully requests that this Court grant it leave to file a Brief in Reply to ConnectU Founders' Memorandum in Opposition to ConnectU, Inc.'s Motion to Disqualify Counsel.

DATED: February 20, 2009

Respectfully submitted,
Plaintiff, ConnectU, Inc.,
By its attorneys,

/s/ Peter M. Durney
Peter M. Durney, BBO # 139260
Gregg P. Bailey, BBO# 638270
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

James E. Towery, Esquire, *Pro Hac Vice*
Alison P. Buchanan, Esquire, *Pro Hac Vice*
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113
(408) 287-9501

### CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for ConnectU, Inc. hereby certify that on the 20th day of February, 2009, a true copy of the foregoing, ConnectU, Inc.'s Motion for Leave to File a Brief in Reply to ConnectU Founders' Memorandum in Opposition to ConnectU, Inc.'s Motion to Disqualify Counsel, was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be served upon anyone indicated as a non-registered participant.

/s/ Peter M. Durney
Peter M. Durney

**CERTIFICATION OF CONSULTATION**
**PURSUANT TO LOCAL RULE 7.1(A)(2)**

I, Alison P. Buchanan, hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for ConnectU, Inc. has conferred with counsel for the other parties seeking assent for this motion, which it has obtained.

/s/ Alison P. Buchanan
Alison P. Buchanan

.