IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>        Defendants. | CIVIL ACTION NO. 1:07-cv-10593-DPW<br><br>Related Action 1:04-cv-11923 (DPW) |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please be advised that Daniel K. Hampton hereby withdraws his appearance as attorney for Eduardo Saverin in the above-captioned matter. Holland & Knight LLP and Gordon P. Katz will continue to represent Mr. Saverin in this matter.

/s/ Daniel K. Hampton
Gordon P. Katz (BBO# 261080)
Daniel K. Hampton (BBO# 634195)
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
Attorney for EDUARDO SAVERIN

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 27, 2009.

/s/ Daniel K. Hampton
Daniel K. Hampton

# 6104731_v1