IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>        Defendants. | Civil Action No. 1:07-CV-10593-DPW |
| CONNECTU LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and FACEBOOK, INC.,<br><br>        Defendants. | Civil Action No. 1:04-CV-11923 (DPW) |
| MARK ZUCKERBERG, and FACEBOOK, INC.,<br><br>        Counterclaimants,<br><br>v.<br><br>CONNECTU LLC,<br><br>        Counterdefendant,<br><br>and<br><br>CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>        Additional Counterdefendants. | |

-1-

**NOTICE OF ENTRY OF ORDER REMANDING CONNECTU, INC.'S MOTION TO DISQUALIFY COUNSEL TO THE DISTRICT COURT, ORDER REQUIRING FURTHER BRIEFING AND SETTING HEARING ON CONNECTU'S MOTION TO DISQUALIFY, AND THE PARTIES' RESPONSES THERETO**

Notice is hereby given that on July 1, 2009, Chief Judge Kozinski and Circuit Judges Paez and Tallman of the United States Court of Appeals for the Ninth Circuit remanded to the District Court for the limited purpose of enabling the District Court to consider the issues raised in ConnectU, Inc.'s motion to disqualify counsel, a copy of which is attached hereto as Exhibit 1. On July 29, 2009 the Honorable James Ware, Northern District of California, entered an order requiring further briefing and setting a hearing on ConnectU's motion to disqualify, a copy of which is attached hereto as Exhibit 2. Facebook, Zuckerberg, and ConnectU filed a joint stipulated response to the facts regarding the motion to disqualify on August 7, 2009, a copy of which is attached hereto as Exhibit 3. The Founders' filed their statement regarding ConnectU's appellate motion to disqualify and declaration also on August 7, 2009, a copy of which is attached hereto as Exhibit 4.

Dated: August 11, 2009

          /s/ Theresa A. Sutton /s/

I. Neel Chatterjee (*admitted pro hac vice*)
Monte M.F. Cooper (*admitted pro hac vice*)
Theresa A. Sutton (*admitted pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, Massachusetts 02110-2600
Telephone:      (617) 526-9600
Facsimile:       (617) 526-9899

ATTORNEYS FOR MARK ZUCKERBERG,
DUSTIN MOSKOVITZ, ANDREW
MCCOLLUM, CHRISTOPHER HUGHES, and
FACEBOOK, INC.

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 11, 2009.

Dated:  August 11, 2009     Respectfully submitted,

          /s/ Theresa A. Sutton /s/
           Theresa A. Sutton

OHS West:260708269.1