Connectu, Inc. v. FaD co

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


CONNECTU, INC.            )
     Plaintiff,           )
                          )     CIVIL ACTION NO. 07-10593-DPW
 v.                       )     (CONSOLIDATED WITH
                          )          04-11923-DPW)
FACEBOOK, INC., ET AL,    )
     Defendants.          )
```

### ORDER STAYING CASE

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated September 30, 2009, for the reasons stated therein, it is hereby ORDERED that the above in captioned matters are STAYED and all outstanding motions are terminated without prejudice.

                                BY THE COURT,

                                /s/ Jarrett Lovett
                                Deputy Clerk

DATED: September 30, 2009

Doc