UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FACEBOOK, INC., ET AL )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 07-10593-DPW<br>(CONSOLIDATED WITH<br>04-11923-DPW) |

## APPEARANCE OF ARTHUR J. GURAY

I, Arthur J. Guray, hereby enter my appearance as counsel for Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra.

Dated: October 8, 2009

*/s/ Arthur J. Guray*
Peter E. Ball (BBO #546031)
  peb@sally-fitch.com
Robert M. Mendillo (BBO # 567563)
  rmm@sally-fitch.com
Arthur J. Guray (BBO #673540)
  ajg@sally-fitch.com
SALLY & FITCH LLP
One Beacon Street, 16th Floor
Boston, MA 02108
Tel: (617) 542-5542
Fax: (617) 542-1542

## CERTIFICATE OF SERVICE

I, Arthur J. Guray, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on October 8, 2009.

*/s/ Arthur J. Guray*
Arthur J. Guray