

# SALLY & FITCH LLP

ROBERT M. MENDILLO
rmm@sally-fitch.com

ONE BEACON STREET
BOSTON, MA 02108
617 542 5542 PHONE
617 542 1542 FAX
WWW.SALLY-FITCH.COM

56 PINE STREET
PROVIDENCE, RI 02903

October 19, 2009



The Honorable Douglas P. Woodlock
United States District Judge
District of Massachusetts
Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    Connectu, Inc. v. Facebook Inc., et al
            No. 07-10593-DPW (Consolidated With 04-11923-DPW)

Your Honor:

    This firm represents counterdefendants Cameron Winklevoss, Tyler Winklevoss and Divya Narendra in the above-referenced cases.

    On October 8, 2009, we filed Counterdefendants' Assented-to Motion For Impoundment.

    The purpose of this letter is to advise the Court that the substantive motion referred to in the impoundment motion requests relief from stay only to seek the Court's permission to use certain Facebook documents, that Facebook has previously designated confidential, in aid of an arbitration between the counterdefendants and a third party. Counterdefendants do not otherwise seek relief from stay.

    The arbitration is scheduled to begin in New York City on October 26, 2009, so there is some urgency to the underlying motion. Accordingly, our clients respectfully request that the assented-to motion for impoundment be allowed, so that they can file their underlying motion papers promptly.

Thank you.

Respectfully yours,

*/s/ Robert M. Mendillo*
Robert M. Mendillo

RMM/smw

## CERTIFICATE OF SERVICE

I, Robert M. Mendillo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on October 19, 2009.

I further certify that I caused a copy of this document to be served upon Attorney Richard I. Werder, Jr., Quinn Emanuel on October 19, 2009 by email to rickwerder@quinnemanuel.com and by first-class mail, postage prepaid, to:

Richard I. Werder, Jr.
Quinn Emanuel
51 Madison Avenue 22nd Floor
New York, NY 10010

*/s/ Robert M. Mendillo*
Robert M. Mendillo