Connectu, Inc. v. Facebook, Inc. et al                                                                             Doc. 281

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONNECTU, INC., ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | NO. 07-10593-DPW |
| ) | (CONSOLIDATED WITH |
| v. ) | 04-11923-DPW) |
| ) | |
| FACEBOOK, INC., ET AL ) | |
| ) | |
| Defendants. ) | |

## AMENDED CERTIFICATE OF SERVICE

    I, Robert M. Mendillo, certify that true copies of the following documents were sent by FedEx overnight mail to the following counsel on the dates indicated:

    1.    Counterdefendants' Motion for Limited Relief from Stay and For Limited Modification to the Second Stipulated Protective Order, and Request for Prompt Oral Argument, together with a proposed Order;

    2.    Memorandum in Support of Counterdefendants' Motion for Limited Relief from Stay and For Limited Modification to the Second Stipulated Protective Order, and Request for Prompt Oral Argument;

    3.    Affidavit of Sean F. O'Shea, Volume I of II (containing the Affidavit and Exhibit A thereto); and,

    4.    Affidavit of Sean F. O'Shea, Volume II of II (containing Exhibits B through M thereto).

<u>Sent by FedEx overnight mail on October 20, 2009 to:</u>

| | |
|---|---|
| I. Neel Chatterjee | Richard Werder, Jr. |
| Orrick, Herrington & Sutcliffe LLP | Quinn Emanuel Urquhart Oliver & Hedges LLP |
| 1000 Marsh Road | 51 Madison Avenue |
| Menlo Park, CA 94025 | New York, NY 10010 |

dockets.Justia.com

<u>Sent by FedEx overnight mail on October 21, 2009 to:</u>

Gregg P. Bailey
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Steven M. Bauer
Proskauer Rose LLP
One International Place
22nd Floor
Boston, MA 02110

Alison P. Buchanan
Hoge Fenton Jones & Appel
60 South Market Street
Suite 1400
San Jose, CA 95113

Margaret A. Esquenet
Finnegan, Henderson, Farabow, Garett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001

Gordon P. Katz
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

James P. Harrington
Harrington & Harrington
505 Waltham Street
West Newton, MA 02465

Annette L. Hurst
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025

Daniel P. Kaufman
K & L Gates LLP - MA
One Lincoln Street
State Street Financial Center
Boston, MA 02111

Daniel P. Tighe
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110

Laurence F. Pulgram
Fenwick & West LLP
555 California Street
12th Floor
San Francisco, CA 94104

Elizabeth A. Ritvo
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

D. Michael Underhill
Boies, Schiller, & Flexner, LLP
5301 Wisconsin Avenue, N.W.
Washington, DC 20015

*/s/ Robert M. Mendillo*
Robert M. Mendillo

## CERTIFICATE OF SERVICE

I, Robert M. Mendillo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on October 21, 2009.

*/s/ Robert M. Mendillo*
Robert M. Mendillo