IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>    Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING ASSENTED TO MOTION TO SEAL FACEBOOK'S UN-REDACTED OPPOSITION TO MOTION FOR LIMITED RELIEF FROM STAY AND FOR LIMITED MODIFICATION TO THE SECOND STIPULATED PROTECTIVE ORDER AND EXHIBITS A AND G TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT THEREOF**

Having considered Facebook's Motion to Seal:

1. **FACEBOOK'S UN-REDACTED OPPOSITION TO MOTION FOR LIMITED RELIEF FROM STAY AND FOR LIMITED MODIFICATION TO THE SECOND STIPULATED PROTECTIVE ORDER;**

2. **<u>EXHIBIT A</u> TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT THEREOF;** and

3. **<u>EXHIBIT G</u> TO THE DECLARATION OF THERESA A. SUTTON IN SUPPORT THEREOF.**

this Court orders as follows:

Facebook Defendants' Motion to Seal is hereby GRANTED.

**IT IS SO ORDERED**

Dated: _____, 2009

_____
Hon. Douglas P. Woodlock