IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING ASSENTED TO MOTION TO SEAL FACEBOOK'S MOTION TO ENJOIN INDIVIDUAL PLAINTIFFS AND THEIR COUNSEL AND EXHIBITS 8, 9, 10, 12, 13, AND 21 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF**

OHS West:260755155.1

Having considered Facebook's Motion to Seal:

1. **FACEBOOK'S MOTION TO ENJOIN INDIVIDUAL PLAINTIFFS AND THEIR COUNSEL;**

2. <u>**EXHIBIT 8**</u> **TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF;**

3. <u>**EXHIBIT 9**</u> **TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF;**

4. <u>**EXHIBIT 10**</u> **TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF;**

5. <u>**EXHIBIT 12**</u> **TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF;**

6. <u>**EXHIBIT 13**</u> **TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF;**

7. <u>**EXHIBIT 21**</u> **TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF;** and

this Court orders as follows:

Facebook Defendants' Motion to Seal is hereby GRANTED.

**IT IS SO ORDERED**

Dated: _____, 2009

Hon. Douglas P. Woodlock

-2-

OHS West:260755155.1