IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER DENYING MOTION FOR LIMITED RELIEF FROM STAY AND FOR LIMITED MODIFICATION TO THE SECOND STIPULATED PROTECTIVE ORDER**

-1-

For the reasons set forth in Facebook's Opposition to Plaintiffs' Motion for Limited Relief from Stay and for Limited Modification to the Second Stipulated Protective Order Defendants' Assented to Motion for Leave to File Facebook Defendants' Reply Memorandum in Support of the Facebook Defendants' Motion to Compel Response to Interrogatory No. 1, this Court orders as follows:

IT IS HEREBY ORDERED:

Plaintiffs' Motion is DENIED.

**IT IS SO ORDERED**

Dated: _______________, 2009

_______________________________________
Hon. Douglas P. Woodlock