IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING FACEBOOK'S MOTION FOR LIMITED RELIEF FROM STAY AND TO ENJOIN INDIVIDUAL PLAINTIFFS AND THEIR COUNSEL**

For the reasons set forth in Facebook's Memorandum of Points and Authorities in Support of Its Facebook's Motion for Limited Relief From Stay and to Enjoin Individual Plaintiffs and Their Counsel and the documents filed in support thereof:

IT IS HEREBY ORDERED:

Facebook's Motion is GRANTED.

**IT IS SO ORDERED**

Dated: _____, 2009

                                                           Hon. Douglas P. Woodlock