IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**DECLARATION OF MONTE M. F. COOPER IN SUPPORT OF FACEBOOK'S MOTION FOR LIMITED RELIEF FROM STAY AND TO ENJOIN INDIVIDUAL PLAINTIFFS AND THEIR COUNSEL**

I, Monte M.F. Cooper, declare as follows:

1. I am Of Counsel at the law firm of Orrick, Herrington & Sutcliffe, counsel for Defendant Facebook, Inc. in this action. I make this declaration in support of Facebook's Motion For Limited Relief From Stay and to Enjoin Individual Plaintiffs and Their Counsel.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an October 15, 2009 letter from Monte Cooper to Sean O'Shea.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an October 23, 2009 letter from Monte Cooper to Sean O'Shea.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an October 27, 2009 letter from Monte Cooper to Sean O'Shea.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an October 21, 2009 letter from Michael Petrella to Monte Cooper.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an October 26, 2009 letter from Michael Petrella to Monte Cooper.

7. Attached hereto as **Exhibit 6** is a true and correct copy of this Court's June 3, 2008 Memorandum and Order, Docket Number 204.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the unsealed hearing transcript for proceedings before this Court dated June 2, 2008.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a February 17, 2008 email from Cameron Winklevoss to Renee Bea. **[Confidential Exhibit Filed Separately Under Seal].**

10. Attached hereto as **Exhibit 9** is a true and correct copy of Quinn Emanual's November 10, 2008 Statement of Claim and Responses to Counterclaim submitted in the

American Arbitration Association action, Case No. 13 194 Y 995 08. **[Confidential Exhibit Filed Separately Under Seal].**

11. Attached hereto as **Exhibit 10** is a true and correct copy of a redacted copy of a February 19, 2008 email from John Hornick to Cameron Winklevoss, Tyler Winklevoss, Divya Narendra, Howard Winklevoss and David Azar, attachment omitted. **[Confidential Exhibit Filed Separately Under Seal].**

12. Attached hereto as **Exhibit 11** is a true and correct copy of the Honorable Judge Ware's June 25, 2008 Order Granting Plaintiff's Confidential Motion to Enforce the Settlement Agreement filed in the United States District Court for the Northern District of California San Jose Division, Case No. C 07-01389.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Stipulation and Order Governing the Exchange of Confidential Information submitted in the American Arbitration Association action, Case No. 13 194 Y 995 08, on April 17, 2009. **[Confidential Exhibit Filed Separately Under Seal]**

14. Attached hereto as **Exhibit 13** is a true and correct copy of a December 16, 2008 letter from Adam Wolfson to Mark Weissman. **[Confidential Exhibit Filed Separately Under Seal]**

15. Attached hereto as **Exhibit 14** is a true and correct copy of Respondent's subpoena to Facebook issued from the American Arbitration Association action, Case No. 13 194 Y 995 08 on September 18, 2009.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Non-Party Facebook Inc's Objections and Response to Respondents-Counterclaimants' Subpoena *Duces Tecum* dated September 18, 2009 submitted to the American Arbitration Association action, Case No. 13 194

Y 995 08 on September 28, 2009.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a September 30, 2009 letter from Sean O'Shea to the American Arbitration Association Panel, attachments omitted.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a September 30, 2009 email from Rick Werder to Jonathan Weed of the American Arbitration Association Panel.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Respondent's subpoena to Facebook issued from the American Arbitration Association action, Case No. 13 194 Y 995 08 on October 8, 2009.

20. Attached hereto as **Exhibit 19** is a true and correct copy of an October 16, 2009 letter from Karen Thompson to the American Arbitration Association Panel.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an October 29, 2009 letter to Michael Petrella to Karen Thompson.

22. Attached hereto as **Exhibit 21** is a true and correct copy of the Expert Report of William F. Chandler submitted in the American Arbitration Association action, Case No. 13194 Y 995 08. **[Confidential Exhibit Filed Separately Under Seal]**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of November 2009, at Menlo Park, California.

/s/ Monte M. F. Cooper/s/
Monte M. F. Cooper

# CERTIFICATE OF SERVICE

   I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 3, 2009.

Dated: November 3, 2009       Respectfully submitted,

                /s/ Monte M.F. Cooper /s/
                 Monte M.F. Cooper