# EXHIBIT 5

O'SHEA PARTNERS LLP
521 FIFTH AVENUE
25th FLOOR
NEW YORK, NEW YORK 10175

SEAN F. O'SHEA
MICHAEL E. PETRELLA
—
JONATHAN R. ALTSCHULER
AMANDA L. DEVEREUX
MARC D. FEINGOLD
ELIZABETH A. HALEY
JULIE O'SHEA
ANDREW J. SOCKOL

(212) 682-4426
Fax (212) 682-4437
www.osheapartners.com

October 26, 2009

<u>Via E-Mail</u>

Monte M.F. Cooper, Esq.
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, California 94025

Re: Quinn Emanuel Urquhart Oliver & Hedges, LLP v. Howard Winklevoss, *et al.*, Case No. 13 194 Y 995 08

Dear Monte:

This is in response to your letter of October 23rd. As a preliminary matter, we note that you have failed to respond to the facts concerning your firm's clear conflict of interest and ethical breach with respect to Microsoft and Facebook. Accordingly, you have admitted this wrongdoing through your silence.

With regard to the protective order, your letter is obviously tactical. We are aware of the Massachusetts protective order and have acted appropriately to preserve the confidentiality of any materials produced by Facebook that are subject to the Massachusetts protective order. We will continue to do so.

We look forward to hearing from you on the Microsoft issue.

Regards,

Michael E. Petrella