# EXHIBIT 14

AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP,<br><br>　　　　Claimant-<br>　　　　Counterclaim Respondent,<br><br>v.<br><br>HOWARD WINKLEVOSS, CAMERON WINKLEVOSS, TYLER WINKLEVOSS, and DIVYA NARENDRA,<br><br>　　　　Respondents-<br>　　　　Counterclaimants. | Case No. 13 194 Y 995 08<br><br>Arbitrators:　Hon. William Dreier<br>　　　　　　　Hon. Thomas Penfield Jackson<br>　　　　　　　Richard H. Silberberg, Esq.<br><br>Arbitration Date: October – November, 2009<br><br>Location:　New York, New York |

## SUBPOENA DUCES TECUM

To:　Facebook, Inc.
　　　340 Madison Avenue
　　　New York, New York 10017


NOTICE IS HEREBY GIVEN that pursuant to the Commercial Arbitration Rules of the American Arbitration Association and applicable state and federal laws, you are HEREBY COMMANDED TO APPEAR before the Arbitration Panel on September 29, 2009 at the offices of Dorsey and Whitney, LLP at 250 Park Avenue, New York, New York, commencing at 10:00a.m., and to BRING AND PRODUCE DOCUMENTS as described on Exhibit A hereto.

Dated:    New York, New York
          September 17, 2009

[signature]

Michael E. Petrella
O'SHEA PARTNERS LLP
521 Fifth Avenue, 25th Floor
New York, New York 10175
Tel:    (212) 682-4426
Fax:    (212) 682-4437
*Counsel for Respondents*

DATED: September _18_, 2009       SO ORDERED:

                                  By: [signature] Richard H. Silberberg, Chair, for the Panel
                                  Richard H. Silberberg, Esq., *Panel Chair*

# EXHIBIT A

## DEFINITIONS

1. "Facebook" shall refer jointly and severally to Facebook, Inc., and each of its directors, officers, agents, employees, affiliates, divisions, parents, and subsidiaries.

2. The term "concerning" shall mean addressing, in connection with, constituting, containing, describing, depicting, discussing, evidencing, involving, mentioning, memorializing, pertaining to, recording, referring to, reflecting, relating to, relying upon, supporting, with respect to, or in any way relevant to the indicated item, person, or event.

3. The term "document" shall include electronic communications, e-mail and instant messages.

## INSTRUCTIONS

A. These Requests seek all documents and information in your possession, custody, and control, whether in the possession of your subsidiaries, affiliates, divisions, agents, accountants, attorneys, or any other person or entity. These Requests also seek all documents and information of which you are aware and that are obtainable through reasonable efforts. Any responsive documents of which you are aware but that are not obtainable through reasonable efforts must be identified by type, general description and location.

B. Words in the past tense include the present, and words in the present tense include the past.

C. These Requests shall be deemed continuing so as to require further and supplemental responses by Respondents in the event that additional documents between the time of the initial response and the time of hearing or trial are obtained.

D. If documents or information responsive to a given request have been destroyed,

state the date of destruction; the reason for the destruction; the approximate number of documents destroyed; and a general description of the content of the documents destroyed.

E.  Any objection to any Request on the grounds that the Request is vague, ambiguous, uncertain, indefinite, or susceptible to more than one interpretation shall describe with specificity the precise manner in which the Request is believed to be vague, ambiguous, uncertain, indefinite, or susceptible to more than one interpretation. In addition, any response over any such objection shall describe with specificity the interpretation and/or meaning utilized by the responding parties in providing that response.

F.  Unless otherwise indicated, these Requests call for responsive documents and information created at any time until the present.

## DOCUMENTS TO BE PRODUCED

1.  All documents concerning or reflecting any use or plan to use any information or concept of any kind derived from or in conjunction with Cameron Winklevoss, Tyler Winklevoss, or Divya Narendra, or any actual or potential appropriation or theft of any such information or concept.

*Limitations:*

- *This Request is limited to messages to or from Mark Zuckerberg.*

- *This Request is further limited to responsive documents concerning any actual or potential social networking website.*

- *This Request is further limited in that the responsive documents sought were/are contained and/or located on the hard drive designated by Facebook as device 371-01 in connection with the matter of ConnectU, Inc. v. Facebook, Inc., 1:07-cv-10593(DPW) and 1:04-Cv-11923 (DPW) (D. Mass.).*

4