**EXHIBIT 20**

# O'SHEA PARTNERS LLP

521 FIFTH AVENUE
25th FLOOR
NEW YORK, NEW YORK 10175

SEAN F. O'SHEA
MICHAEL E. PETRELLA
―
JONATHAN R. ALTSCHULER
AMANDA L. DEVEREUX
MARC D. FEINGOLD
ELIZABETH A. HALEY
JULIE O'SHEA
ANDREW J. SOCKOL

(212) 682-4426
Fax (212) 682-4437
www.osheapartners.com

October 29, 2009

<u>Via Email</u>

Karen D. Thompson
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103

Re: <u>Quinn Emanuel Urquhart Oliver & Hedges, LLP v. Winklevoss, et al.
AAA Arb. No. 13 194 Y 995 08</u>

Dear Ms. Thompson:

With regard to the recent correspondence with the arbitration panel in the above matter concerning the Parmet subpoenas, the panel has ruled as follows:

> CHAIRMAN SILBERBERG: Good morning.
> 4 This is evidentiary hearing number 3 in the
> 5 case of Quinn Emanuel versus Winklevoss.
> 6 The record should reflect that all parties
> 7 are present with their counsel, as is the
> 8 Panel.
> 9 One housekeeping matter before we
> 10 proceed to take testimony: The Panel is
> 11 aware of correspondence that was sent by
> 12 counsel representing Facebook with respect
> 13 to a request that the most recent subpoena
> 14 addressed to Facebook be withdrawn. We are
> 15 also aware of correspondence I believe sent
> 16 by Mr. Petrella urging that the subpoena not

```
17  be withdrawn.
18  The Panel has deliberated and
19  determined not to withdraw that subpoena,
20  and the parties can feel free to communicate
21  the Panel's determination as appropriate.
```

       Please advise immediately as to whether you intend to comply with the Panel's subpoena so that we may seek appropriate relief before Justice Lowe, if necessary. However, we urge you to comply voluntarily and thereby avoid needless expenditure of time and resources by both the Court and the parties. We reserve all rights to seek attorney fees, costs, and sanctions in the event that you force judicial intervention.

Regards,

Michael E. Petrella