IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**CERTIFICATE OF SERVICE**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On November 3, 2009 I served the within document(s):

1. **CONFIDENTIAL - FACEBOOK'S MOTION TO ENJOIN INDIVIDUAL PLAINTIFFS AND THEIR COUNSEL**

2. **CONFIDENTIAL - EXHIBIT 8 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF**

3. **CONFIDENTIAL - EXHIBIT 9 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF**

4. **CONFIDENTIAL - EXHIBIT 10 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF**

5. **CONFIDENTIAL - EXHIBIT 12 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF**

6. **CONFIDENTIAL - EXHIBIT 13 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF**

CERTIFICATE OF SERVICE
CONT'D…

7. **CONFIDENTIAL - EXHIBIT 21 TO THE DECLARATION OF MONTE M. F. COOPER IN SUPPORT THEREOF**

| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
|---|---|
| X | By transmitting via email the document(s) listed above to the addresses set forth below on November 3, 2009. |

**D. Michael Underhill**
Boies, Schiller, & Flexner, LLP
5301 Wisconsin Avenue, N.W.
Washington , DC 20015
Email: munderhill@bsfllp.com

**Daniel P. Tighe**
**Scott McConchie**
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston , MA 02110
Email: dtighe@gtmllp.com
Email: sm@gtmllp.com

**John F. Hornick**
**Margaret A. Esquenet**
**Daniel P. Kaufman**
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue N. W.
Washington , DC 20001
Email: john.hornick@finnegan.com
Email: margaret.esquenet@finnegan.com

**Peter M. Durney**
**Gregg P. Bailey**
Cornell & Gollub
75 Federal Street
Boston , MA 02110
Email: pdurney@cornellgollub.com
Email: gbailey@cornellgollub.com

**Arthur J. Guray**
**Robert M. Mendillo**
**Peter E. Ball**
Sally & Fitch LLP
One Beacon Street, 16th Floor
Boston , MA 02108
Email: ajg@sally-fitch.com
Email: rmm@sally-fitch.com
Email: peb@sally-fitch.com

**Evan A. Parke**
Boies Schiller & Flexner
5301 Wisconsin Avenue NW
Washington , DC 20015
Email: eparke@bsfllp.com

**ATTORNEYS FOR PLAINTIFFS CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDRA**

CERTIFICATE OF SERVICE
CONT'D…

**James Towery**
**Alison P. Buchanan**
Hoge Fenton Jones & Appel
60 South Market Street, Suite 1400
San Jose, CA 95113
Email: jet@hogefenton.com
Email: apb@hogefenton.com

**ATTORNEYS FOR PLAINTIFF CONNECTU, INC.**

I am readily familiar with my firm's practice for collection and processing correspondence for express delivery with Federal Express, to wit, that correspondence be deposited with the Federal Express Courier this same day in the ordinary course of business.

Executed on November 3, 2009 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Abby Ako-Nai*
Abby Ako-Nai