Robert M. Mendillo
rmm@sally-fitch.com

November 13, 2009

The Honorable Douglas P. Woodlock
United States District Judge
District of Massachusetts
Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    Connectu, Inc. v. Facebook Inc., <u>et al</u>
           <u>No. 07-10593-DPW (Consolidated With 04-11923-DPW)</u>

Your Honor:

    As counsel for counterdefendants Cameron Winklevoss, Tyler Winklevoss and Divya Narendra in the above-referenced cases, I am writing to advise the Court on the status of the pending arbitration.

    My October 19, 2009 letter to the Court stated that the arbitration between the counterdefendants and a third party was scheduled to begin on October 26, 2009. The arbitration began as scheduled on October 26, and then adjourned on October 28 after three days of hearings. The arbitration was recently scheduled to resume for three more days, January 27-29, 2010, and then for three more days in April, either April 20-22, 2010, or April 28-30, 2010.

    We will be filing papers in response to Facebook's recent filings by November 17th. We believe the parties' respective motions will then be ready for hearing. If the Court's schedule permits, we would appreciate a hearing being scheduled in December, before the arbitration resumes in January.

Thank you.

          Respectfully yours,

          */s/ Robert M. Mendillo*
          Robert M. Mendillo

RMM/smw

## **CERTIFICATE OF SERVICE**

I, Robert M. Mendillo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on November 13, 2009.

I further certify that I caused a copy of this document to be served upon Attorney Richard I. Werder, Jr., Quinn Emanuel on November 13, 2009 by email to rickwerder@quinnemanuel.com and by first-class mail, postage prepaid, to:

Richard I. Werder, Jr.
Quinn Emanuel
51 Madison Avenue 22nd Floor
New York, NY 10010

          */s/ Robert M. Mendillo*
          Robert M. Mendillo