# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | CIVIL ACTION NO. 1:07-cv-10593 (DPW) |
| Plaintiffs, | Related Action 1:04-cv-11923 (DPW) |
| v. | |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING ASSENTED MOTION TO SEAL PLAINTIFFS' AND COUNSEL'S (FINNEGAN'S) RESPONSE TO FACEBOOK'S MOTION FOR LIMITED RELIEF FROM STAY AND TO ENJOIN INDIVIDUAL PLAINTIFFS AND THEIR COUNSEL**

Having considered Plaintiffs Motion to Seal:

**PLAINTIFFS' AND COUNSEL'S (FINNEGAN'S) RESPONSE TO FACEBOOK'S MOTION FOR LIMITED RELIEF FROM STAY AND TO ENJOIN INDIVIDUAL PLAINTIFFS AND THEIR COUNSEL**

this Court orders as follows:

Plaintiff's Motion to Seal is hereby GRANTED.

**IT IS SO ORDERED**

Dated: _____, 2009      _____

Hon. Douglas P. Woodlock