## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, AND THEFACEBOOK LLC, <br><br> Defendants. | CIVIL ACTION NO. 1:07-cv-10593 (DPW) <br><br> Related Action 1:04-cv-11923 (DPW) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court under seal in accordance with the Court's November 16, 2009 Order:

- **RESPONSE TO FACEBOOK'S MOTION FOR LIMITED RELIEF FROM STAY AND TO ENJOIN, REGARDING ALLEGED VIOLATIONS OF PROTOCOL**

- **MEMORANDUM OF LAW IN OPPOSITION TO FACEBOOK'S MOTION TO ENJOIN REGARDING PLAINTIFFS' ARBITRATION**

- **DECLARATION OF TYLER WINKLEVOSS IN FURTHER SUPPORT OF MOTION FOR LIMITED RELIEF FROM PROTECTIVE ORDER AND IN OPPOSITION TO FACEBOOK'S MOTION TO ENJOIN**

- **DECLARATION OF CAMERON WINKLEVOSS IN FURTHER SUPPORT OF MOTION FOR LIMITED RELIEF FROM PROTECTIVE ORDER AND IN OPPOSITION TO FACEBOOK'S MOTION TO ENJOIN**

- **DECLARATION OF DIVYA NARENDRA IN FURTHER SUPPORT OF MOTION FOR LIMITED RELIEF FROM PROTECTIVE ORDER AND IN OPPOSITION TO FACEBOOK'S MOTION TO ENJOIN**

- **DECLARATION OF SEAN F. O'SHEA IN FURTHER SUPPORT OF MOTION FOR LIMITED RELIEF FROM PROTECTIVE ORDER AND IN OPPOSITION TO FACEBOOK'S MOTION TO ENJOIN**

- **DECLARATION OF JEFF PARMET**

- **CD CONTAINING A COURTESY COPY OF ALL THE DOCUMENTS LISTED ABOVE IN PDF FORMAT**

The original documents will be filed and served with the Clerk's office Tuesday, November 17, 2009.

Respectfully submitted,

DATED: November 17, 2009          /s/ John F. Hornick

John F. Hornick (*pro hac vice*)
Thomas H. Jenkins
Margaret A. Esquenet (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Daniel P. Tighe (BBO# 556583)
Scott McConchie (BBO# 634127)
GREISINGER, TIGHE, and MAFFEI, L.L.P.
176 Federal St.
Boston, MA 02110
Telephone: (617) 452-9900
Facsimile: (617) 452-0900
dtighe@gtmllp.com
smcconchie@gtmllp.com

Attorneys for Plaintiffs Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 17, 2009.

/s/ John F. Hornick  
John F. Hornick