```
                        UNITED STATES DISTRICT COURT
                         DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| CONNECTU, INC., ) | CIVIL ACTION NO. 07-10593-DPW |
| ) | (CONSOLIDATED WITH |
| Plaintiff, ) | 04-11923-DPW) |
| ) |  |
| v. ) |  |
| ) |  |
| FACEBOOK, INC., ET AL ) |  |
| ) |  |
| Defendants. ) |  |

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Please take note that Counterdefendants' Motion for Leave to File the Within Reply, with the proposed reply brief attached thereto, has been manually filed in paper format with the Court today and are available in paper form only. The original documents are maintained in the case file in the Clerk's office.

Respectfully submitted,
CAMERON WINKLEVOSS, TYLER
WINKLEVOSS, AND DIVYA NARENDRA,
Counterdefendants,
By their attorneys,

*/s/ Arthur J. Guray*
Peter E. Ball, (BBO #546031)
  peb@sally-fitch.com
Robert M. Mendillo, (BBO # 567563)
  rmm@sally-fitch.com
Arthur J. Guray, (BBO #673540)
  ajg@sally-fitch.com
SALLY & FITCH LLP
One Beacon Street, 16th Floor
Boston, MA 02108
Tel: (617) 542-5542
Fax: (617) 542-1542

Of Counsel:

Sean F. O'Shea
Michael E. Petrella
O'SHEA PARTNERS LLP
521 Fifth Avenue, 25th Floor
New York, New York 10175
Tel: (212) 682-4426
Fax: (212) 682-4437

Dated: November 19, 2009

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 19, 2009.

*/s/ Arthur J. Guray*
Arthur J. Guray