IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW (CONSOLIDATED WITH Civil Action No. 1:04-11923-DPW) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Laurence Pulgram and Fenwick & West hereby give notice of withdrawal as counsel for Mark Zuckerberg in this action. Mr. Zuckerberg continues to be represented by his counsel of record in this action, including I. Neil Chatterjee of Orrick, Herrington & Sutcliffe, LLP.

Dated: November 20, 2009 Respectfully,

By: */s/ Laurence F. Pulgram /s/*
Laurence F. Pulgram
FENWICK & WEST, LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
lpulgram@fenwick.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 20, 2009.

*/s/ Laurence F. Pulgram /s/*
Laurence F. Pulgram

26246/00400/SF/5280534.1