IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**ASSENTED-TO MOTION TO SEAL FACEBOOK'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN INDIVIDUAL PLAINTIFFS AND THEIR COUNSEL AND THE DECLARATION OF THERESA A. SUTTON IN SUPPORT THEREOF**

Defendant Facebook, Inc., hereby moves to file under seal pursuant to the Stipulated Protective Order entered between the parties in the related case, *ConnectU v. Zuckerberg et al.*, Case No. 1:04-cv-11923-DPW, the following documents:

1. **FACEBOOK'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN INDIVIDUAL PLAINTIFFS AND THEIR COUNSEL; AND**

2. **THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN INDIVIDUAL PLAINTIFFS AND THEIR COUNSEL.**

Facebook respectfully requests permission to file these documents under seal because they contain information that has been designated by the parties as confidential under the Second Stipulated Protective Order, or that are similarly protected from disclosure under a Protective Order entered in a pending arbitration to which the Plaintiffs are a party. In accordance with the Local Rules, Facebook respectfully requests that this pleading and its supporting papers be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by counsel for Facebook.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to file the above-described document under seal.

/ / /

# CERTIFICATION PURSUANT TO LOCAL RULE 7.1

      The undersigned counsel certifies that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion, and that counsel for plaintiff has assented to the relief requested by this motion, pursuant to an agreement between the parties.

Dated: November 23, 2009.                  Respectfully submitted,

                                          /s/ Theresa A. Sutton /s/
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com

* Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

   I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 23, 2009.

Dated: November 23, 2009     Respectfully submitted,

                 /s/ Theresa A. Sutton /s/
                   Theresa A. Sutton

OHS West:260781624.1