IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>    Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>    Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION TO SEAL FACEBOOK'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN INDIVIDUAL PLAINTIFFS AND THEIR COUNSEL AND THE DECLARATION OF THERESA A. SUTTON IN SUPPORT THEREOF**

Having considered Facebook's Motion to Seal:

1.  **FACEBOOK'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN INDIVIDUAL PLAINTIFFS AND THEIR COUNSEL; AND**

2.  **THE DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN INDIVIDUAL PLAINTIFFS AND THEIR COUNSEL.**

this Court orders as follows:

Facebook Defendants' Motion to Seal is hereby GRANTED.

**IT IS SO ORDERED**

Dated: _____, 2009

_____
Hon. Douglas P. Woodlock