IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**ASSENTED-TO MOTION FOR LEAVE TO FILE
FACEBOOK'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN
PLAINTIFFS AND THEIR COUNSEL**

Facebook hereby move for leave to file a Reply Memorandum in Support of the Facebook's Motion to Enjoin Plaintiffs and their Counsel. (attached hereto as **Exhibit A**).

As grounds for this motion, a Reply brief is necessary to address new issues raised in the ConnectU Founders' Opposition and Finnegan's Response and to clarify the record for the Court. Defendants' Reply will clarify the issues and will assist the Court in deciding whether or not to grant the requested motion to enjoin. The Proposed Order granting this assented-to motion is attached as **Exhibit B**.

## CERTIFICATION UNDER L.R. 7.1

Facebook Defendants' counsel hereby certifies under L.R. 7.1 that counsel for the parties have assented to the filing of reply briefs.

Dated: November 24, 2009　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Theresa A. Sutton /s/
　　　　　　　　　　　　　　　　　　　　I. Neel Chatterjee (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Monte Cooper (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Theresa A. Sutton (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP
　　　　　　　　　　　　　　　　　　　　1000 Marsh Road
　　　　　　　　　　　　　　　　　　　　Menlo Park, California 94025
　　　　　　　　　　　　　　　　　　　　Telephone:　(650) 614-7400
　　　　　　　　　　　　　　　　　　　　Facsimile:　(650) 614-7401
　　　　　　　　　　　　　　　　　　　　hopguy@orrick.com
　　　　　　　　　　　　　　　　　　　　nchatterjee@orrick.com
　　　　　　　　　　　　　　　　　　　　mcooper@orrick.com
　　　　　　　　　　　　　　　　　　　　tsutton@orrick.com

　　　　　　　　　　　　　　　　　　　　Steven M. Bauer
　　　　　　　　　　　　　　　　　　　　Jeremy P. Oczek
　　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE, LLP
　　　　　　　　　　　　　　　　　　　　One International Plaza, 14th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110-2600
　　　　　　　　　　　　　　　　　　　　Telephone:　(617) 526-9600
　　　　　　　　　　　　　　　　　　　　Facsimile:　(617) 526-9899
　　　　　　　　　　　　　　　　　　　　sbauer@proskauer.com
　　　　　　　　　　　　　　　　　　　　joczek@proskauer.com

# CERTIFICATE OF SERVICE

       I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 24, 2009.

Dated: November 24, 2009.        Respectfully submitted,

                                            /s/ Theresa A. Sutton /s/
                                                Theresa A. Suttonr

OHS West:260782001.1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1.  **FACEBOOK'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN PLAINTIFFS AND THEIR COUNSEL.**

The original documents are maintained in the case file in the Clerk's office.

/ / /

/ / /

Dated: November 24, 2009.  Respectfully submitted,


  /s/ Theresa A. Sutton /s/
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

* Admitted Pro Hac Vice


Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:   (617) 526-9600
Facsimile:   (617) 526-9899
sbauer@proskauer.com
oczek@proskauer.com

OHS West:260782509.1

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 24, 2009.

Dated: November 24, 2009.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　／s/ Theresa A. Sutton /s/
　　　　　　　　　　　　　　　　　　　　　　　Theresa A. Sutton

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION FOR LEAVE TO FILE FACEBOOK'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN PLAINTIFFS AND THEIR COUNSEL**

Having considered Facebook's Assented to Motion for Leave to File Facebook Reply Memorandum in Support of Motion to Enjoin Plaintiffs and their Counsel, this Court orders as follows:

Facebook is granted leave to file the Reply attached as Exhibit A to its Motion for Leave.

**IT IS SO ORDERED**

Dated: _____, 2009

                                                    Hon. Douglas P. Woodlock

OHS West:260339819.1