IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

**DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN PLAINTIFFS AND THEIR COUNSEL**

I, Theresa A. Sutton, declare as follows:

1. I am an associate at the law firm of Orrick, Herrington & Sutcliffe, counsel for Defendant Facebook, Inc. in this action. I make this declaration in support of Facebook's Opposition to Motion for Limited Relief from Stay and for Limited Modification to the Second Stipulated Protective Order.

2. Attached hereto as **Exhibit A** is a true and correct copy of letters exchanged between Plaintiffs' counsel, Mike Petrella and Facebook counsel, dated November 11, 18, and 19, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of November 2009, at Menlo Park, California.

/s/ Theresa S. Sutton/s/
Theresa S. Sutton

# CERTIFICATE OF SERVICE

       I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 3, 2009.

Dated: November 3, 2009                    Respectfully submitted,

                                              /s/ Theresa A. Sutton /s/
                                                   Theresa A. Sutton

OHS West:260782002.1