IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW |

## CERTIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On November 24, 2009 I served the within document(s):

1. **FACEBOOK'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN PLAINTIFFS AND THEIR COUNSEL (CONFIDENTIAL FILED UNDER SEAL).**

| | |
|---|---|
| X | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |
| X | By transmitting via email the document(s) listed above to the addresses set forth below on November 24, 2009. |

| | |
|---|---|
| **D. Michael Underhill**<br>**Evan A. Parke**<br>Boies, Schiller, & Flexner, LLP<br>5301 Wisconsin Avenue, N.W.<br>Washington, DC 20015<br>Telephone: (202) 274-1120<br>Email: munderhill@bsfllp.com<br>Email: eparke@bsfllp.com | **Daniel P. Tighe**<br>**Scott McConchie**<br>Griesinger, Tighe & Maffei, LLP<br>176 Federal Street<br>Boston, MA 02110<br>Telephone: (617) 542-9900<br>Email: dtighe@gtmllp.com<br>Email: sm@gtmllp.com |
| **John F. Hornick**<br>Finnegan, Henderson, Farabow, Garrett & Dunner<br>901 New York Avenue N. W.<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Email: john.hornick@finnegan.com | **Peter M. Durney**<br>**Gregg P. Bailey**<br>Cornell & Gollub<br>75 Federal Street<br>Boston, MA 02110<br>Telephone: (617) 482-8100<br>Email: pdurney@cornellgollub.com<br>Email: gbailey@cornellgollub.com |

**Arthur J. Guray**
**Robert M. Mendillo**
**Peter E. Ball**
Sally & Fitch LLP
One Beacon Street, 16th Floor
Boston, MA 02108
Telephone: (617) 542-5542
Email: ajg@sally-fitch.com
Email: rmm@sally-fitch.com
Email: peb@sally-fitch.com

**ATTORNEYS FOR PLAINTIFFS CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDRA**

**James Towery**
**Alison P. Buchanan**
Hoge Fenton Jones & Appel
60 South Market Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 947-2415
Email: jet@hogefenton.com
Email: apb@hogefenton.com

**ATTORNEYS FOR PLAINTIFF CONNECTU, INC.**

I am readily familiar with my firm's practice for collection and processing correspondence for express delivery with Federal Express, to wit, that correspondence be deposited with the Federal Express Courier this same day in the ordinary course of business.

Executed on November 24, 2009 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Karen Mudurian*