IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>        Defendants. | Civil Action No. 1:07-CV-10593-DPW<br><br>**FACEBOOK'S MOTION FOR LEAVE TO FILE REPLY GRANTED ON NOVEMBER 25, 2009** |

## **NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. **FACEBOOK'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENJOIN PLAINTIFFS AND THEIR COUNSEL [CONFIDENTIAL FILED UNDER SEAL].**

The original documents are maintained in the case file in the Clerk's office.

/ / /

/ / /

Dated:  November 25, 2009.                    Respectfully submitted,


  /s/ Theresa A. Sutton /s/
I. Neel Chatterjee*
Monte Cooper*
Theresa A. Sutton*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    (650) 614-7400
Facsimile:     (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

* Admitted Pro Hac Vice


Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, MA 02110-2600
Telephone:    (617) 526-9600
Facsimile:     (617) 526-9899
sbauer@proskauer.com
oczek@proskauer.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 25, 2009.

Dated: November 25, 2009.            Respectfully submitted,

                                           /s/ Theresa A. Sutton /s/
                                                Theresa A. Sutton