**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **CONNECTU, INC., CAMERON WINKELVOSS, TYLER WINKELVOSS, and DIVYA NARENDRA,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Case No. 1:07-CV-10593-DPW |
| **FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,** ) ) ) ) ) | |
| **Defendants.** ) | |

**NOTICE AND REQUEST TO REMOVE COUNSEL
FOR 02138 FROM SERVICE LIST**

Counsel for 02138, Elizabeth A. Ritvo and the law firm of Brown Rudnick LLP and of counsel Laura R. Handman and Robert D. Balin of the law firm Davis Wright Tremaine, request that they be removed from the service list and that no further service be made upon them by this Court or by the parties to this matter. As grounds, they state that non-party 02138 is now defunct, that the parties have filed numerous sealed documents and that 02138's interests in this matter have long been resolved. It originally came before this Court in 2007 solely for the purpose of opposing Defendants'

1

Emergency Request for Temporary Restraining Order and requesting that certain documents be unsealed.

Respectfully submitted,

/s/ Elizabeth A. Ritvo_____
Elizabeth A. Ritvo (BBO#421440)
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(617) 856-8249
(617) 289-0415 (fax)
eritvo@brownrudnick.com

Of Counsel:

| | |
|---|---|
| Robert D. Balin<br>Davis Wright Tremaine LLP<br>1633 Broadway, 27th floor<br>New York, NY 10019-6708<br>(212) 489-8230<br>(212) 489-8340 (fax)<br>robbalin@dwt.com | Laura R. Handman (BBO#219600)<br>Davis Wright Tremaine LLP<br>1633 Broadway, 27th Floor<br>New York, NY 10019-6708<br>(212) 489-8230<br>(212) 489-8340 (fax) |

Dated: November 24, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Elizabeth A. Ritvo_____
Elizabeth A. Ritvo

Dated: November 25, 2009

# 1708740 v1 - ritvoea - 027258/0001