**HF**
**J&A**

HOGE, FENTON
JONES & APPEL, INC.

Attorneys at Law | Serving Northern California since 1952

James E. Towery
408.947.2432
jet@hogefenton.com

November 16, 2009

<u>VIA E-MAIL</u>

Scott R. Mosko
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203

John F. Hornick
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001

Daniel P. Tighe
Greisinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110

Re:    *Facebook and Zuckerberg v. ConnectU, et al*, Case No. 5:07-cv-01389
       *ConnectU, Inc. v. Facebook, Inc.*, Case No. 1:07-cv-10593-DPW
       *ConnectU LLC v. Zuckerberg*, Case No. 1:04-cv-11923-DPW
       Our File No.: 80696

Dear Mr. Mosko, Mr. Hornick and Mr. Tighe:

As you know, on September 2, 2009, Judge James Ware in Case No. 5:07-cv-01389 entered an "Order Granting ConnectU's Motion to Disqualify Counsel; Granting in Part and Denying in Part Motion for Delivery of Client Files; Referring the Parties to the Chief Magistrate Judge James for an *In Camera* Review of ConnectU's Client Files" (the "Disqualification Order"). As a result of that Disqualification Order, the law firm of Finnegan Henderson Farabow Garrett & Dunner ("Finnegan Henderson") was disqualified "from further representation of the [ConnectU] Founders with respect to this matter." Disqualification Order, at 18. That Disqualification Order has *res judicata* effect in other litigation, including the consolidated Massachusetts actions. *See In re Joint Eastern & Southern Districts Asbestos Litig.*, 737 F. Supp. 735, 742-44 (E.D.N.Y., S.D.N.Y. & N.Y. Supreme Ct. 1990) (joint ruling of Weinstein, J. & Freedman, J.).

ConnectU has received electronic notification in the consolidated Massachusetts actions of an "Assented Motion to Seal Plaintiffs' and Counsels' (Finnegan's) Response to Facebook's Motion for Limited Relief from Stay and To Enjoin Individual Plaintiffs and Their Counsel." Finnegan Henderson indicates in that Motion that it continues to act as counsel for "Plaintiffs Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra." Such representation is improper in light of Judge Ware's Disqualification Order. ConnectU demands that Finnegan Henderson refrain from further action on behalf of any of the Plaintiffs. ConnectU further asks that you provide assurances that the Disqualification Order, which is attached hereto, has been forwarded to Finnegan Henderson's General Counsel.

Sincerely,

HOGE, FENTON, JONES & APPEL, INC.

James E. Towery

cc:     Mark Howitson (via email only)