

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE FACEBOOK, INC., et al., | No. C 07-01389 JW |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION FOR A TELEPHONIC CONFERENCE TO SCHEDULE A HEARING ON AN ORDER TO SHOW CAUSE RE: CONTEMPT** |
| v. | |
| CONNECTU, INC., et al., | |
| Defendants. | |

Presently before the Court is Plaintiffs' Motion for a Telephonic Conference to Schedule a hearing on an Order to Show Cause re: Contempt against the Founders and Finnegan. (hereafter, "Motion," Docket Item No. 718.) The Founders and Finnegan have filed timely Oppositions. (Docket Item Nos. 721, 723.)

Plaintiffs move for a telephonic conference to schedule a show cause hearing with respect to allegations that Finnegan's continued representation of the Founders in a parallel action in Massachusetts state court is in contempt of this Court's disqualification order. (Motion at 3.)

The Court has previously found that the parties to a settlement agreement agreed to the jurisdiction of this Court to enforce the settlement agreement. In enforcing the agreement, the Court ordered the parties to take certain actions, including dismissal of the Massachusetts action. However, the parties have not agreed to vest this Court with jurisdiction to decide all matters with respect to the Massachusetts action. Consequently, the Order disqualifying Finnegan from representing the Founders was made in and with respect to the matters pending in this District and before the Ninth Circuit.

Accordingly, Plaintiffs' Motion for a Telephonic Conference is DENIED as unnecessary.

Dated: December 18, 2009

JAMES WARE
United States District Judge