## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | ) ) ) CIVIL ACTION NO. 1:07-cv-10593 (DPW) ) |
| Plaintiffs, | ) And  NO. 1:04-cv-11923 (DPW) ) |
| v. | ) ) |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC, | ) ) ) ) ) |
| Defendants. | |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c), the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner LLP (the "Finnegan Firm") and its attorneys of record in this action, namely, John F. Hornick and Margaret A. Esquenet, hereby move for leave to withdraw their appearances for Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra. The Finnegan firm no longer represents any party in these actions. As the Court knows, ConnectU, Inc. ("ConnectU") is now owned by Facebook, Inc. and has been represented by other counsel for over a year. The individual Plaintiffs' other counsel of record are the law firm of Greisinger, Tighe, and Maffei, LLP, namely, Daniel P. Tighe and Scott McConchie; the law firm of Boies Schiller & Flexner, LLP, namely, D. Michael Underhill and Evan A. Parke; and the law firm of Sally & Fitch, LLP, namely, Arthur J. Guray, Peter E. Ball, and Robert M. Mendillo.

1

In an email to counsel dated January 18, 2010, the Finnegan Firm requested Facebook, Inc. and ConnectU to consent to this motion. Counsel for ConnectU responded to Finnegan's request for consent on January 20, 2010, attaching certain conditions to any consent. Finnegan will attempt to resolve these matters with counsel for ConnectU within the period during which ConnectU has to respond to this Motion. Counsel for Facebook, Inc. has not responded.

A proposed order is attached.

Respectfully submitted,

DATED: January 21, 2010

/s/Margaret A. Esquenet_____
John F. Hornick (*pro hac vice*)
Margaret A. Esquenet (*pro hac vice*)
FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiffs Cameron Winklevoss, Tyler Winklevoss, and Divya Narendra

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 21, 2010.

/s/ Margaret A. Esquenet

Margaret A. Esquenet (*pro hac vice*)