# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | ) ) ) ) CIVIL ACTION NO. 1:07-cv-10593 (DPW) |
| Plaintiffs, | ) And NO. 1:04-cv-11923 (DPW) |
| v. | ) |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC, | ) ) ) ) ) |
| Defendants. | |

## [PROPOSED] ORDER

Pursuant to the Motion for Leave to Withdraw Appearances filed by Finnegan Henderson Farabow Garrett & Dunner LLP, and Local Rule 85.3.5(c)(2),

it is this ___ day of _____ 2010 hereby ORDERED that the Motion be and hereby is GRANTED, and

It is further ORDERED that that the appearances of John F. Hornick and Margaret A. Esquenet be and hereby are stricken from the above actions.

_____
United States District Judge

4