

# SALLY & FITCH LLP

ROBERT M. MENDILLO
rmm@sally-fitch.com

ONE BEACON STREET
BOSTON, MA 02108
617 542 5542 PHONE
617 542 1542 FAX
WWW.SALLY-FITCH.COM

56 PINE STREET
PROVIDENCE, RI 02903

February 2, 2010

The Honorable Douglas P. Woodlock
United States District Judge
District of Massachusetts
Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

  Re: Connectu, Inc. v. Facebook Inc., et al
     No. 07-10593-DPW (Consolidated With 04-11923-DPW)

Your Honor:

  Please see the attached letter from my clients' arbitration counsel regarding a request to the Court from the New York City arbitration panel.

  Thank you.

              Respectfully yours,

              /s/ Robert M. Mendillo
              Robert M. Mendillo

Enclosure

RMM/smw

## CERTIFICATE OF SERVICE

I, Robert M. Mendillo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on February 2, 2010.

I further certify that I caused a copy of this document to be served upon Attorney Richard I. Werder, Jr., Quinn Emanuel on February 2, 2010 by email to rickwerder@quinnemanuel.com and by first-class mail, postage prepaid, to:

Richard I. Werder, Jr.
Quinn Emanuel
51 Madison Avenue 22nd Floor
New York, NY 10010

/s/ Robert M. Mendillo
Robert M. Mendillo