IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>Defendants. | Civil Action No. 1:07-CV-10593-DPW (Consolidated with Civil Action No. 1:04-CV-11923-DPW) |

**DECLARATION OF THERESA A. SUTTON IN SUPPORT OF FACEBOOK, INC.'S RESPONSE TO FINNEGAN'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

I, Theresa A. Sutton, declare as follows:

1. I am an Associate with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for defendants Facebook, Inc., TheFacebook LLC, Mark Zuckerberg, Dustin Moskovitz, Andrew McCollum, and Christopher Hughes. I make this Declaration in support of Facebook's Response to Finnegan's Motion for Leave to Withdraw Appearance.

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter from Michael Petrella to James Towrey, dated December 10, 2009.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter from Monte Cooper to various counsel of record, dated December 22, 2009.

4. Attached hereto as **Exhibit C** is a true and correct copy of a letter from Monte Cooper to various counsel of record, dated January 5, 2010.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email from Michael Petrella to various counsel of record, dated January 7, 2010.

6. Attached hereto as **Exhibit E** is a true and correct copy of an email from John Hornick to various counsel of record, dated January 7, 2010.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 4th day of February 2010, at Menlo Park, California.

Dated: February 4, 2010.                    /s/ Theresa A. Sutton /s/
                                                Theresa A. Sutton

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 4, 2010.

Dated:  February 4, 2010.                     Respectfully submitted,

                                              /s/ Monte M.F. Cooper /s/
                                              Monte M.F. Cooper