# EXHIBIT A

# O'SHEA PARTNERS LLP
521 FIFTH AVENUE
25th FLOOR
NEW YORK, NEW YORK 10175

SEAN F. O'SHEA
MICHAEL E. PETRELLA
—
JONATHAN R. ALTSCHULER
AMANDA L. DEVEREUX
MARC D. FEINGOLD
ELIZABETH A. HALEY
JULIE O'SHEA
ANDREW J. SOCKOL

(212) 682-4426
Fax (212) 682-4437
www.osheapartners.com

December 10, 2009

**VIA EMAIL AND U.S. MAIL**

James E. Towery
Hoge, Fenton, Jones & Appel, Inc.
60 South Market Street
Suite 1400
San Jose, California 95113

      Re:    Quinn Emanuel Urquhart Oliver & Hedges, LLP v. Winklevoss, et al.
             AAA Arb. No. 13 194 Y 995 08

Dear Mr. Towery:

      This is to inform you that the Founders expect to call Scott Mosko and John Hornick to testify at the arbitration hearing in the above matter on or about January 27-29, 2010. They will be testifying to their recollection of certain events concerning their representation of the Respondents and old ConnectU, including but not limited to the events of a February 22, 2008 mediation involving Facebook. We are notifying you of this out of an abundance of caution given your repeated improper efforts to interfere with the disposition of the arbitration. If you have any objection, please advise immediately, and in writing.

                                                                   Sincerely,

                                                                   Michael E. Petrella

cc: Thomas B. Mason, Esq.
     Ronald C. Minkoff, Esq.