# EXHIBIT D

## Dalton, Amy

| | |
|---|---|
| **From:** | Michael Petrella [mpetrella@osheapartners.com] |
| **Sent:** | Thursday, January 07, 2010 2:01 PM |
| **To:** | Cooper, Monte; Sean O'Shea; john.hornick@finnegan.com; scott.mosko@finnegan.com; rickwerder@quinnemanuel.com; munderhill@bsfllp.com; GBailey@CornellGollub.com; rminkoff@fkks.com; jbach@cooley.com; jet@hogefenton.com; rminkoff@fkks.com; APB@hogefenton.com; dtighe@gtmllp.com; adamwolfson@quinnemanuel.com; lee.gesmer@gesmer.com; Pashman, Scott; jbach@cooley.com; adr@rose-law.net; adrjr@rose-law.net; njr@rose-law.net; rmm@sally-fitch.com; tom.jenkins@finnegan.com |
| **Cc:** | Facebook/Connectu - OHS Litigation Team Only; Joczek; Sbauer; Simpson, Lisa T.; Thompson, Karen; Parris, Mark |
| **Subject:** | RE: Correspondence Dated 1/05/10 |

Monte:

We have complied with and will continue to comply with all applicable orders, agreements, and privileges according to their terms and the law. You have no right to the information you request, and it will not be provided.

Regards,

_____
Michael E. Petrella
O'Shea Partners LLP
521 Fifth Avenue, 25th Floor
New York, New York  10175
212.682.4426 T
212.682.4437 F
www.osheapartners.com

*CONFIDENTIALITY NOTICE: This transmission, and any attached documents and files, may contain information which is protected by the attorney-client privilege and/or the attorney work-product doctrine and/or may otherwise be considered privileged and/or confidential.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited and may be contrary to law.  If you have received this transmission in error, you are hereby directed to delete this message and to destroy all copies, including all electronic files and printouts, and to notify me by reply e-mail at mpetrella@osheapartners.com or by telephone at (212) 682-4426.*

---

**From:** Cooper, Monte [mailto:mcooper@orrick.com]
**Sent:** Tuesday, January 05, 2010 8:03 PM
**To:** Michael Petrella; Sean O'Shea; john.hornick@finnegan.com; scott.mosko@finnegan.com; rickwerder@quinnemanuel.com; munderhill@bsfllp.com; GBailey@CornellGollub.com; rminkoff@fkks.com; jbach@cooley.com; jet@hogefenton.com; rminkoff@fkks.com; APB@hogefenton.com; dtighe@gtmllp.com; adamwolfson@quinnemanuel.com; lee.gesmer@gesmer.com; Pashman, Scott; jbach@cooley.com; adr@rose-law.net; adrjr@rose-law.net; njr@rose-law.net; rmm@sally-fitch.com; tom.jenkins@finnegan.com
**Cc:** Facebook/Connectu - OHS Litigation Team Only; Oczek, Jeremy; Sbauer; Simpson, Lisa T.; Thompson, Karen; Parris, Mark
**Subject:** Correspondence Dated 1/05/10


Counsel:

Please find attached correspondence dated today.   Also, please note that we are copying former Defendant Wayne Chang's new counsel on the attached letter, and on this email.

Thank you,

Monte Cooper

```
"EMF <orrick.com>" made the following annotations.
------------------------------------------------------------------------
===========================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.



===========================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
===========================================================
========================================================================
```