# EXHIBIT E

## Dalton, Amy

**From:** Hornick, John [John.Hornick@finnegan.com]
**Sent:** Thursday, January 07, 2010 2:33 PM
**To:** Cooper, Monte
**Cc:** Facebook/Connectu - OHS Litigation Team Only; Joczek; Sbauer; Simpson, Lisa T.; Thompson, Karen; Parris, Mark; Michael Petrella; Sean O'Shea; Mosko, Scott; EXT- rickwerder@quinnemanuel; munderhill@bsfllp.com; GBailey@CornellGollub.com; rminkoff@fkks.com; jbach@cooley.com; jet@hogefenton.com; rminkoff@fkks.com; APB@hogefenton.com; dtighe@gtmllp.com; EXT-adamwolfson@quinnemanuel; lee.gesmer@gesmer.com; Pashman, Scott; jbach@cooley.com; adr@rose-law.net; adrjr@rose-law.net; njr@rose-law.net; rmm@sally-fitch.com; Jenkins, Tom; White, Larry; 'Mason, Thomas B.'
**Subject:** RE: Correspondence Dated 1/05/10

Dear Monte:

Your December 22, 2009 and January 5, 2010 letters regarding possible testimony in the arbitration between the Founders and Quinn Emanuel are addressed to Finnegan and several other law firms. This email responds only for Finnegan. We are aware of no violations by Finnegan of the Protocol entered in the Massachusetts case or the SPOs entered in the Massachusetts and California cases.

As you know, old ConnectU and the Founders submitted a substantial number of Facebook documents designated as confidential in the Massachusetts case as exhibits to the August 8, 2007 First Amended Complaint. As you also know, the Facebook Defendants waived confidentiality as to almost all of those documents, by way of their "Response to the September 5, 2007 Order to Show Cause Re: Motions to Seal." Also, the 02138 publication resulted in the public disclosure of other documents Facebook designated as confidential under the SPO, and therefore those documents are no longer confidential. Thus, much of what Facebook has claimed as confidential is no longer subject to the SPO in the Massachusetts case. Moreover, many pleadings sealed in the Massachusetts case contain no information designated by Facebook as confidential under the SPO.

Your letter also demands information regarding testimony and exhibits that may be offered in the arbitration. Finnegan is not counsel in that matter and therefore cannot provide the information that you seek.

Sincerely,

John

---

**From:** Cooper, Monte [mailto:mcooper@orrick.com]
**Sent:** Tuesday, January 05, 2010 8:03 PM
**To:** Michael Petrella; Sean O'Shea; Hornick, John; Mosko, Scott; EXT- rickwerder@quinnemanuel; munderhill@bsfllp.com; GBailey@CornellGollub.com; rminkoff@fkks.com; jbach@cooley.com; jet@hogefenton.com; rminkoff@fkks.com; APB@hogefenton.com; dtighe@gtmllp.com; EXT-adamwolfson@quinnemanuel; lee.gesmer@gesmer.com; Pashman, Scott; jbach@cooley.com; adr@rose-law.net; adrjr@rose-law.net; njr@rose-law.net; rmm@sally-fitch.com; Jenkins, Tom
**Cc:** Facebook/Connectu - OHS Litigation Team Only; Oczek, Jeremy; Sbauer; Simpson, Lisa T.; Thompson, Karen; Parris, Mark
**Subject:** Correspondence Dated 1/05/10

Counsel:

Please find attached correspondence dated today. Also, please note that we are copying former Defendant Wayne Chang's new counsel on the attached letter, and on this email.

Thank you,

Monte Cooper

```
"EMF <orrick.com>" made the following annotations.
------------------------------------------------------------------------
===========================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS,
we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not
intended or written to be used, and cannot be used, for
the purpose of (i) avoiding tax-related penalties under
the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any tax-related matter(s)
addressed herein.



===========================================================

NOTICE TO RECIPIENT:  THIS E-MAIL IS  MEANT FOR ONLY THE
INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A
COMMUNICATION PRIVILEGED BY LAW.  IF YOU RECEIVED THIS E-
MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY
PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY
RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR
SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Orrick, please visit
http://www.orrick.com/
===========================================================
==========================================================================
```

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.