IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA, | ) ) ) | CIVIL ACTION NO. 1:07-cv-10593 (DPW) |
| Plaintiffs, | ) ) | And NO. 1:04-cv-11923 (DPW) |
| v. | ) ) | |
| FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, AND THEFACEBOOK LLC, | ) ) ) ) ) ) | |
| Defendants. | | |

**ASSENTED TO MOTION FOR LEAVE TO FILE
REPLY TO FACEBOOK, INC.'S RESPONSE AND CONNECTU, INC.'S LIMITED
OPPOSITION TO FINNEGAN HENDERSON FARABOW GARRETT & DUNNER
LLP'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Plaintiffs respectfully move for leave of this Court, pursuant to Local Rule 7.1(b)(3), to file a reply to Facebook's Inc's Response and Connectu, Inc.'s Limited Opposition to Finnegan Henderson Farabow Garrett & Dunner LLP's Motion for Leave to Withdraw Appearance. (Reply attached as Exhibit A).

As grounds for this motion, a reply brief is necessary to address new issues raised in Facebook, Inc.'s Response and Connectu, Inc.'s Limited Opposition to Finnegan Henderson Farabow Garrett & Dunner LLP's Motion for Leave to Withdraw Appearance and to clarify the record for the Court. This reply will clarify the issues and will assist the Court in deciding whether or not to grant the requested motion to withdraw appearance.

1

# CERTIFICATION UNDER L.R. 7.1

Plaintiff's counsel hereby certifies under L.R. 7.1 that counsel for the parties have assented to the filing of reply briefs.

Respectfully submitted,

DATED: February 9, 2010

/s/ John F. Hornick
John F. Hornick (*pro hac vice*
Margaret A. Esquenet (*pro hac vice*)
FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 9, 2010.

/s/ Margaret A. Esquenet
Margaret A. Esquenet (*pro hac vice*)