IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>      Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, and FACEBOOK, LLC,<br><br>      Defendants. | Civil Action No. 1:07-CV-10593-DPW<br><br>Related Action No. 1:04-CV-11923 (DPW) |

**NOTICE OF APPELLATE RULING FROM NINTH CIRCUIT IN**
*FACEBOOK, INC. V. CONNECTU, INC.*, **NO. 08-16745 AND STATUS REPORT**

Pursuant to the Court's September 30, 2009, Memorandum and Order requiring the parties "to notify this Court with a status report within 10 days of any material developments concerning the continued vitality of the Northern District of California Judgment," Dkt. No. 274, notice is hereby given that on April 18, 2011, Appellants Cameron Winklevoss, Tyler Winklevoss and Divya Narendra filed a Motion for Rehearing En Banc; on May 16, 2011, the Ninth Circuit Court of Appeals issued an Order and Amended Opinion, and denied Appellants' Petition for Rehearing; on May 21, 2011, Appellants filed a Motion to Recall the Mandate.[1]

A true and correct copy of Appellants' Petition for Rehearing is attached hereto as **Exhibit A**.

---

[1] On May 16, the Northern District of California issued an order spreading the mandate. That order was subsequently withdrawn on May 24, because the mandate has not issued from the Ninth Circuit.

-2-

A true and correct copy of the May 16, 2011, Order and Amended Opinion is attached hereto as **Exhibit B**.

A true and correct copy of Appellants' Motion to Recall Mandate, without attachments, is attached hereto as **Exhibit C**.

Dated: May 26, 2011

*/s/ Theresa A. Sutton /s/*
I. Neel Chatterjee (*admitted pro hac vice*)
Monte M.F. Cooper (*admitted pro hac vice*)
Theresa A. Sutton (*admitted pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401
nchatterjee@orrick.com
mcooper@orrick.com
tsutton@orrick.com

Steven M. Bauer
Jeremy P. Oczek
PROSKAUER ROSE, LLP
One International Plaza, 14th Floor
Boston, Massachusetts 02110-2600
Telephone:    (617) 526-9600
Facsimile:     (617) 526-9899

ATTORNEYS FOR DEFENDANTS
MARK ZUCKERBERG, DUSTIN MOSKOVITZ,
ANDREW MCCOLLUM, and FACEBOOK, INC.

-3-

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 26, 2011.

Dated:  May 26, 2011                        Respectfully submitted,

                                              */s/ Theresa A. Sutton /s/*
                                                 Theresa A. Sutton