IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONNECTU, INC., CAMERON WINKLEVOSS, TYLER WINKLEVOSS, AND DIVYA NARENDRA,<br><br>              Plaintiffs,<br><br>              v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW McCULLUM, AND THEFACEBOOK LLC,<br><br>              Defendants. | CIVIL ACTION NO. 1:07-cv-10593-DPW<br><br>(CONSOLIDATED WITH CIVIL ACTION NO. 1:04-cv-11923-DPW) |

**CAMERON WINKLEVOSS, TYLER WINKLEVOSS AND DIVYA NARENDRA'S RESPONSE TO FACEBOOK'S MOTION TO DISMISS**

Cameron and Tyler Winklevoss and Divya Narendra ("Founders") acknowledge that the settlement requires that a judgment of dismissal be entered in these consolidated actions. The Founders reserve all rights to seek to vacate this judgment and/or to seek other appropriate relief under Fed.R.Civ.P. 60(b), this Court's inherent powers, and other provisions of law.

Dated: July 21, 2011

Respectfully submitted,

CAMERON WINKLEVOSS, TYLER WINKLEVOSS and DIVYA NARENDRA,

By their attorneys,

*/s/ Tyler Meade*
Michael Schrag, Cal. State Bar No. 185832 (*Pro Hac Vice*)
  michael@meadeschrag.com
Tyler Meade, Cal. State Bar No. 160838 (*Pro Hac Vice*)
  tyler@meadeschrag.com

MEADE & SCHRAG, LLP
1816 Fifth Street
Berkeley, CA 94710
(510) 843-3670
(510) 843-3679 (fax)

CERTIFICATE OF SERVICE

      I, Tyler Meade, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on or before July 21, 2011.

                                                    */s/ Tyler Meade*
                                                    Tyler Meade