# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTIONS

NO. <u>1:07-cv-10593-DPW</u>

NO. <u>1:04-cv-11923-DPW</u>

<u>**ORDER OF DISMISSAL**</u>

<u>Woodlock    D. J.</u>

In accordance with the Court's Order dated <u>  July 22, 2011  </u> granting Defendants' Motion to Dismiss Case , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>07/22/2011</u>                                                <u>/s/ Steve York</u>
Date                                                                  Deputy Clerk