# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__Connectu, Inc.__

       V.                    Case No. __1:07-CV-10593-DPW__

__Facebook, Inc.__

## O R D E R

__WOODLOCK      D.J.__

     Please take notice that the records of the Court contain material that was filed in the above case pursuant to a protective, confidentiality or impoundment order.

     The material having been filed without a cut-off date or the cut-off date for maintaining the records pursuant to Local Rule 7.2 having expired, it is hereby ORDERED that the documents will be placed in the public file of this case or destroyed without further notice unless, within 10 days of the date of this order, an appropriate notice regarding future custody of this material is filed.

                                     By the Court,

                                    __/s/ Steve York__
                                    **Deputy Clerk**

Date:   __03/15/2012__

(Sealed Order Returned.wpd - 09/96)